# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| AMG TRADE & DISTRIBUTION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 0:18-cv-60062-WJZ |
| | ) | |
| NISSAN NORTH AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF THOR Y. URNESS IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE EXPENSES AND COSTS

I, Thor Y. Urness, declare as follows:

1.      I am a partner of the law firm Bradley Arant Boult Cummings LLP ("Bradley"), resident in the Nashville office, and have served as lead counsel for Defendant, Nissan North America, Inc. ("Nissan"), in this action since its inception.  (Nissan's headquarters are just south of Nashville.)  I have been licensed to practice law in Tennessee since 1989.  I have personal knowledge of the facts contained in this declaration, which is submitted in support of Nissan's Verified Motion for Attorneys' Fees and Non-Taxable Expenses and Costs, and have reviewed my firm's files and the court docket to confirm the statements made in this declaration.

2.      I am a member of the bar of the State of Tennessee and have been admitted to practice before the United States District Courts for the Middle, Western, and Eastern Districts of Tennessee, the Western District of Michigan, the Southern District of Texas, the Western and Eastern Districts of Wisconsin, the United States Courts of Appeals for the Fifth, Sixth, and Eleventh Circuits, and the United States Supreme Court.  I have also been admitted *pro hac vice* in numerous other federal and state courts, have tried trademark cases before juries in federal courts in Florida (Tampa and Orlando), and have handled other commercial litigation in federal court in Miami.  I have been a partner in Bradley's Nashville office since January 1996, having joined the

firm in 1989 after graduation from Indiana University School of Law.  (From 1996 to 2009, I was a member of the predecessor firm Boult, Cummings, Conners & Berry, PLC, which merged with Bradley, Arant, Rose & White, LLP, effective January 1, 2009.)   Intellectual property and competitive practices litigation is a major area of focus for my practice, and I have tried numerous such cases to juries and judges, representing both plaintiffs and defendants.  A true and correct copy of my biography, which has more information regarding my experience and recognitions, is attached hereto as **Exhibit A**.  Nissan has been charged my normal 2017 hourly rate of $580 from the inception of this matter through the present.  (My current hourly rate for 2019 is $630 and for 2018 was $605.)  As lead counsel in this matter, I have directed the litigation and its strategy, drafted, reviewed and/or revised every court filing by Nissan, drafted, reviewed and/or revised every discovery request, response or subpoena served by Nissan, prepared Nissan's witnesses for depositions, taken and defended most of the depositions, communicated with opposing counsel and counsel for U.S. Customs and Border Protection ("CBP"), attended mediation, and prepared for trial.  This work has included coordinating Nissan's cooperation with CBP and protecting Nissan's rights in a separate but related seizure of Nissan-branded parts and attendant litigation, styled *United States v. 709 Counterfeit Nissan Auto Parts*, No. 1:17-cv-24725-DPG (S.D. Fla.); Bradley's work on that litigation would not have been necessary but for Nissan having been sued by Plaintiff in this action.  I have been assisted in representing Nissan in this action by several colleagues at Bradley, as described below and in the detailed time entries and invoices submitted herewith.

3.     Kimberly M. Ingram, a litigation associate in Bradley's Nashville office, has provided significant assistance in all aspects of this case.  Ms. Ingram is licensed in Tennessee and California and is a 2015 graduate of Vanderbilt University Law School, where she was Order of the Coif and on the Executive Board of *Vanderbilt Law Review*.  Prior to joining Bradley, Ms.

Ingram was an associate at Simpson Thacher & Bartlett LLP in Palo Alto, California.  In her time at Bradley, Ms. Ingram has worked on a variety of complex business matters, including the successful trials of two such matters, and has won several cases on summary judgment.  A true and correct copy of Ms. Ingram's biography is attached hereto as **Exhibit B**.  Nissan has been charged Ms. Ingram's normal 2017 hourly rate of $275 from the beginning of her involvement in this case through the present.  (Ms. Ingram's current hourly rate for 2019 is $320 and for 2018 was $290.)  Ms. Ingram's work included but was not limited to: preparing the notice of removal, drafting briefing on Nissan's motion to dismiss, researching applicable law, drafting Nissan's answer, drafting discovery requests and subpoenas, coordinating discovery efforts, taking the deposition of Talia Pockhai (Plaintiff's Director of Operations), preparing outlines and documents for other depositions, drafting summary judgment briefing, drafting two *Daubert* motions and various pretrial submissions required by the Local Rules, and communicating with opposing counsel.

4.     Diana N. Evans, a litigation associate in Bradley's Tampa office, has also provided significant assistance in this case, including serving as Florida local counsel.  Ms. Evans is licensed in Florida and is a *magna cum laude* 2012 graduate of Stetson University College of Law, where she was Notes & Comments Editor, *Stetson Law Review*.  Prior to joining Bradley, Ms. Evans clerked for the Honorable James S. Moody Jr. of the U.S. District Court for the Middle District of Florida.  In her time at Bradley, Ms. Evans has worked on a variety of business litigation matters and has successfully achieved summary judgment in such matters.  A true and correct copy of Ms. Evans' biography is attached hereto as **Exhibit C**.  Nissan has been charged Ms. Evans' normal 2018 hourly rate of $320 from the beginning of her involvement in this case through the present. (Ms. Evans' current hourly rate for 2019 is $340.)  Ms. Evans' work included but was not limited to: reviewing all draft motions for compliance with local rules, drafting discovery motions,

researching applicable law, reviewing documents for production, advising Nissan as to Florida law, drafting jury instructions, and communicating with opposing counsel.

5.      Other Bradley attorneys were brought in to assist in this matter on discrete discovery and pretrial tasks.  Nissan seeks recovery of fees for three such attorneys: Eliot B. Peace, Edmund S. Sauer, and Caroline D. Spore.

6.      Mr. Peace is an associate in Bradley's Tampa office.  He is licensed in Florida and a 2010 graduate of the University of South Carolina School of Law, where he was Articles Editor, *Real Property, Trust and Estate Law Journal*.  Prior to joining Bradley, Mr. Peace clerked for the Honorable Justice John W. Kittredge of the South Carolina Supreme Court and the Honorable Timothy M. Cain of the United States District Court for the District of South Carolina.  A true and correct copy of Mr. Peace's biography is attached hereto as **Exhibit D**.  Mr. Peace worked on this matter only in August 2018, for the limited purpose of reviewing the voluminous documents that Nissan had collected for responsiveness to Plaintiff's discovery requests and for privilege.  Mr. Peace's assistance in this matter was required because Ms. Ingram was participating in a month-long trial in Philadelphia during August 2018 and the volume of documents was too large for Ms. Evans to review alone.  Because Ms. Ingram would otherwise have reviewed these documents if not for her unavailability, Nissan was charged for Mr. Peace's time at the same rate as it would have been for Ms. Ingram's time: $275 per hour.  (Mr. Peace's standard hourly billable rate for 2018 was $325.)

7.      Mr. Sauer is a partner in Bradley's Nashville office specializing in appellate law. He has been licensed to practice law in Kentucky since 2004, is also licensed in Arkansas, Tennessee, and Washington, D.C., and is a 2004 graduate of the University of Virginia School of Law, where he was Editorial Board Member, *Virginia Law Review*.  Prior to joining Bradley, Mr. Sauer clerked for the Honorable Jane B. Stranch and the Honorable Boyce F. Martin, Jr. of the

- 4 -

U.S. Court of Appeals for the Sixth Circuit, and worked as an appellate lawyer at Mayer Brown LLP in Washington, D.C.  A true and correct copy of Mr. Sauer's biography is attached hereto as **Exhibit E**.  Nissan has been charged Mr. Sauer's normal hourly rate for 2019 of $495.  (All his work on this matter has been in 2019.)  Mr. Sauer assisted in the formulation of Nissan's trial strategy and the preparation of Nissan's proposed jury instructions and verdict form.

8.      Ms. Spore is an associate in Bradley's Nashville office specializing in appellate law.  She assisted Mr. Sauer with research regarding questions of law and drafted the omnibus motion *in limine* for the exclusion of evidence at trial.  Ms. Spore is licensed in Tennessee and a 2017 *summa cum laude* graduate of Washington University College of Law, where she was Order of the Coif and Senior Executive Editor, *Washington University Law Review*.  Prior to joining Bradley, Ms. Spore clerked for the Honorable Julia Gibbons of the U.S. Court of Appeals for the Sixth Circuit.  A true and correct copy of Ms. Spore's biography is attached hereto as **Exhibit F**.  Nissan has been charged Ms. Spore's normal hourly rate for 2019 of $295.  (All her work on this matter has been in 2019.)

9.      Two non-attorney timekeepers with Bradley's Nashville office have also provided substantial assistance in this action, Danielle Soderholm and Matthew Mondary.

10.     Ms. Soderholm is a certified Litigation Paralegal with 14 years of experience and has assisted in two paralegal training programs.  Ms. Soderholm assisted primarily in managing documents produced by the parties and in preparing exhibits for depositions and trial.  While Ms. Soderholm's normal hourly rate for 2019 is $250, Nissan seeks recovery for her time at the hourly rate of $125.

11.     Mr. Mondary, an eDiscovery & Litigation Support Project Coordinator, holds various e-discovery certifications and has more than eight years of litigation support experience, five of which have been as an eDiscovery Processing Specialist; prior to that, Mr. Mondary had

13 years of experience in traditional information technology roles.  Mr. Mondary provided support in this matter in gathering and producing documents from Nissan, gathering documents from Plaintiff, working with Plaintiff to resolve technological issues with Plaintiff's production, and organizing documents received from Plaintiff, its experts, and third parties for review by attorneys. While Mr. Mondary's normal hourly rate for 2019 is $250, Nissan seeks recovery for his time at the hourly rate of $125.

12.     As lead counsel for Nissan, I am fully familiar with this matter and the fees and expenses of Bradley incurred by Nissan in connection with this dispute.  A true and correct description of the legal services and corresponding professional fees and expenses rendered by Bradley in this matter for which Nissan seeks an award at this time is set forth in the itemized tabulation attached hereto as **Exhibit G**, which are the corresponding entries from Bradley's invoices to Nissan in this action.  The corresponding invoices are attached hereto as collective **Exhibit H**, and include fees charged to Nissan for the fees of Nissan's damages expert, Vic Alexander, CPA, of KraftCPAs PLLC (addressed separately below), and of the mediator, Mark E. Stein of Mark Stein Law, whose fees were $3,000.  The redactions in Bradley's invoices are of entries identifying attorney work-product and/or attorney-client privileged communications, for which Nissan does not seek recovery.  Exhibits G and H do not reflect the rate reductions for Ms. Soderholm and Mr. Mondary, which have been applied in the totals sought in the motion.

13.     The court reporter and videographer charges and expenses incurred by and charged to Nissan in this matter are sought in Nissan's previously-filed Bill of Costs.  To the extent any of such charges are not awarded as taxable costs, Nissan seeks them through this motion.  Plaintiff took seven depositions in this matter—six of Nissan employees and one of Nissan's rebuttal damages expert.  Nissan took eight depositions in this matter—three of Plaintiff's employees or officers, two of its retained experts, and three of non-party witnesses put at issue by Plaintiff.

Excluding unopposed motions, there were 14 motions filed in this matter, and the Court is aware of the amount and quality of the briefing by Nissan in this matter.

14.     Nissan has a relationship with an electronic discovery and litigation support vendor, Legility, in order to ensure completeness and accuracy in collecting electronically stored information from Nissan.  Legility assisted counsel in formulating appropriate search terms, collected documents from Nissan, loaded them into a review platform, provided support to Bradley in reviewing the documents collected, prepared documents for production, and produced to Plaintiff the documents Bradley designated as responsive.  True and correct copies of Legility's statements to Nissan for which Nissan seeks recovery in this motion are attached hereto as **Exhibit I**.  The total amount of Legility's charges is $36,762.29.  While Legility's charges include electronic copying charges that are recoverable as taxable costs, Nissan seeks such costs as part of this motion and not through its Bill of Costs.

15.     Because Plaintiff was seeking an award of more than $2.2 million, it was necessary for Nissan to retain a damages expert, Vic Alexander, CPA, who is the Chief Manager of KraftCPAs PLLC, based in Nashville.  Mr. Alexander has more than 35 years of experience and is a very well-qualified and extremely experienced expert on the issue of damages in commercial and other disputes.  His practice involves business valuation, financial analysis, and litigation support, including as an expert witness.  He also has significant experience in supporting and critiquing damages claims by automotive parts suppliers.  Through the American Institute of Certified Public Accountants (AICPA), Mr. Alexander holds the Accredited in Business Valuation (ABV) and Certified in Financial Forensics (CFF) credentials.  Mr. Alexander prepared an expert report and later supplemented that report based upon information subsequently produced by Plaintiff, consulted with Ms. Ingram and with me as to damages issues, and was deposed by Plaintiff in this matter.  Mr. Alexander's hourly rate is $400, and he was assisted by others at his

firm with lower hourly rates.  True and correct copies of Mr. Alexander's firm's invoices to Nissan, which total $36,487.10, are attached hereto together with his curriculum vitae as **Exhibit J**.  These invoices were initially paid by Bradley and then charged to Nissan for reimbursement.

16.     Because Plaintiff did not provide on a timely basis the last known addresses or other contact information for two former employees of Plaintiff that Nissan wanted to depose, Ryan Rengen and Sanjay Singh (whose testimony revealed information helpful to Nissan), it was necessary for Nissan to hire private investigators to locate and serve subpoenas on them.  Bradley paid these invoices, which total $1,441.98 and are appended to Bradley's invoices exhibited hereto as Exhibit H.  Nissan seeks the remaining $385 through this motion, or any portion of the $1,056.98 not granted in the Bill of Costs.

17.     In my professional judgment and opinion, the attorneys' fees and the costs and expenses documented by and/or reflected in the attachments hereto are reasonable and were necessary for the adequate representation of Nissan in this action.  The hourly rates charged for the professional services provided by Bradley are reasonable and are consistent with the rates charged in this community for similar services by attorneys of like experience in similar law firms. Bradley's charges for its time spent on this matter are based upon our normal hourly rates effective at the inception of such services and have not been adjusted upwards on an annual basis, as is our normal practice, which substantially reduces the amounts that would otherwise be sought in this motion.  The hourly rates reflected and sought in this motion are as follows:  Thor Y. Urness (TYU), $580; Kimberly M. Ingram (KIN), $275; Diana N. Evans (DNEV), $325; Eliot B. Peace (EBP), $275; Edmund S. Sauer (ESS), $495; Caroline D. Spore (CSPO), $295; Danielle Soderholm (DSSO), $125; Matthew Mondary (MSMO), $125.  My hourly rate is based upon my experience, including my trial and appellate experience in complex commercial disputes such as this case, which involved a combination of novel business tort and intellectual property issues, as

are the rates of my colleagues at Bradley I have selected to work on this matter based on their relevant experience and skill sets.

18.     In addition to not charging Nissan for increases in the hourly rates of timekeepers as set forth above, as the billing attorney on this matter I have afforded Nissan other reductions in the fees recorded by Bradley timekeepers in excess of $66,000.  Nissan was also charged for time of other timekeepers assisting with discrete tasks, but does not seek recovery of all such fees.  The names, titles, number of hours billed to Nissan, and a general description of the role for each timekeeper for which Nissan does not seek fees follow:  Michael S. Denniston, Partner, 2.0 hours, consultation regarding *Noerr-Pennington* doctrine applicability; Caroline Hyde, Summer Associate, 19.8 hours, research and assistance with motion for summary judgment; Michelle Newman, Paralegal, 2.7 hours, assistance to Diana Evans in Tampa; and Jason Palmer, Associate, 14.2 hours, research and assistance in drafting response to motion to amend.  Nissan was charged a total of $9,073.76 for these timekeepers for which it does not seek recovery in this motion.

19.     I would also add that the fees at Bradley are set and reviewed annually by others in my firm who are cognizant of our firm's professional obligation to charge reasonable fees, and that this fee application does not include more than $3,000 in fees and expenses incurred by Nissan in November and December 2016, and in January, February, and March 2017, before Plaintiff filed this action in December 2017.  As evidenced by the correspondence dated November 7, 2016 (from Plaintiff's counsel to Nissan) and December 2, 2016 (from me as Nissan's counsel to Plaintiff's counsel), true and correct copies of which are attached hereto as **Exhibit K**, Nissan thoroughly investigated and responded to Plaintiff's claims well before this action was filed (stating in summary that, "[Plaintiff]'s position is based on unfounded legal theories and mischaracterizations of the underlying facts"), but Plaintiff proceeded with this action in any event.  Nissan does not seek recovery of these fees incurred before Plaintiff filed this action.

20.     Nissan does not seek all of its fees and expenses, but instead seeks a total of $722,711.39 in attorneys' fees and non-taxable costs and expenses.  Of this amount, $646,077.00 represents fees and the remaining $76,634.39 represents non-taxable costs and expenses.  The following amounts of hours for the timekeepers described above are sought: Thor Y. Urness (TYU), 659.90 hours; Kimberly M. Ingram (KIN), 522.10 hours; Diana N. Evans (DNEV), 196.50 hours; Eliot B. Peace (EBP), 28.60 hours; Edmund S. Sauer (ESS), 43.80 hours; Caroline D. Spore (CSPO), 27.20 hours; Danielle Soderholm (DSSO), 122.20 hours; Matthew Mondary (MSMO), 24.40 hours.

21.     I have addressed herein a number of the relevant factors considered by courts in determining reasonable attorneys' fees and expenses, including as to claims brought under the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA").  Attached hereto as **Exhibit L** is a true and correct copy of Plaintiff's 2018 federal tax return, which shows that Plaintiff reported gross profits of $587,248.00 for sales in 2018 alone.  Although Plaintiff claims in such return $49,538.00 of ordinary business income after deductions, some of those deductions claimed, such as for legal and professional services, appear unlikely to recur at such levels.  Plaintiff also reported in this return $597,460.00 of assets and $375,051.00 of inventory.  Accordingly, it appears that Plaintiff can pay Nissan's reasonable legal fees and expenses.  Additional information that supports the award of reasonable attorneys' fees and expenses under the FDUTPA appears in the transcript of Plaintiff's deposition, true and correct excerpts of which are attached hereto as **Exhibit M** and highlighted for clarity, including the admission by Plaintiff's corporate representative and co-owner, Anthony Bachan, that he did not have any basis to doubt Nissan's conclusion that the parts Nissan told CBP were counterfeit are counterfeit.  Notwithstanding this understanding and admission, Plaintiff pursued this action under the FDUTPA, causing Nissan to incur the reasonable attorneys' fees, costs and expenses sought in this motion.

- 10 -

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on July 11, 2019.

Thor Y. Urness

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2019, I have served the above by CM/ECF to the following attorneys of record:

Andres H. Lopez, Esq.
The Andres Lopez Law Firm, PA
7351 Wiles Road, Suite 101
Coral Springs, Florida 33067

Robert J. Becerra, Esq., B.C.S.
Becerra Law, PA
1001 Brickell Bay Drive, Suite 1200
Miami, Florida 33131

s/ *Diana N. Evans*
Diana N. Evans

# EXHIBIT A





# Thor Y. Urness
## Partner

Thor Urness practices complex business litigation, including bet-the-company cases, intellectual property litigation and related counseling. Thor has served as lead trial counsel in commercial litigation that yielded two of Tennessee's largest jury verdicts, for $26.5 million and $18.8 million, both in favor of his clients. Thor's practice is generally divided equally between matters in Tennessee and elsewhere.

Business Litigation: Thor represents businesses and individuals in many types of disputes, which have included business torts, insurance coverage, false advertising and consumer protection matters, fraud claims (including healthcare-related False Claims Act cases and securities fraud), government investigations, noncompetition, defamation, civil RICO, contract/UCC, commercial real estate, products liability, class actions, proxy contests, computer performance litigation (i.e., software, hardware and implementation disputes, click here for a representative listing), and automotive supplier disputes (click here for a representative listing). Intellectual property matters are addressed separately below. This broad base of experience is helpful in obtaining cost-effective results that address cross-company business concerns.

Intellectual Property Litigation: A considerable amount of Thor's practice is devoted to intellectual property litigation, including trade secret (click here for a representative listing), trademark (click here for a representative listing), copyright (click here for a representative listing), patent and unfair competition claims. These matters have included trademark, copyright and patent infringement, false advertising, unfair and deceptive trade practices, trade secrets misappropriation, economic espionage, domain name disputes, meta-tag, keyword advertising and Internet First Amendment claims, and computer hacking and spamming cases. In connection with his intellectual property transactional counseling, Thor has represented companies engaged in e-commerce activities, including software developers, publishers, manufacturers, and marketers, handling issues including entity formation, trademark registrations, licensing, marketing, operating, services, affiliate, development and hosting agreements, web site legal notices, and copyright and privacy matters. He also supervises trademark prosecutions and portfolios for clients and *inter partes* proceedings before the United States Patent and Trademark Office.

Thor has represented manufacturers and service providers in commercial and

## Nashville

*P:* 615.252.2384
*F:* 615.252.6384
turness@bradley.com

## Practices

Litigation
Complex Business Litigation
Intellectual Property and Competitive
Practices Litigation
Media and Entertainment
Electronic Data and Discovery
Intellectual Property
Policyholder Insurance Coverage
Patents and Patent Litigation

## Education

Indiana University School of Law,
1988, J.D.
Indiana University, 1986, Pi Sigma
Alpha; Phi Beta Kappa, B.A.
Concordia College
University of London

## Licensed In

Tennessee

## Admitted In

United States Supreme Court
United States Court of Appeals, 5th
Circuit
United States Court of Appeals, 6th
Circuit
United States Court of Appeals, 11th
Circuit

intellectual property litigation under federal and state law in many jurisdictions, including trials in Tennessee, Florida, Georgia and Pennsylvania and other litigation in Alabama, Colorado, Connecticut, District of Columbia, Illinois, Indiana, Kansas, Kentucky, Maryland, Massachusetts, Michigan, Mississippi, Missouri, New Jersey, New York, North Carolina, South Carolina, Ohio, Texas, Virginia, Washington, Wisconsin and Canada.

Alternative Dispute Resolution/Mediation: Thor has served as a mediator and has represented clients in the arbitration, mediation and early neutral evaluation forms of Alternative Dispute Resolution (ADR). He has qualified as a Rule 31 General Civil Mediator by the Tennessee Supreme Court Commission on ADR.

Speaking: Thor is a frequent speaker and presents Continuing Legal Education (CLE) seminars on many litigation and intellectual property subjects. Thor also speaks regularly to professional organizations, including the Nashville Technology Council, on Internet and technology related issues.

Bar Activities: Thor served as the first Chair of the Tennessee Bar Association's Intellectual Property Section and led the initiative that resulted in Tennessee's adoption of the Uniform Trade Secrets Act (2000). He has also served as Chair of the Nashville Bar Association's Intellectual Property Committee. He is a member of the American, Tennessee and Nashville Bar Associations, the International Trademark Association, the Tennessee Intellectual Property Law Association, and the American Intellectual Property Law Association.

Community Service and Pro Bono: Thor has been a member of the boards of directors of the Nashville Pro Bono Program (Immediate Past Chair), the Tennessee Volunteer Lawyers for the Arts, the Arts and Business Council of Greater Nashville and the FiftyForward (formerly Senior Citizens, Inc.) Endowment, and devotes considerable time each year to pro bono matters for indigent clients. He has also served on the Board of Trustees of and as Counsel for Senior Citizens, Inc. and on the Vestry of Christ Church Cathedral. He volunteers for a variety of religious and community organizations in the Nashville area.

Thor recently represented a client who was found ineligible for TennCare (Tennessee's Medicaid Program) and was successful in keeping this client's 24/7 skilled nursing care in place at his home until his death. Thor also prepared and filed in the Tennessee Court of Appeals an *amicus curiae* brief for a group of prominent Fisk University alumni opposed to the University's plans to sell its collection of art donated by Georgia O'Keefe against the stated intent of Ms. O'Keefe.

Firm: Thor previously served as the chair of the Litigation Section and as the pro bono member for Boult Cummings Conners & Berry PLC, vice chair of the Litigation Practice Group and chair of the Intellectual Property Litigation Team for Bradley. He presently serves as chair of the Technology Committee for Bradley.

United States District Court, Middle District of Tennessee
United States District Court, Eastern District of Tennessee
United States District Court, Western District of Tennessee
United States District Court, Southern District of Texas
United States District Court, Western District of Michigan
United States District Court, Western District of Wisconsin
United States District Court, Eastern District of Wisconsin

**EXPERIENCE**

**$18.8 million jury verdict in tortious interference case**
We obtained a jury verdict and awards of attorney's fees totaling nearly $19 million, including $16 million in punitive damages, for healthcare client SpecialtyCare IOM Services, LLC on its business tort claims against Medsurant, a competitor provider of intraoperative neuromonitoring (IOM) services. SpecialtyCare acquired substantially all the assets of IOM competitor ProNerve, which Medsurant also wanted to acquire.  SpecialtyCare claimed that Medsurant procured breaches of agreements between ProNerve and its employees and hospital customers and that Medsurant tortiously interfered with existing and prospective business relationships between ProNerve and its employees and hospital customers, resulting in substantial business of ProNerve being taken by Medsurant before SpecialtyCare closed on its acquisition of ProNerve.  In discovery, a motion to compel filed by SpecialtyCare was granted after many lengthy hearings, but Medsurant did not produce all requested documents. SpecialtyCare then filed a motion for sanctions, and after many more lengthy hearings and after Medsurant's initial counsel were replaced by a second set of lawyers, the Court entered a default judgment as to liability due to Medsurant's continuing failures to obey the orders of the Court as to discovery.  Medsurant then engaged a third set of lawyers and shortly before trial produced in excess of 160,000 pages of documents, which included key documents we used at trial to demonstrate that Medsurant engaged in a concerted effort to move employees and business from ProNerve to Medsurant that included the wrongful copying and use of information brought to Medsurant by a ProNerve employee with the knowledge of Medsurant's principals.  Press articles on the verdict appear in the *Nashville Business Journal, Nashville Post* and *Law360.*

**Summary judgment granted, expansive trade secrets preemption test upheld by Tennessee Court of Appeals**
We obtained summary judgment for our client based on the argument that the plaintiff's business tort claims were preempted by the Tennessee Uniform Trade Secrets Act (adopted in 2000 after Thor Urness of the firm led the initiative for its adoption).  The plaintiff alleged a host of common law business tort claims, including at one time or another conversion of confidential customer information and proprietary business information, breach of fiduciary duty and duty of loyalty and aiding and abetting the same, unfair competition, intentional interference with business relations, trespass, and civil conspiracy.  The Tennessee Court of Appeals upheld the trial court's adoption, on summary judgment in favor of our client, of the expansive "same proof" standard of *Hauck Manuf. v. ASTEC Indus., Inc.*, 375 F. Supp. 2d 649 (E.D. Tenn. 2004), under which a claim will be preempted when it necessarily rises or falls based on whether the defendant is found to have "misappropriated" a "trade secret" under the Act.  *Ram Tool & Supply Co. v. HD Supply Construction Supply Ltd.*, No. M2013-02264-COA-R3-CV, 2014 WL 4102418 (Tenn. Ct. App. Aug. 19, 2014).

**Successful defense and prosecution of false advertising claims**
We represented a pet food producer in a false advertising case brought by its

market-leading competitor. We were hired to replace lead and trial counsel and amended our client's pleadings to bring vigorous false advertising and other business tort counterclaims against the plaintiff. We successfully employed a strategy of aggressive discovery and thwarted the plaintiff's voluminous motion practice, leading to a confidential settlement of our client's counterclaim within six months of our engagement. We were also successful in curtailing broad discovery sought by the plaintiff, thereby saving our client hundreds of thousands of dollars in legal and eDiscovery vendor fees, the court finding that it would not permit the discovery "fishing expedition" sought by the plaintiff.

**$26.5 million jury verdict in trade secrets case**

The information technology subsidiary of HCA, Inc. sued our software developer clients for alleged trade secrets misappropriation. We filed a counterclaim for defamation and interference with prospective business relationships. Following a two-week jury trial, the jury returned a verdict in favor of our clients on the trade secret misappropriation claim and awarded them $1.5 million in compensatory damages and $25 million in punitive damages on their defamation counterclaims. The verdict was listed in The National Law Journal's Top 100 Verdicts of 2004.

**Successful resolution of bet-the-company business tort litigation**

We represented a startup health care company in a suit filed by a large competitor claiming misappropriation of trade secrets, violation of confidentiality and non-compete agreements and intentional interference with business relations. In this bet-the-company case, we obtained a favorable settlement for our clients after more than 500 court filings, approximately 50 court hearings before four judges, more than 60 depositions, and four days of mediation before a panel of three mediators. The confidential settlement included providing authority to our client to publicize the resolution of the case, including that it paid no money to its competitor and that there was no finding or admission of wrongdoing.

**Successful representation of appliance maker in insurance coverage dispute over false advertising claims**

We represented a manufacturer of household appliances in its dispute with its insurance carrier over coverage for false advertising and unfair competition claims brought by a competitor. We caused the carrier to provide a defense and the case was resolved successfully after pursuing an aggressive strategy that included arguing the carrier had waived policy defenses.

**Successful defense of Fortune 500 software company**

We defended a Fortune 500 software company in a suit brought by The Metropolitan Government of Nashville and Davidson County (Metro), which claimed that our client's software did not meet the specifications of Metro's request for proposal and that our client defrauded Metro. We engaged in a strategy of pressing Metro for an early expert witness report and learned in discovery that their expert rendered his opinions without reviewing the subject software, which enabled us to file a strong motion to exclude Metro's expert. We

also developed proof of Metro's spoliation of evidence, a motion as to which was also pending at the time of settlement. Each of these motions contributed to the favorable settlement. We were also successful in limiting Metro's discovery of complaints by third parties about the subject software, which helped reduce our client's legal fees. The case was a high profile case for our client and Metro was seeking approximately $9 million, but we were able to settle the case favorably for a fraction of the amounts sought by Metro.

**Federal injunction of blogger**

We represented the plaintiff in a trade secrets and copyright action involving novel issues of law pertaining to the use of blogs aggregating consumer complaints and obtained a permanent injunction for our client after the company's regular counsel advised the client that this relief could not be obtained.

**Federal injunction against insurance agent**

We represented the plaintiff insurance company in a trade secrets claim against a terminated agent, obtaining a TRO then a permanent injunction, enjoining the use of our client's trade secrets.

**Arbitration award for household appliance maker**

In this contract claim for over $500,000 in alleged costs savings plan services, plus attorney's fees, we obtained an award in our client's favor and the plaintiff took nothing and was ordered to pay all arbitration fees, including the fees of the arbitrator for the three-day arbitration hearing.

**Arbitration award for health care company in software dispute**

In this software performance dispute we obtained an arbitration award after a three-day hearing for the return of all monies paid by our client (approximately $300,000) to a software company, including an award of our attorney's fees and the arbitrator's fees.

**Dismissal of Civil RICO claims**

The plaintiffs alleged that the defendants (our clients) committed retaliatory discharge, civil conspiracy and were engaged in a RICO conspiracy in connection with the corporate defendants' truck driving school. We achieved dismissal of all counts of the complaint.

**Successful defense of major real estate broker in copyright action**

The plaintiff, a publishing company, sued our client, one of the nation's largest real estate companies, for breach of a contract to produce customized real estate agent magazines, copyright infringement, unfair competition, intentional interference with business relationships, and violation of the Tennessee Consumer Protection Act, and aiding and abetting a breach of fiduciary duty, and seeking approximately $1 million in damages. We successfully achieved the dismissal of the entire complaint by filing a motion to dismiss, which was granted by the federal judge.

**Federal jury verdict for misappropriation of trade secrets**

We obtained a judgment for compensatory and punitive damages, attorneys' fees and an injunction in a federal jury trial in Georgia for our banking software client against its former chief software developer after the jury found misappropriation of our client's trade secrets and software.

**Reversal of jury verdict in breach of contract and business tort litigation against OEM**

We represented a Tier One automotive seat assembly manufacturer in a suit in Henderson County, Tennessee, filed by a metal coatings supplier for breach of contract and business tort claims, including failure to follow OEM hydrogen embrittlement relief specifications and PPAPs. We obtained a rare reversal of an adverse jury verdict based on juror misconduct. The case was resolved on favorable terms after dismissal of all business tort claims before a scheduled second trial.

**Favorable settlement in dispute involving software**

We obtained a favorable settlement of a dispute with an outsourced IT vendor in Chancery Court for Davidson County, Tennessee where our client complained of being sold expensive "vaporware" by Computer Associates.

**Representation of engineering firm in disputes with automotive suppliers and in economic espionage action**

We represented an engineering firm engaged in the design and manufacture of automated assembly equipment in various actions in Michigan and Tennessee, including disputes with automotive suppliers regarding assembly and stamping equipment and safety seal manufacturing equipment. We also represented this client in connection with an economic espionage action and assisted with the federal prosecution of a former employee who attempted to convey trade secrets of our client's customer to its competitors.

**Representation of technology company in litigation and arbitration**

We obtained a favorable settlement in state court litigation in Charlotte, North Carolina, in which our client, a provider of Internet connectivity and disaster recovery services, claimed that the defendant systems integrator sold it a far more expensive data storage and networking system than was appropriate. We also represented this client in a directors and officers insurance coverage dispute in arbitration arising from the indemnification of a former CEO of our client, which was resolved favorably.

**Litigation against OEM to prevent unilateral price reductions and negotiated continuation of business**

We represented a Tier One engine cradle and suspension assembly manufacturer in a suit against a major automotive OEM in an attempt to prevent further unilateral price reductions under long term supply agreements as part of the OEM's effort to cut costs and avoid bankruptcy. Our client filed suit in Warren County, Tennessee, and the OEM filed suit against our client four days later in Macomb County Circuit Court, Macomb County, Michigan. The Michigan court refused to dismiss the case, finding venue proper in Michigan. The Tennessee

court found the OEM long term supply agreement venue provision vague and refused to dismiss the case, causing the OEM's CEO to instruct the OEM's worldwide purchasing chief to settle the case, putting an end to the unilateral price reductions. The case resolved on favorable terms after four days of settlement negotiations with our client remaining as an OEM supplier. We also revised our client's terms and conditions of sale and purchase subsequent to settlement of the OEM litigation and continue to assisted this client on various matters in connection with its relationships with other OEMs.

**Judgments against keyword advertisers**

For our insurance agency client we sued seven web site operators who were engaging in diversion of web site traffic intended for our client through key word advertising and other search engine optimization means. We obtained judgments including payment of attorney's fees against five defendants and cessation of the offending practices as to all defendants.

**Judgment in federal infringement case for discovery abuse**

We represented a major entertainment company in trademark and copyright infringement against an individual and his company for making unauthorized use of our clients' intellectual property and our client was awarded an injunction, a default judgment in excess of $2 million and attorney's fees due to defendants' concealment of records and other discovery misconduct.

**Defense jury verdict in trademark infringement case**

We obtained a unanimous jury verdict for our hotel franchisor client in an $11 million claim by the owner of federal trademark registrations, the plaintiff claiming that our client's hotel brand was confusingly similar to its well-known brand.

**Confidential settlement for catastrophic brain injury in dram shop case**

We represented the family of a teenager who consumed beer illegally sold by a convenience store operator and suffered a catastrophic brain injury. We reached a multi-million dollar settlement with the convenience store operator paying its insurance policy limits and also contributing a seven-figure amount on top of such coverage.

**Judgment for famous mark client in federal bench trial in Philadelphia**

We tried a service mark infringement and dilution case in federal court in Philadelphia for a major international distributor of Bibles. We obtained a judgment for our client.

**Anti-Spamming Legislation**

Initiated first case in the country to apply Tennessee's anti-spamming legislation, resulting in consent judgment

**Domain Name Dispute Policy**

Initiated first case in the country under second revised Domain Name Dispute Policy

**Economic Espionage Act**

Assisted federal prosecutors in first case prosecuted in Tennessee (third nationwide) under federal Economic Espionage Act, resulting in successful criminal prosecution related to attempted dissemination of trade secrets

**Uniform Trade Secrets Act**

Initiated successful drive for Tennessee's passage of the Uniform Trade Secrets Act

**Litigation and Arbitration for an Internet Marketer**

Litigation and arbitration proceedings for an Internet marketer against a customer that misappropriated client's trade secrets, resulting in favorable settlement

**Representation of Major Musical Instrument Maker**

Representation of major musical instrument maker in multiple trademark infringement actions

**Represented National Apparel Retail Chain**

Represented National Apparel Retail Chain against claims of trademark infringement involving "gray goods"

**Representation of Major Apparel Manufacturer**

Representation of Major Apparel Manufacturer in multiple trademark infringement actions in state and federal court

**Successful Jury Trial in Florida**

Successful jury trial in Florida involving claims of state law service mark infringement for a small hotel against a national hotel chain

**Representation of Numerous Start-Up Internet Companies**

Representation of numerous start-up Internet companies and advice on intellectual property issues

**Representation of Numerous Internet Companies**

Representation of numerous Internet companies in domain name disputes with cybersquatters

**Representation of a Health Care Startup with Internet Business Model**

Representation of a health care startup with Internet business model in corporate organization, merger, shareholders' and consulting agreements, licensing and trademark registration, and employment, non-competition and confidentiality agreements

**Representation of Internet Company**

Representation of Internet company in connection with multiple rounds of private offerings

### Preparation of Web Site Access Agreements

Preparation of web site access agreements, disclaimers, legal notices for numerous Internet companies

### Defending Copyright, Trademark and Service Mark Infringement Cases

Defending copyright, trademark and service mark infringement cases for numerous Internet and new media clients

### Represented Engineering Company

Represented engineering company in litigation regarding Internet publication of trade secrets, resulting in judgment against defendant

### Computer Software Performance Litigation

Computer software performance litigation in Tennessee, Alabama, Georgia, Missouri, Pennsylvania and Wisconsin for both licensors and licensees of enterprise software systems

### Representation of food manufacturer in trade dress action

### Representation of Major Entertainment Company

Representation of major entertainment company in trademark infringement action involving record label

### Special Intellectual Property Counsel

Retention by insurance company as special intellectual property counsel in representation of apparel company in defense of trademark and copyright infringement action

### Representation of Multiple Clients In Audits

Representation of multiple clients in audits by industry software copyright compliance organizations

### Representation of Various Religious Publishers

The firm represents several religious publishing companies based in Nashville on matters relating to intellectual property protection, publishing agreements and vendor agreements, as well as the publishing arm of a major denomination based in New York. For example, we serve as primary outside counsel for Church Publishing, Inc., the publishing arm of the Episcopal Church, and advise them on a wide variety of matters, including intellectual property protection, publishing contracts, multimedia, web site issues, vendor agreements, music publishing, and software development and licensing. The Methodist Church's and the Southern Baptist Convention's publishing operations are also based in Nashville, and we have long provided intellectual property advice to these organizations. We have also represented the United Methodist Publishing House, The General Board of Discipleship and the General Board of higher Education and Ministry for many years, including on intellectual property and First Amendment matters.

**Church Publishing Incorporated, Civil Action No. 4:11cv658**

We represented the publishing arm of the Episcopal Church in this dispute with the Godly Play Foundation, the licensor of a leading curriculum for Christian education of young children. This was a sensitive matter for the Episcopal Church's publishing house in that it involved a public rift that received attention from a group of bloggers. That we were asked to handle this sensitive matter for this New York-based client was an honor and a genuine compliment. We resolved the matter after two difficult mediation sessions, the second with a federal district judge.

**DMCA Take-Down Notice**

The firm filed DMCA take-down notices with an "app" developer who was infringing our client's literary and musical copyrights. The firm also filed DMCA take-down notices with the webhost, Apple, Inc., as a potential contributory infringer. The offending app was removed from the Apple iStore.

## Accolades

- American Bar Foundation, Fellow

- Tennessee Bar Foundation, Fellow

- Nashville Bar Foundation, Fellow

- Listed in *The Best Lawyers in America*®
    - Commercial Litigation, 2007-2019
    - Litigation-Intellectual Property, 2011-2019
    - Intellectual Property Law, 2005-2010
    - Trade Secrets Law, 2017-2019

- Martindale-Hubbell® AV Preeminent Rated

- Listed in *Benchmark Litigation*
    - "Litigation Star," Tennessee, 2008-2019
    - "Case of the Year," Tennessee, 2012 (American National Property and Casualty Insurance trade secrets case)

- Listed in *Chambers USA*
    - Litigation: General Commercial, 2005-2012, 2014-2019

- Listed in *Managing Intellectual Property*
    - "IP Star," Tennessee, 2014

- Listed in *Mid-South Super Lawyers*
    - Business Litigation, 2007-2018
    - Intellectual Property Litigation, 2006
    - "Top 100," Tennessee, 2006, 2008, 2018

- Listed in *Super Lawyers*
    - Corporate Counsel Edition, Business Litigation, 2008-2011

- Listed in *Nashville Business Journal*, "Best of the Bar"
    - Litigation, 2012

- Intellectual Property Law, 2003, 2006, 2011-2012
  - Large Firm, 2015
- Listed in VerdictSearch
  - "100 Top Jury Verdicts," $26.5 million verdict against HCA subsidiary, 2004
- Honored as an "Attorney for Justice" by the Tennessee Supreme Court Access to Justice Commission, 2018

# Professional & Community Activities

American Bar Association

American Intellectual Property Law Association

International Trademark Association

Tennessee Bar Association

Tennessee Intellectual Property Law Association

Nashville Bar Association

Nashville Technology Council

Nashville Pro Bono Program, Immediate Past Chair, Board of Directors

Arts and Business Council of Greater Nashville, Past Chair, Board of Directors

FiftyForward Endowment, Board of Directors

# EXHIBIT B





# Kimberly M. Ingram
## Associate

Kimberly Ingram focuses her practice on complex commercial and business litigation and appellate matters in state and federal courts. She strives to provide clients with consistent communication, high-quality advocacy and strategic solutions that fit clients' real-world needs.

Prior to joining Bradley, Kimberly was an associate at Simpson Thacher & Bartlett in Palo Alto, California. While in law school, she served as the senior notes editor for the *Vanderbilt Law Review*, worked in the Vanderbilt Appellate Litigation Clinic and received awards for excellence in oral and written advocacy. She holds two Bachelor of Arts degrees in Communication Studies and Political Science from Clemson University, where she was a recognized leader in campus and academic life.

Pro bono work is an important part of Kimberly's practice. She has participated in drafting habeas corpus petitions with the Northern California Innocence Project, defending the grant of a habeas corpus petition in the Sixth Circuit, and advocating for asylum for immigrants from Latin America. During law school, she was a site coordinator for Street Law, an organization dedicated to educating low-income, at-risk populations about their legal rights.

## Accolades

- Honored as an "Attorney for Justice" by the Tennessee Supreme Court Access to Justice Commission, 2018

## You May Not Know

Kimberly is passionate about Clemson football, live theatre, and world travel. She has spent time in Africa, Asia, Australia, and Europe.

## Professional & Community Activities

American Bar Association

California Bar Association

Tennessee Bar Association

### Nashville

*P:* 615.252.3592
*F:* 615.252.6357
kingram@bradley.com

## Practices

Litigation
Appellate
Class Actions
Complex Business Litigation
ERISA Litigation
Intellectual Property and Competitive Practices Litigation
Product Liability
Managed Care Litigation
Media and Entertainment

## Education

Vanderbilt University Law School, 2015, Order of the Coif; Senior Notes Editor, *Vanderbilt Law Review*; John W. Wade Scholar; Moot Court, Best Brief Award Recipient; Lightfoot, Franklin, & White Best Oralist Award, J.D.
Clemson University, 2012, *summa cum laude*; Phi Beta Kappa; Omicron Delta Kappa; National Scholar, B.A.

## Licensed In

California
Tennessee

## Admitted In

Supreme Court of California

Nashville Bar Association

Nashville Arts Board Matching Program

Poverty and the Arts, Board Member

Tennessee Supreme Court

United States Court of Appeals for the Federal Circuit

United States Court of Appeals, 6th Circuit

United States District Court, Central District of California

United States District Court, Northern District of California

United States District Court, Southern District of California

United States District Court, Middle District of Tennessee

United States District Court, Western District of Tennessee

United States District Court, Eastern District of Tennessee

# EXHIBIT C





# Diana N. Evans
## Associate

After clerking for the Honorable James S. Moody Jr. of the U.S. District Court for the Middle District of Florida, Diana Evans joined the firm as a member of the Litigation Practice Group.

Diana is a graduate of Stetson University College of Law, where she received the National Order of Scribes Award. She was also a member of the Stetson Moot Court Board, competing in the Philip C. Jessup International Moot Court Competition and the National Veterans Law Moot Court Competition.

Diana received her Bachelor of Science in Finance from the University of Florida, where she participated in the Warrington College of Business Finance Scholars program.

## Experience

***Shelithea Hallums and Samuel Castillo v. Infinity Insurance Company and Infinity Auto Insurance Company***, **Case No.: 16-24507-CIV-Moreno, U.S Dist. Ct. for the Southern District of Florida**

Successfully obtained summary judgment for Infinity Insurance Company and Infinity Auto Insurance Company in putative class action lawsuit alleging that Infinity's Lessor Liability Endorsement was illusory and did not provide any valuable coverage. Plaintiffs argued that the Graves Amendment, 49 U.S.C. § 30106, foreclosed any possibility of lessor liability. Plaintiffs pleaded claims for declaratory judgment, unjust enrichment, fraudulent concealment, and negligent omission. The case involved allegations that, under the Lessor Liability Endorsement, the damages that a lessor becomes legally obligated to pay can only stem from an injury for which the insured is also legally liable. Plaintiffs argued that this liability fell within the definition of "vicarious liability" that was disallowed by the Graves Amendment. At various stages of the litigation, Infinity challenged whether plaintiffs had Article III standing and argued that the endorsement was not illusory because it provided coverage for lessors in many different situations. Infinity also maintained that plaintiffs' interpretation of the endorsement was contrary to various rules governing the interpretation of insurance policies under Florida law, as well as that, regardless of plaintiffs' interpretation, Infinity still had an obligation to defend the lessors, even against claims barred by the Graves Amendment. After extensive briefing and a hearing on summary judgment and class certification issues, the court granted Infinity's

### Tampa
*P:* 813.559.5522
*F:* 813.229.5946
dnevans@bradley.com

## Practices

Litigation
Product Liability

## Education

Stetson University College of Law, 2012, *magna cum laude*; Notes & Comments Editor, *Stetson Law Review*; Stetson Moot Court Board; Presidential Merit Scholar; National Order of Scribes Award, J.D. University of Florida, 2009, *summa cum laude*; Warrington College of Business Finance Scholar, B.S.

## Licensed In

Florida

## Clerkships

United States District Court, Middle District of Florida, Honorable James S. Moody Jr., 2014 - 2016
United States District Court, Middle District of Florida, Honorable Anthony E. Porcelli, 2013 - 2014
Florida Second District Court of Appeal, 2012 - 2013

motion for summary judgment and entered a final judgment in favor of Infinity and against the plaintiffs. The court held that the endorsement was not illusory because plaintiffs' interpretation would render the Graves Amendment's savings clause a nullity, and, regardless, Infinity still owes a duty to defend the lessor and raise the Graves Amendment as an affirmative defense. Bradley's work on the matter included collaboration with local counsel Raoul Cantero and Ramon Abadin. The case involved extensive analysis of insurance policy interpretation and standing issues, as well as extensive analysis of different comparative fault statutes nationwide.

## Professional & Community Activities

Federal Bar Association

Hillsborough County Bar Association

# EXHIBIT D





# Eliot B. Peace
## Associate

An associate in the Tampa office, Eliot Peace is a member of the Litigation Practice Group. An experienced litigator, he represents business and commercial clients in complex litigation—across a variety of industries—in state and federal courts across the country.

He also works with clients facing governmental investigations and litigations, dealing with whistleblower allegations and *qui tam* actions. He helps clients navigate compliance and potential liability under the False Claims Act, Anti-Kickback Statue and other areas of healthcare fraud and abuse, government contractor fraud and abuse, and white collar criminal law. He also regularly advises clients on federal and state campaign finance, election, and ethics law.

Prior to joining Bradley, Eliot served as a federal prosecutor and in-house counsel in the U.S. Air Force JAG Corps. In that role, he regularly advised senior leaders on a variety of issues and gained extensive experience in all facets of trial practice, ethics, government investigations, government contracts, and federal regulatory compliance. Before and during law school, Eliot served as a policy advisor to the governor of South Carolina. He continues his service in the U.S. Air Force Reserve.

A 2010 graduate of the University of South Carolina School of Law, he served as Chief Justice of the Moot Court Bar and as Articles Editor for the *Real Property, Trust and Estate Law Journal*. Subsequently, he clerked for the Honorable Justice John W. Kittredge on the South Carolina Supreme Court and the Honorable Timothy M. Cain on the U.S. District Court for the District of South Carolina. Eliot received his Bachelor of Arts, *cum laude*, from the University of Georgia in 2005.

## Accolades

- Commissioned Officer Training, *distinguished graduate*
- Squadron Officer School, *distinguished graduate*

## You May Not Know

Previously, Eliot taught the law of armed conflict to future U.S. Air Force remotely

### Tampa
*P:* 813.559.5504
*F:* 813.229.5946
epeace@bradley.com

## Practices

Litigation
Government Enforcement and Investigations

## Education

University of South Carolina School of Law, 2010, Chief Justice, Moot Court Bar; Articles Editor, *Real Property, Trust and Estate Law Journal*; President, Federalist Society for Law and Public Policy Studies, J.D.
University of Georgia, 2005, *cum laude*, Dean's List, B.A.

## Licensed In

Florida
South Carolina

## Admitted In

United States Court of Appeals, 4th Circuit
United States District Court, District of South Carolina
United States District Court, Middle District of Florida
United States Air Force Court of Criminal Appeals
United States Court of Appeals for

piloted aircraft pilots. In 2014, he served as the chief of the litigation support section at Joint Task Force-Guantanamo, Guantanamo Bay, Cuba.

## Professional & Community Activities

Florida Judicial Nominating Commission, Second District Court of Appeal

Federalist Society

American Bar Association

Veterans of Foreign Wars

James Madison Institute

    Leaders Fellowship, Class IV

Holy Trinity Presbyterian Church

Ferguson-White Inn of Court

the Armed Forces

## Clerkships

United States District Court, District of South Carolina, Honorable Timothy M. Cain, 2011 - 2012
South Carolina Supreme Court, Justice John W. Kittredge, 2010 - 2011

# EXHIBIT E





# Edmund S. Sauer
## Partner

Edmund Sauer is an appellate lawyer in Bradley's Nashville, Tennessee office. He has handled hundreds of appeals for clients throughout the country, particularly in the U.S. Court of Appeals for the Sixth Circuit, where he clerked for two judges, and in Tennessee and Kentucky appellate courts.

Edmund handles a broad array of complex and high-stakes litigation matters. Besides briefing and arguing cases on appeal, Edmund regularly advises clients and trial counsel on litigation strategy to maximize the prospects of success in federal and state trial courts. He has particular experience serving as the appellate lawyer embedded with trial teams in complex civil litigation.

Apart from his practice, Edmund teaches Appellate Practice and Procedure at Vanderbilt Law School.  He has served as Chair of the Tennessee Bar Association's Appellate Practice Section and remains actively involved with that organization.

In the last two years, Edmund has obtained a reversal for a corporate client in an interlocutory appeal to the Sixth Circuit; persuaded the Sixth Circuit to reject loan-securitization claims for a financial services client; obtained a reversal on an issue of first impression in another Sixth Circuit appeal; successfully represented clients in an ERISA appeal in the Third Circuit and a bankruptcy appeal in the Eleventh Circuit; and handled more than two dozen other appeals before the Tennessee and Kentucky Courts of Appeals and other appellate courts. Also in the last two years, he has filed three amicus briefs in the United States Supreme Court and two in the Tennessee Supreme Court.

Prior to joining Bradley, Edmund worked as an appellate lawyer at Mayer Brown in Washington, D.C. He also served as Deputy General Counsel to Gov. Steven L. Beshear, representing the Kentucky governor in federal and state courts and helping coordinate executive branch litigation.

A Fulbright and Truman Scholar, Edmund clerked for two judges on the U.S. Court of Appeals for the Sixth Circuit: Judges Jane B. Stranch and Boyce F. Martin, Jr.

## Experience

**Nashville**
*P:* 615.252.2374
*F:* 615.252.6374
esauer@bradley.com

## Practices

Litigation
Appellate

## Education

University of Virginia School of Law, 2004, Editorial Board Member, *Virginia Law Review*; Hardy Cross Dillard Fellow, J.D.
Queen's University, 2001, Fulbright Scholar, M.A.
Centre College, 2000, with honors, B.A.

## Licensed In

Tennessee
District of Columbia
Kentucky
Arkansas

## Admitted In

Supreme Court of the United States
United States Court of Appeals, 2nd Circuit
United States Court of Appeals, 3rd Circuit
United States Court of Appeals, 5th Circuit
United States Court of Appeals, 6th Circuit

Over the course of his career, Edmund has handled appeals involving a variety of legal issues, including commercial and contractual disputes, insurance, preemption, intellectual property, labor and employment, ERISA, product liability, financial services, arbitration, pharmaceuticals, class action, federal and state constitutional law, civil rights, environmental law, the Federal Tort Claims Act, white-collar crime, bankruptcy, consumer fraud, antitrust, and the Federal Employers Liability Act.

In addition to his appellate practice, he has authored dispositive and critical motions in a variety of federal and state trial matters, including cases involving breach of contract, insurance, product liability, ERISA, pharmaceuticals, pharmaceuticals, federal and state constitutional law, class actions, and construction law.

**GENERAL EXPERIENCE**

**United States Supreme Court**

**Dart Cherokee Basin Operating Co. v. Owens, 135 S. Ct. 547 (U.S. 2014).**
Authored amicus brief helping to persuade the Supreme Court to disavow widely adopted presumption against removal to federal court in class actions.

**Gelboim v. Bank of America Corp. , 135 S. Ct. 897 (U.S. 2015).**
Authored amicus brief for U.S. Chamber of Commerce in case involving appealability of multi-district litigation (MDL) orders.

**Tibble v. Edison Int'l , 135 S. Ct. 1823 (U.S. 2015).**
Authored amicus brief for DRI in case involving applicability of ERISA's six-year statute of limitations.

**Animal Care Trust v. United Pet Supply, Inc ., No. 14-954 (U.S. 2015).**
Authored petition for certiorari asking Supreme Court to resolve circuit split on whether private entities are eligible to claim qualified immunity.

**Federal Courts of Appeals**

**Thompson v. Bank of America, N.A., 773 F.3d 741 (6th Cir. 2014).**
Successfully handled appeal involving federal and state legal challenges to securitization of mortgage loans.

**United Pet Supply, Inc. v. City of Chattanooga, 768 F.3d 464 (6th Cir. 2013).**
Obtained partial reversal for clients in interlocutory appeal challenging denial of summary judgment.

**A. O. Smith Corp. & Gaylord Entm't v. United States, 774 F.3d 359 (6th Cir. 2014).**
Represented corporations suing United States government under Federal Tort

United States Court of Appeals, 7th Circuit
United States Court of Appeals, 8th Circuit
United States Court of Appeals, 9th Circuit
United States Court of Appeals, 10th Circuit
United States Court of Appeals, 11th Circuit
United States Court of Appeals for the Federal Circuit
United States District Court, Middle District of Tennessee
United States District Court, Eastern District of Tennessee
United States District Court, Western District of Tennessee
United States District Court, Eastern District of Kentucky
United States District Court, Western District of Kentucky
United States District Court, Northern District of Indiana

## Clerkships

United States Court of Appeals, 6th Circuit, Honorable Jane Branstetter Stranch, 2010 - 2011
United States Court of Appeals, 6th Circuit, Honorable Boyce F. Martin, Jr., 2004 - 2005

Claims Act for over $250 million in damages.

**Cooper v. CSX Transp., Inc., 560 F.3d 426 (6th Cir. 2009).**
Persuaded Sixth Circuit to hold that the Federal Railway Safety Act precluded an action under the Federal Employers' Liability Act relating to the use of track ballast.

**Flake v. Schrader-Bridgeport Int'l, Inc., 2013 WL 4105657 (6th Cir. 2013).**
Successfully represented company in environmental appeal.

**Woolbright v. Crews, -- F.3d --, 2015 WL 3939382 (6th Cir. 2015).**
Obtained reversal of district court judgment on issue of first impression.

**Malone v. Bank of America, No. 14-5532 (6th Cir. 2015)**
Represent clients in appeal from denial of post-judgment motion under Federal Rule of Civil Procedure 60(b).

**The Heil Co. v. Evanston Ins. Co., No. 14-5443 (6th Cir. 2015)**
Represented insurer in appeal involving scope of insurance coverage.

**Rainey v. SunLife Assurance Co., Nos. 15-5035, 5050 (6th Cir. 2015)**
Represented healthcare employer in ERISA appeal.

**United States v. Morales-Loya, 718 F.3d 568 (6th Cir. 2013).**
Appointed by Sixth Circuit to handle appeal involving issues of first impression under Fourth Amendment.

**DeSoto v. Metro. Bd. of Parks & Rec., No. 14-6507 (6th Cir. 2015)**
Handled appeal for defendant in employment discrimination lawsuit.

**Kantz v. Rubin Lublin, No. 15-5490 (6th Cir. 2015).**
Represent defendants in appeal involving fraud and consumer protection claims.

**State Auto Prop. & Cas. Ins. Co. v. Hargis, 785 F.3d 189 (6th Cir. 2015).**
Assisted Vanderbilt University Appellate Litigation Clinic in successfully representing client in bad-faith insurance appeal.

**Coleman v. Mortg. Elec. Registration Servs., No. 15-5145 (6th Cir. 2015).**
Represent financial services clients in appeal involving quiet-title claims and scope of res judicata.

**Menkes v. Prudential Ins. Co., No. 13-1408 (3d Cir. 2013).**
Successfully defended employer in appeal involving scope of ERISA preemption.

**In re Teleglobe Commc'ns Corp., 493 F.3d 345 (3d Cir. 2007).**
Represented client in appeal involving the applicability of attorney-client privilege

to communications between a corporation and its former subsidiary.

**Morales v. Bezy, 499 F.3d 668 (7th Cir. 2007).**
Handled actual innocence case before the Seventh Circuit. Client eventually released from prison.

**Helmer v. Pogue, 567 F. App'x 894 (11th Cir. 2014).**
Successfully represented claimants in bankruptcy appeal.

**Brim v. Midland Credit Mgmt., Inc., No. 11-12537 (11th Cir. 2011).**
Challenged adverse jury verdict in Fair Credit Reporting Act appeal.

**Galarneau v. Merrill Lynch, 504 F.3d 189 (1st Cir. 2007).**
Persuaded the First Circuit to vacate punitive-damage award in defamation action.

**Southgate Master Fund, L.L.C. v. United States, 659 F.3d 466 (5th Cir. 2012).**
Authored amicus brief for clients on federal tax issue.

**State Appellate Courts**

**Ram Tool & Supply Co., Inc. v. HD Supply Constr. Supply, Ltd., 2014 WL 4102418 (Tenn. Ct. App. 2014).**
Briefed and argued appeal establishing scope of preemption under the Tennessee Uniform Trade Secrets Act.

**The SJR Limited Partnership v. Christie's, Inc., 2014 WL 869743 (Tenn. Ct. App. 2013).**
Successfully briefed and argued appeal involving auction house's motion to compel arbitration.

**Walker v. Bank of America, N.A., 2015 WL 1566745 (Tenn. Ct. App. 2015).**
Successfully briefed and argued appeal involving state consumer fraud and tort issues.

**Noranda Aluminum, Inc. v. Golden Aluminum Extrusion, LLC, 2014 WL 4803149 (Tenn. Ct. App. 2014).**
Successfully represented commercial entity in defending summary judgment under the Uniform Fraudulent Transfer Act.

**The Tennessean v. Metro. Gov't of Nashville & Davidson Cty., No. M2014-00524-SC-R11-CV (Tenn. 2015).**
Authored amicus brief on behalf of four advocacy groups seeking victims' rights exception to Tennessee Public Records Act.

**Hooker v. Haslam, 437 S.W.3d 409 (Tenn. 2013).**
Authored amicus brief for Tennessee Bar Association in defending constitutionality of Tennessee's method of selecting appellate judges.

**Wells Fargo Bank v. Lockett, 2014 WL 1673745 (Tenn. Ct. App. 2014)**
Represented financial services client in appeal involving proper interpretation of real estate contract and whether recision was remedy available under Tennessee law.

**Fox v. Grayson, 317 S.W.3d 1 (Ky. 2010).**
Briefed and argued appeal before the Kentucky Supreme Court on behalf of the Governor of Kentucky involving the constitutionality of bicameral legislative confirmation requirements for executive-branch appointees.

**Horton v. Wells Fargo Bank, NA, 2015 WL 1969363 (Ky. Ct. App. 2015).**
Successfully handled breach-of-contract appeal for financial services client.

**Charles Distrib. v. Halliburton, No. 2005-CA-457, 2006 WL 1561234 (Ky. Ct. App. 2006).**
Successfully represented commercial entity in an appeal involving contractual dispute with customer.

**Augenstein v. Deutsche Bank Nat'l Trust Co., No. 2014-CA-001101 (Ky. Ct. App. 2015).**
Represent financial services client in appeal.

**Eastside Vend Distribs., Inc. v. Pepsi Bottling Grp., Inc., 913 A.2d 50 (Md. 2006).**
Successfully defended trial court's denial of a preliminary injunction in price-discrimination action.

**Dille v. Centerre Healthcare Corporation, No. 05-11-01354, 2012 WL 2454221 (Tex. Ct. App. 2012).**
Successfully represented employer in appeal involving state payday laws.

**Bank of America, N.A. v. Prissel, 859 N.W.2d 172 (Wis. Ct. App. 2014).**
Successfully handled appeal involving previously unresolved issue of statutory construction.

**Fricano v. Bank of America, No. 2015AP000020 (Wis. Ct. App. 2015).**
Handling appeal of jury verdict awarding relief under state false advertising statute.

**CSX Transp., Inc. v. Bickerstaff, 978 A.2d 760 (Md. Ct. Spec. App. 2009).**
Persuaded the appellate court to vacate damages award and remand for a new trial on damages in product liability case.

**Miller v. BAC Home Loans Servicing, L.P., No. 5D14-0466 (Fla. Ct. App. 2015)**

Obtained affirmance and award of attorneys' fees for financial services clients.

**Barnet v. GMAC Mortgage, No. 3D11-3324 (Fla. Ct. App. 2013).**

Successfully represented financial services client in appeal.

**Federal and State Trial Matters**

**Tolentino v. Bayer Corp., Sept. Term 2009, No. 01307 (Pa. Ct. Comm. Pl. 2015)**

Represented drug manufacturer in product liability action; handed dispositive and other pre-trial motions.

**Tuscumbia City School Sys. v. Pharmacia, No. 3:12-cv-00332 (N.D. Ala. 2013).**

Represent manufacturer in defending nationwide class action.

**Lazard Technology Partners v. QinetiQ North America Operations LLC, No. 6815 (Del. Ch. Ct. 2013).**

Obtained dismissal of state-law claims based on ERISA preemption.

**KenAmerican Resources, Inc. v. Potter Grandchildren, LLC, 916 F. Supp. 2d 799 (E.D. Ky. 2013).**

Represented trust in litigation involving contractual dispute.

**Herman v. Lincoln Nat'l Life Ins. Co., 842 F. Supp. 2d 851 (D. Md. 2012).**

Obtained dismissal of state-law claims based on ERISA preemption.

**Masterson v. Xerox Corp., No. 3:13-cv-692 (W.D. Ky. 2015).**

Represent insurer in dispute involving various ERISA and state-law claims.

**Dearborn Mid-West Conveyor Co. v. Arch Environmental Equip., Inc., No. 11-cv-2479 (D. Kan. 2013).**

Represented commercial entity in breach-of-contract litigation.

**The Cowtown Found., Inc. v. Beshear, No. 1:09-CV-56, 2010 WL 3340831 (W.D. Ky. 2010).**

Obtained dismissal of federal action alleging racial discrimination in the disbursement of state agricultural funds.

## Accolades

- American Bar Foundation, Fellow

- Listed in *Benchmark Litigation*

- ○ "Under 40 Hot List," 2016, 2018
- ○ "Future Star," Tennessee, 2015-2016, 2018-2019

- Listed in *Mid-South Super Lawyers,* "Rising Stars," Appellate, 2014-2018

- Martindale-Hubbell® AV Preeminent Rated

- Honored as an "Attorney for Justice" by the Tennessee Supreme Court Access to Justice Commission, 2018

## Professional & Community Activities

American Bar Foundation

Tennessee Bar Association's Appellate Practice Section, Chair

Nashville Bar Association Appellate Practice Committee

Tennessee & Kentucky Bar Associations

Nashville Bar Association

Defense Research Institute

# EXHIBIT F





# Caroline Dare Spore
## Associate

Caroline Spore joined the firm as an associate in the Appellate Practice Group.

Caroline previously clerked for the Hon. Julia Gibbons of the U.S. Court of Appeals for the Sixth Circuit. She graduated (*summa cum laude*) from Washington University School of Law, where she was senior executive editor of the *Washington University Law Review*. Caroline won the CALI Excellence for the Future Awards in Civil Procedure and Federal Income Taxation. She also spent a semester working in Washington University's Low Income Taxpayer Clinic, where she assisted clients involved in disputes with the Internal Revenue Service.

Caroline earned a B.A. from Washington University in St. Louis and studied Victorian literature abroad at Oxford University in England.

## You May Not Know

Away from work, Caroline's interests include cooking, yoga, and ballet.

**Nashville**
*P:* 615.252.3806
*F:* 615.252.6380
cspore@bradley.com

## Practices

Appellate

## Education

Washington University School of Law, 2017, *summa cum laude*; Order of the Coif; Senior Executive Editor, *Washington University Law Review;* Dean's List, J.D. Washington University in St. Louis, 2014, *college honors*, B.A.

## Licensed In

Tennessee

## Admitted In

United States Court of Appeals, 6th Circuit

## Clerkships

United States Court of Appeals, 6th Circuit, Honorable Julia Gibbons, 2017 - 2018

# EXHIBIT G

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 12/19/2017 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Telephone conference with Kyle Neal regarding defense of new action in Florida; instructions to Kimberly Ingram regarding removal and investigation of possible dispositive motion |
| 12/20/2017 | Urness, Thor Y. | 3.2 | $580.00 | $1,856.00 | Review of file in preparation for call with Nissan inspector; telephone conference with Kyle Neal, Micol Cecchi and business people; further work on timeline/chronology |
| 12/27/2017 | Urness, Thor Y. | 1.5 | $580.00 | $870.00 | Continued work on chronology and investigation of defenses |
| 1/3/2018 | Ingram, Kimberly M. | 2.8 | $275.00 | $770.00 | Review complaint; draft notice of removal and related removal papers |
| 1/4/2018 | Urness, Thor Y. | 2.2 | $580.00 | $1,276.00 | Conference with Kimberly Ingram regarding citizenship of AMG LLC members; research regarding same at Florida Secretary of State and other websites; review of recent filings and other federal AMG litigation and instructions to Kimberly Ingram regarding additional information for removal papers; identified members of AMG through Internet searches |
| 1/4/2018 | Ingram, Kimberly M. | 2.5 | $275.00 | $687.50 | Draft notice of removal; research case law to support diversity jurisdiction as needed; research membership of plaintiff to support diversity jurisdiction |
| 1/5/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Review of pleadings in other AMG federal litigation and status of US government's plan to file action regarding counterfeit goods |
| 1/5/2018 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Email and conference with Kimberly Ingram regarding removal paperwork, instructions to Kimberly Ingram regarding corporate disclosure statement, notice of removal details, civil cover sheet, filing, etc., and update regarding additional information regarding AMG members; review of removal papers and edits to same; email with client regarding removal papers, finalized same |
| 1/5/2018 | Ingram, Kimberly M. | 1.5 | $275.00 | $412.50 | Revise notice of removal based on feedback from T.Urness; research owners of plaintiff |
| 1/6/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Review research reports on members of plaintiff |
| 1/8/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Communications with client regarding service papers and need for additional documentation as to same; review of corporate disclosure statement; email to Kyle Neal with removal papers, email to Diana Evans as to same |
| 1/8/2018 | Ingram, Kimberly M. | 1.1 | $275.00 | $302.50 | Confirm filing dates for notice of removal; draft corporate disclosure statement; research incorporation of documents into a complaint for purposes of motion to dismiss |
| 1/9/2018 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Telephone conference with Kyle Neal regarding removal papers and background facts, plan for removal and to seek dismissal of action; review of filing in AMG action and email to Kyle Neal regarding same and dismissal of AMG action against USA; communications with and instructions to Diana Evans regarding filing of removal papers |
| 1/9/2018 | Evans, Diana N. | 0.8 | $320.00 | $256.00 | Review materials for removal and confirm removal requirements in the Southern District of Florida |
| 1/10/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Communications with Kyle Neal regarding judge for removed case, including communications with assistant US attorney regarding same |
| 1/10/2018 | Evans, Diana N. | 0.1 | $320.00 | $32.00 | Confirm with clerk whether removal materials can be filed through CM/ECF |
| 1/11/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Instructions to Diana Evans regarding removal; review of verified complaint for forfeiture in rem from AUSA Karen Moore and forwarded same to Kyle Meal; email with Karen Moore, AUSA, and communications regarding judge assigned to case |
| 1/11/2018 | Evans, Diana N. | 1.1 | $320.00 | $352.00 | Final review of removal documents and supervision of filing of documents with federal and state courts |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 1/12/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Review of notice of judge assignment, state court removal notice paperwork and email with Karen Moore, AUSA; further email regarding Tampa versus Jacksonville seizures with AUSA Karen Moore |
| 1/12/2018 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Finalize corporate disclosure statement for filing |
| 1/14/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Emails with AUSA Karen Moore regarding AMG and allegations in AMG's claim against Nissan in response to her inquiry |
| 1/15/2018 | Urness, Thor Y. | 0.7 | $580.00 | $406.00 | Further emails with AUSA Karen Moore in Miami regarding lawsuit regarding counterfeit goods and review of pleadings in seizure actions and counterfeit goods action |
| 1/15/2018 | Urness, Thor Y. | 3.8 | $580.00 | $2,204.00 | Completed chronology and forwarded same to Kyle Neal and Kimberly Ingram, and further email with Kimberly Ingram regarding letters forming basis of lawsuit, instructions as to legal arguments to be asserted, theory of defense; emails with client regarding facts and open issues as to prior communications with government |
| 1/15/2018 | Ingram, Kimberly M. | 4.3 | $275.00 | $1,182.50 | Draft motion to dismiss and supporting memorandum |
| 1/16/2018 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Review emails from client, Neal, Cecchi, Forsythe, with additional information regarding inspection of parts; email from AUSA Karen Moore; further emails with client regarding facts on separate seizures |
| 1/16/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Email with opposing counsel regarding request for extension, conference mandated by local rules, and email with Kyle Neal and Diana Evans as to same |
| 1/16/2018 | Ingram, Kimberly M. | 8.3 | $275.00 | $2,282.50 | Draft motion to dismiss and supporting memorandum |
| 1/17/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Review of email from opposing counsel regarding extension, instructions to Diana Evans as to same, and review of and revisions to draft motion for extension |
| 1/17/2018 | Evans, Diana N. | 0.4 | $320.00 | $128.00 | Finalize and file motion for extension of time to respond to complaint and proposed order accompanying motion |
| 1/17/2018 | Ingram, Kimberly M. | 5.5 | $275.00 | $1,512.50 | Draft motion to dismiss and supporting memorandum |
| 1/17/2018 | Evans, Diana N. | 0.7 | $320.00 | $224.00 | Draft motion for extension of time to respond to complaint and proposed order to accompany motion |
| 1/18/2018 | Urness, Thor Y. | 2.6 | $580.00 | $1,508.00 | Review of and revisions to draft motion to dismiss from Kimberly Ingram and instructions to Ingram regarding same and additional research to be performed |
| 1/18/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Review communications from T.Urness concerning motion to dismiss, follow up needed |
| 1/22/2018 | Ingram, Kimberly M. | 2 | $275.00 | $550.00 | Revise motion to dismiss; research cases concerning gray goods |
| 1/24/2018 | Urness, Thor Y. | 1.5 | $580.00 | $870.00 | Review of and revisions to revised motion to dismiss and memorandum in support of same; communications with Kyle Neal and instructions to Kimberly Ingram as to follow up needed on privilege defense |
| 1/24/2018 | Ingram, Kimberly M. | 2.4 | $275.00 | $660.00 | Revise motion to dismiss based on feedback from T.Urness, researching as needed for additional analogous cases from other jurisdictions |
| 1/25/2018 | Urness, Thor Y. | 1.3 | $580.00 | $754.00 | Review of and revisions to proposed insertion from Kimberly Ingram regarding privilege of competition issue; research as to Tariff Act and insertion as to same; communications with client regarding revisions to and finalization of motion to dismiss |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 1/25/2018 | Ingram, Kimberly M. | 2.1 | $275.00 | $577.50 | Revise motion to dismiss to incorporate comments from client and T.Urness concerning "privileged" activity for purposes of tortious interference claims; review additions and corrections to chronology to ensure no effect on draft of motion |
| 1/26/2018 | Evans, Diana N. | 1.2 | $320.00 | $384.00 | Review and finalize motion to dismiss for filing |
| 1/26/2018 | Urness, Thor Y. | 1.8 | $580.00 | $1,044.00 | Review of local rules and internal operating procedures regarding related cases and drafted notice regarding same, including detailed review of allegations in other actions |
| 1/26/2018 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Confer with Diana Evans regarding revisions to motion to dismiss, filing of same, and review of as-filed version, follow up on certificate of service; email to client with same motion, proposed notice regarding related cases, verified in rem document filed by Pockhai, and review of other AMG action |
| 1/26/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Instructions to Kimberly Ingram regarding litigation hold notice |
| 1/26/2018 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Review local rules as to notice of other related cases pending in other courts; communicate with T.Urness concerning need for litigation hold letter for AMG; review communications with client and D.Evans concerning filing of motion to dismiss and notice of other related cases |
| 1/28/2018 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Review file to calculate scheduling conference deadlines |
| 1/29/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Telephone conference with Kyle Neal regarding notice of related cases and follow up instructions to Diana Evans regarding filing of same |
| 1/29/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Receipt and review of order from Court regarding case management, scheduling order, etc., and forward same to client |
| 1/29/2018 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Review and analyze court's order of instruction and review notice of pendency of related actions |
| 1/30/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Review of filed notice of related cases and forwarded same to client |
| 1/30/2018 | Evans, Diana N. | 0.1 | $320.00 | $32.00 | Finalize notice of pendency of related cases for filing |
| 1/30/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Revisions to litigation hold letter to plaintiff's counsel and forwarded letter to client for approval |
| 1/30/2018 | Ingram, Kimberly M. | 0.7 | $275.00 | $192.50 | Draft litigation hold notice to be issued to Plaintiff |
| 1/31/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Finalized and forwarded litigation hold letter to plaintiff's counsel and email with client regarding same |
| 1/31/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Incorporate client comments into litigation hold notice |
| 2/5/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Communications with opposing counsel regarding response to motion to dismiss |
| 2/6/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Review of order extending time for response to motion to dismiss and email to client regarding same |
| 2/8/2018 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Discuss discovery and scheduling needs and case strategy with T.Urness |
| 2/9/2018 | Ingram, Kimberly M. | 1.3 | $275.00 | $357.50 | Draft proposed joint scheduling report; review local rules to ensure compliance |
| 2/12/2018 | Evans, Diana N. | 0.6 | $320.00 | $192.00 | Assist K.Ingram in preparing joint scheduling report and order for submission to opposing counsel |
| 2/12/2018 | Ingram, Kimberly M. | 1.6 | $275.00 | $440.00 | Draft joint scheduling report and proposed scheduling order; review local rules with respect to same and discuss with D.Evans |
| 2/13/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Work on and communications as to local rule 26 report and proposed order, telephone call with Kyle Neal |
| 2/13/2018 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Assist K.Ingram in drafting joint scheduling report |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 2/13/2018 | Ingram, Kimberly M. | 0.9 | $275.00 | $247.50 | Revise proposed joint scheduling report and proposed scheduling order |
| 2/14/2018 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Review of response to motion to dismiss and email regarding same, telephone conferences with Kyle Neal |
| 2/14/2018 | Ingram, Kimberly M. | 0.7 | $275.00 | $192.50 | Review plaintiff's response to motion to dismiss; review client and opposing counsel emails concerning upcoming deadlines to meet and confer and submit joint scheduling report |
| 2/15/2018 | Ingram, Kimberly M. | 4 | $275.00 | $1,100.00 | Draft reply brief in support of motion to dismiss and discuss same with T.Urness |
| 2/16/2018 | Ingram, Kimberly M. | 4.9 | $275.00 | $1,347.50 | Draft reply brief in support of motion to dismiss |
| 2/17/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Instructions regarding pro hac admission, motion |
| 2/18/2018 | Ingram, Kimberly M. | 4.1 | $275.00 | $1,127.50 | Draft reply brief in support of motion to dismiss, researching as needed |
| 2/19/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Telephone conference with opposing counsel regarding scheduling order, proposed case management schedule, etc., and revisions to same, follow up with Kimberly Ingram as to same |
| 2/19/2018 | Evans, Diana N. | 0.3 | $320.00 | $96.00 | Attend (telephonically) case management conference |
| 2/19/2018 | Urness, Thor Y. | 2.5 | $580.00 | $1,450.00 | Review and revise and instructions to Kimberly Ingram regarding reply to response to motion to dismiss; review of and revisions to additional edits and email to client regarding same |
| 2/19/2018 | Ingram, Kimberly M. | 3.9 | $275.00 | $1,072.50 | Revise draft of reply brief in support of motion to dismiss |
| 2/19/2018 | Evans, Diana N. | 0.1 | $320.00 | $32.00 | Review reply brief |
| 2/20/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Telephone calls with Kyle Neal regarding discussions with Karen Moore |
| 2/20/2018 | Urness, Thor Y. | 1.8 | $580.00 | $1,044.00 | Two lengthy telephone conferences with Karen Moore, Miami assistant United States attorney, regarding counterfeit parts issues, judges, factual background, and planned course of action, and review of documents from in rem proceedings case, begin report to client regarding same |
| 2/20/2018 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Revisions to reply brief in support of motion to dismiss and communications regarding same, Including conferring with Kimberly Ingram regarding several arguments and revisions to same |
| 2/20/2018 | Ingram, Kimberly M. | 1.8 | $275.00 | $495.00 | Finalize reply brief in support of motion to dismiss, incorporating client comments |
| 2/20/2018 | Evans, Diana N. | 1 | $320.00 | $320.00 | Review reply brief and finalize for filing |
| 2/21/2018 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Revisions to joint scheduling report and joint proposed scheduling order and email with opposing counsel regarding same, instructions to Kimberly Ingram regarding same |
| 2/21/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Review of motion for admission pro hac vice and communications with Diana Evans regarding same |
| 2/21/2018 | Evans, Diana N. | 0.3 | $320.00 | $96.00 | Draft motion for T.Urness to appear pro hac and proposed order to accompany motion |
| 2/23/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Instructions regarding filing of joint scheduling report and joint proposed scheduling order |
| 2/25/2018 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Finalize joint scheduling report for filing |
| 2/26/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Review of article about gray market parts litigation from Kyle Neal |
| 2/26/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Review Automative News article about case sent by client |
| 2/26/2018 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Final review of documents for filing, file documents, and email proposed order to judge per CM/ECF procedures |
| 2/27/2018 | Urness, Thor Y. | 0.5 | $580.00 | $290.00 | Review of email and discovery documents from Kyle Neal, respond as to same |
| 2/28/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Email to Kyle Neal with three orders from the court regarding pretrial schedule, |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 2/28/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review court orders and discuss next steps with T.Urness |
| 3/7/2018 | Ingram, Kimberly M. | 0.7 | $275.00 | $192.50 | Draft first set of discovery requests |
| 3/8/2018 | Ingram, Kimberly M. | 1.4 | $275.00 | $385.00 | Draft first set of discovery requests |
| 3/9/2018 | Ingram, Kimberly M. | 1.5 | $275.00 | $412.50 | Draft initial disclosures |
| 3/12/2018 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Review, revise, and finalize pro hac motion of T.Urness for filing and communicate with counsel for Plaintiff to confirm lack of opposition in writing |
| 3/12/2018 | Ingram, Kimberly M. | 0.5 | $275.00 | $137.50 | Finalize initial disclosures; assist in filing of pro hac motion for T.Urness |
| 3/13/2018 | Urness, Thor Y. | 1.5 | $580.00 | $870.00 | Work on discovery requests and instructions to Kimberly Ingram regarding same |
| 3/14/2018 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Finalize pro hac vice motion of T.Urness for filing |
| 3/14/2018 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Continued work on revisions to first set of written discovery requests and review of complaint in connection with same |
| 3/16/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Telephone conference with Kyle Neal regarding email and request for written expert report from AUSA |
| 3/16/2018 | Evans, Diana N. | 0.3 | $320.00 | $96.00 | Review, finalize, and serve Nissan's initial disclosures |
| 3/16/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Communicate with D.Evans to facilitate service of initial disclosures |
| 3/19/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Email with opposing counsel regarding extension sought as to rule 26 initial disclosures |
| 3/19/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Review of email from assistant United States attorney regarding Andy serving as an expert witness and email to Kyle Neal regarding same, call to US attorney |
| 3/20/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Telephone conference with Kyle Neal regarding additional inquiries from US attorney in Miami and telephone conference with US attorney regarding contact with client representatives and email to Kyle Neal regarding same and expert disclosure rule |
| 3/20/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review team emails concerning Karen Moore's desire for testimony from Andy |
| 3/21/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Revisions to draft discovery to plaintiff and email to Kyle Neal regarding same |
| 3/22/2018 | Urness, Thor Y. | 1.8 | $580.00 | $1,044.00 | Meeting with Andy and Whitney, Micol Cecchi, Kyle Neal, re factual background |
| 3/22/2018 | Ingram, Kimberly M. | 3.4 | $275.00 | $935.00 | Prepare for client meeting: meet with client on site to gather relevant facts |
| 3/27/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Emails with Karen Moore and Kyle Neal re Andy Forsyth re depositions and photo annotations and phone call with Kyle Neal re same, followed by more emails re same |
| 3/28/2018 | Ingram, Kimberly M. | 1 | $275.00 | $275.00 | Revise Nissan's first set of interrogatories, document requests, and requests for admission based on information learned during client meeting |
| 3/29/2018 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Emails with Karen Moore and Kyle Neal regarding photographs to be annotated; telephone conference with Karen Moore, lengthy; voicemail update to Kyle Neal as to same, regarding expert report disclosure needed and inspection of parts |
| 3/29/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Edits to discovery request to and instructions to Kimberly Ingram regarding same |
| 3/29/2018 | Ingram, Kimberly M. | 0.5 | $275.00 | $137.50 | Revise Nissan's first set of interrogatories, document requests, and requests for admission based on feedback from T.Urness and confirm revisions |
| 3/30/2018 | Urness, Thor Y. | 1.3 | $580.00 | $754.00 | Edits to interrogatories, document requests and requests for admissions, finalized and forwarded same, including instructions to Sharon Cooper |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 4/3/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Email with Karen Moore and Kyle Neal regarding parts inspection |
| 4/5/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Telephone conference with Kyle Neal regarding inspection and spoliation issue, and instructions to Kimberly Ingram as to research needed as to same |
| 4/5/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Telephone conference with Kyle Neal re meeting with Andy Forsythe, and email regarding same |
| 4/5/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Teleconference and email with Kyle Neal regarding inspection of parts at issue and expert issues |
| 4/5/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review emails from opposing counsel and T.Urness concerning preservation of evidence |
| 4/5/2018 | Ingram, Kimberly M. | 0.2 | $580.00 | $116.00 | Emails with opposing counsel regarding disposition of parts at issue sought by AMG |
| 4/6/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Telephonic conference with Kyle Neal re Andy Forsythe meeting, inspection |
| 4/6/2018 | Ingram, Kimberly M. | 0.7 | $275.00 | $192.50 | Research preservation of evidence in counterfeit cases |
| 4/9/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review communications with Karen Moore |
| 4/10/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Confer with Kyle Neal regarding disclosure and Andy Forsythe visit to Florida; Karen Moore emails |
| 4/10/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review communications from Karen Moore |
| 4/11/2018 | Urness, Thor Y. | 0.9 | $580.00 | $522.00 | Telephone conference with Karen Moore, Adam Cornet, Kyle Neal, Andy Forsythe, and Whitney Likehart regarding expert disclosure in inspection of parts needed, followed by email report to Kyle Neal, emails regarding access to warehouse |
| 4/11/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review communication from Karen Moore re: Nissan parts |
| 4/12/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Telephone conference and review of emails from Kyle Neal and Andy Forsythe regarding Andy Forsythe inspection of Nissan parts in Florida next week |
| 4/12/2018 | Ingram, Kimberly M. | 1.1 | $275.00 | $302.50 | Research extent of duty to preserve allegedly counterfeit goods; summarize same for T.Urness |
| 4/16/2018 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Communications with Karen Moore and team regarding parts inspection tomorrow, change in plans |
| 4/17/2018 | Urness, Thor Y. | 6.5 | $580.00 | $3,770.00 | Inspection of counterfeit parts at customs and border protection warehouse in pompano beach with Andy Forsythe, Whitney, and Sam, including detailed review of parts in question and notes as to each part into spreadsheet, etc., including instructions as to same (no charge for travel time) |
| 4/18/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Email Karen Moore regarding inspection report |
| 4/19/2018 | Urness, Thor Y. | 2.6 | $580.00 | $1,508.00 | Telephone conference with Andy Forsythe re packaging question and Karen Moore emails, prepared summary of inspection findings and emails and calls as to same |
| 4/23/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Review of and follow up with client as to four emails from Karen Moore regarding packaging and labels |
| 4/26/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Email with opposing counsel regarding discovery reponses |
| 5/1/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Email with Becerra regarding subpoena to NNA |
| 5/2/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Telephone conference with Kyle Neal as to inquiries from Karen Moore and subpoena |
| 5/2/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Review of email and draft exhibit to subpoena from Becerra and email to Kyle Neal regarding same, further communications regarding deposition of Andy Forsythe |
| 5/3/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Communications regarding deposition of Andy Forsyth and deposition of Anthony Bacan, review of gray goods emails |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 5/7/2018 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Telephone conference with Karen Moore re various questions, review of email as to AMG expert witness, and email with Kyle Neal as to Andy Forsythe deposition |
| 5/8/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Review subpoena from AMG's attorney for federal government prosecution; review email from U.S. attorney concerning AMG's attorney's complaints regarding photos of defects discovered by Nissan representative; email D.Evans about judge's scheduling practice concerning trial dates |
| 5/9/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Telephone conference with Kyle Neal regarding subpoena |
| 5/9/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Discuss current scheduling order and depositions with T.Urness and client |
| 5/9/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Communications with Karen Moore regarding Forsythe and Bacan depositions |
| 5/10/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Emails with Karen Moore regarding Andy Forsythe deposition and review of email from Kyle Neal regarding subpoena jurisdictional scope |
| 5/14/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Telephone conference with Kyle Neal regarding inquiries from Karen Moore |
| 5/14/2018 | Urness, Thor Y. | 1.8 | $580.00 | $1,044.00 | Work on objections to subpoena from AMG |
| 5/14/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Telephone conference with Andy Lopez re discovery responses and document production; email as to same |
| 5/14/2018 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Multiple communications with counsel for AMG regarding extension of time to respond to discovery requests |
| 5/16/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Emails with Karen Moore re her questions |
| 5/16/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review emails from T.Urness concerning subpoena issued by U.S. attorney in government prosecution for counterfeit Nissan goods |
| 5/16/2018 | Urness, Thor Y. | 2.2 | $580.00 | $1,276.00 | Work on subpoena objections and instructions to Kimberly M. Ingram as to edits to same, follow up on subpoena service and meet and confer requirements |
| 5/16/2018 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Analyze whether Nissan needs to confer regarding objections to nonparty subpoena served pursuant to Federal Rule of Civil Procedure 45 |
| 5/17/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Emails with Karen Moore regarding her questions and need for more information from Andy Forsythe, request to meet with Sam Truscinski and further communications with Karen Moore as to witness background issues |
| 5/17/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review emails from U.S. attorney concerning deposition and information needed in related case, United States v. 709 Counterfeit Nissan auto parts |
| 5/18/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Review of revisions to subpoena objections and responses and communications as to same and meet and confer requirements |
| 5/18/2018 | Ingram, Kimberly M. | 0.5 | $275.00 | $137.50 | Revise objections to subpoena in related case, United States v. 709 Counterfeit Nissan Auto Parts |
| 5/21/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Review of order on motion to dismiss and email with Kyle Neal as to same, Instructions to Kimberly Ingram regarding motion for summary judgment |
| 5/21/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review denial of motion to dismiss and T.Urness's email about same |
| 5/22/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review rules for answering in light of denial of motion to dismiss |
| 5/23/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Confer with Karen Moore several times regarding additional information needed, interviews of what the Nissan witnesses, etc. and further communications regarding scheduling of same |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 5/23/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Confer with Kyle Neal regarding information needed by United States Government from Nissan witnesses and communications regarding same, scheduling of same |
| 5/24/2018 | Ingram, Kimberly M. | 0.9 | $275.00 | $247.50 | Discuss and plan conversion of motion to dismiss to motion for summary judgment with C.Hyde |
| 5/25/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Confer with Karen Moore regarding interviews sought |
| 5/25/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Receipt and review of written discovery requests from AMG confer with client as to same |
| 5/25/2018 | Evans, Diana N. | 0.1 | $320.00 | $32.00 | Review written discovery served by Plaintiff |
| 5/29/2018 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Phone call with Karen Moore, Andy Forsythe, Kyle Neal, Micol Cecchi, re parts distribution background questions |
| 5/30/2018 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Conference with Sam Truscinski, Brad Miller, Adam Cornette, Karen Moore, Kyle Neal, Micol Cecchi re packaging background |
| 5/30/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review emails concerning discovery responses and call with client to discuss same |
| 5/31/2018 | Ingram, Kimberly M. | 3.5 | $275.00 | $962.50 | Draft answer to complaint for filing Monday |
| 5/31/2018 | Urness, Thor Y. | 1.5 | $580.00 | $870.00 | Conference calls re discovery responses to plaintiff's discovery requests |
| 5/31/2018 | Ingram, Kimberly M. | 1.7 | $275.00 | $467.50 | Prepare for and participate in call with client concerning responding to discovery requests from plaintiff |
| 5/31/2018 | Ingram, Kimberly M. | 0.7 | $275.00 | $192.50 | Check status of subpoena in 709 Counterfeit case; review emails from Karen Moore as to discovery questions; discuss and plan for attendance at 709 Counterfeit deposition of AMG's owner with T.Urness; discuss ESI collection with M.Mondary |
| 6/1/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Confer with Kyle Neal regarding revisions to answer |
| 6/1/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Review of and revisions to draft answer from Kimberly Ingram and instructions as to same, before and after telephone conference with Kyle Neal |
| 6/1/2018 | Ingram, Kimberly M. | 3.9 | $275.00 | $1,072.50 | Revise answer to complaint based on feedback from K.Neal and T.Urness |
| 6/4/2018 | Evans, Diana N. | 0.9 | $320.00 | $288.00 | Review and finalize for filing answer to complaint |
| 6/4/2018 | Ingram, Kimberly M. | 0.8 | $275.00 | $220.00 | Finalize Nissan answer for filing |
| 6/5/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Emails with Karen Moore regarding deposition and subpoena |
| 6/6/2018 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Review of and reply to email from Becerra regarding service of subpoena, followed by email with Kyle Neal as to same, call with Kyle Neal and email to Kyle Neal with proposed objections to AMG subpoena and email with Diana Evans regarding same, emails as to Forsythe deposition preparation; communications within Karen Moore as to depositions and Forsythe testimony |
| 6/6/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Review correspondence concerning subpoena in 709 Counterfeit Parts case |
| 6/7/2018 | Urness, Thor Y. | 1.3 | $580.00 | $754.00 | Revisions to objections to AMG subpoena, telephone conference with Kyle Neal as to same and instructions to Diana Evans and Kimberly Ingram regarding document production and service of objections to subpoena |
| 6/7/2018 | Ingram, Kimberly M. | 1.2 | $275.00 | $330.00 | Revise objections to subpoena, incorporating client edits, and send to T.Urness for review; discuss research about attendance of non-party at a deposition with summer associate T.Pecher |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 6/8/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Communications regarding revisions to subpoena response and email with opposing counsel regarding same and deposition next week; communications with Karen Moore regarding same and instructions to Kimberly Ingram and Diana Evans regarding service of subpoena objections, same served |
| 6/8/2018 | Evans, Diana N. | 1 | $320.00 | $320.00 | Prepare and finalize objections and responses to non-party subpoena issued by AMG Trade and Distribution, LLC |
| 6/8/2018 | Ingram, Kimberly M. | 1.3 | $275.00 | $357.50 | Direct DSI preparation of documents for production in response to subpoena and ensure production |
| 6/10/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Review and revise proposed search terms and email to Kimberly Ingram regarding same |
| 6/10/2018 | Ingram, Kimberly M. | 0.8 | $275.00 | $220.00 | Draft search terms for discovery requests; revise based on T.Urness's feedback |
| 6/11/2018 | Mondary, Matthew S. | 0.6 | $250.00 | $150.00 | Conference call with K.Ingram and DSi to discuss collection and review strategy |
| 6/11/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Confer with Kyle Neal regarding meetings to prepare witnesses later in the week, regarding photographs, etc.; teleconference with Kyle Neal as to spreadsheet, facts, depositions, photos |
| 6/11/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Teleconference with Karen Moore as to upcoming calls and depositions, background facts |
| 6/11/2018 | Ingram, Kimberly M. | 1.2 | $275.00 | $330.00 | Participate in call with DSI concerning NNA's procedures for electronic discovery; revise search terms; email NNA team concerning collection and production of ESI |
| 6/12/2018 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Review and offer revisions for motion for summary judgment draft created by C.Hyde |
| 6/12/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Communications with Kyle Neal regarding additional emails to be produced, photographs, etc., review of photographs and Pera correspondence and email to Karen Moore as to same; Telephone conference with Jeff Stoneking regarding document production |
| 6/13/2018 | Urness, Thor Y. | 0.7 | $580.00 | $406.00 | Communications with Kimberly Ingram and Karen Moore regarding deposition today and email with AMG counsel regarding additional subpoena documents to be produced, instructions to Kimberly Ingram as to same; Moore email re deadlines |
| 6/13/2018 | Ingram, Kimberly M. | 2.7 | $275.00 | $742.50 | Attend deposition of Anthony Bachan in 709 Counterfeit Parts |
| 6/13/2018 | Ingram, Kimberly M. | 0.5 | $275.00 | $137.50 | Draft motion for entry of protective order in 709 Counterfeit Parts case |
| 6/14/2018 | Mondary, Matthew S. | 0.7 | $250.00 | $175.00 | Prepare documents for production and generate cross-reference for items to be bates stamped and designated "CONFIDENTIAL - AEO" |
| 6/14/2018 | Ingram, Kimberly M. | 2.2 | $275.00 | $605.00 | Draft protective order and motion for entry of protective order in 709 Counterfeit Parts case; review documents sent by client for production in response to subpoena |
| 6/15/2018 | Urness, Thor Y. | 2.1 | $580.00 | $1,218.00 | Lengthy telephone conference with Andy Forsythe, Karen Moore, Kyle Neal, Whitney like Hart, Adam Cornette as to part by part review of counterfeit parts and emails during same |
| 6/15/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Emails regarding document production and protective order, with Kyle Neal, Kimberly Ingram, review of same |
| 6/15/2018 | Ingram, Kimberly M. | 3.2 | $275.00 | $880.00 | Revise draft protective order based on feedback from T.Urness and send to K.Moore and R.Becerra; discuss procedure for filing same with D.Evans; participate in K.Moore's interview call with A.Forsythe in 709 Counterfeit Parts case; direct production of NNA documents in 709 Counterfeit Parts case |
| 6/18/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Karen Moore emails re photographs, protective order |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 6/18/2018 | Mondary, Matthew S. | 0.4 | $250.00 | $100.00 | Download and QC document production from DSi |
| 6/18/2018 | Ingram, Kimberly M. | 0.8 | $275.00 | $220.00 | Finalize protective order and motion for entry of same for filing in 709 Counterfeit Parts case; obtain agreement of AUSA and opposing counsel; discuss designation of documents under protective order with K.Moore |
| 6/18/2018 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Finalize motion for protective order for filing |
| 6/18/2018 | Evans, Diana N. | 0.1 | $320.00 | $32.00 | Finalize motion for protective order and proposed order for filing |
| 6/19/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Communications with Karen Moore and Kyle Neal regarding access to photographs and trade secrets issues |
| 6/19/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Discuss effect of 709 Counterfeit Parts protective order on expert disclosures with K.Neal and T.Urness |
| 6/20/2018 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Review protective order to assist in strategy regarding providing of documents marked attorney's eyes only to experts and draft consent to be bound by protective order form |
| 6/20/2018 | Evans, Diana N. | 0.9 | $320.00 | $288.00 | Draft notice of filing consent to be bound by protective order form for filing with the Court |
| 6/20/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Confer with Kyle Neal as to protective order, photograph production, and document production issues, instructions to Kimberly Ingram as to document production and revision to protective order, more communications as to same |
| 6/20/2018 | Ingram, Kimberly M. | 2.9 | $275.00 | $797.50 | Contact DSI to confirm receipt of A.Forsythe's documents; direct production of NNA documents in response to 709 Counterfeit Parts subpoena; finalize search terms to be used for A.Forsythe's documents; discuss scope and effect of 709 Counterfeit Parts protective order with AUSA and AMG's counsel; contact AMG's counsel for name of expert and approve disclosure to expert; request extension for response to AMG's discovery requests; discuss submission of disclosure form with T.Urness and D.Evans; communicate with K.Moore concerning documents produced to R.Becerra |
| 6/21/2018 | Ingram, Kimberly M. | 0.8 | $275.00 | $220.00 | Review and revise second draft of motion for summary judgment; discuss documents with DSI |
| 6/22/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Call with Kyle Neal as two depositions next week and schedule for same |
| 6/25/2018 | Urness, Thor Y. | 0.7 | $580.00 | $406.00 | Prepare for deposition of Andy Forsythe and communications as to same, review of file, Karen Moore emails |
| 6/25/2018 | Ingram, Kimberly M. | 0.5 | $275.00 | $137.50 | Communicate with DSI concerning document review; communicate with K.Moore concerning deposition of A.Forsythe on Thursday; pull documents for T.Urness's use in preparing A.Forsythe; pull emails with opposing counsel concerning preservation of parts in dispute |
| 6/26/2018 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Review and comment on motion for summary judgment draft from C.Hyde |
| 6/26/2018 | Urness, Thor Y. | 3.1 | $580.00 | $1,798.00 | Meeting with Andy Forsythe and Kyle Neal regarding deposition preparation and call with Kyle Neal as to same |
| 6/26/2018 | Ingram, Kimberly M. | 1.1 | $275.00 | $302.50 | Call with DSI concerning review platform and strategy for review of NNA docs; communicate with opposing counsel concerning confidentiality designation of documents produced; communicate with K.Moore concerning types of documents previously produced |
| 6/27/2018 | Urness, Thor Y. | 2.9 | $580.00 | $1,682.00 | Deposition preparation meeting with Andy Forsythe including review additional documents and discussions with Whitney Likehart, Sam Truscinski, Kyle Neal, and call with Kyle Neal regarding same and deposition tomorrow |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 6/27/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review and respond to T.Urness's emails concerning documents needed for tomorrow's deposition |
| 6/28/2018 | Urness, Thor Y. | 7.3 | $580.00 | $4,234.00 | Deposition of Andy Forsyth including discussions with Kyle Neal and Andy Forsythe throughout day |
| 6/28/2018 | Ingram, Kimberly M. | 1.1 | $275.00 | $302.50 | Participate in pre- and post-deposition discussions with client, government counsel, and opposing counsel; direct sending of documents to A.Cornette |
| 7/2/2018 | Ingram, Kimberly M. | 1.2 | $275.00 | $330.00 | Review documents for responsiveness to AMG's requests |
| 7/3/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Confer with Kimberly Ingram as to discovery responses and document production status |
| 7/4/2018 | Ingram, Kimberly M. | 8.2 | $275.00 | $2,255.00 | Review documents for responsiveness to AMG's requests |
| 7/5/2018 | Evans, Diana N. | 1.4 | $320.00 | $448.00 | Assist K.Ingram in reviewing documents to determine whether they are responsive to Plaintiff's request for production |
| 7/5/2018 | Ingram, Kimberly M. | 1.3 | $275.00 | $357.50 | Review documents of A.Forsythe for responsiveness to AMG's requests |
| 7/6/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Communications with Karen Moore as to Whitney Likehart preparation call |
| 7/6/2018 | Evans, Diana N. | 3.1 | $320.00 | $992.00 | Assist K.Ingram in reviewing documents to determine whether they are responsive to Plaintiff's request for production |
| 7/8/2018 | Evans, Diana N. | 4.2 | $320.00 | $1,344.00 | Assist K.Ingram in reviewing documents to determine whether they are responsive to Plaintiff's request for production |
| 7/8/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Discuss document review categorization with D.Evans |
| 7/9/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Communications as to Whitney Likehart interview, emails from Karen Moore |
| 7/9/2018 | Ingram, Kimberly M. | 1.3 | $275.00 | $357.50 | Review A.Forsythe documents for responsiveness, including those previously marked as needing additional review; email DSI about completion of same and to finalize search terms; email K.Neal and C.Weachter concerning collection of documents from other custodians |
| 7/10/2018 | Ingram, Kimberly M. | 1 | $275.00 | $275.00 | Coordinate call between Karen Moore and Whitney Likehart, asking K.Moore for necessary prep information; discuss conversation and discovery with K.Neal; send search terms to opposing counsel |
| 7/11/2018 | Ingram, Kimberly M. | 2.3 | $275.00 | $632.50 | Communicate with W.Likehart and K.Moore in preparation for call; attend K.Moore's call with W.Likehart |
| 7/12/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Update from Kimberly Ingram as to Whitney Likehart interview and discovery responses |
| 7/12/2018 | Ingram, Kimberly M. | 4.5 | $275.00 | $1,237.50 | Draft answers to AMG's interrogatories |
| 7/13/2018 | Ingram, Kimberly M. | 4.2 | $275.00 | $1,155.00 | Draft answers to AMG's interrogatories |
| 7/15/2018 | Urness, Thor Y. | 1.5 | $580.00 | $870.00 | Revisions to and comments as to draft interrogatory objections and answers and responses to plaintiff's request for production of documents and instructions to Kimberly Ingram as to same |
| 7/15/2018 | Ingram, Kimberly M. | 3.7 | $275.00 | $1,017.50 | Draft responses to AMG document requests |
| 7/16/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Confer with Kimberly Ingram regarding discovery responses due today, extension of time as to same, and comments needed from Kyle Neal |
| 7/16/2018 | Ingram, Kimberly M. | 1.2 | $275.00 | $330.00 | Request extension of discovery deadline from opposing counsel; proofread and revise responses and objections to requests for production and interrogatories based on feedback from T.Urness; send responses to client |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 7/17/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Respond to K.Moore's inquiry re: motion for summary judgment; discuss collection of documents with DSI |
| 7/18/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Discuss responses and objections to requests for production and interrogatories with K.Neal |
| 7/19/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Call with client as to discovery responses, revisions thereto; review of and revisions to and edits as to interrogatory answers from Kimberly Ingram and instructions as to same |
| 7/19/2018 | Ingram, Kimberly M. | 5.1 | $275.00 | $1,402.50 | Revise responses and objections to requests for production and interrogatories based on feedback from K.Neal; participate in calls with K.Neal, T.Urness, and A.Forsythe re: same; email opposing counsel concerning search terms for collection of DSI |
| 7/20/2018 | Ingram, Kimberly M. | 3.8 | $275.00 | $1,045.00 | Revise responses and objections to requests for production and interrogatories |
| 7/23/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Review of discovery responses and communications as to finalization of same |
| 7/23/2018 | Evans, Diana N. | 1.2 | $320.00 | $384.00 | Review discovery responses and finalize for service |
| 7/23/2018 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Finalize NNA's discovery responses, direct service, and send copies to client |
| 7/24/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Communicate with C.Weachter about preferred parameters for collection of documents for production |
| 7/25/2018 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Discuss upcoming document review for additional custodians with D.Evans; review K.Moore's email regarding attendance at 709 Counterfeit Parts expert deposition and forward same to T.Urness |
| 7/26/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Confer with K.Ingram as to expert deposition |
| 7/26/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Respond to K.Moore concerning attendance at 709 Counterfeit Parts expert deposition after discussing with T.Urness |
| 7/27/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Respond to K.Moore email concerning expert deposition in 709 counterfeit parts case |
| 7/30/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review filing in 709 Counterfeit Parts case |
| 7/30/2018 | Evans, Diana N. | 0.1 | $320.00 | $32.00 | Review paperless order entered by the Court in the 709 Counterfeit parts case to determine if there is any impact on Nissan |
| 7/31/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Confer as to case status, next steps |
| 7/31/2018 | Ingram, Kimberly M. | 1.9 | $275.00 | $522.50 | Conduct second review of all documents form A.Forsyth previously marked responsive in light of final decisions as to responses and objections to RPDs; summarize current case status for Bradley team |
| 8/2/2018 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Prepare for document review by discussing uploading documents with M.Harrod |
| 8/2/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Respond to email from K.Neal re: M.Cecchi's documents and discuss same with D.Evans |
| 8/7/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Communications with Diana Evans regarding document production issues |
| 8/7/2018 | Evans, Diana N. | 1 | $320.00 | $320.00 | Review file and plan and prepare for document review |
| 8/8/2018 | Peace, Eliot B. | 1.5 | $275.00 | $412.50 | Review/analyze protocol &amp; pleadings for document/privilege review |
| 8/8/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Instructions as to document review parameters and questions, to Diana Evans |
| 8/8/2018 | Evans, Diana N. | 1.4 | $320.00 | $448.00 | Review file and plan and prepare for document review |
| 8/8/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Discuss document review progress and protocol with D.Evans |
| 8/9/2018 | Evans, Diana N. | 1.1 | $320.00 | $352.00 | Review documents for production to determine responsiveness, privilege, and confidentiality |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 8/10/2018 | Evans, Diana N. | 1.3 | $320.00 | $416.00 | Review documents for production to determine responsiveness, privilege, and confidentiality |
| 8/11/2018 | Evans, Diana N. | 3.4 | $320.00 | $1,088.00 | Review documents for production to determine responsiveness, privilege, and confidentiality |
| 8/12/2018 | Evans, Diana N. | 1.6 | $320.00 | $512.00 | Review motion to dismiss and analyze potential weaknesses and questions to assist Z.Madonia in preparing for oral argument on motion to dismiss |
| 8/13/2018 | Evans, Diana N. | 2.6 | $320.00 | $832.00 | Review documents for responsiveness, privilege and confidentiality to assist with document production |
| 8/14/2018 | Peace, Eliot B. | 8 | $275.00 | $2,200.00 | Conduct document review (responsiveness, privilege, confidentiality) |
| 8/14/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Email K.Moore, T.Urness, and D.Evans concerning Bradley's attendance at deposition of AMG's expert witness in 709 Counterfeit Parts matter |
| 8/15/2018 | Peace, Eliot B. | 5.4 | $275.00 | $1,485.00 | Conduct document review (responsiveness, privilege, confidentiality) |
| 8/15/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Email K.Moore, T.Urness, and D.Evans concerning Bradley's attendance at deposition of AMG's expert witness in 709 Counterfeit Parts matter |
| 8/16/2018 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Draft explanation of arguments in motion for summary judgment and plan for actions for next 90 days |
| 8/16/2018 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Review status of document review and provide update to T.Urness |
| 8/17/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Telephone conference with Kyle Neal regarding discovery status, motion for summary judgment, next steps |
| 8/17/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Communications with Kimberly Ingram and Diana Evans as to status, upcoming depositions, including emails with Karen Moore as to expert discovery issues |
| 8/17/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Discuss discovery status with T.Urness and D.Evans |
| 8/17/2018 | Evans, Diana N. | 2.2 | $320.00 | $704.00 | Review documents for responsiveness, privilege and confidentiality to assist with document production |
| 8/18/2018 | Evans, Diana N. | 1.2 | $320.00 | $384.00 | Review documents for responsiveness, privilege and confidentiality to assist with document production |
| 8/19/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Review file and email to Kyle Neal as to motion for summary judgment summary, next steps in next 90 days, and budget and reporting |
| 8/19/2018 | Evans, Diana N. | 1.8 | $320.00 | $576.00 | Review documents for responsiveness, privilege and confidentiality to assist with document production |
| 8/20/2018 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Respond to questions from K.Moore; discuss same and scheduling of call with K.Neal and A.Forsythe |
| 8/20/2018 | Peace, Eliot B. | 0.3 | $275.00 | $82.50 | Conduct document review (responsiveness/privilege/confidentiality) |
| 8/20/2018 | Evans, Diana N. | 1.5 | $320.00 | $480.00 | Review documents for responsiveness, privilege and confidentiality to assist with document production |
| 8/21/2018 | Evans, Diana N. | 1.7 | $320.00 | $544.00 | Review documents for responsiveness, privilege and confidentiality to assist with document production |
| 8/22/2018 | Evans, Diana N. | 2.4 | $320.00 | $768.00 | Review documents for responsiveness, privilege and confidentiality to assist with document production |
| 8/23/2018 | Peace, Eliot B. | 2.5 | $275.00 | $687.50 | Conduct document review (responsiveness/privilege/confidentiality) |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 8/23/2018 | Evans, Diana N. | 6.4 | $320.00 | $2,048.00 | Review documents for responsiveness, privilege and confidentiality to assist with document production |
| 8/23/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Review of AMG expert report and email to client as to same |
| 8/23/2018 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Draft good faith letter to counsel for Plaintiff regarding deficiencies in written discovery responses |
| 8/24/2018 | Peace, Eliot B. | 3.6 | $275.00 | $990.00 | Conduct document review (responsiveness/privilege/confidentiality) |
| 8/24/2018 | Evans, Diana N. | 3.4 | $320.00 | $1,088.00 | Review documents for responsiveness, privilege and confidentiality to assist with document production |
| 8/24/2018 | Evans, Diana N. | 3.3 | $320.00 | $1,056.00 | Draft good faith letter to counsel for Plaintiff regarding deficiencies in written discovery responses |
| 8/25/2018 | Peace, Eliot B. | 0.8 | $275.00 | $220.00 | Conduct Nissan document review (responsiveness/privilege/confidentiality) |
| 8/25/2018 | Evans, Diana N. | 0.4 | $320.00 | $128.00 | Review documents sent by E.Peace to assist in determining whether documents are responsive |
| 8/26/2018 | Peace, Eliot B. | 3 | $275.00 | $825.00 | Conduct document review (responsiveness/privilege/confidentiality) |
| 8/26/2018 | Evans, Diana N. | 4.9 | $320.00 | $1,568.00 | Review documents for responsiveness, privilege and confidentiality to assist with document production |
| 8/26/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Follow-up on call with Karen Moore concerning 709 Counterfeit Parts expert |
| 8/27/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Email to Kyle Neal in response to inquiries as to motion for summary judgment, strategy and timing, and budget |
| 8/27/2018 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Respond to K.Neal and T.Urness concerning plan for next few months of case and review scheduling order concerning trial date |
| 8/27/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Review of documents from Diane Evans as to responsiveness an email as to same |
| 8/27/2018 | Peace, Eliot B. | 0.2 | $275.00 | $55.00 | Correspond with D.Evans re coding/document review |
| 8/27/2018 | Evans, Diana N. | 3 | $320.00 | $960.00 | Review documents that have been coded to ensure consistency and perform quality control tasks and measures |
| 8/27/2018 | Ingram, Kimberly M. | 0.8 | $275.00 | $220.00 | Coordinate call between NNA and Karen Moore concerning 709 Counterfeit Parts expert; discuss document review with D.Evans and determine responsiveness of certain categories of documents |
| 8/28/2018 | Peace, Eliot B. | 3.3 | $275.00 | $907.50 | Redact documents for privilege/production |
| 8/28/2018 | Evans, Diana N. | 2.7 | $320.00 | $864.00 | Review documents that have been coded to ensure consistency and perform quality control tasks and measures |
| 8/28/2018 | Ingram, Kimberly M. | 1 | $275.00 | $275.00 | Coordinate call with K.Moore, A.Cornette, A.Forsythe, and W.Likehart; review select documents for responsiveness and discuss same parameters with D.Evans |
| 8/29/2018 | Evans, Diana N. | 1.4 | $320.00 | $448.00 | Review documents that have been coded to ensure consistency and perform quality control tasks and measures |
| 8/29/2018 | Evans, Diana N. | 1.5 | $320.00 | $480.00 | Draft good faith letter to counsel for Plaintiff regarding deficiencies in written discovery responses |
| 8/29/2018 | Ingram, Kimberly M. | 1 | $275.00 | $275.00 | Participate in call with K.Moore, A.Cornette, A.Forsythe, and W.Likehart regarding 709 Counterfeit Parts expert; review status emails between D.Evans and DSI concerning production of documents |
| 8/30/2018 | Urness, Thor Y. | 0.5 | $580.00 | $290.00 | Edits to discovery deficiencies letter and emails regarding same and document production issues, including call with Diana Evans |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|-----------|------|-------|------|--------|-----------|
| 8/30/2018 | Evans, Diana N. | 0.6 | $320.00 | $192.00 | Multiple communications with e-discovery vendor regarding document production and review of documents to determine how to proceed with production |
| 8/30/2018 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Communicate with K.Neal regarding document production |
| 8/30/2018 | Evans, Diana N. | 1.3 | $320.00 | $416.00 | Review and finalize plan for document production and revisions to document coding to conform with production plan |
| 8/30/2018 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Revisions to good faith letter to counsel for Plaintiff regarding deficiencies in written discovery responses |
| 8/30/2018 | Evans, Diana N. | 1.1 | $320.00 | $352.00 | Draft proposed stipulated confidentiality and protective order and motion for entry of same |
| 8/30/2018 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Discuss tomorrow's expected production with D.Evans; provide thoughts about tomorrow's deposition of 709 Counterfeit Parts expert to D.Evans, based upon yesterday's call |
| 8/31/2018 | Evans, Diana N. | 1.1 | $320.00 | $352.00 | Review, revise, and finalize letter to Plaintiff's counsel regarding deficiencies in written discovery responses and motion for entry of stipulated confidentiality and protective order |
| 8/31/2018 | Evans, Diana N. | 1 | $320.00 | $320.00 | Work with DSI to finalize first batch of documents for production to Plaintiff |
| 8/31/2018 | Evans, Diana N. | 5 | $320.00 | $1,600.00 | Attend deposition of AMG's expert J.DeTuya in Miami, Florida with respect to the 709 Counterfeit Parts Case |
| 8/31/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Email regarding deposition of AMG expert |
| 9/4/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Confer with Kimberly Ingram regarding summary judgment motion status, discovery responses, next steps |
| 9/4/2018 | Mondary, Matthew S. | 1.6 | $250.00 | $400.00 | Download and QC document production from DSi; repackage individual tiffs as multipage PDFs. |
| 9/4/2018 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Multiple communications with Catalyst support regarding first production of documents |
| 9/4/2018 | Evans, Diana N. | 0.3 | $320.00 | $96.00 | Assist M.Mondary with production of documents to counsel for Plaintiff |
| 9/4/2018 | Ingram, Kimberly M. | 1.1 | $275.00 | $302.50 | Coordinate production with DSi and ediscovery team; send correspondence with opposing counsel concerning discovery and motion for protective order to C.Weachter; review and respond to email from K.Moore concerning exclusion of AMG's expert |
| 9/5/2018 | Ingram, Kimberly M. | 5.1 | $275.00 | $1,402.50 | Revise draft of motion for summary judgment and draft of statement of undisputed facts to reflect motion for summary judgment strategy |
| 9/6/2018 | Ingram, Kimberly M. | 2.1 | $275.00 | $577.50 | Revise statement of undisputed facts and add references to plaintiff's discovery responses |
| 9/10/2018 | Ingram, Kimberly M. | 2 | $275.00 | $550.00 | Revise and strengthen motion for summary judgment with incorporated memorandum of law |
| 9/11/2018 | Ingram, Kimberly M. | 0.8 | $275.00 | $220.00 | Revise and strengthen memorandum in support of motion for summary judgment |
| 9/14/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Confer as to discovery dispute letter to plaintiff's counsel |
| 9/14/2018 | Evans, Diana N. | 0.1 | $320.00 | $32.00 | Communicate with counsel for Plaintiff regarding good faith letter and motion for entry of stipulated confidentiality and protective order |
| 9/14/2018 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Discuss need for follow-up correspondence with opposing counsel concerning good faith letter with T.Urness and D.Evans and review email to opposing counsel; revise memorandum in support of motion for summary judgment |
| 9/16/2018 | Ingram, Kimberly M. | 1.3 | $275.00 | $357.50 | Revise and strengthen memorandum in support of motion for summary judgment |
| 9/18/2018 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Analysis of ongoing discovery issues to assist in upcoming conference on good faith letter |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 9/18/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Review plaintiff's counsel emails and and discovery responses, in preparation for meet and confer |
| 9/18/2018 | Urness, Thor Y. | 1.6 | $580.00 | $928.00 | Confer with Diana Evans and Kimberly Ingram regarding discovery status, plaintiff's position, document production to happen today from plaintiff, etc.; further communications regarding discovery, including expert disclosure date, and email from plaintiff's counsel as to same |
| 9/18/2018 | Mondary, Matthew S. | 0.7 | $250.00 | $175.00 | Assist opposing counsel with upload of document production; Download opposing document production and provide to vendor to load into Catalyst; create backup copy. |
| 9/18/2018 | Evans, Diana N. | 0.4 | $320.00 | $128.00 | Multiple communications with counsel for Plaintiff regarding ongoing discovery issues |
| 9/18/2018 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Review emails from opposing counsel and D.Evans concerning discovery disputes; discuss same with D.Evans and review local rules as to timing and requirements for discovery motions; review emails from opposing counsel concerning expert disclosures and scheduling meet and confer; discuss same with T.Urness |
| 9/19/2018 | Ingram, Kimberly M. | 5 | $275.00 | $1,375.00 | Revise and strengthen law in motion for summary judgment; revise statement of facts and review discovery documents to capture important facts |
| 9/19/2018 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Review portion of motion provided by government in 709 Counterfeit parts case for purposes of reviewing accuracy of information about DeTuya |
| 9/19/2018 | Evans, Diana N. | 0.8 | $320.00 | $256.00 | Finalize joint motion for entry of protective order for filing |
| 9/19/2018 | Urness, Thor Y. | 1.8 | $580.00 | $1,044.00 | Review of communications as to discovery, protective order, review of documents produced by AMG, in preparation for meeting for a call with opposing counsel tomorrow, and phone call with Kyle Neal as to experts issue, emails as to expert issues, review motion to disqualify experts |
| 9/19/2018 | Ingram, Kimberly M. | 0.9 | $275.00 | $247.50 | Review K.Moore's motion to disqualify AMG's expert witness and discuss same with T.Urness; review emails from T.Urness and D.Evans concerning expert discovery; review documents produced by AMG |
| 9/20/2018 | Urness, Thor Y. | 2.8 | $580.00 | $1,624.00 | Review of and revisions to statement of undisputed facts draft and memorandum in support of motion for summary judgment and instructions to Kimberly Ingram as to same |
| 9/20/2018 | Ingram, Kimberly M. | 3.1 | $275.00 | $852.50 | Revise motion for summary judgment and statement of material facts and send to T.Urness for review |
| 9/20/2018 | Urness, Thor Y. | 1.4 | $580.00 | $812.00 | Meet and confer call with opposing counsel as to interrogatory answers and document request responses, expert deadlines, etc., call with Kyle Neal as to same; email to opposing counsel regarding expert deadline extensions and review of and comments as to same |
| 9/20/2018 | Urness, Thor Y. | 1.8 | $580.00 | $1,044.00 | Call with Andy Forsythe as to expert issues, adhesives, etc.; emails as to summary judgment papers, expert disqualification motion edits, emails |
| 9/20/2018 | Evans, Diana N. | 1.3 | $320.00 | $416.00 | Draft motion to compel adequate responses to first set of interrogatories and first request for production |
| 9/20/2018 | Evans, Diana N. | 1.4 | $320.00 | $448.00 | Negotiate with counsel for Plaintiff regarding discovery objections and outstanding discovery issues |
| 9/20/2018 | Ingram, Kimberly M. | 1.4 | $275.00 | $385.00 | Participate in meet and confer with opposing counsel, T.Urness, and D.Evans; participate in call afterward with K.Neal and T.Urness; review emails to K.Moore concerning motion to disqualify expert witness and email K.Moore concerning keeping AEO-protected information under seal |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 9/21/2018 | Urness, Thor Y. | 4.5 | $580.00 | $2,610.00 | Review of complaint and further work on summary judgment argument, including conferring with Kimberly Ingram as t0 same, revisions to statement of facts and memorandum of law, call to Karol Palenik at CBP; further work on motion for summary judgment strategy including review of complaint and underlying correspondence, settlement agreement between AMG and government review of research from Jason Palmer as to spoliation in counterfeit goods cases |
| 9/21/2018 | Ingram, Kimberly M. | 6.8 | $275.00 | $1,870.00 | Revise motion for summary judgment and incorporated memorandum of law; discuss K.Moore questions with A.Forsythe and gather information concerning same; review approval for filing under seal in 709 Counterfeit Parts case |
| 9/22/2018 | Urness, Thor Y. | 1.3 | $580.00 | $754.00 | Work on summary judgment papers, edits to same, and communications with K.Ingram as to same |
| 9/22/2018 | Ingram, Kimberly M. | 1.5 | $275.00 | $412.50 | Revise motion for summary judgment and incorporated memorandum of law; send A.Forsythe's responses regarding Karen Moore's questions about hours spent reviewing parts and specs of glue |
| 9/23/2018 | Evans, Diana N. | 2.4 | $320.00 | $768.00 | Draft motion to compel adequate responses to first set of interrogatories and first request for production |
| 9/24/2018 | Ingram, Kimberly M. | 2 | $275.00 | $550.00 | Discuss research on preservation of evidence with J.Palmer; incorporate edits from T.Urness into motion for summary judgment and statement of facts; proofread both and send same to K.Neal for review |
| 9/24/2018 | Evans, Diana N. | 2 | $320.00 | $640.00 | Draft motion to compel adequate responses to first set of interrogatories and first request for production |
| 9/24/2018 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Review K.Moore's email concerning ink cartridges and motion to disqualify expert, discuss with A.Forsythe via phone, and respond to K.Moore |
| 9/25/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Review of emails as to motion for summary judgment, Kyle Neal comments as to same, and email with Karen Moore as to label photograph needed, replied with photograph of same by email, and instructions as to document production |
| 9/25/2018 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Analyze for inclusion in motion for summary judgment case law sent by J.Palmer concerning summary judgment as a sanction for spoliation; review K.Neal's comments to draft motion for summary judgment |
| 9/25/2018 | Evans, Diana N. | 0.4 | $320.00 | $128.00 | Finalize confidential and highly confidential documents for production and plan and prepare for final production |
| 9/25/2018 | Evans, Diana N. | 2.4 | $320.00 | $768.00 | Draft motion to compel adequate responses to first set of interrogatories and first request for production |
| 9/25/2018 | Ingram, Kimberly M. | 0.8 | $275.00 | $220.00 | Analyze coding on sample of documents to be produced in order to ensure protection of Nissan's confidential documents under protective order and communicate with T.Urness and D.Evans regarding same |
| 9/26/2018 | Ingram, Kimberly M. | 1.2 | $275.00 | $330.00 | Revise motion for summary judgment based on feedback from K.Neal; coordinate call with K.Neal and T.Urness |
| 9/26/2018 | Urness, Thor Y. | 0.7 | $580.00 | $406.00 | Review of documents to be produced as to responsiveness and confer with Kimberly Ingram and Diana Evans as to same and call with Diana Evans |
| 9/26/2018 | Evans, Diana N. | 2.2 | $320.00 | $704.00 | Finalize second batch of documents for production to Plaintiff |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 9/26/2018 | Ingram, Kimberly M. | 0.5 | $275.00 | $137.50 | Discuss documents most needing additional responsiveness review with D.Evans; discuss each document with T.Urness to determine whether to produce |
| 9/27/2018 | Evans, Diana N. | 0.4 | $320.00 | $128.00 | Finalize second batch of documents for production to Plaintiff |
| 9/27/2018 | Ingram, Kimberly M. | 0.7 | $275.00 | $192.50 | Review K.Moore's motion to disqualify AMG's expert witness; provide A.Forsythe's comments to K.Moore |
| 9/28/2018 | Ingram, Kimberly M. | 1 | $275.00 | $275.00 | Participate in conference call with K.Neal and T.Urness concerning motion for summary judgment and discovery and mediation strategy |
| 9/28/2018 | Urness, Thor Y. | 1.8 | $580.00 | $1,044.00 | Confer with client and Kimberly Ingram as to motion for summary judgment response and arguments as to same, followed by additional research as to gray goods related arguments |
| 9/28/2018 | Ingram, Kimberly M. | 1.1 | $275.00 | $302.50 | Revise motion for summary judgment to include additional case law citations and incorporate K.Neal's feedback; discuss same with T.Urness |
| 9/28/2018 | Evans, Diana N. | 0.6 | $320.00 | $192.00 | Review of document production to assist T.Urness in review of parts photos |
| 9/28/2018 | Evans, Diana N. | 0.9 | $320.00 | $288.00 | Finalize second batch of documents for production to Plaintiff |
| 9/28/2018 | Ingram, Kimberly M. | 1.3 | $275.00 | $357.50 | Review email from K.Moore and send filed 709 Counterfeit Parts motion to disqualify expert to K.Neal, A.Forsythe, and C.Weachter; review emails from opposing counsel concerning extension of discovery deadlines, desired depositions, and mediation; research unfamiliar names of NNA individuals designated for deposition; assist in direction of production; review and edit draft motion to compel |
| 9/30/2018 | Evans, Diana N. | 0.3 | $320.00 | $96.00 | Revisions to motion to compel adequate responses to first set of interrogatories and first request for production |
| 10/1/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Review of AMG's motion for summary judgment in government case; edits to draft motion for summary judgment memorandum; review AMG damages spreadsheet |
| 10/1/2018 | Urness, Thor Y. | 1.5 | $580.00 | $870.00 | Research gray goods cases as to investigation response and CBP duties in connection therewith |
| 10/1/2018 | Evans, Diana N. | 0.9 | $320.00 | $288.00 | Revisions to motion to compel adequate responses to first set of interrogatories and first request for production |
| 10/1/2018 | Ingram, Kimberly M. | 0.8 | $275.00 | $220.00 | Contact opposing counsel concerning missing spreadsheet reflecting alleged damages; analyze spreadsheet; review email from K.Neal concerning requested damages and respond to same; set-up conference call for K.Neal, T.Urness, and K.Ingram; send K.Neal documents for discussion tomorrow |
| 10/2/2018 | Urness, Thor Y. | 0.9 | $580.00 | $522.00 | Call with Kimberly Ingram and Kyle Neal as to depositions, documents to be produced, mediation, etc. (.5); telephone call with Andy Lopez as to mediation, depositions, document productions, amendment to scheduling order, settlement position, etc.  (.3); telephone conference with Kyle Neal as to same (.1) |
| 10/2/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Review of and respond to inquiry as to mediation from Kyle Neal, and call to Vic Alexander at Kraft as to rebuttal damages expert, and review of docket as to damages disclosure deadline |
| 10/2/2018 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Review document metadata to assist client with determining origin and purpose of certain documents |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 10/2/2018 | Evans, Diana N. | 2.5 | $320.00 | $800.00 | Revisions to motion to compel adequate responses to first set of interrogatories and first request for production |
| 10/2/2018 | Ingram, Kimberly M. | 4.5 | $275.00 | $1,237.50 | Review draft motion to compel and discuss with T.Urness; verify designation of documents for privilege; review emails concerning AMG's request for extension and revise proposed motion for extension; discuss Jacksonville photos with A.Forsythe and K.Neal; participate in call with K.Neal and T.Urness |
| 10/3/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Communications regarding discovery, follow up, depositions, including email with opposing counsel, email with client, photographs of parts, responses to AMG's request for production of documents deposition preparation, and discovery responses, email from Catherine Paler-Amava |
| 10/3/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Call with Andy Lopez and email to Andy Lopez regarding discovery matters |
| 10/3/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Edits to motion to compel |
| 10/3/2018 | Evans, Diana N. | 0.3 | $320.00 | $96.00 | Communicate with counsel for Plaintiff regarding motion to compel and plan and prepare for filing motion to compel |
| 10/3/2018 | Ingram, Kimberly M. | 1.4 | $275.00 | $385.00 | Discuss research on potential extension of attorney-client privilege to cover certain documents in production with J.Palmer; send K.Neal documents discussed yesterday, along with metadata for same; contact DSi about pulling all emails that were produced that include Chuck La Forte, Steve Rust, or Rick Slavik and, based on limited results, conduct search for same; discuss damages calculation spreadsheet with K.Neal; discuss follow up on meet and confer with D.Evans and review her email concerning same |
| 10/4/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Call with Kyle Neal and edits to motion to compel, emails regarding shipment, deposition, and documents to be produced |
| 10/4/2018 | Evans, Diana N. | 0.9 | $320.00 | $288.00 | Revisions to motion to compel |
| 10/4/2018 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Direct collection of emails concerning La Forte, Rust, and Slavik for review by K.Neal; participate in call with K.Neal and R.Cox-Bey concerning context of certain documents; discuss motion to compel with T.Urness and D.Evans |
| 10/5/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Call with Kyle Neal, review of and edits to motion to compel, email to Kyle Neal as to motion to compel |
| 10/5/2018 | Ingram, Kimberly M. | 2.5 | $275.00 | $687.50 | Review emails with La Forte, Rust, and Slavik in To/From/CC/BCC in preparation for depositions; finalize motion to compel for filing and direct filing of same; review information about Powerpoints from R.Cox-Bey |
| 10/8/2018 | Urness, Thor Y. | 1.8 | $580.00 | $1,044.00 | Confer with Kimberly Ingram regarding motion for summary judgment, timing thereof, discovery, including deposition dates and deposition dates, document production, and email to opposing counsel, comments and revisions to summary judgment papers, and instructions as to inquiring tomorrow as to motion for extension pending before the court, email from Kyle Neal |
| 10/8/2018 | Ingram, Kimberly M. | 1.4 | $275.00 | $385.00 | Discuss deposition scheduling and preparation with K.Neal; propose desired deposition schedule to opposing counsel; follow up with DSi concerning photos from Jacksonville evaluation; discuss strategy on filing motion for summary judgment |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 10/9/2018 | Urness, Thor Y. | 1.6 | $580.00 | $928.00 | Final review of and revisions to summary judgment motion papers, statement of material facts, revisions to declaration, review of government website and other websites as to safety issues and counterfeit auto parts, counterfeiting in Oman, etc., and update call with Kyle Neal as to same, communications with Kimberly Ingram and Diana Evans as to filing of motion for summary judgment |
| 10/9/2018 | Evans, Diana N. | 0.6 | $320.00 | $192.00 | Review, revise, and prepare statement of facts in support of motion for summary judgment for filing |
| 10/9/2018 | Evans, Diana N. | 0.7 | $320.00 | $224.00 | Assist K.Ingram in finalizing motion for summary judgment for filing |
| 10/9/2018 | Evans, Diana N. | 1 | $320.00 | $320.00 | Review and finalize motion for summary judgment and exhibits for filing |
| 10/9/2018 | Ingram, Kimberly M. | 4.5 | $275.00 | $1,237.50 | Discuss CBP regulations with A.Cornette in relation to motion for summary judgment; review and finalize motion for summary judgment and statement of undisputed facts; draft declaration to authenticate exhibits; gather and finalize all exhibits for filing; discuss motion with T.Urness and D.Evans |
| 10/9/2018 | Evans, Diana N. | 0.3 | $320.00 | $96.00 | Multiple communications with Court regarding Plaintiff's motion to extend deadlines and summary judgment deadline |
| 10/9/2018 | Urness, Thor Y. | 3.8 | $580.00 | $2,204.00 | Review of notebook for deposition preparation session tomorrow and confer with Kimberly Ingram as to same, and as to deposition dates, including email with opposing counsel as to same |
| 10/9/2018 | Ingram, Kimberly M. | 0.9 | $275.00 | $247.50 | Calendar dates offered for deposition; gather materials for deposition preparation tomorrow and direct creation of binders; follow up with DSi on photos of Jacksonville shipment |
| 10/10/2018 | Urness, Thor Y. | 7 | $580.00 | $4,060.00 | Meetings with Kyle Neal and Rameses Bey-Cox and Whitney Likehart to prepare for depositions |
| 10/10/2018 | Ingram, Kimberly M. | 0 | $0.00 | $0.00 | Prepare for and participate in deposition preparation at Nissan; review extension of dates by court (no charge) |
| 10/11/2018 | Urness, Thor Y. | 0 | $0.00 | $0.00 | Confer as to deposition schedule (no charge) |
| 10/11/2018 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Discuss strategy for deposition schedule with T.Urness and contact opposing counsel re: same; respond to K.Neal's email concerning slide deck sent yesterday; organize and complete files with S.Cooper |
| 10/12/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Plan next steps for depositions and discovery with T.Urness |
| 10/15/2018 | Urness, Thor Y. | 0.7 | $580.00 | $406.00 | Call with Karen Moore as to expert issues and confer as to AMG documents with K.Ingram |
| 10/15/2018 | Ingram, Kimberly M. | 1 | $275.00 | $275.00 | Participate in call about deposition dates and outstanding discovery issues with opposing counsel; coordinate availability of new NNA documents, including photos, in Catalyst with M.Mondary and DSi; discuss deposition schedule with K.Neal and T.Urness; manage calendar of deposition dates |
| 10/16/2018 | Urness, Thor Y. | 0.5 | $580.00 | $290.00 | Review of photographs and other documents from Andy Forsythe and confer with Kimberly Ingram briefly as to same |
| 10/16/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Direct calendaring of dates; review email from opposing counsel regarding stay of motion for summary judgment briefing |
| 10/17/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Consider email from opposing counsel concerning motion for summary judgment schedule and document redactions |
| 10/17/2018 | Mondary, Matthew S. | 1.1 | $250.00 | $275.00 | Combine client photographs into PDFs and apply bates stamps for T.Urness and K.Ingram |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 10/18/2018 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Negotiate motion for summary judgment briefing schedule with opposing counsel; send motion for summary judgment as filed to K.Neal and respond to email concerning M.Holmes's involvement; review DSi response concerning creation of production log |
| 10/18/2018 | Urness, Thor Y. | 1.8 | $580.00 | $1,044.00 | Review of Forsythe photographs; call with Kyle Neal |
| 10/18/2018 | Evans, Diana N. | 0.1 | $320.00 | $32.00 | Communicate with ediscovery vendor regarding creation of privilege log |
| 10/18/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Email to opposing counsel regarding discovery |
| 10/19/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Email to Andy Lopez as to summary judgment response; email to Diana Evans and Kimberly Ingram |
| 10/19/2018 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Discuss scheduling of mediation and reply to motion for summary judgment with T.Urness and opposing counsel; review privilege log |
| 10/20/2018 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Review response to motion to compel filed by Plaintiff to determine what arguments should be asserted in reply, if any |
| 10/22/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Confer as to depositions, mediation with Kyle Neal, email with opposing counsel |
| 10/22/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review court order concerning briefing schedule for motion for summary judgment filed by NNA |
| 10/22/2018 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Discuss deposition dates with K.Neal, T.Urness, and opposing counsel |
| 10/22/2018 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Draft reply to response to motion to compel adequate responses to interrogatories and requests for production |
| 10/22/2018 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Review documents produced by AMG |
| 10/22/2018 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Contact DSi concerning opposing counsel's question about redacted documents and review same |
| 10/22/2018 | Ingram, Kimberly M. | 0.5 | $275.00 | $137.50 | Analyze AMG's response to motion to compel for arguments for reply; discuss same with D.Evans |
| 10/23/2018 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Review of emails from Kyle Neal including proposed presentation as to mediation comments and revisions to same and email to Kyle Neal with monthly report including details as to upcoming discovery |
| 10/23/2018 | Mondary, Matthew S. | 1.2 | $250.00 | $300.00 | Meet with D.Soderholm to discuss production document review options in Catalyst; research production image issues and locate productions within Catalyst |
| 10/23/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Edits to deposition notice; review of pleadings and discovery responses, email from Karen Moore |
| 10/23/2018 | Evans, Diana N. | 2 | $320.00 | $640.00 | Draft reply to response to motion to compel adequate responses to interrogatories and requests for production |
| 10/23/2018 | Ingram, Kimberly M. | 0.9 | $275.00 | $247.50 | Participate in call with A.Lopez concerning discovery, including bills of lading and redacted documents; find bills of lading referenced by A.Lopez and discuss with T.Urness; discuss privilege log for redacted documents with DSi; upon learning that DSi cannot create the log, ask D.Soderholm to do so; coordinate details for deposition schedule |
| 10/23/2018 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Review response in opposition to motion to disqualify expert in 709 Counterfeit Parts and draft response to K.Moore for review by T.Urness |
| 10/24/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Direct collection of information about Ryan Rengen and review same |
| 10/24/2018 | Urness, Thor Y. | 0.7 | $580.00 | $406.00 | Research regarding mediators, including review of list of mediators proposal by plaintiff, research as to same, emails as to same, and email to client with recommendations as to mediators; call to Catherine Paler-Amaya; review report on Ryan Rengen |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 10/24/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Call with Diana Evans as to obtaining relief, ruling from court and discovery responses documents to be produced, review report on Ryan Renger |
| 10/24/2018 | Mondary, Matthew S. | 0.4 | $250.00 | $100.00 | Copy client photographs to thumbdrive and provide to K.Ingram |
| 10/24/2018 | Urness, Thor Y. | 0.5 | $580.00 | $290.00 | Call with Kyle Neal as to discovery, mediation |
| 10/24/2018 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Prepare materials for deposition preparation tomorrow |
| 10/24/2018 | Evans, Diana N. | 5.8 | $320.00 | $1,856.00 | Draft reply to response to motion to compel adequate responses to interrogatories and requests for production |
| 10/24/2018 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Discuss requested bills of lading with client and opposing counsel |
| 10/24/2018 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Review response to motion to disqualify in 709 Counterfeit Parts, review response from A.Forsythe concerning counterfeit cases, and respond to K.Moore regarding same |
| 10/25/2018 | Urness, Thor Y. | 6.5 | $580.00 | $3,770.00 | Deposition preparation sessions with Andy Forsyth and Steve Rust |
| 10/25/2018 | Ingram, Kimberly M. | 0 | $0.00 | $0.00 | Participate in deposition preparation; revise deposition notice for AMG (no charge) |
| 10/25/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Review of and revisions to reply to response to motion to compel and instructions as to same, email to opposing counsel |
| 10/25/2018 | Evans, Diana N. | 1.7 | $320.00 | $544.00 | Revisions to reply to response to motion to compel adequate responses to interrogatories and requests for production |
| 10/25/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Analyze and comment on reply to motion to disqualify for K.Moore |
| 10/25/2018 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Revise reply in support of motion to compel |
| 10/26/2018 | Urness, Thor Y. | 3 | $580.00 | $1,740.00 | Meeting Chuck Laforte and Kyle Neal in preparation for deposition |
| 10/26/2018 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Edits to reply on motion to compel and instructions as to same |
| 10/26/2018 | Evans, Diana N. | 3 | $320.00 | $960.00 | Revisions to reply to response to motion to compel adequate responses to interrogatories and requests for production and finalize for filing |
| 10/26/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Discuss reply to motion to disqualify with K.Moore |
| 10/29/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review email from opposing counsel concerning court-ordered mediation and availability of mediators; discuss scheduling with T.Urness |
| 10/29/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Correct error discovered in calendaring of new schedule issued by court and check all other dates to ensure accuracy for T.Urness, D.Evans, and K.Ingram |
| 10/29/2018 | Ingram, Kimberly M. | 0.9 | $275.00 | $247.50 | Review redaction log prepared by D.Soderholm in response to question about redactions from opposing counsel; discuss same made by DSi, which does not contain necessary information about redactions; produce redaction log to opposing counsel; direct preparation of bills of lading for production; re-review AMG's document requests to confirm requests to which bills of lading are responsive; produce bills of lading to opposing counsel and explain that certain numbers provided are not valid invoice numbers |
| 10/29/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Calls with Kyle Neal as to mediation, effort to amend complaint |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 10/29/2018 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Discuss rescheduling of depositions of R.Cox-Bey and W.Likehart with K.Neal; contact opposing counsel to confirm existing deposition schedule, including depositions of AMG witnesses; discuss opposing counsel's proposal with K.Neal and T.Urness; calendar confirmed dates for AMG depositions for T.Urness |
| 10/29/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Review of expert reports from CPA and deTuya and email and call with Kyle Neal as to same |
| 10/29/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Call with Vic Alexander as to case background, expert reports to be provided by plaintiff today, instructions to Kimberly Ingram as to documents to be provided to expert |
| 10/29/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Instructions to K.Ingram as to redactions and document production, documents for experts |
| 10/29/2018 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Review AMG expert disclosures sent today; consider materials needed by V.Alexander, gather, and forward to V.Alexander |
| 10/29/2018 | Ingram, Kimberly M. | 1 | $275.00 | $275.00 | Review AMG's motion to amend complaint; review local rules as to date opposition due; send same to K.Neal and discuss via telephone; discuss strategy for response with T.Urness; locate discovery documents referenced in motion and proposed amended complaint and send to K.Neal and T.Urness, along with comments on the proposed amended complaint; discuss response in opposition with J.Palmer |
| 10/29/2018 | Ingram, Kimberly M. | 0.9 | $275.00 | $247.50 | Respond to K.Moore's questions in support of her reply to the response to the motion to disqualify AMG's expert, due today, and discuss same with A.Forsythe; review near-final of reply and send comments and questions to K.Moore to protect NNA's position; respond to K.Moore's emails concerning final submission and briefly review same |
| 10/30/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Discuss mediation scheduling with opposing counsel; calendar mediation |
| 10/30/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Revisions to deposition notice, email to opposing counsel |
| 10/30/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Confirm deposition dates with client; send email to opposing counsel summarizing deposition schedule, requesting information about Ryan Rengen |
| 10/30/2018 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Communicate with A.Forsythe concerning K.Moore's questions; review K.Moore's emails concerning reply filed yesterday in 709 Counterfeit Parts; discuss K.Moore's comments about evidence with T.Urness |
| 10/30/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Discuss strategy for opposition to motion to amend complaint with J.Palmer |
| 10/31/2018 | Ingram, Kimberly M. | 0.5 | $275.00 | $137.50 | Review T.Urness's revisions and incorporate into 30(b)(6) deposition notice for AMG; send same to K.Neal |
| 10/31/2018 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Call to Catherine Paler-Amaya; further edits to deposition notice |
| 10/31/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Follow up with K.Neal on production of invoices and bills of lading |
| 11/1/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Call and email with expert, Vic Alexander, CPA, regarding engagement letter, information needed |
| 11/1/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Discuss deposition schedule and preparation with T.Urness; discuss documents received from 709 Counterfeit Parts case |
| 11/2/2018 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Call with Vic Alexander regarding expert reports, tasks, facts |
| 11/2/2018 | Ingram, Kimberly M. | 1.4 | $275.00 | $385.00 | Discuss production of documents with DSi and D.Evans; review opposing counsel's email concerning 30(b)(6) topics; discuss documents and information concerning documents needed with M.Holmes; direct cataloging of photos provided by NNA |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 11/3/2018 | Ingram, Kimberly M. | 1.4 | $275.00 | $385.00 | Review and code 525 documents for production Monday |
| 11/4/2018 | Ingram, Kimberly M. | 1.6 | $275.00 | $440.00 | Review and code 577 documents for production Monday |
| 11/5/2018 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Multiple communications with K.Ingram to assist with document production |
| 11/5/2018 | Urness, Thor Y. | 0.5 | $580.00 | $290.00 | Review notice of mediation; call with Mark Stein and correspondence; call with Kyle Neal regarding same |
| 11/5/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Review documents as to whether to produce and instructions to Kimberly Ingram as to same |
| 11/5/2018 | Mondary, Matthew S. | 0.4 | $250.00 | $100.00 | QC of production documents within Catalyst to ensure that coding is correct, Verification of Confidentiality stamping with vendor, communication with vendor regarding removal of potentially privileged items from production. |
| 11/5/2018 | Ingram, Kimberly M. | 1.5 | $275.00 | $412.50 | Review and finalize documents for production; communicate with K.Neal regarding same |
| 11/6/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Mediation emails with Mark Stein, review notice filed by AMG |
| 11/6/2018 | Mondary, Matthew S. | 0.3 | $250.00 | $75.00 | Download and QC document production from DSi; create file transfer mechanism to provide production to opposing counsel |
| 11/6/2018 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Direct production of additional documents with production log; email opposing counsel concerning same |
| 11/6/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Send expert-related documents to V.Alexander |
| 11/7/2018 | Urness, Thor Y. | 0.9 | $580.00 | $522.00 | Review mediation proposal from Kyle Neal, call and email with Kyle Neal as to same |
| 11/7/2018 | Evans, Diana N. | 0.1 | $320.00 | $32.00 | Communicate with counsel for government in 709 Counterfeit Parts case regarding summary judgment motion filed against AMG in other case |
| 11/7/2018 | Ingram, Kimberly M. | 1.6 | $275.00 | $440.00 | Revise opposition to motion for leave to amend; review and supplement case law for the same |
| 11/8/2018 | Urness, Thor Y. | 0.7 | $580.00 | $406.00 | Call with Kyle Neal as to mediation |
| 11/8/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Revisions to AMG deposition notice |
| 11/8/2018 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Revise and serve notices of deposition for Michael Pockhai, Talia Pockhai, and AMG; direct coordination of court reporter for same depositions |
| 11/8/2018 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Revise opposition to motion for leave to amend |
| 11/9/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Calls with Florida counsel regarding Lopez, emails, and follow up on defense under FDUTPA |
| 11/9/2018 | Evans, Diana N. | 0.1 | $320.00 | $32.00 | Communicate with counsel R.Ivers regarding depositions set next week and communicate with T.Urness regarding same |
| 11/9/2018 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Follow-up with M.Holmes on questions regarding invoices; direct cataloging of invoices produced |
| 11/9/2018 | Ingram, Kimberly M. | 2.4 | $275.00 | $660.00 | Create outline for 30(b)(6) deposition of AMG; direct scheduling of court reporters for AMG depositions |
| 11/9/2018 | Ingram, Kimberly M. | 1.4 | $275.00 | $385.00 | Revise opposition to motion for leave to amend; discuss same with T.Urness |
| 11/11/2018 | Ingram, Kimberly M. | 0.8 | $275.00 | $220.00 | Analyze document production from AMG in preparation for depositions on November 19 and 20 and to identify any gaps in documents requested by expert |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 11/12/2018 | Ingram, Kimberly M. | 0.8 | $275.00 | $220.00 | Review motion to compel and document requests to determine value of waiting for 30(b)(6) deposition and whether additional document requests are required for V.Alexander, as opposed to waiting for the court's ruling on the motion to compel; direct preparation of spreadsheet and photos for preparation and deposition of A.Forsythe; discuss deposition preparation scheduling with A.Forsythe |
| 11/12/2018 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Edits to motion to amend and response, instructions as to additional research needed for same |
| 11/12/2018 | Evans, Diana N. | 0.3 | $320.00 | $96.00 | Review and revise response to motion for leave to amend complaint to add punitive damages |
| 11/12/2018 | Ingram, Kimberly M. | 1.3 | $275.00 | $357.50 | Revise opposition to motion to amend; discuss same with K.Neal |
| 11/13/2018 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Revised opposition to motion to amend, instructions as to same |
| 11/13/2018 | Ingram, Kimberly M. | 3.6 | $275.00 | $990.00 | Communicate with DSi concerning documents that were not previously queued for review; review same documents for responsiveness and privilege |
| 11/13/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Call with Vic Alexander, CPA, regarding expert report |
| 11/13/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Email to Karen Moore, Lopez, call with Lopez |
| 11/13/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Provide documents to V.Alexander and J.Hedrick |
| 11/14/2018 | Ingram, Kimberly M. | 1.3 | $275.00 | $357.50 | Finalize coding of documents for responsiveness and privilege; prepare and direct production to AMG |
| 11/14/2018 | Urness, Thor Y. | 6.5 | $580.00 | $3,770.00 | Deposition preparation session with Andy Forsyth, Kyle Neal |
| 11/14/2018 | Ingram, Kimberly M. | 1.6 | $275.00 | $440.00 | Direct preparation of privilege log; draft NNA's objections to topics noticed for deposition of NNA pursuant to Rule 30(b)(6) |
| 11/15/2018 | Urness, Thor Y. | 6.5 | $580.00 | $3,770.00 | Deposition preparation session at Nissan |
| 11/15/2018 | Ingram, Kimberly M. | 1.8 | $275.00 | $495.00 | Draft NNA's objections to the topics noticed for deposition of NNA pursuant to Rule 30(b)(6) and discuss with T.Urness; revise privilege log for NNA's productions and discuss with T.Urness; serve same on opposing counsel |
| 11/16/2018 | Urness, Thor Y. | 10 | $580.00 | $5,800.00 | Meeting with Andy Forsythe in further preparation for his deposition, defended Forsythe deposition, and report to Kyle Neal as to same |
| 11/16/2018 | Urness, Thor Y. | 0.5 | $580.00 | $290.00 | Notes as to depositions of Michael Pockhai and Talia Pockhai and instructions to Kimberly Ingram as to same, emails produced |
| 11/16/2018 | Evans, Diana N. | 0.4 | $320.00 | $128.00 | Assist T.Urness and K.Ingram with document production finalization and deposition prep by reviewing document set for certain documents |
| 11/16/2018 | Ingram, Kimberly M. | 4.2 | $275.00 | $1,155.00 | Draft outlines for Michael and Talia Pockhai depositions; review all documents in AMG's production; identify and organize exhibits for depositions; coordinate logistics for today's deposition of Andy Forsythe |
| 11/17/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Review deposition outline and comments on same |
| 11/17/2018 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Prepare for Monday's depositions of Michael Pockhai and Talia Pockhai |
| 11/18/2018 | Urness, Thor Y. | 3.8 | $580.00 | $2,204.00 | Review and revisions to outlines for Pockhai depositions tomorrow, pulled additional documents for depositions, review of expert reports, discovery responses, Bachan and DeTuya depositions, and review of exhibits for depositions tomorrow |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 11/19/2018 | Urness, Thor Y. | 6.5 | $580.00 | $3,770.00 | Deposition of Michael Pockhai and confer with opposing counsel, including conferring with Andy Forsythe, deposition of Talia Pockhai (no charge) |
| 11/19/2018 | Ingram, Kimberly M. | 3 | $275.00 | $825.00 | Attend deposition of Michael Pockhai (no charge); take deposition of Talia Pockhai |
| 11/19/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Telephone conference with Karen Moore as to call with Andy Forsythe and instructions to Andy Forsythe as to same, email Karen Moore regarding Silverline Trading |
| 11/20/2018 | Urness, Thor Y. | 7 | $580.00 | $4,060.00 | Inspection of Nissan-branded parts at AMG including conferring with opposing counsel and Andy Forsythe, |
| 11/20/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Review reply on motion to amend and email regarding same |
| 11/20/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Update to Kyle Neal as to depositions |
| 11/21/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Call with Kyle Neal as to reply to response in opposition to motion for leave to amend complaint |
| 11/21/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Email with Lopez; call with Kyle Neal regarding consent sought for filing under seal |
| 11/21/2018 | Monday, Matthew S. | 0.4 | $250.00 | $100.00 | Prepare client documents for production and QC bates stamped documents and natives. |
| 11/21/2018 | Ingram, Kimberly M. | 0.5 | $275.00 | $137.50 | Direct preparation of AMG emails for production; review email from A.Forsythe concerning work product preparation |
| 11/21/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Review email from A.Lopez concerning AMG's motion to file under seal and discuss with T.Urness |
| 11/26/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Communications and instructions as to AMG emails, production, follow up on NNA box AMG |
| 11/26/2018 | Monday, Matthew S. | 1.5 | $250.00 | $375.00 | Prepare client documents for production and QC bates stamped documents and natives. |
| 11/26/2018 | Ingram, Kimberly M. | 1.8 | $275.00 | $495.00 | Review AMG-related emails provided by A.Forsythe and direct production to opposing counsel; discuss same with A.Forsythe; discuss collection of ESI with M.Holmes |
| 11/26/2018 | Urness, Thor Y. | 6 | $580.00 | $3,480.00 | Meetings with Steve Rust and Chuck LaForte in preparation for their depositions |
| 11/26/2018 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Assist T.Urness in preparation for tomorrow's deposition, including confirming all logistical details, sending notices of deposition, and flagging potential document for LaForte deposition |
| 11/26/2018 | Urness, Thor Y. | 2.7 | $580.00 | $1,566.00 | Calls and meeting with expert to review and revise their draft expert report, and call with Andy Forsythe |
| 11/26/2018 | Ingram, Kimberly M. | 1.4 | $275.00 | $385.00 | Draft disclosure of expert testimony by A.Forsythe; send V.Alexander DeTuya deposition transcript |
| 11/26/2018 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Review and revise AMG's motion to file under seal; discuss same with A.Lopez and T.Urness |
| 11/27/2018 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Assist T.Urness in evaluating Plaintiff's request to extend discovery deadline to January in light of local practice and judge's personal preferences |
| 11/27/2018 | Urness, Thor Y. | 2.6 | $580.00 | $1,508.00 | Drafted mediation statement, including review of pleadings and discovery files, and emailed same to client |
| 11/27/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Review of and revisions to email to opposing counsel regarding requested consent as to motion to file documents under seal in connection with summary judgment response |
| 11/27/2018 | Urness, Thor Y. | 5.5 | $580.00 | $3,190.00 | Defended depositions of Chuck LaForte and Steven Rust, including discussions with witnesses, client, and opposing counsel |
| 11/27/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Call with Josh Hedrick regarding revisions to Vic Alexander expert report, documents needed |
| 11/27/2018 | Urness, Thor Y. | 1.3 | $580.00 | $754.00 | Review of and revisions to motion to extend expert witness disclosure deadline and communications with Diana Evans as to same, introduction to Hunt subpoena |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 11/27/2018 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Completed review of and revisions to draft preliminary disclosures as to retained expert Andy Forsythe and instructions to Kimberly Ingram as to same |
| 11/27/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Assistance in research for DOJ in connection with hearing next week to protect Nissan trade secrets regarding package labeling |
| 11/27/2018 | Ingram, Kimberly M. | 3.4 | $275.00 | $935.00 | Draft preliminary disclosure of Andy Forsythe as expert witness; obtain 709 Counterfeit parts expert disclosure from K.Moore and review for consistency; review and revise motion to extend time to disclose expert reports; research John Hunt for service of subpoena; draft subpoena to John Hunt; discuss expert report with J.Hedrick at KraftCPAs |
| 11/27/2018 | Evans, Diana N. | 1.4 | $320.00 | $448.00 | Draft motion for extension of time to submit expert reports |
| 11/28/2018 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Calls with client as to expert reports, follow up on Hunt subpoena; revise Hunt subpoena and directions as to service, emails, calls with John Hunt regarding same |
| 11/28/2018 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Confer with Vic Alexander, Joshua Hedrick regarding expert report revisions, finalized same |
| 11/28/2018 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Revisions to motion to extend expert disclosure deadlines, Forsythe disclosure |
| 11/28/2018 | Ingram, Kimberly M. | 2.1 | $275.00 | $577.50 | Finalize and serve NNA's preliminary expert disclosure for William A. Forsythe and preliminary expert report of Vic Alexander; draft notice for and direct service of subpoena to John Hunt; send A2C2 brochures to K.Moore; send documents to V.Alexander |
| 11/28/2018 | Evans, Diana N. | 0.4 | $320.00 | $128.00 | Finalize motion to extend deadline to submit expert disclosures for filing |
| 11/29/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Confirm service of NNA's subpoena to John Hunt; communicate with K.Moore regarding A2C2 brochures |
| 11/30/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Email to Lopez regarding depositions and email with Kyle Neal |
| 12/3/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Emails with Karen Moore as to hearing today and requested declaration of Forsythe |
| 12/3/2018 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Review communications between K.Neal and T.Urness concerning AMG's response to motion for summary judgment, mediation, and upcoming depositions |
| 12/3/2018 | Urness, Thor Y. | 1.1 | $580.00 | $638.00 | Telephone call with mediator Mark Stein and report on same with Kyle Neal |
| 12/3/2018 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Review of summary judgment response papers of AMG |
| 12/3/2018 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Two telephone calls with Andy Lopez regarding motion to exceed page limitation and review of same motion |
| 12/4/2018 | Urness, Thor Y. | 0.7 | $580.00 | $406.00 | Prepare for mediation including confer as to fee shifting options |
| 12/4/2018 | Urness, Thor Y. | 0 | $0.00 | $0.00 | Travel to mediation (NO CHARGE) |
| 12/4/2018 | Evans, Diana N. | 0 | $0.00 | $0.00 | Review and analysis Plaintiff's response in opposition to motion for summary judgment (NO CHARGE) |
| 12/4/2018 | Ingram, Kimberly M. | 4 | $275.00 | $1,100.00 | Analyze response in opposition to motion for summary judgment, responsive statement of facts, and all accompanying materials; draft opposition to late-filed motion to exceed page limitations, incorporating feedback from T.Urness and K.Neal |
| 12/5/2018 | Urness, Thor Y. | 0 | $0.00 | $0.00 | Return from mediation in Florida (NO CHARGE) |
| 12/5/2018 | Urness, Thor Y. | 5 | $580.00 | $2,900.00 | Mediation |

27

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 12/5/2018 | Ingram, Kimberly M. | 1.5 | $275.00 | $412.50 | Revise opposition to late-filed motion to exceed page limitations, incorporating feedback from T.Urness and K.Neal |
| 12/5/2018 | Ingram, Kimberly M. | 0.5 | $275.00 | $137.50 | Discuss NNA's role in preparation with K.Neal; based on conversation, send email to A.Forsythe and W.Likehart concerning same |
| 12/6/2018 | Ingram, Kimberly M. | 4.8 | $275.00 | $1,320.00 | Discuss reply in support of motion for summary judgment with T.Urness; draft reply statement of material facts |
| 12/6/2018 | Evans, Diana N. | 1.3 | $320.00 | $416.00 | Research and draft motion for leave to file under seal reply in support of motion for summary judgment, including exhibits |
| 12/7/2018 | Ingram, Kimberly M. | 5.2 | $275.00 | $1,430.00 | Draft reply statement of facts in support of motion for summary judgment and locate citations in support of all denials; conduct call with K.Neal and W.Likehart to discuss facts asserted in AMG's opposition to motion for summary judgment |
| 12/7/2018 | Evans, Diana N. | 0 | $0.00 | $0.00 | Research and draft motion for leave to file under seal reply in support of motion for summary judgment, including exhibits (NO CHARGE) |
| 12/8/2018 | Urness, Thor Y. | 1.4 | $580.00 | $812.00 | Revisions to opposition to plaintiffs statement of material facts and instructions to Kimberly Ingram as to same |
| 12/8/2018 | Ingram, Kimberly M. | 7.5 | $275.00 | $2,062.50 | Draft reply statement of facts in support of motion for summary judgment and locate citations in support of all denials; draft reply brief in support of motion for summary judgment |
| 12/8/2018 | Evans, Diana N. | 1.9 | $320.00 | $608.00 | Draft affidavit in support of motion for leave to file portion of reply in support of motion for summary judgment under seal |
| 12/9/2018 | Urness, Thor Y. | 2.3 | $580.00 | $1,334.00 | Further work on summary judgment opposition response papers, and response to statement of material facts |
| 12/9/2018 | Ingram, Kimberly M. | 10.6 | $275.00 | $2,915.00 | Draft reply brief in support of motion for summary judgment |
| 12/10/2018 | Urness, Thor Y. | 2.1 | $580.00 | $1,218.00 | Call with D. Evans as to summary judgment motion response; work on reply brief and opposition to plaintiffs statement of material facts and other summary judgment motion papers |
| 12/10/2018 | Urness, Thor Y. | 4.8 | $580.00 | $2,784.00 | Review of and revisions to reply summary judgment brief, office conferences throughout the day with Kimberly Ingram, email with client, and revisions to response to additional statement of facts filed by plaintiff |
| 12/10/2018 | Ingram, Kimberly M. | 10.6 | $275.00 | $2,915.00 | Revise and finalize reply brief and reply statement of facts in support of motion for summary judgment, including discussing with K.Neal and T.Urness, inputting edits from same, and locating final citations in support of assertions |
| 12/10/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Instructions as to additional document requests to be served and supplement to motion to compel to be prepared and filed |
| 12/10/2018 | Evans, Diana N. | 3.2 | $320.00 | $1,024.00 | Assist T.Urness and K.Ingram with finalizing reply in support of motion for summary judgment, including exhibits and exhibit table, for filing |
| 12/11/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Email with opposing counsel regarding summary judgment response |
| 12/11/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review order concerning motion to seal and T.Urness's email concerning same |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 12/12/2018 | Ingram, Kimberly M. | 2.8 | $275.00 | $770.00 | Review deposition of Talia Pockhai and declaration of Anthony Bachan to identify documents that AMG has admitted exist and/or claimed are relevant but has not produced; check this against previous document requests and motion to compel to determine whether each has been requested and whether it is the subject of the motion to compel; discuss same with T.Urness; discuss local rule procedure to expedite with D.Evans in case we want to expedite already-filed motion to compel; email opposing counsel concerning meet and confer for possible second motion to compel and motion for continuance |
| 12/12/2018 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Prepare for Trucsinski deposition, including pulling documents for his review session |
| 12/12/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Call with Kyle Neal |
| 12/13/2018 | Urness, Thor Y. | 0.7 | $580.00 | $406.00 | Emails and calls with Karen Moore regarding declaration sought from Andy Forsythe, and calls and emails with Andy Forsythe, and revision to declaration, and confer with Kyle Neal as the same |
| 12/13/2018 | Ingram, Kimberly M. | 2.2 | $275.00 | $605.00 | Draft requests for production to cover all documents requested by V.Alexander and learned of through the deposition of T.Pockhai or the declaration of A.Bachan in opposition to our motion for summary judgment |
| 12/13/2018 | Ingram, Kimberly M. | 0 | $0.00 | $0.00 | Email T.Urness and then opposing counsel concerning non-production of documents from John Hunt on due date yesterday (NO CHARGE) |
| 12/13/2018 | Urness, Thor Y. | 3.2 | $580.00 | $1,856.00 | Meet with Sam Truscinski to prepare him for his deposition |
| 12/13/2018 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review person report on Ryan Rengen to attempt to determine phone number and discuss same with T.Urness |
| 12/13/2018 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Communicate with K.Moore concerning declaration desired from A.Forsythe; draft said declaration and revise based on input from K.Moore; communicate with A.Forsythe concerning same and send executed version to K.Moore |
| 12/14/2018 | Ingram, Kimberly M. | 1.5 | $275.00 | $412.50 | Revise and finalize requests for production; direct service of same; discuss drafting of subpoenas to DeTuya and Bachan with D.Evans |
| 12/14/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Call with Kyle Neal |
| 12/14/2018 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Calls with Lopez as to discovery |
| 12/14/2018 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Prepare for and participate in meet and confer with opposing counsel concerning outstanding discovery requests, information relied upon in opposition to motion for summary judgment, and continuance of trial and discovery cut-off |
| 12/14/2018 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Plan and prepare for drafting Rule 45 subpoenas to nonparties |
| 12/16/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Call with Kyle Neal |
| 12/17/2018 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Email and call with Kyle Neal regarding case status, next steps |
| 12/17/2018 | Evans, Diana N. | 1.2 | $320.00 | $384.00 | Prepare and draft subpoenas to Anthony Bachan and Jorge de Tuya |
| 12/18/2018 | Urness, Thor Y. | 1.3 | $580.00 | $754.00 | Review and revise motion to extend pretrial schedule, discovery deadline; edits to subpoenas; review of discovery produced by AMG in response to subpoena |
| 12/18/2018 | Mondary, Matthew S. | 0.7 | $250.00 | $175.00 | Download opposing document production and provide to vendor to load into Catalyst; create backup copy and provide access to T.Urness and K.Ingram |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 12/18/2018 | Evans, Diana N. | 0.6 | $320.00 | $192.00 | Revisions to subpoenas to Anthony Bachan and Jorge de Tuya |
| 12/18/2018 | Ingram, Kimberly M. | 1.1 | $275.00 | $302.50 | Draft NNA's motion for continuance and extension of deadlines; gather powerpoints for T.Urness in preparation for tomorrow's deposition prep sessions |
| 12/19/2018 | Evans, Diana N. | 1.4 | $320.00 | $448.00 | Review, revise, and prepare for filing consent motion to extend deadlines and draft proposed order on same |
| 12/19/2018 | Urness, Thor Y. | 6 | $580.00 | $3,480.00 | Preparation for depositions, meetings with Whitney Likehart, Rameses Cox-Bey |
| 12/19/2018 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Revisions to subpoenas to Anthony Bachan |
| 12/19/2018 | Ingram, Kimberly M. | 1.1 | $275.00 | $302.50 | Revise and finalize NNA's motion for continuance; review and revise DeTuya and Bachan subpoenas; respond to K.Moore's questions re: A.Forsythe's transcripts and motion for extension |
| 12/20/2018 | Urness, Thor Y. | 7 | $580.00 | $4,060.00 | Defended depositions of Rameses Cox-Bey and Whitney Likehart and discussions with same and Kyle Neal |
| 12/20/2018 | Evans, Diana N. | 0.7 | $320.00 | $224.00 | Revisions to subpoenas to Anthony Bachan and Jorge de Tuya and finalize for filing |
| 12/21/2018 | Urness, Thor Y. | 3.2 | $580.00 | $1,856.00 | Deposition preparation meeting with Roxane Morris, Kyle Neal |
| 1/3/2019 | Monday, Matthew S. | 0.4 | $250.00 | $100.00 | Create document search in Catalyst of hot documents and share with K.Ingram and T.Urness. |
| 1/3/2019 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Email with plaintiffs counsel regarding subpoena responses extension sought, and follow up as to same |
| 1/7/2019 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review email from opposing counsel concerning discovery and consider representation that there are no additional responsive emails from A.Bachan |
| 1/8/2019 | Evans, Diana N. | 0.4 | $320.00 | $128.00 | Review court's recent rulings and analyze next steps based on the same |
| 1/8/2019 | Urness, Thor Y. | 0.7 | $580.00 | $406.00 | Review of order for court on motion to compel, order on motion for extension, email to client as to same; call with Kyle Neal as to same |
| 1/8/2019 | Ingram, Kimberly M. | 0.5 | $275.00 | $137.50 | Review rulings from the Court granting extension of discovery and continuance of trial, denying without prejudice motion to extend time to disclose full expert report, and denying in part and granting in part motion to compel; discuss same with T.Urness and D.Evans |
| 1/11/2019 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Follow up with T.Urness and D.Evans concerning documents subpoenaed from DeTuya not yet received and plan going forward |
| 1/18/2019 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Calls with Kyle Neal |
| 1/21/2019 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Correspond with opposing counsel concerning outstanding documents subpoenaed from proposed expert Jorge DeTuya |
| 1/22/2019 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Emails and call with Kyle Neal, identify next steps in litigation and instruction as to same |
| 1/22/2019 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Analyze list of upcoming activities required in case against AMG prepared by T.Urness and contribute additional thoughts; respond to D.Evans and opposing counsel concerning receipt of documents subpoenaed from DeTuya |
| 1/22/2019 | Monday, Matthew S. | 0.8 | $250.00 | $200.00 | Download opposing document production and provide access to T.Urness and K.Ingram |
| 1/23/2019 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Review of order on motion for judgment of forfeiture |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 2/11/2019 | Ingram, Kimberly M. | 6.6 | $275.00 | $1,815.00 | Review case law under Rule 37 when a motion to compel is partially denied; draft memorandum showing good cause/substantial justification for filing of motion to compel based on same and Court's order to submit such memorandum; send to T.Urness as to motion for reconsideration |
| 2/12/2019 | Urness, Thor Y. | 3.8 | $580.00 | $2,204.00 | Review of and revisions to statement of good cause for filing motion to compel and motion for reconsideration instructions to Kimberly Ingram |
| 2/12/2019 | Ingram, Kimberly M. | 5.3 | $275.00 | $1,457.50 | Revise memorandum showing good cause to include motion for reconsideration, pulling needed case law as to standard for reconsideration and incorporating it into draft; add information concerning 709 Counterfeit Parts case and settlement |
| 2/13/2019 | Urness, Thor Y. | 4.3 | $580.00 | $2,494.00 | Work on motion for reconsideration and memorandum showing good cause and review of file in connection with same, call with Kyle Neal as to same |
| 2/13/2019 | Ingram, Kimberly M. | 1.8 | $275.00 | $495.00 | Revise memorandum showing good cause and included motion for reconsideration; discuss questions and possible edits with T.Urness and incorporate same |
| 2/14/2019 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Review of plaintiffs counsel's affidavit regarding fees on motion to compel |
| 2/14/2019 | Urness, Thor Y. | 4.6 | $580.00 | $2,668.00 | Work on filing regarding good cause and motion for reconsideration and communications throughout the day with Kimberly Ingram as to same |
| 2/14/2019 | Ingram, Kimberly M. | 4.8 | $275.00 | $1,320.00 | Discuss motion for reconsideration and good cause memorandum with K.Neal and T.Urness; revise same based on input from K.Neal; locate and supplement case law in brief concerning discoverable nature of information concerning customers, sales, and supply chain; gather exhibits for filing tomorrow |
| 2/15/2019 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Communications with Karen Moore as to 709 counterfeit parts case, parts needed, and motion filed today in Zloch case |
| 2/15/2019 | Urness, Thor Y. | 2.5 | $580.00 | $1,450.00 | Review and revise finalize good cause memorandum and motion for reconsideration; brief call with Diana Evans as to same, conference with Kimberly Ingram as to same |
| 2/15/2019 | Evans, Diana N. | 0.9 | $320.00 | $288.00 | Review and revise response to Court's order to show cause and request for reconsideration and file same |
| 2/15/2019 | Ingram, Kimberly M. | 2.8 | $275.00 | $770.00 | Search for additional helpful case law regarding standard for awarding fees when motion to compel is partially denied and the need for any findings on denial of motion to compel; add same to memorandum; finalize motion for reconsideration and good cause memorandum based on feedback from K.Neal, T.Urness, and D.Evans, as well as final proofread |
| 2/20/2019 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Emails and phone call with Kyle Neal and preparation of monthly report in connection with same |
| 2/20/2019 | Mondary, Matthew S. | 0.3 | $250.00 | $75.00 | Provide expert production to V.Alexander and J.Hedrick |
| 2/20/2019 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Communications with Josh Hedrick regarding subpoenaed information regarding damages to be reviewed, rebuttal expert report |
| 2/22/2019 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Call with expert regarding status of review of information and next steps |
| 2/26/2019 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Call with Karen Moore, and emails with Karen Moore, regarding parts from other shipment needed for evidence, her retirement and introduction of new assistant US attorney to assist us, and future steps |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|-----------|------|-------|------|--------|-----------|
| 2/26/2019 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Call with experts regarding rebuttal report and additional information needed, plan and timeline for same |
| 2/26/2019 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Call with T.Urness, V.Alexander, and J.Hedrick to discuss progress on reviewing documents, conclusions reached from review, and timeline on revising expert report, as well as any documents still needed |
| 2/28/2019 | Ingram, Kimberly M. | 1.2 | $275.00 | $330.00 | Draft email to AMG requesting inventory reports over time based on V.Alexander's stated need; discuss same with T.Urness; review AMG's responses to second set of requests for production and testimony of Talia Pockhai concerning inventory reports; rework email based on this information and send to opposing counsel |
| 2/28/2019 | Urness, Thor Y. | 0.5 | $580.00 | $290.00 | Confer re discovery and revised discovery email, request, update to Kyle Neal as to status |
| 3/1/2019 | Ingram, Kimberly M. | 1.4 | $275.00 | $385.00 | Draft discovery requests seeking inventory information and discuss same with T.Urness, incorporating his revisions into final version |
| 3/1/2019 | Urness, Thor Y. | 0.7 | $580.00 | $406.00 | Review of and revisions to third set of document requests and instructions regarding same; email to opposing counsel regarding same |
| 3/4/2019 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Confer with Josh Hedrick regarding expert report supplementation |
| 3/4/2019 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Discuss revised expert report with J.Hedrick and T.Urness |
| 3/11/2019 | Urness, Thor Y. | 2.8 | $580.00 | $1,624.00 | Call and then meeting with Vic Alexander and Joshua Hedrick regarding expert report and comments on same and as to depositions |
| 3/11/2019 | Urness, Thor Y. | 1.3 | $580.00 | $754.00 | Drafted letter regarding obtaining 709 Miami shipment parts |
| 3/11/2019 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Drafted letter to Roberto Del Toro regarding Miami shipment parts needed for litigation |
| 3/11/2019 | Ingram, Kimberly M. | 2.8 | $275.00 | $770.00 | Attend meeting with V.Alexander and J.Hedrick to go over revised expert report |
| 3/12/2019 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Review of red lines to expert report supplementation, confer with Kimberly Ingram as to same, and email to Kyle Neal regarding same |
| 3/12/2019 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Follow up with J.Hedrick concerning agreed update to report; review redline of expert report received from J.Hedrick and send same to T.Urness |
| 3/13/2019 | Ingram, Kimberly M. | 1.3 | $275.00 | $357.50 | Follow up as to location of former employees Ryan Rengen and Sanjay Singh, as well as calendar for and process of scheduling depositions for same, Anthony Bachan, and AMG's experts; draft Rule 45 subpoenas duces tecum for Rengen and Sanjay, as well as notice of same for service on AMG; review document productions and AMG's discovery responses for any evidence of return of parts to Oman |
| 3/13/2019 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Review local rules concerning AMG's overdue response to our motion for reconsideration and discuss same with D.Evans we well as next steps in case |
| 3/14/2019 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Develop action plan with T.Urness and D.Evans for immediate motion to compel if AMG fails to produce documents in response to third set of discovery requests |
| 3/14/2019 | Ingram, Kimberly M. | 1.4 | $275.00 | $385.00 | Discuss deposition calendar with T.Urness; direct research staff in pulling person reports for former AMG employees Ryan Rengen and Sanjay Singh; send AMG email regarding deposition schedule, failure to produce documents related to return of parts to Oman, and inventory information |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 3/14/2019 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Call with Andy Forsythe regarding review of expert disclosure needed and follow up emails as to same |
| 3/14/2019 | Ingram, Kimberly M. | 3.4 | $275.00 | $935.00 | Revise A.Forsythe's disclosure to include new information on Miami case, analyzing how this impacts his opinions |
| 3/15/2019 | Mondary, Matthew S. | 1.1 | $250.00 | $275.00 | Prepared client documents for production and QC bates stamped documents and natives, transfered production data to opposing counsel |
| 3/15/2019 | Ingram, Kimberly M. | 0.5 | $275.00 | $137.50 | Prepare documents related to Miami for production in relation A.Forsythe's opinions and direct production of same |
| 3/15/2019 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Review of Forsythe disclosures and instructions and revisions as to same |
| 3/15/2019 | Ingram, Kimberly M. | 0.7 | $275.00 | $192.50 | Revise A.Forsythe's disclosure based on feedback of T.Urness and send same to A.Forsythe and K.Neal |
| 3/19/2019 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Call with Kyle Neal as to status |
| 3/19/2019 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Follow up on Friday's email to AMG concerning deposition dates, consent to NNA's updated expert disclosures, AMG's production of documents related to the return of the 217 parts to Oman, and AMG's provision of inventory information requested by NNA's expert |
| 3/19/2019 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Review of discovery file regarding disclosures in notes as to supplementation of same and review of plaintiff's discovery responses |
| 3/19/2019 | Urness, Thor Y. | 4.4 | $580.00 | $2,552.00 | Work on outlining trial evidence and witnesses, order of proof, task assignments |
| 3/20/2019 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Communications with opposing counsel regarding depositions, subpoenas, expert depositions and corporate depositions |
| 3/20/2019 | Ingram, Kimberly M. | 1.1 | $275.00 | $302.50 | Review AMG's response concerning deposition dates, consent to updated expert disclosures, inventory records, return shipment documents, and acceptance of service of subpoenas; discuss with T.Urness; respond to same reiterating requests; draft motion to treat expert reports as timely disclosed |
| 3/21/2019 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Comments and revisions to expert disclosure motion |
| 3/21/2019 | Ingram, Kimberly M. | 3.5 | $275.00 | $962.50 | Draft motion to treat expert reports as timely disclosed and supporting declaration of T.Urness; revise based on input from T.Urness and send to K.Neal for changes and approval |
| 3/22/2019 | Evans, Diana N. | 0.6 | $320.00 | $192.00 | Review motion to extend time to file expert disclosures and finalize for filing |
| 3/22/2019 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Finalize motion to treat expert reports as timely disclosed and supporting declaration of T.Urness based on feedback from K.Neal and prepare for filing |
| 3/25/2019 | Ingram, Kimberly M. | 0.7 | $275.00 | $192.50 | Update Friday's draft email to AMG regarding deposition dates, production of documents evidencing the return of 217 parts to Oman, the need for a meet and confer as to NNA's third set of document requests, and no rescheduling of Karol Palenik's deposition, alerting them that we will be issuing notices and subpoenas for depositions today or tomorrow; discuss strategy on these issues with T.Urness; adjust based on T.Urness sending email regarding Palenik in a separate chain; send email to AMG |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 3/25/2019 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Communications with opposing counsel regarding additional information sought, Palenik deposition, meet and confer as to third set of document requests, deposition dates and return shipping documents |
| 3/25/2019 | Urness, Thor Y. | 1.6 | $580.00 | $928.00 | Further work on finding former AMG employee witnesses, including calls and messages and call and email with private investigators and calls with Diana Evans |
| 3/25/2019 | Urness, Thor Y. | 5.4 | $580.00 | $3,132.00 | Prepare for corporate deposition of plaintiff, including review of prior deposition exhibits |
| 3/25/2019 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Discuss staffing for trial with T.Urness; review local rules and Florida Bar rules concerning local counsel to determine local counsel attendance requirements; follow-up with T.Urness on same |
| 3/26/2019 | Ingram, Kimberly M. | 1.1 | $275.00 | $302.50 | Revise deposition notice for AMG corporate representative Anthony Bachan based on feedback from T.Urness; review deposition of Anthony Bachan in 709 Counterfeit Parts case; finalize and serve both AMG and Bachan notices |
| 3/26/2019 | Urness, Thor Y. | 7.8 | $580.00 | $4,524.00 | Trial preparation including work on order of proof, witness selection, pre-trial order, jury instructions, motion in limine outlining exhibit and witness lists, etc. |
| 3/27/2019 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Speak with private investigator regarding finding former AMG employees Ryan Rengen and Sanjay Singh; forward information we have gathered internally about each |
| 3/27/2019 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Continued efforts to locate former employee witnesses including call with private investigator as to same, call with Diana Evans as to same, and instructions to Kimberly Ingram regarding same |
| 3/27/2019 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Research private investigators in South Florida to assist T.Urness in obtaining contact information for S.Singh and R.Rengen |
| 3/28/2019 | Ingram, Kimberly M. | 0.7 | $275.00 | $192.50 | Send third and final request to AMG's counsel regarding production of documents showing that AMG returned 217 parts to Oman and for a meet and confer regarding AMG's intent not to produce documents in response to NNA's third set of document requests concerning information requested by Vic Alexander; call with opposing counsel A.Lopez regarding same and scheduled and proposed deposition dates; review return shipment documents sent by AMG; discuss results of call with T.Urness and confirm availability for meet and confer; email AMG to schedule meet and confer and document today's phone call |
| 3/28/2019 | Ingram, Kimberly M. | 1.3 | $275.00 | $357.50 | Review private investigator findings about former AMG employees Sanjay Singh and Ryan Rengen; communicate with T.Urness and private investigator about same; update Rule 45 subpoenas for Sanjay Singh and Ryan Rengen and notice to AMG of service of same; draft notice of deposition; finalize all subpoenas and notices and direct service of same |
| 3/28/2019 | Ingram, Kimberly M. | 4.9 | $275.00 | $1,347.50 | Draft detailed outline for deposition of AMG/Tony Bachan, locate numbers for exhibits already introduced and pull additional documents for use as exhibits |
| 3/28/2019 | Urness, Thor Y. | 1.6 | $580.00 | $928.00 | Many calls and other efforts to locate witnesses Ryan Rengen and Sanjay Singh, including communications with investigators |
| 3/29/2019 | Monday, Matthew S. | 1.3 | $250.00 | $325.00 | Locate documents needed by K.Ingram; prepare client documents for production |
| 3/29/2019 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Discuss service of subpoenas for Ryan Rengen and Sanjay Singh with D.Evans and provide direction to private investigator |
| 3/29/2019 | Ingram, Kimberly M. | 2.9 | $275.00 | $797.50 | Draft outline for deposition of Anthony Bachan/AMG and gather exhibits for same |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 3/29/2019 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Preparation for deposition of plaintiff and communications with Kimberly Ingram as to same |
| 3/29/2019 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Multiple communications with private investigator's office regarding service of subpoenas on R.Rengen and S.Singh |
| 3/29/2019 | Ingram, Kimberly M. | 1.6 | $275.00 | $440.00 | Draft motion to compel and accompanying declarations, with placeholders for information from Vic Alexander and meet and confer |
| 3/31/2019 | Evans, Diana N. | 0.1 | $320.00 | $32.00 | Communicate additional information regarding S.Singh to S.Sessler to assist in service of deposition subpoena |
| 4/1/2019 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review emails from private investigator concerning location of Ryan Rengen and Sanjay Singh |
| 4/1/2019 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Lengthy telephone call with Ryan Rengen regarding factual background, his deposition and update client as to same |
| 4/1/2019 | Evans, Diana N. | 0.1 | $320.00 | $32.00 | Communicate about status of subpoenas with private investigators |
| 4/2/2019 | Urness, Thor Y. | 1.1 | $580.00 | $638.00 | Work on case summary, call with Kyle Neal |
| 4/2/2019 | Urness, Thor Y. | 0.7 | $580.00 | $406.00 | Continued efforts to schedule depositions of former employees and balance of discovery |
| 4/2/2019 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Continued efforts to obtain parts from 709 case, emails and calls |
| 4/2/2019 | Urness, Thor Y. | 3.8 | $580.00 | $2,204.00 | Trial preparation, including work on outline of order of proof, witnesses, exhibits |
| 4/3/2019 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Work on case summary memorandum for Kyle Neal |
| 4/3/2019 | Urness, Thor Y. | 1.9 | $580.00 | $1,102.00 | Work on motion to compel regarding third set of document requests, including revisions to motion and declarations of TYU and Vic Alexander |
| 4/3/2019 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Review AMG discovery responses |
| 4/3/2019 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Communications regarding subpoenas to witnesses for depositions |
| 4/3/2019 | Evans, Diana N. | 0.1 | $320.00 | $32.00 | Multiple communications with private investigators' office in Miami regarding progress of service of subpoena on Singh |
| 4/3/2019 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Continued efforts to obtain 709 parts, calls and emails is the same, follow up as to deposition scheduling |
| 4/4/2019 | Urness, Thor Y. | 0.5 | $580.00 | $290.00 | Review of plaintiff's response to motion to extend time for expert disclosures deadline |
| 4/4/2019 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Meet and confer call as to motion to compel |
| 4/4/2019 | Urness, Thor Y. | 4.8 | $580.00 | $2,784.00 | Review and revise and finalize motion to compel regarding inventory documents, and discussions with Diana Evans as to filing of same, revisions to declarations in connection with same, research as to QuickBooks production cases |
| 4/4/2019 | Evans, Diana N. | 0.7 | $320.00 | $224.00 | Review and revise second motion to compel and related documents |
| 4/4/2019 | Evans, Diana N. | 3.1 | $320.00 | $992.00 | Research case law on relevancy of inventory information to calculations of lost profits |
| 4/4/2019 | Evans, Diana N. | 0.4 | $320.00 | $128.00 | Attend telephonic meet and confer with counsel for Plaintiff regarding Nissan's third request for production |
| 4/5/2019 | Urness, Thor Y. | 3.8 | $580.00 | $2,204.00 | Work on deposition preparation for depositions of former employees and AMG corporate deposition |
| 4/5/2019 | Urness, Thor Y. | 3.3 | $580.00 | $1,914.00 | Work on motion to compel brief and research in connection with same, edits to declaration of TYU |
| 4/5/2019 | Evans, Diana N. | 2.5 | $320.00 | $800.00 | Review and revise second motion to compel and related documents |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 4/7/2019 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Respond to T.Urness concerning AMG's production in preparation for depositions this week |
| 4/7/2019 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Preparation for expert depositions |
| 4/8/2019 | Mondary, Matthew S. | 1.2 | $250.00 | $300.00 | Bates stamp opposing documents (so we can track them) |
| 4/8/2019 | Urness, Thor Y. | 6.5 | $580.00 | $3,770.00 | Preparation for depositions of Bachan, Rengen, and Singh on Thursday and Friday this week, including exhibit selection and instructions as to same |
| 4/8/2019 | Soderholm, Danielle S. | 1.7 | $250.00 | $425.00 | Review documents produced by opposing counsel and prepare same for deposition preparation, as well as facilitate Bates numbering of opposing counsel's productions that were produced without Bates numbers |
| 4/8/2019 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Discuss with T.Urness and D.Soderholm preparation of exhibits for depositions this week of Anthony Bachan, Ryan Rengen, and Sanjay Singh |
| 4/8/2019 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Discuss with T.Urness drafting of reply in support of motion for an extension of time for expert report supplementation |
| 4/9/2019 | Urness, Thor Y. | 4.4 | $580.00 | $2,552.00 | Preparation for corporate depositions on Thursday and Friday, review of and revise outline and notes on exhibits |
| 4/9/2019 | Soderholm, Danielle S. | 3.7 | $250.00 | $925.00 | Prepare documents for deposition by converting several large spreadsheets produced by opposing into printable portable document files, as well as determine which produced emails the spreadsheets were attached to due to the emails being produced as portable document files and the spreadsheets being produced natively and none containing Bates numbering, and prepare same, as well as an additional 1395 pages of documents produced by opposition, for attorney review in preparation for depositions |
| 4/9/2019 | Ingram, Kimberly M. | 0.5 | $275.00 | $137.50 | Discuss preparation of exhibits with D.Soderholm; review potential exhibits for depositions this week of Anthony Bachan, Ryan Rengen, and Sanjay Singh to determine which spreadsheets should be prepared and printed |
| 4/9/2019 | Evans, Diana N. | 0.7 | $320.00 | $224.00 | Draft motion for hearing on outstanding motions |
| 4/9/2019 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Follow up with D.Evans about motion to compel strategy and current status on case |
| 4/9/2019 | Ingram, Kimberly M. | 3.4 | $275.00 | $935.00 | Draft reply in support of motion for an extension of time for expert report supplementation |
| 4/9/2019 | Urness, Thor Y. | 2.8 | $580.00 | $1,624.00 | Work on order of proof, trial exhibit identification and witnesses |
| 4/10/2019 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Edits to case status memo |
| 4/10/2019 | Urness, Thor Y. | 3.8 | $580.00 | $2,204.00 | Prepare for depositions, work on outline, review documents to use as exhibits |
| 4/10/2019 | Soderholm, Danielle S. | 1.4 | $250.00 | $350.00 | Prepare documents and exhibits for use during deposition |
| 4/10/2019 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Review of and revise reply to response to motion to extend expert disclosure deadlines and follow up on same |
| 4/10/2019 | Evans, Diana N. | 0.7 | $320.00 | $224.00 | Complete draft motion for hearing on outstanding motions and revisions based on feedback from T.Urness |
| 4/10/2019 | Ingram, Kimberly M. | 3.4 | $275.00 | $935.00 | Draft reply in support of motion for an extension of time for expert report supplementation; revise same based on feedback from T.Urness and send to K.Neal for additional revisions; incorporate feedback from K.Neal |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 4/10/2019 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Review D.Evans' draft of motion for hearing on NNA's outstanding motions |
| 4/10/2019 | Urness, Thor Y. | 2.8 | $580.00 | $1,624.00 | Deposition designations for use at trial, Pockhai witnesses |
| 4/10/2019 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Consideration of trial witnesses, communicate with client as to trial witnesses, planning |
| 4/10/2019 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Discuss potential witnesses from NNA with T.Urness based on questions from K.Neal |
| 4/11/2019 | Ingram, Kimberly M. | 0.8 | $275.00 | $220.00 | Create master task tracking list with tasks discussed to date with T.Urness and ownership for each, in anticipation of adding all pretrial tasks; discuss plan for getting all documents produced by either party into Catalyst with AMG's documents being split from the large PDFs produced, to ensure access in trial prep |
| 4/11/2019 | Urness, Thor Y. | 10.5 | $580.00 | $6,090.00 | preparation for and depositions of AMG/Tony Bachan, day one |
| 4/11/2019 | Urness, Thor Y. | 2.8 | $580.00 | $1,624.00 | Preparation for tomorrow's depositions (continuation of Bachan, Ryan Rengen) |
| 4/11/2019 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Draft subpoena and required notices for deposition of Peter Quinter |
| 4/11/2019 | Ingram, Kimberly M. | 0.5 | $275.00 | $137.50 | Follow up on scheduling of AMG's experts' depositions; receive directive from T.Urness regarding same; call V.Alexander and email A.Forsythe concerning availability for depositions; respond to A.Forsythe |
| 4/11/2019 | Ingram, Kimberly M. | 0.8 | $275.00 | $220.00 | Respond to T.Urness's requests for documents and information during deposition of Anthony Bachan, reviewing records of previous depositions and document productions as needed |
| 4/11/2019 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Discuss deposition of Anthony Bachan with T.Urness and plan for continuation tomorrow |
| 4/11/2019 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Communications regarding discovery motions to be filed, motion for hearings, etc., subpoenas, 90-day rule |
| 4/11/2019 | Soderholm, Danielle S. | 1.8 | $250.00 | $450.00 | Research cases involving AMG in Broward County state court, as well as obtain certain pleadings regarding same by contacting clerk and by purchasing them via the court's website, in preparation of preparing subpoenas for records |
| 4/11/2019 | Evans, Diana N. | 2.4 | $320.00 | $768.00 | Draft Touhy letter and subpoena to United States Custom and Border Protection regarding 709 parts seized in Miami shipment |
| 4/11/2019 | Ingram, Kimberly M. | 0.5 | $275.00 | $137.50 | Direct D.Soderholm in finding case filed against AMG by the parent company of Bachan's former employer, Pinnacle Group; review case docket and complaint once located; send summary to T.Urness |
| 4/11/2019 | Ingram, Kimberly M. | 1.2 | $275.00 | $330.00 | Follow up telephonically with various individuals at CBP and U.S. Attorney's office concerning use of forfeited 709 counterfeit parts at trial in an attempt to determine whether CBP will voluntarily provide parts; discuss requirements for subpoena to Government with D.Evans |
| 4/11/2019 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Review applicable court orders and local rules to determine timing of filing Daubert motions and any special requirements related to such motions; discuss same with D.Evans and T.Urness |
| 4/11/2019 | Ingram, Kimberly M. | 0.7 | $275.00 | $192.50 | Revise motion for hearing on outstanding NNA motions and send same to K.Neal; discuss outstanding questions on motion with D.Evans; confirm with T.Urness AMG's opposition, length of hearing needed, invocation of local rule regarding notice of 90 days expiring, and whether to file as expedited motion |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 4/11/2019 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Review reply in support of the motion to extend the deadlines for the expert disclosures for filing tomorrow and make final changes; send to T.Urness for approval and D.Evans for preparation for filing; discuss with T.Urness potential incorporation of documents highlighted in deposition today and determine these would be best used in support of motion to compel |
| 4/12/2019 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Research law regarding destruction of forfeited goods to United States Custom and Border Protection to assist K.Ingram in drafting motion to prevent destruction of parts |
| 4/12/2019 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Review and prepare for filing reply in support of motion to extend expert disclosure deadline |
| 4/12/2019 | Evans, Diana N. | 0.7 | $320.00 | $224.00 | Review, revise, and finalize for filing motion for hearing on Nissan's outstanding motions |
| 4/12/2019 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Detailed report to client regarding depositions, call with Kyle Neal as to same |
| 4/12/2019 | Urness, Thor Y. | 9.8 | $580.00 | $5,684.00 | Depositions of AMG/Tony BHM, Rengen, Singh, Including time dealing with Rengen non-appearance, call with Kyle Neal to update him on depositions |
| 4/12/2019 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Revise Quinter subpoena and notice based on discussion with T.Urness; serve same on AMG and then Quinter; discuss deposition scheduling with A.Forsythe, T.Urness, and V.Alexander |
| 4/12/2019 | Urness, Thor Y. | 0.7 | $580.00 | $406.00 | Review of and revisions to and finalize reply as to motion for extension of time to extend expert disclosures deadline |
| 4/12/2019 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Review and revisions to expedited motion for hearing on outstanding motions, and confer with Diana Evans as to same |
| 4/12/2019 | Evans, Diana N. | 1.5 | $320.00 | $480.00 | Review and revise Touhy letter and subpoena and prepare for service on United States Custom and Border Patrol |
| 4/12/2019 | Evans, Diana N. | 1 | $320.00 | $320.00 | Draft and revise affidavit in support of Touhy request |
| 4/12/2019 | Ingram, Kimberly M. | 3.5 | $275.00 | $962.50 | Call with A.Cornette to determine CBP's position as to whether they will voluntarily provide 709 forfeited parts; review regulation CBP believes will require it to destroy parts; draft expedited motion to compel preservation and production of parts, reviewing local rules on expediting motions and Eleventh Circuit law on authority for such motion; determine issuance of subpoena is likely necessary and discuss same with T.Urness and D.Evans; call A.Cornette to propose that destruction of parts after use by NNA would satisfy regulation; discuss logistics of subpoena with T.Urness and D.Evans |
| 4/12/2019 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Review of and revisions to expedited motion to compel evidence from CBP as to 709 counterfeit parts case parts needed for trial |
| 4/15/2019 | Urness, Thor Y. | 0.2 | $580.00 | $116.00 | Finalized and emailed case summary to Kyle Neal |
| 4/15/2019 | Urness, Thor Y. | 2.8 | $580.00 | $1,624.00 | Began preparation for deposition of Peter Quinter, review of file as to same |
| 4/15/2019 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Communicate with A.Forsythe and V.Alexander regarding scheduling of depositions |
| 4/15/2019 | Ingram, Kimberly M. | 1.2 | $275.00 | $330.00 | Draft subpoenas duces tecum and appropriate notices for John Hunt, Jorge de Tuya, and Ryan Rengen |
| 4/15/2019 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Confer with Kimberly Ingram as to communications with Adam Cornette as to parts from Miami shipment, subpoena as to same, and expert depositions, other deposition scheduling |
| 4/15/2019 | Ingram, Kimberly M. | 1.1 | $275.00 | $302.50 | Communicate with C.Paler-Amaya (CBP) regarding scheduled deposition of Karol Palenik and with CBP and DOJ concerning production of parts in 709 Counterfeit Nissan Auto Parts case |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 4/15/2019 | Urness, Thor Y. | 1.4 | $580.00 | $812.00 | Trial preparation, including review of Judge Zloch's practices and local rules and case management orders |
| 4/16/2019 | Mondary, Matthew S. | 0.3 | $250.00 | $75.00 | Provide production documents to K.Ingram and M.Nelson to be printed; provide last bates number used for opposing production to K.Ingram. |
| 4/16/2019 | Urness, Thor Y. | 3.8 | $580.00 | $2,204.00 | Research as to Peter Quinter, continued preparation for Quinter deposition including exhibit review and selection, outline for examination |
| 4/16/2019 | Ingram, Kimberly M. | 1.8 | $275.00 | $495.00 | Prepare deposition binder for Peter Quinter; respond to opposing counsel regarding schedule for depositions |
| 4/16/2019 | Ingram, Kimberly M. | 0.7 | $275.00 | $192.50 | Negotiate with CBP and DOJ concerning production of parts from 709 Counterfeit Nissan Auto Parts |
| 4/16/2019 | Ingram, Kimberly M. | 0.9 | $275.00 | $247.50 | Review Judge Zloch's guide to pretrial filings and conduct of trial; based on these and local rules, strategize with T.Urness concerning plan for pretrial tasks |
| 4/17/2019 | Mondary, Matthew S. | 0.7 | $250.00 | $175.00 | Unitize opposing production to allow proper load into review platform. |
| 4/17/2019 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Call with Andy Forsythe to discuss his communications with CBP, in preparation for deposition of Peter Quinter |
| 4/17/2019 | Urness, Thor Y. | 2.7 | $580.00 | $1,566.00 | Preparation for deposition of Peter Quinter, outline and exhibits, further research on Quinter |
| 4/17/2019 | Evans, Diana N. | 1 | $320.00 | $320.00 | Review, revise, and finalize for filing motion to compel Custom and Border Patrol to produce parts from 709 Case |
| 4/17/2019 | Ingram, Kimberly M. | 4.9 | $275.00 | $1,347.50 | Follow up with A.Cornette at CBP concerning CBP's decision regarding whether to produce sample of 709 parts forfeited in Government's case and learn that CBP does not intend to comply with subpoena; confirm A.Cornette's position regarding court order and meet and confer regarding potential motion to compel; discuss effectuating personal service of subpoena with D.Evans after learning that A.Cornette would not accept email and mail service of subpoena, to remove any question as to validity of subpoena; draft motion to compel CBP to produce parts and supporting declarations from T.Urness and K.Ingram; gather exhibits for motion; incorporate edits provided remotely by T.Urness and direct filing of same |
| 4/17/2019 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Address CBP's decision not to permit use of "709 Parts" from Miami shipment |
| 4/17/2019 | Urness, Thor Y. | 8.8 | $580.00 | $5,104.00 | Deposition designations for use at trial and review of documents for trial exhibit designations |
| 4/18/2019 | Mondary, Matthew S. | 1.6 | $250.00 | $400.00 | Unitize opposing production to allow proper load into review platform. |
| 4/18/2019 | Urness, Thor Y. | 2.2 | $580.00 | $1,276.00 | Final preparation for Peter Quinter deposition |
| 4/18/2019 | Urness, Thor Y. | 4.5 | $580.00 | $2,610.00 | Deposition of Peter Quinter |
| 4/18/2019 | Ingram, Kimberly M. | 0.5 | $275.00 | $137.50 | Pull documents for T.Urness during deposition of P.Quinter and discuss deposition strategy with him |
| 4/18/2019 | Evans, Diana N. | 0.2 | $320.00 | $64.00 | Communicate with A.Cornette regarding motion to compel preservation and production of evidence |
| 4/18/2019 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Discuss with D.Evans call that she received from A.Cornette concerning CBP's reaction to motion to compel filed yesterday; report same to T.Urness; discuss possible reactions from CBP and strategy moving forward; review letter from CBP stating their objections and discuss same with T.Urness |
| 4/18/2019 | Urness, Thor Y. | 2.7 | $580.00 | $1,566.00 | Deposition designations for use at trial, order of proof notes |
| 4/18/2019 | Soderholm, Danielle S. | 5.1 | $250.00 | $1,275.00 | Draft detailed index of all deposition exhibits |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 4/18/2019 | Evans, Diana N. | 2.1 | $320.00 | $672.00 | Research and draft jury instructions for trial |
| 4/18/2019 | Ingram, Kimberly M. | 0.7 | $275.00 | $192.50 | Review T.Urness's request that D.Soderholm create index of all existing deposition exhibits and discuss same with D.Soderholm, as well as her anticipated role in NNA team during trial preparation; discuss collection of exhibits still with court reporters with S.Cooper |
| 4/19/2019 | Ingram, Kimberly M. | 2.5 | $275.00 | $687.50 | Review Federal Rules of Civil Procedure and Local Rules to update master document, with deadlines, of all tasks needing to be completed before trial and assign ownership for each task; discuss with T.Urness, D.Evans, D.Soderholm, and S.Cooper to ensure effective and efficient task completion; make plan with T.Urness for upcoming depositions and obtaining transcripts in time required |
| 4/19/2019 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Review of plaintiff's response in opposition to motion to compel as to third set of requests regarding inventory records |
| 4/19/2019 | Urness, Thor Y. | 3.2 | $580.00 | $1,856.00 | Exhibit selection and witness identification for introduction of exhibits necessary for trial; review Florida pattern jury instructions |
| 4/19/2019 | Urness, Thor Y. | 3.5 | $580.00 | $2,030.00 | Work on pretrial stipulation draft |
| 4/19/2019 | Urness, Thor Y. | 4.5 | $580.00 | $2,610.00 | Trial exhibit selection, including review of deposition exhibits |
| 4/19/2019 | Soderholm, Danielle S. | 8.3 | $250.00 | $2,075.00 | Prepare deposition exhibits to date and prepare detailed index of same for use in pleading preparation, as well as for trial exhibit list |
| 4/19/2019 | Evans, Diana N. | 4.3 | $320.00 | $1,376.00 | Research and draft jury instructions for trial |
| 4/20/2019 | Ingram, Kimberly M. | 2.7 | $275.00 | $742.50 | Draft motion to exclude AMG's expert Jorge de Tuya from testifying at trial |
| 4/20/2019 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Work on pretrial stipulation and jury instruction communications |
| 4/20/2019 | Soderholm, Danielle S. | 4.7 | $250.00 | $1,175.00 | Continue review of deposition exhibits to date and prepare detailed index of same for use in pleading preparation, as well as for trial exhibit list |
| 4/21/2019 | Evans, Diana N. | 0.8 | $320.00 | $256.00 | Research and draft verdict form for trial |
| 4/21/2019 | Evans, Diana N. | 2.2 | $320.00 | $704.00 | Research and draft jury instructions for trial |
| 4/21/2019 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review and respond to emails from D.Evans and T.Urness concerning jury instructions |
| 4/22/2019 | Soderholm, Danielle S. | 0.5 | $250.00 | $125.00 | Prepare documents to be used for motion in limine |
| 4/22/2019 | Ingram, Kimberly M. | 2.7 | $275.00 | $742.50 | Draft Daubert motion to exclude AMG's tracing expert Jorge de Tuya, researching pertinent case law and reviewing exhibits and report as needed |
| 4/22/2019 | Urness, Thor Y. | 7.6 | $580.00 | $4,408.00 | Continued review of exhibits from depositions and other documents produced in case to select trial exhibits and designation of same, by witness(es) |
| 4/22/2019 | Ingram, Kimberly M. | 0.9 | $275.00 | $247.50 | Discuss jury instructions with E.Sauer and D.Evans; give E.Sauer context needed for meaningful review of instructions and legal issues, identifying issues that are most important |
| 4/23/2019 | Evans, Diana N. | 0.4 | $320.00 | $128.00 | Review and analyze orders by the Court rescheduling pretrial conference and denying Plaintiff's motion to file an amended complaint |
| 4/23/2019 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Review orders from court denying AMG's motion to amend and canceling pre-trial conference and discuss effect on strategy with D.Evans and T.Urness |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 4/23/2019 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Review of order denying motion to amend complaint including to include punitive damages claim and email to client as to same |
| 4/23/2019 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Review trial preparation plans and strategize regarding upcoming filings and deadlines |
| 4/23/2019 | Mondary, Matthew S. | 0.6 | $250.00 | $150.00 | Provide SafeShare link to A.Lopez to allow him to send files to Bradley, resend March 15th production to A.Lopez, provide opposing production data to vendor to load into review platform |
| 4/23/2019 | Soderholm, Danielle S. | 7.2 | $250.00 | $1,800.00 | Prepare numerous documents for depositions of DeToya, J.Hunt and R.Rengen by reviewing, organizing copying and labeling, as well as updating deposition preparation log |
| 4/23/2019 | Urness, Thor Y. | 3.3 | $580.00 | $1,914.00 | Review of and revisions to draft motion to exclude expert de Tuya; review of de Tuya deposition transcript |
| 4/23/2019 | Urness, Thor Y. | 1.3 | $580.00 | $754.00 | Review of documents produced by plaintiff, preparation for Hunt deposition |
| 4/23/2019 | Ingram, Kimberly M. | 0.9 | $275.00 | $247.50 | Receive call from opposing counsel concerning production of additional documents; review documents upon receipt from AMG; discuss best organization of them for purposes of pretrial preparation with T.Urness and D.Soderholm; discuss trial witnesses and upcoming depositions with T.Urness and K.Neal |
| 4/23/2019 | Ingram, Kimberly M. | 7.4 | $275.00 | $2,035.00 | Draft Daubert motion to exclude AMG's damages expert John Hunt, researching case law and reviewing reports and exhibits as needed; send T.Urness suggestions on what to ask Hunt in deposition this week to support motion |
| 4/23/2019 | Ingram, Kimberly M. | 3.6 | $275.00 | $990.00 | Draft Daubert motion to exclude AMG's tracing expert Jorge de Tuya, reviewing case law, expert report, and exhibits as needed; send T.Urness suggestions on what to ask de Tuya in deposition this week to support motion |
| 4/23/2019 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Review of order canceling pre-trial conference and email to and call with Kyle Neal as to same |
| 4/23/2019 | Urness, Thor Y. | 2.3 | $580.00 | $1,334.00 | Review of draft jury instructions, call with Diana Evans regarding jury instructions and other pretrial matters |
| 4/23/2019 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Review and revise jury instructions based on feedback from T.Urness |
| 4/24/2019 | Urness, Thor Y. | 2.2 | $580.00 | $1,276.00 | Review of Bachan deposition transcript, and designate for trial |
| 4/24/2019 | Soderholm, Danielle S. | 0.9 | $250.00 | $225.00 | Review previously marked deposition exhibits and organize same in preparation of drafting motions in limine |
| 4/24/2019 | Soderholm, Danielle S. | 3.3 | $250.00 | $825.00 | Review previously marked deposition exhibits, as well as documents not previously used as deposition exhibits and prepare same for J.Hunt's deposition |
| 4/24/2019 | Soderholm, Danielle S. | 1.2 | $250.00 | $300.00 | Analyze report of DeTuya, as well as attached exhibits to determine whether certain claims were backed up with documentation and note findings |
| 4/24/2019 | Soderholm, Danielle S. | 0.6 | $250.00 | $150.00 | Review previously marked deposition exhibits and prepare specifically marked documents for deposition preparation of A.Forsythe |
| 4/24/2019 | Urness, Thor Y. | 3.8 | $580.00 | $2,204.00 | Preparation for deposition of Jorge deTuya |
| 4/24/2019 | Urness, Thor Y. | 2.2 | $580.00 | $1,276.00 | Revisions to reply brief and related communications |
| 4/24/2019 | Urness, Thor Y. | 1.6 | $580.00 | $928.00 | Review of and revisions to motion to exclude expert John Hunt CPA |
| 4/24/2019 | Ingram, Kimberly M. | 5.6 | $275.00 | $1,540.00 | Draft reply in support of motion to compel |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 4/24/2019 | Ingram, Kimberly M. | 0.2 | $275.00 | $55.00 | Receive, review, and organize documents from AMG; direct sending to V.Alexander; coordinate deposition scheduling |
| 4/24/2019 | Ingram, Kimberly M. | 1.6 | $275.00 | $440.00 | Draft Daubert motion to exclude AMG's damages expert John Hunt |
| 4/24/2019 | Soderholm, Danielle S. | 0.9 | $250.00 | $225.00 | Review evaluation letters in order to obtain Nissan trademark numbers and order certified copies of same for use as trial exhibits |
| 4/25/2019 | Urness, Thor Y. | 5 | $580.00 | $2,900.00 | Deposition of Jorge de Tuya |
| 4/25/2019 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Final preparation for deposition of de Tuya |
| 4/25/2019 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Coordinate deposition scheduling with V.Alexander and A.Forsythe |
| 4/25/2019 | Urness, Thor Y. | 2.3 | $580.00 | $1,334.00 | Preparation for deposition of John Hunt, Including review of documents to be exhibited |
| 4/25/2019 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Comments and revisions to reply as to motion to compel, review of redline of changes and further changes to reply |
| 4/25/2019 | Ingram, Kimberly M. | 3.1 | $275.00 | $852.50 | Revise reply in support of motion to compel based on feedback from K.Neal and T.Urness |
| 4/25/2019 | Urness, Thor Y. | 1.8 | $580.00 | $1,044.00 | Deposition designations and edits to trial exhibit list |
| 4/25/2019 | Soderholm, Danielle S. | 1.5 | $250.00 | $375.00 | Prepare deposition designations in preparation for trial |
| 4/25/2019 | Soderholm, Danielle S. | 3.4 | $250.00 | $850.00 | Review previously marked deposition exhibits and prepare trial exhibit list with trial witness information regarding same, as well as reason for each trial exhibit |
| 4/25/2019 | Ingram, Kimberly M. | 1.6 | $275.00 | $440.00 | Review all discovery responses to ensure that none need to be updated before close of discovery: plan for witnesses, deposition designations, and exhibits to be listed on Rule 26(a)(3) disclosures due on Tuesday; direct organization of discovery documents for trial |
| 4/26/2019 | Sauer, Edmund | 2.5 | $495.00 | $1,237.50 | Review and analyze case materials and case law relating to jury instructions and other legal issues |
| 4/26/2019 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Text messages and calls with Ryan Rengen regarding his plan not to attend deposition and further communications regarding same |
| 4/26/2019 | Urness, Thor Y. | 3 | $580.00 | $1,740.00 | Deposition of Ryan Rengen, by telephone, and calls as to same |
| 4/26/2019 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Respond to email from K.Neal concerning scheduling of and preparation deposition of A.Forsythe |
| 4/26/2019 | Urness, Thor Y. | 1.3 | $580.00 | $754.00 | Final preparation for deposition of John Hunt, CPA |
| 4/26/2019 | Urness, Thor Y. | 5.5 | $580.00 | $3,190.00 | Depose plaintiffs damages expert witness John Hunt CPA |
| 4/26/2019 | Urness, Thor Y. | 1.6 | $580.00 | $928.00 | Review of and revise reply as to motion to compel and confer with Diana Evans as to filing of same |
| 4/26/2019 | Urness, Thor Y. | 1.2 | $580.00 | $696.00 | Review of and revisions to motion to extend discovery deadline and directions to Diana Evans as to same, and calls as to same |
| 4/26/2019 | Evans, Diana N. | 0.4 | $320.00 | $128.00 | Review, revise, and finalize for filing reply in support of motion to compel inventory documents |
| 4/26/2019 | Evans, Diana N. | 0.7 | $320.00 | $224.00 | Assist K.Ingram with revisions to motion to extend discovery cut-off |
| 4/26/2019 | Evans, Diana N. | 2.3 | $320.00 | $736.00 | Review, revise, and finalize for filing motion to extend discovery cutoff |
| 4/26/2019 | Ingram, Kimberly M. | 1.3 | $275.00 | $357.50 | Revise reply in support of motion to compel to add material regarding Vic Alexander's report and to achieve page limit; proofread same and send to D.Evans for finalization |
| 4/26/2019 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Respond to N.Grosnoff (DOJ) regarding call on Monday regarding subpoena for parts from 709 Counterfeit Nissan Auto Parts |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 4/26/2019 | Ingram, Kimberly M. | 1.9 | $275.00 | $522.50 | Discuss absence of Ryan Rengen with T.Urness and draft expedited motion for extension of discovery cut-off |
| 4/26/2019 | Urness, Thor Y. | 2.5 | $580.00 | $1,450.00 | Deposition designations for trial, from plaintiff's depositions |
| 4/26/2019 | Soderholm, Danielle S. | 1.2 | $250.00 | $300.00 | Review deposition transcripts for M.Pockhai and T.Pockhai and prepare deposition designations to be used during trial |
| 4/28/2019 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Preparation for Andy Forsythe deposition including: documents for review |
| 4/28/2019 | Urness, Thor Y. | 2.3 | $580.00 | $1,334.00 | Deposition designations for trial and emails regarding witness lists and exhibit list, and further work on trial exhibit list; instructions as to exhibit binders, jury instructions and verdict form and other pre-trial preparation matters |
| 4/28/2019 | Urness, Thor Y. | 2.6 | $580.00 | $1,508.00 | Review depositions and further designations for use at trial |
| 4/28/2019 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Review and revise jury verdict form in accordance with comments from T.Urness |
| 4/28/2019 | Ingram, Kimberly M. | 1.3 | $275.00 | $357.50 | Identify documents listed by T.Urness for trial exhibits in deposition exhibit list |
| 4/29/2019 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Discuss jury instructions and case strategy with E.Sauer |
| 4/29/2019 | Soderholm, Danielle S. | 0.4 | $250.00 | $100.00 | Download 23 gigabytes of documents, including spreadsheet and photos, to two separate thumb drives to produce to opposing counsel and produce same |
| 4/29/2019 | Mondary, Matthew S. | 0.5 | $250.00 | $125.00 | Provide photograph files to T.Urness and D.Soderholm via network share. QC load of opposing production data in review platform. |
| 4/29/2019 | Urness, Thor Y. | 3.5 | $580.00 | $2,030.00 | Meeting to prepare Andy Forsythe for expert deposition |
| 4/29/2019 | Ingram, Kimberly M. | 0.6 | $275.00 | $165.00 | Discuss production of parts from the 709 Counterfeit Parts case with N.Grosnoff (DOJ) to reach agreement as to pending motion to compel and subpoena |
| 4/29/2019 | Sauer, Edmund | 4.1 | $495.00 | $2,029.50 | Review and analyze jury instruction issues and other related legal issues |
| 4/29/2019 | Urness, Thor Y. | 4.8 | $580.00 | $2,784.00 | Completed deposition designations and further work on exhibit list |
| 4/29/2019 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Call with Nicole Grosnoff regarding use of Miami shipment parts at trial and agreement as to same, and follow up communications |
| 4/29/2019 | Soderholm, Danielle S. | 1.3 | $250.00 | $325.00 | Prepare designations of A.Bachan, as well as locate exhibits within deposition transcript related to designations in preparation for filing disclosures and for use during trial |
| 4/29/2019 | Soderholm, Danielle S. | 1.5 | $250.00 | $375.00 | Review and organize additional deposition exhibits, as well as update deposition exhibit index for use in determining trial exhibits |
| 4/29/2019 | Soderholm, Danielle S. | 2.4 | $250.00 | $600.00 | Prepare designations of T.Pockhai and M.Pockhai, as well as locate exhibits within deposition transcript related to designations in preparation for filing disclosures and for use during trial |
| 4/29/2019 | Evans, Diana N. | 0.7 | $320.00 | $224.00 | Review and revise jury verdict form in accordance with comments from T.Urness |
| 4/29/2019 | Evans, Diana N. | 6.8 | $320.00 | $2,176.00 | Review and revise jury instructions in accordance with comments from T.Urness, including conducting additional research on damages, elements of claims, and defenses |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 4/29/2019 | Ingram, Kimberly M. | 10.8 | $275.00 | $2,970.00 | Draft Rule 26(a)(3) disclosures and exhibit list for filing tomorrow, identifying which of the deposition exhibits will be used and adding other documents identified by T.Urness; review full NNA production to identify any other trial exhibits; review expert reports to determine what exhibits should be on exhibit list for their testimony; draft description, locate Bates copy, and designate will use or may use for each |
| 4/30/2019 | Ingram, Kimberly M. | 0.4 | $275.00 | $110.00 | Discuss jury instructions, motions in limine, and legal strategy with T.Urness, E.Sauer, and D.Evans |
| 4/30/2019 | Sauer, Edmund | 1.8 | $495.00 | $891.00 | Review and analyze legal issues and case materials relating to jury instructions |
| 4/30/2019 | Sauer, Edmund | 2.1 | $495.00 | $1,039.50 | Review and revise jury instructions and verdict form |
| 4/30/2019 | Mondary, Matthew S. | 1.4 | $250.00 | $350.00 | Provide SafeShare link to A.Lopez to allow him to send files to Bradley, search for email production for K.Ingram |
| 4/30/2019 | Urness, Thor Y. | 3 | $580.00 | $1,740.00 | Meeting to prepare Andy Forsythe for his deposition on Thursday including work on trial exhibits |
| 4/30/2019 | Urness, Thor Y. | 0.3 | $580.00 | $174.00 | Call with Vic Alexander to discuss preparation for his deposition, emailed deposition transcripts of de Tuya and Hunt to Vic Alexander |
| 4/30/2019 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Review of order granting motion to extend discovery deadline |
| 4/30/2019 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review court order extending discovery deadline |
| 4/30/2019 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Review of plaintiffs trial exhibit list and plaintiff's exhibit lists |
| 4/30/2019 | Urness, Thor Y. | 7.8 | $580.00 | $4,524.00 | Work on witness and exhibit lists due today, including meeting by telephone with opposing counsel to discuss exhibits, confer as to jury instructions and verdict form, work on timeline exhibit, communications with client as to same. and work on exhibit list. witness list. and pretrial stipulation |
| 4/30/2019 | Soderholm, Danielle S. | 3.2 | $250.00 | $800.00 | Review A.Bachan's deposition transcripts and prepare deposition designations to be filed, as well as detail exhibits related to designations for same in preparation for use of designations and exhibits at trial |
| 4/30/2019 | Soderholm, Danielle S. | 0.3 | $250.00 | $75.00 | Download 23 gigabytes of documents, spreadsheet and photographs, onto thumbdrive in preparation trial |
| 4/30/2019 | Soderholm, Danielle S. | 1.3 | $250.00 | $325.00 | review and organize additional deposition exhibits and update deposition exhibit index in preparation of preparing trial exhibit list |
| 4/30/2019 | Evans, Diana N. | 0.4 | $320.00 | $128.00 | Assist K.Ingram in drafting Rule 26 disclosures by researching relevant factual information and by finalizing for filing |
| 4/30/2019 | Ingram, Kimberly M. | 9.9 | $275.00 | $2,722.50 | Revise Rule 26(a)(3) disclosures and exhibit list to add documents identified by T.Urness during preparation of A.Forsythe, those on flash drive produced yesterday, those referenced in motion for summary judgment, and those referenced in deposition designations; confer with AMG as to same; prepare disclosures for filing |
| 5/1/2019 | Ingram, Kimberly M. | 1.7 | $275.00 | $467.50 | Discuss jury instructions and approach to matters of law for trial with E.Sauer and D.Evans and review D.Soderholm's summary listing all documents that AMG promised to produce during discovery |
| 5/1/2019 | Urness, Thor Y. | 1.4 | $580.00 | $812.00 | Call with Vic Alexander to discuss his deposition tomorrow, preparation for same, forwarded deposition transcripts and exhibits from recent expert depositions to Vic for his review before his deposition tomorrow |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 5/1/2019 | Soderholm, Danielle S. | 1.9 | $250.00 | $475.00 | Analyze deposition transcripts for noted missing documents that opposing counsel indicated would be produced and prepare list of same in preparation of preparing request for same |
| 5/1/2019 | Sauer, Edmund | 2.9 | $495.00 | $1,435.50 | Review and analyze case law and other materials relating to possible defenses to liability on common law and statutory claims |
| 5/1/2019 | Sauer, Edmund | 2.4 | $495.00 | $1,188.00 | Draft and revise jury instructions |
| 5/1/2019 | Sauer, Edmund | 1.8 | $495.00 | $891.00 | Analyze legal issues relating to plaintiff's prima facie case on common law and statutory claims for jury instructions |
| 5/1/2019 | Ingram, Kimberly M. | 6.1 | $275.00 | $1,677.50 | Draft joint pretrial stipulation in accordance with local rules requiring discussion of 12 topics, gather missing exhibits from Nissan, gather exhibits to be discussed in omnibus motion for exclusion of evidence and discuss same with D.Evans |
| 5/1/2019 | Urness, Thor Y. | 3.5 | $580.00 | $2,030.00 | Review of plaintiff's exhibit list, proposed trial exhibits, and designation of witnesses as to same; instructions to Danielle Soderholm re exhibits, binders, trial exhibits |
| 5/1/2019 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Meeting with Edmund Sauer and Kimberly Ingram to discuss jury instructions, special verdict form, special interrogatories, review of same, and regarding factual and legal issues, privileges |
| 5/1/2019 | Urness, Thor Y. | 1.4 | $580.00 | $812.00 | Review of and revisions to pretrial stipulation and confer with Kimberly Ingram as to same |
| 5/1/2019 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Revisions to demonstrative exhibits, timeline and instructions re documents not produced by plaintiff; review of documents listed by AMG |
| 5/1/2019 | Soderholm, Danielle S. | 3.9 | $250.00 | $975.00 | Prepare deposition testimony designated for use during trial, for use in filing and video cuts for trial |
| 5/1/2019 | Soderholm, Danielle S. | 1.1 | $250.00 | $275.00 | Locate documents indicated in plaintiff''s exhibit list via last few numbers of the bates number and without prefix to indicate whether these were produced by plaintiff or defendant in order to review in preparation of filing objections |
| 5/1/2019 | Evans, Diana N. | 1.5 | $320.00 | $480.00 | Review and revise jury instructions in accordance with comments from E.Sauer |
| 5/2/2019 | Sauer, Edmund | 2.7 | $495.00 | $1,336.50 | Review and analyze liability issues for jury instructions |
| 5/2/2019 | Sauer, Edmund | 3.4 | $495.00 | $1,683.00 | Review and analyze various privilege and immunity defenses to liability for inclusion in jury instructions |
| 5/2/2019 | Monday, Matthew S. | 0.6 | $250.00 | $150.00 | Create export jobs for production documents in preparation for depositions. |
| 5/2/2019 | Urness, Thor Y. | 6.5 | $580.00 | $3,770.00 | Depositions of Andy Forsythe and Vic Alexander and related discussions before and after same |
| 5/2/2019 | Soderholm, Danielle S. | 0.9 | $250.00 | $225.00 | Review deposition transcripts to determine whether opposing counsel agreed to produce certain documents that were requested during depositions |
| 5/2/2019 | Soderholm, Danielle S. | 0.6 | $250.00 | $150.00 | Prepare three thumb drives containing 23 gigabytes of data to give to client for photo exhibit selection |
| 5/2/2019 | Ingram, Kimberly M. | 2.6 | $275.00 | $715.00 | Draft L.R.16.1(e) joint pre-trial stipulation with all categories required by rule |
| 5/2/2019 | Spore, Caroline D. | 1.8 | $295.00 | $531.00 | Drafting omnibus motion in limine |
| 5/2/2019 | Urness, Thor Y. | 4.7 | $580.00 | $2,726.00 | Trial preparation, review of deposition exhibits, work on timeline exhibit, designation of exhibits and associated testimony, instructions regarding documents requested in discovery |
| 5/2/2019 | Soderholm, Danielle S. | 1.9 | $250.00 | $475.00 | Review and revise objections to plaintiff's trial exhibit list |
| 5/2/2019 | Soderholm, Danielle S. | 4.2 | $250.00 | $1,050.00 | Prepare trial witness binders to be used during trial for each witness |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 5/2/2019 | Ingram, Kimberly M. | 1.6 | $275.00 | $440.00 | Discuss preparation of pretrial materials with D.Soderholm, gathering of relevant documents from AMG with T.Urness, and preparation of A.Forsythe with K.Neal; explain need tor omnibus motion in limine to C.Spore |
| 5/3/2019 | Sauer, Edmund | 2.5 | $495.00 | $1,237.50 | Draft and revise jury instructions on privilege and other defenses |
| 5/3/2019 | Mondary, Matthew S. | 1.1 | $250.00 | $275.00 | Combine production document PDFs and provide to D.Soderholm, copy deposition videos to network and provide to S.Cooper |
| 5/3/2019 | Evans, Diana N. | 0.4 | $320.00 | $128.00 | Finalize for filing joint pretrial stipulation |
| 5/3/2019 | Ingram, Kimberly M. | 1.4 | $275.00 | $385.00 | Discuss L.R.16.1(e) joint pretrial stipulation with T.Urness and finalize same for filing |
| 5/3/2019 | Ingram, Kimberly M. | 0.9 | $275.00 | $247.50 | Review transcript of deposition of AMG's damages expert John Hunt in preparation for drafting Daubert motion to exclude at trial |
| 5/3/2019 | Spore, Caroline D. | 0.9 | $295.00 | $265.50 | Researched Noerr-Pennington doctrine for jury instructions and motion in limine |
| 5/3/2019 | Spore, Caroline D. | 0.5 | $295.00 | $147.50 | Drafting omnibus motion in limine |
| 5/3/2019 | Urness, Thor Y. | 2.7 | $580.00 | $1,566.00 | Review of and revisions to pretrial stipulation and communications with Kimberly Ingram and Diana Evans as to filing of same. more stipulation work. review exhibits from Becerra |
| 5/3/2019 | Urness, Thor Y. | 9.6 | $580.00 | $5,568.00 | Review of opponent's pretrial stipulation insert, witness list, exhibit list and assessment of same, review of witness binders, associate stray exhibits with witnesses, work on trial testimony outlines |
| 5/3/2019 | Urness, Thor Y. | 0.6 | $580.00 | $348.00 | Meeting with Kimberly Ingram regarding filings due today and status of same |
| 5/3/2019 | Soderholm, Danielle S. | 4.5 | $250.00 | $1,125.00 | Prepare trial witness binders for use during trial testimony for each witness |
| 5/3/2019 | Soderholm, Danielle S. | 0.9 | $250.00 | $225.00 | Determine designated trial exhibits not associated with a witness and facilitate witness determination |
| 5/3/2019 | Soderholm, Danielle S. | 1.2 | $250.00 | $300.00 | Prepare designated trial exhibits by locating best quality of designated documents and loading same to document management database as trial exhibits in preparation for trial |
| 5/3/2019 | Soderholm, Danielle S. | 2.6 | $250.00 | $650.00 | Revise objections to opposing's trial exhibit list |
| 5/3/2019 | Evans, Diana N. | 3.2 | $320.00 | $1,024.00 | Review and revise jury instructions in accordance with comments from E.Sauer, including conducting additional research on elements of the claims asserted by AMG |
| 5/4/2019 | Ingram, Kimberly M. | 2.2 | $275.00 | $605.00 | Review and annotate transcripts of depositions of AMG's experts in preparation for drafting Daubert motions to exclude at trial |
| 5/4/2019 | Urness, Thor Y. | 8.8 | $580.00 | $5,104.00 | Pre-trial preparation, including continuing review of the exhibits and allocation to witnesses, review of witness files. outlining testimony |
| 5/4/2019 | Soderholm, Danielle S. | 5.7 | $250.00 | $1,425.00 | Prepare trial exhibits by locating deposition exhibits related to same and determine start and stop page number of each within single pdf provided by court reporters and by locating bates ranges within tiff that were produced, as well as preparing list of issues to be resolved and send same to attorneys |
| 5/4/2019 | Soderholm, Danielle S. | 1.2 | $250.00 | $300.00 | Prepare trial witness binders for use during trial testimony for each witness |
| 5/5/2019 | Spore, Caroline D. | 0.7 | $295.00 | $206.50 | Rearched Noerr-Pennington doctrine for motion in limine and jury instructions |
| 5/5/2019 | Spore, Caroline D. | 0.3 | $295.00 | $88.50 | Drafting omnibus motion in limine |
| 5/5/2019 | Urness, Thor Y. | 8.5 | $580.00 | $4,930.00 | Trial preparation, instructions regarding motions in limine, work on witness outlines |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 5/5/2019 | Evans, Diana N. | 2.2 | $320.00 | $704.00 | Review and revise jury instructions in accordance with comments from E.Sauer, including conducting additional research on elements of the claims asserted by AMG |
| 5/6/2019 | Mondary, Matthew S. | 0.3 | $250.00 | $75.00 | Copy deposition videos to network and provide to S.Cooper |
| 5/6/2019 | Sauer, Edmund | 2.8 | $495.00 | $1,386.00 | Review and analyze case materials and relevant case law related to jury instructions on liability and damages |
| 5/6/2019 | Ingram, Kimberly M. | 2.4 | $275.00 | $660.00 | Revise draft motion to exclude AMG's expert DeTuya based on deposition testimony |
| 5/6/2019 | Spore, Caroline D. | 7 | $295.00 | $2,065.00 | Drafting omnibus motion in limine |
| 5/6/2019 | Spore, Caroline D. | 1.6 | $295.00 | $472.00 | Rearched Noerr-Pennington doctrine and other conditional privileges for motion in limine and jury instructions |
| 5/6/2019 | Urness, Thor Y. | 10.5 | $580.00 | $6,090.00 | Trial preparation including work on possible supplement as to motion for summary judgment and trial outline, order of proof |
| 5/6/2019 | Soderholm, Danielle S. | 1.1 | $250.00 | $275.00 | Draft index of trial exhibit per witness |
| 5/6/2019 | Soderholm, Danielle S. | 3.1 | $250.00 | $775.00 | Prepare trial exhibits and witness binders containing same pursuant to designated exhibits |
| 5/6/2019 | Evans, Diana N. | 3.2 | $320.00 | $1,024.00 | Review and revise jury instructions in accordance with comments from E.Sauer, including conducting additional research on elements of the claims asserted by AMG |
| 5/6/2019 | Ingram, Kimberly M. | 2.3 | $275.00 | $632.50 | Participate in gathering and organization of trial exhibits with D.Soderholm; discuss jury instructions with E.Sauer; discuss omnibus motion in limine re: evidence exclusion with C.Spore and provide additional direction |
| 5/7/2019 | Urness, Thor Y. | 0.5 | $580.00 | $290.00 | Work on report to client regarding trial planning |
| 5/7/2019 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Communications with experts regarding damages issues, review of reports as to same |
| 5/7/2019 | Soderholm, Danielle S. | 3.1 | $250.00 | $775.00 | Review motion to exclude J.de Tuya from testifying and obtain all exhibit pages, as well as confirm that deposition testimony matches information within the motion |
| 5/7/2019 | Ingram, Kimberly M. | 7.5 | $275.00 | $2,062.50 | Revise draft motion to exclude AMG's damages expert John Hunt based on deposition testimony |
| 5/7/2019 | Ingram, Kimberly M. | 3 | $275.00 | $825.00 | Revise draft motion to exclude AMG's expert Jorge de Tuya based on deposition testimony |
| 5/7/2019 | Spore, Caroline D. | 4 | $295.00 | $1,180.00 | Drafting omnibus motion in limine |
| 5/7/2019 | Urness, Thor Y. | 8.3 | $580.00 | $4,814.00 | Trial preparation, confer regarding motions in limine, jury instructions, work on witness examinations, emails regarding documents needed from AMG |
| 5/7/2019 | Soderholm, Danielle S. | 1.5 | $250.00 | $375.00 | Format large excel spreadsheets for purposes of printing for use as trial exhibits by unhiding cells and columns, manually reducing the width of each column without losing data in order to obtain the largest font possible for the paper copy that will be presented to the jury, as well as setting custom margins, setting top row to print on each page and setting custom paper and print area, and once portable document file has been created for each sheet within Excel file, embed spreadsheet title and sheet name on each page of each pdf |
| 5/7/2019 | Soderholm, Danielle S. | 1.5 | $250.00 | $375.00 | Prepare trial exhibits for use during trial |
| 5/7/2019 | Soderholm, Danielle S. | 0.4 | $250.00 | $100.00 | Review plaintiff's trial exhibits sent to us without any indication as to which document is which trial exhibit in order to locate specific exhibits pursuant to T.Urness request |

47

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 5/7/2019 | Evans, Diana N. | 2.6 | $320.00 | $832.00 | Review and revise jury instructions in accordance with comments from E.Sauer, including conducting additional research on elements of the claims asserted by AMG |
| 5/8/2019 | Sauer, Edmund | 2.4 | $495.00 | $1,188.00 | Draft and revise jury instructions on liability and damages issues |
| 5/8/2019 | Mondary, Matthew S. | 0.5 | $250.00 | $125.00 | Export designated transcript PDFs and provide to T.Urness |
| 5/8/2019 | Ingram, Kimberly M. | 3.2 | $275.00 | $880.00 | Revise draft motion to exclude AMG's damages expert John Hunt based on deposition testimony in preparation for review by T.Urness |
| 5/8/2019 | Ingram, Kimberly M. | 10.3 | $275.00 | $2,832.50 | Review and revise draft omnibus motion in limine prepared by C.Spore and assist C.Spore in preparation of exhibits and declaration authenticating exhibits; revise Daubert motions in limine based on instructions from T.Urness, adding additional references to deposition testimony; send to K.Neal for input and revise de Tuya motion based on same; draft necessary declarations in support of both Daubert motions |
| 5/8/2019 | Spore, Caroline D. | 5.3 | $295.00 | $1,563.50 | Drafting and revisions to omnibus motion in limine |
| 5/8/2019 | Spore, Caroline D. | 1.5 | $295.00 | $442.50 | Reviewed and edited Daubert motion to exclude expert |
| 5/8/2019 | Spore, Caroline D. | 1 | $295.00 | $295.00 | Prepared exhibits for omnibus motion in limine |
| 5/8/2019 | Spore, Caroline D. | 0.3 | $295.00 | $88.50 | Drafted declaration authenticating exhibits attached to omnibus motion in limine |
| 5/8/2019 | Urness, Thor Y. | 9.8 | $580.00 | $5,684.00 | Trial preparation, including work on motions in limine and Daubert motion and instructions regarding same, witness examinations, attention to damages issues, work on summary judgment supplementation |
| 5/8/2019 | Urness, Thor Y. | 2.5 | $580.00 | $1,450.00 | Call with Florida counsel regarding prior disputes with AMG, factual background to same, and further review of docket as to same issues, for use at trial |
| 5/8/2019 | Soderholm, Danielle S. | 0.6 | $250.00 | $150.00 | Prepare additional documents for witness binders in preparation for use during trial |
| 5/8/2019 | Soderholm, Danielle S. | 1.1 | $250.00 | $275.00 | Review and upload plaintiff's trial exhibits into document review platform in preparation for attorney review |
| 5/8/2019 | Evans, Diana N. | 0.3 | $320.00 | $96.00 | Additional analysis of jury instructions and potential research that may be needed |
| 5/9/2019 | Sauer, Edmund | 1.9 | $495.00 | $940.50 | Review and analyze research and case materials for jury instructions on statutory consumer protection claims |
| 5/9/2019 | Evans, Diana N. | 2.5 | $320.00 | $800.00 | Assist K.Ingram in finalizing Daubert motions and motions in limine for filing |
| 5/9/2019 | Ingram, Kimberly M. | 5.9 | $275.00 | $1,622.50 | Gather all exhibits for Daubert motions and send to D.Evans; revise Daubert motion re: John Hunt based on feedback from K.Neal; finalize all Daubert motions based on instructions from T.Urness; coordinate filing of all motions with D.Evans |
| 5/9/2019 | Spore, Caroline D. | 1.2 | $295.00 | $354.00 | Revisions to omnibus motion in limine |
| 5/9/2019 | Spore, Caroline D. | 0.5 | $295.00 | $147.50 | Prepared exhibits for omnibus motion in limine ` |
| 5/9/2019 | Spore, Caroline D. | 0.6 | $295.00 | $177.00 | Revised declaration authenticating exhibits attached to omnibus motion in limine |
| 5/9/2019 | Urness, Thor Y. | 3.8 | $580.00 | $2,204.00 | Work on trial order of proof, witness outlines |
| 5/9/2019 | Urness, Thor Y. | 3.5 | $580.00 | $2,030.00 | Review of and finalize motion in limine filings, two motions to exclude experts and omnibus motion in limine |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 5/10/2019 | Sauer, Edmund | 1.6 | $495.00 | $792.00 | Review and analyze research and case materials for jury instructions on statutory consumer protection claims |
| 5/10/2019 | Urness, Thor Y. | 9.5 | $580.00 | $5,510.00 | Work on trial outline and witness outline examinations, review of exhibits |
| 5/11/2019 | Urness, Thor Y. | 7.5 | $580.00 | $4,350.00 | Work on witness examinations, review of chronology and document production for use in witness outlines |
| 5/12/2019 | Urness, Thor Y. | 5.5 | $580.00 | $3,190.00 | Review of depositions and work on witness examinations |
| 5/13/2019 | Sauer, Edmund | 0.7 | $495.00 | $346.50 | Draft and revise instructions on statutory consumer protection claim |
| 5/13/2019 | Urness, Thor Y. | 7.5 | $580.00 | $4,350.00 | Continued work on trial witness examinations and cross-examinations, including deposition review, continuing edits to master order of proof |
| 5/13/2019 | Soderholm, Danielle S. | 3.7 | $250.00 | $925.00 | Format voluminous excel spreadsheets for purposes of printing in preparation for use as trial exhibits at trial, as well as prepare same for witness exhibit binders |
| 5/14/2019 | Sauer, Edmund | 2.2 | $495.00 | $1,089.00 | Draft and revise jury instructions on damages issues |
| 5/14/2019 | Sauer, Edmund | 1.4 | $495.00 | $693.00 | Review and analyze issues on damages legal arguments for jury instructions |
| 5/14/2019 | Mondary, Matthew S. | 0.6 | $250.00 | $150.00 | Modify documents to allow D.Soderholm to add information to photos |
| 5/14/2019 | Urness, Thor Y. | 6.5 | $580.00 | $3,770.00 | Work on trial witness, trial preparation, cross-examinations |
| 5/14/2019 | Urness, Thor Y. | 0.1 | $580.00 | $58.00 | Review motion for extension filed by plaintiff |
| 5/14/2019 | Soderholm, Danielle S. | 5.2 | $250.00 | $1,300.00 | Review approximately two thousand photographs defendants have designated as trial exhibits and remove all that do not clearly depict a part and or label, as well as those that are clearly duplicates |
| 5/14/2019 | Ingram, Kimberly M. | 0.8 | $275.00 | $220.00 | Review current draft jury instructions; review motion for extension of time filed by AMG today |
| 5/15/2019 | Urness, Thor Y. | 1.8 | $580.00 | $1,044.00 | Trial preparation, including review of photos, voluminous, for use as trial exhibits and review of spreadsheets |
| 5/15/2019 | Sauer, Edmund | 1.5 | $495.00 | $742.50 | Draft and revise jury instructions on defenses to liability |
| 5/15/2019 | Mondary, Matthew S. | 1.1 | $250.00 | $275.00 | Modify deposition documents to allow D.Soderholm to add information to photos; discuss .cr2 file types with D.Soderholm and convert to .tiff |
| 5/15/2019 | Soderholm, Danielle S. | 7.6 | $250.00 | $1,900.00 | Continue reviewing approximately two thousand photographs being used as trial exhibits and remove all of those that are blurry or obvious duplicates, as well as obtain and download software necessary to view several Canon raw version 2 image files that were produced natively by Catalyst and convert same to portable document format and re-Bates according to the native file production, in addition, add footnotes to all two thousand photographs indicating trial exhibit number and trial exhibit description, which required reformatting PDF files to add footer space to avoid interference with actual photographs; prepare all remaining photographs for final review by T.Urness and... |
| 5/15/2019 | Evans, Diana N. | 0.7 | $320.00 | $224.00 | Review and analyze additional issues that need further research regarding jury instructions |
| 5/15/2019 | Ingram, Kimberly M. | 1.3 | $275.00 | $357.50 | Discuss damages-related jury instructions with E.Sauer and D.Evans based on work on Daubert motion for AMG's damages expert; call N.Grosnoff at DoJ to discuss CBP's desire to have two weeks' notice to prepare parts from 709 Counterfeit Parts for production at trial |
| 5/16/2019 | Sauer, Edmund | 1.6 | $495.00 | $792.00 | Draft and revise jury instructions on defenses to liability and damages |
| 5/16/2019 | Urness, Thor Y. | 9.5 | $580.00 | $5,510.00 | Trial preparation, work on witness examinations and cross examinations, email with N.Grosnoff |

| Work Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 5/16/2019 | Soderholm, Danielle S. | 4.9 | $250.00 | $1,225.00 | Prepare additional trial exhibits for potential witnesses in preparation for trial |
| 5/16/2019 | Ingram, Kimberly M. | 0.1 | $275.00 | $27.50 | Review email from T.Urness to N.Grosnoff regarding CBP's production of parts |
| 5/17/2019 | Evans, Diana N. | 0.5 | $320.00 | $160.00 | Review and analyze order on motion for summary judgment |
| 5/17/2019 | Ingram, Kimberly M. | 0.8 | $275.00 | $220.00 | Review order on motion for summary judgment; discuss same with T.Urness |
| 5/17/2019 | Urness, Thor Y. | 0.8 | $580.00 | $464.00 | Review of ruling granting motion for summary judgment and confer with Kimberly Ingram and Kyle Neal as to same |
| 5/17/2019 | Sauer, Edmund | 0.4 | $495.00 | $198.00 | Read and analyze case law addressing damages issues for jury instructions |
| 5/17/2019 | Urness, Thor Y. | 0.4 | $580.00 | $232.00 | Review of plaintiff's motion to compel as to Palenik deposition and communications with client regarding same |
| 5/17/2019 | Sauer, Edmund | 1.1 | $495.00 | $544.50 | Draft and revise jury instructions on damages issues |
| 5/17/2019 | Evans, Diana N. | 0.3 | $320.00 | $96.00 | Review Plaintiff's motion to compel deposition of Palneik and strategize regarding potential responses |
| 5/17/2019 | Ingram, Kimberly M. | 0.3 | $275.00 | $82.50 | Review email from T.Urness to opposing counsel concerning outstanding documents needing to be produced; review AMG's motion to compel CBP officer to attend deposition |

$663,419.50

# COLLECTIVE EXHIBIT H



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                          January 19, 2018
One Nissan Way                                              Invoice No. 1233473
Franklin, TN  37067


Matter No. 205601-301010
Re: AMG IP Matter
      Matter ID 124758


For professional services posted through December 31, 2017

| Current Invoice Summary | |
| --- | --- |
| Current Professional Services | $3,040.50 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$3,040.50** |

Thank you for your business.



Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.                                           Page 2
**Re: AMG IP Matter**                                          January 19, 2018
   **Matter ID 124758**                                   Invoice No. 1233473
Matter No. 205601-301010          For legal services posted through December 31, 2017

| **Professional Services** | | | |
|---|---|---|---|
| **Date** | **Tkpr** | **Description** | **Hours** |
| 12/19/17 | TYU | Telephone conference with Kyle Neal regarding defense of new action in Florida; instructions to Kimberly Ingram regarding removal and investigation of possible dispositive motion | 0.40 |
| 12/19/17 | KIN | Discuss case and immediate need for notice of removal with T.Urness | 0.30 |
| 12/20/17 | TYU | Review of file in preparation for call with Nissan inspector; telephone conference with Kyle Neal, Micol Cecchi and business people; further work on timeline/chronology | 3.20 |
| 12/27/17 | TYU | Continued work on chronology and investigation of defenses | 1.50 |

**Total Professional Services**                                    **$3,040.50**

| **Timekeeper Summary** | | |
|---|---|---|
| **Timekeeper** | **Initials** | **Hours** |
| Thor Y. Urness | TYU | 5.10 |
| Kimberly Ingram | KIN | 0.30 |

**Total Hours**                                                    **5.40**



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
One Nissan Way
Franklin, TN  37067

February 20, 2018
Invoice No. 1239272

Matter No. 205601-301010
Re: AMG IP Matter
    Matter ID 124758

For professional services posted through January 31, 2018

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $24,280.00 |
| Current Expenses | $400.90 |
| **Current Invoice** | **$24,680.90** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.

**Re: AMG IP Matter**

**Matter ID 124758**

Matter No. 205601-301010

Page 2

February 20, 2018

Invoice No. 1239272

For legal services posted through January 31, 2018

| | **Professional Services** | | | | |
| --- | --- | --- | --- | --- | --- |

| **Date** | **Description** | **Tkpr** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- | --- |
| 1/3/18 | Review complaint; draft notice of removal and related removal papers | KIN | 2.80 | 275.00 | 770.00 |
| 1/4/18 | Conference with Kimberly Ingram regarding citizenship of AMG LLC members; research regarding same at Florida Secretary of State and other websites; review of recent filings and other federal AMG litigation and instructions to Kimberly Ingram regarding additional information for removal papers; identified members of AMG through Internet searches | TYU | 2.20 | 580.00 | 1,276.00 |
| 1/4/18 | Draft notice of removal; research case law to support diversity jurisdiction as needed; research membership of plaintiff to support diversity jurisdiction | KIN | 2.50 | 275.00 | 687.50 |
| 1/5/18 | Email and conference with Kimberly Ingram regarding removal paperwork, instructions to Kimberly Ingram regarding corporate disclosure statement, notice of removal details, civil cover sheet, filing, etc., and update regarding additional information regarding AMG members; review of removal papers and edits to same; email with client regarding removal papers, finalized same | TYU | 1.20 | 580.00 | 696.00 |
| 1/5/18 | Review of pleadings in other AMG federal litigation and status of US government's plan to file action regarding counterfeit goods | TYU | 0.60 | 580.00 | 348.00 |
| 1/5/18 | Revise notice of removal based on feedback from T.Urness; research owners of plaintiff | KIN | 1.50 | 275.00 | 412.50 |
| 1/6/18 | Review research reports on members of plaintiff | KIN | 0.20 | 275.00 | 55.00 |
| 1/8/18 | Communications with client regarding service papers and need for additional documentation as to same; review of corporate disclosure statement; email to Kyle Neal with removal papers, email to Diana Evans as to same | TYU | 0.40 | 580.00 | 232.00 |
| 1/8/18 | Confirm filing dates for notice of removal; draft corporate disclosure statement; research incorporation of documents into a complaint for purposes of motion to dismiss | KIN | 1.10 | 275.00 | 302.50 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 3 |
| **Re: AMG IP Matter** | February 20, 2018 |
| **Matter ID 124758** | Invoice No. 1239272 |
| Matter No. 205601-301010 | For legal services posted through January 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 1/9/18 | Telephone conference with Kyle Neal regarding removal papers and background facts, plan for removal and to seek dismissal of action; review of filing in AMG action and email to Kyle Neal regarding same and dismissal of AMG action against USA; communications with and instructions to Diana Evans regarding filing of removal papers | TYU | 1.20 | 580.00 | 696.00 |
| 1/9/18 | Review materials for removal and confirm removal requirements in the Southern District of Florida | DNEV | 0.80 | 320.00 | 256.00 |
| 1/10/18 | Communications with Kyle Neal regarding judge for removed case, including communications with assistant US attorney regarding same | TYU | 0.30 | 580.00 | 174.00 |
| 1/10/18 | Confirm with clerk whether removal materials can be filed through CM/ECF | DNEV | 0.10 | 320.00 | 32.00 |
| 1/11/18 | Instructions to Diana Evans regarding removal; review of verified complaint for forfeiture in rem from AUSA Karen Moore and forwarded same to Kyle Meal; email with Karen Moore, AUSA, and communications regarding judge assigned to case | TYU | 0.40 | 580.00 | 232.00 |
| 1/11/18 | Final review of removal documents and supervision of filing of documents with federal and state courts | DNEV | 1.10 | 320.00 | 352.00 |
| ██████████████████████████████████████ | | | | | |
| 1/12/18 | Review of notice of judge assignment, state court removal notice paperwork and email with Karen Moore, AUSA; further email regarding Tampa versus Jacksonville seizures with AUSA Karen Moore | TYU | 0.40 | 580.00 | 232.00 |
| 1/12/18 | Finalize corporate disclosure statement for filing | DNEV | 0.20 | 320.00 | 64.00 |
| 1/12/18 | Prepare Unopposed Motion for Extension of Time to Respond to Complaint for service to all counsel of record | MNEW | 0.20 | 215.00 | 43.00 |
| 1/12/18 | Prepare correspondence to opposing counsel serving Defendant's Corporate Disclosure Statement via e-mail and US Mail | MNEW | 0.50 | 215.00 | 107.50 |
| 1/14/18 | Emails with AUSA Karen Moore regarding AMG and allegations in AMG's claim against Nissan in response to her inquiry | TYU | 0.20 | 580.00 | 116.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 4 |
| **Re: AMG IP Matter** | February 20, 2018 |
| **Matter ID 124758** | Invoice No. 1239272 |
| Matter No. 205601-301010 | For legal services posted through January 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/15/18 | Completed chronology and forwarded same to Kyle Neal and Kimberly Ingram, and further email with Kimberly Ingram regarding letters forming basis of lawsuit, instructions as to legal arguments to be asserted, theory of defense; emails with client regarding facts and open issues as to prior communications with government | TYU | 3.80 | 580.00 | 2,204.00 |
| 1/15/18 | Further emails with AUSA Karen Moore in Miami regarding lawsuit regarding counterfeit goods and review of pleadings in seizure actions and counterfeit goods action | TYU | 0.70 | 580.00 | 406.00 |
| 1/15/18 | Draft motion to dismiss and supporting memorandum | KIN | 4.30 | 275.00 | 1,182.50 |
| 1/16/18 | Review emails from client, Neal, Cecchi, Forsythe, with additional information regarding inspection of parts; email from AUSA Karen Moore; further emails with client regarding facts on separate seizures | TYU | 1.20 | 580.00 | 696.00 |
| 1/16/18 | Email with opposing counsel regarding request for extension, conference mandated by local rules, and email with Kyle Neal and Diana Evans as to same | TYU | 0.10 | 580.00 | 58.00 |
| 1/16/18 | Draft motion to dismiss and supporting memorandum | KIN | 8.30 | 275.00 | 2,282.50 |
| 1/17/18 | Review of email from opposing counsel regarding extension, instructions to Diana Evans as to same, and review of and revisions to draft motion for extension | TYU | 0.40 | 580.00 | 232.00 |
| 1/17/18 | Draft motion for extension of time to respond to complaint and proposed order to accompany motion | DNEV | 0.70 | 320.00 | 224.00 |
| 1/17/18 | Finalize and file motion for extension of time to respond to complaint and proposed order accompanying motion | DNEV | 0.40 | 320.00 | 128.00 |
| 1/17/18 | Draft motion to dismiss and supporting memorandum | KIN | 5.50 | 275.00 | 1,512.50 |
| 1/18/18 | Review of and revisions to draft motion to dismiss from Kimberly Ingram and instructions to Ingram regarding same and additional research to be performed | TYU | 2.60 | 580.00 | 1,508.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 5 |
| **Re: AMG IP Matter** | February 20, 2018 |
| **Matter ID 124758** | Invoice No. 1239272 |
| Matter No. 205601-301010 | For legal services posted through January 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/18/18 | Review communications from T.Urness concerning motion to dismiss, follow up needed | KIN | 0.20 | 275.00 | 55.00 |
| 1/22/18 | Revise motion to dismiss; research cases concerning gray goods | KIN | 2.00 | 275.00 | 550.00 |
| 1/24/18 | Review of and revisions to revised motion to dismiss and memorandum in support of same; communications with Kyle Neal and instructions to Kimberly Ingram as to follow up needed on privilege defense | TYU | 1.50 | 580.00 | 870.00 |
| 1/24/18 | Revise motion to dismiss based on feedback from T.Urness, researching as needed for additional analogous cases from other jurisdictions | KIN | 2.40 | 275.00 | 660.00 |
| 1/25/18 | Review of and revisions to proposed insertion from Kimberly Ingram regarding privilege of competition issue; research as to Tariff Act and insertion as to same; communications with client regarding revisions to and finalization of motion to dismiss | TYU | 1.30 | 580.00 | 754.00 |
| 1/25/18 | Revise motion to dismiss to incorporate comments from client and T.Urness concerning "privileged" activity for purposes of tortious interference claims; review additions and corrections to chronology to ensure no effect on draft of motion | KIN | 2.10 | 275.00 | 577.50 |
| 1/26/18 | Review of local rules and internal operating procedures regarding related cases and drafted notice regarding same, including detailed review of allegations in other actions | TYU | 1.80 | 580.00 | 1,044.00 |
| 1/26/18 | Confer with Diana Evans regarding revisions to motion to dismiss, filing of same, and review of as-filed version, follow up on certificate of service; email to client with same motion, proposed notice regarding related cases, verified in rem document filed by Pockhai, and review of other AMG action | TYU | 0.80 | 580.00 | 464.00 |
| 1/26/18 | Instructions to Kimberly Ingram regarding litigation hold notice | TYU | 0.10 | 580.00 | 58.00 |
| 1/26/18 | Review and finalize motion to dismiss for filing | DNEV | 1.20 | 320.00 | 384.00 |
| 1/26/18 | Review local rules as to notice of other related cases pending in other courts; communicate with T.Urness concerning need for litigation hold letter | KIN | 0.40 | 275.00 | 110.00 |


Bradley Arant Boult Cummings LLP

| | | |
|---|---|
| Nissan North America, Inc. | Page 6 |
| **Re: AMG IP Matter** | February 20, 2018 |
| **Matter ID 124758** | Invoice No. 1239272 |
| Matter No. 205601-301010 | For legal services posted through January 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | for AMG; review communications with client and D.Evans concerning filing of motion to dismiss and notice of other related cases | | | | |
| 1/28/18 | Review file to calculate scheduling conference deadlines | DNEV | 0.20 | 320.00 | 64.00 |
| 1/29/18 | Telephone conference with Kyle Neal regarding notice of related cases and follow up instructions to Diana Evans regarding filing of same | TYU | 0.20 | 580.00 | 116.00 |
| 1/29/18 | Receipt and review of order from Court regarding case management, scheduling order, etc., and forward same to client | TYU | 0.30 | 580.00 | 174.00 |
| 1/29/18 | Review and analyze court's order of instruction and review notice of pendency of related actions | DNEV | 0.50 | 320.00 | 160.00 |
| 1/30/18 | Review of filed notice of related cases and forwarded same to client | TYU | 0.10 | 580.00 | 58.00 |
| 1/30/18 | Revisions to litigation hold letter to plaintiff's counsel and forwarded letter to client for approval | TYU | 0.40 | 580.00 | 232.00 |
| 1/30/18 | Finalize notice of pendency of related cases for filing | DNEV | 0.10 | 320.00 | 32.00 |
| 1/30/18 | Draft litigation hold notice to be issued to Plaintiff | KIN | 0.70 | 275.00 | 192.50 |
| 1/31/18 | Finalized and forwarded litigation hold letter to plaintiff's counsel and email with client regarding same | TYU | 0.20 | 580.00 | 116.00 |
| 1/31/18 | Incorporate client comments into litigation hold notice | KIN | 0.10 | 275.00 | 27.50 |

**Total Professional Services**                                   **$24,280.00**

| Expenses | |
|---|---|

| Date | Description | Amount |
|------|-------------|--------|
| | COPY CHARGES - INTERNAL COLOR | 0.20 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 7 |
| **Re: AMG IP Matter** | February 20, 2018 |
| **Matter ID 124758** | Invoice No. 1239272 |
| Matter No. 205601-301010 | For legal services posted through January 31, 2018 |

| Date | Description | Amount |
|---|---|---|
| | COPY CHARGES - INTERNAL B&W | 0.70 |
| 1/31/18 | PROFESSIONAL CONSULTANT SERVICES - BRADLEY ARANT BOULT CUMMINGS LLP A DEUTER-1/12/2018-S.D. OF FLORIDA 561-803-3400 FL - NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL COURT Bank ID: PCARD Check Number: P1237 | 400.00 |

**Total Expenses**          **$400.90**

**Davidenko, Arleen**

| | |
|---|---|
| **From:** | Deuter, Anne |
| **Sent:** | Tuesday, January 16, 2018 3:55 PM |
| **To:** | Davidenko, Arleen |
| **Subject:** | AMG TRADE DISTRIBUTION v. NISSAN 205601-301010 - Filing Fee of $400.00 Notice of Removal from State Court to Federal Court. See below. Thanks! |

## Notice of Electronic Filing

The following transaction was entered by Evans, Diana on 1/11/2018 at 3:02 PM EST and filed on 1/11/2018

**Case Name:**       AMG Trade & Distribution LLC v. Nissan North America, Inc.
**Case Number:**    0:18-cv-60062-XXXX
**Filer:**               Nissan North America, Inc.
**Document Number:** 1

**Docket Text:**
**NOTICE OF REMOVAL (STATE COURT COMPLAINT) Filing fees $ 400.00 receipt number 113C-10321771, filed by Nissan North America, Inc.. (Attachments: # (1) Exhibit A, # (2) Civil Cover Sheet)(Evans, Diana)**

**Bradley**

**Anne Deuter**
Legal Secretary to:
R. Craig Mayfield, Christina E. Blood, Eliot B. Peace and Diana N. Evans
e: adeuter@bradley.com w: bradley.com
d: 813.559.5509 f: 813.229.5946
Bradley Arant Boult Cummings LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602-5809

LinkedIn | Facebook | Twitter | Instagram | Blogs

**\*Please note our new address is 100 N. Tampa Street, Suite 2200, Tampa, FL 33602-5809.**

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
One Nissan Way
Franklin, TN  37067

March 12, 2018
Invoice No. 1243419

Matter No. 205601-301010
Re: AMG IP Matter
    Matter ID 124758

For professional services posted through February 28, 2018

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $13,737.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$13,737.00** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.

**Re: AMG IP Matter**

    **Matter ID 124758**

Matter No. 205601-301010

Page 2

March 12, 2018

Invoice No. 1243419

For legal services posted through February 28, 2018

| | **Professional Services** | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/5/18 | Communications with opposing counsel regarding response to motion to dismiss | TYU | 0.10 | 580.00 | 58.00 |
| ▇ | ▇▇▇▇▇▇ | ▇ | ▇ | ▇ | ▇ |
| 2/6/18 | Review of order extending time for response to motion to dismiss and email to client regarding same | TYU | 0.10 | 580.00 | 58.00 |
| 2/8/18 | Discuss discovery and scheduling needs and case strategy with T.Urness | KIN | 0.30 | 275.00 | 82.50 |
| 2/9/18 | Draft proposed joint scheduling report; review local rules to ensure compliance | KIN | 1.30 | 275.00 | 357.50 |
| 2/12/18 | Assist K.Ingram in preparing joint scheduling report and order for submission to opposing counsel | DNEV | 0.60 | 320.00 | 192.00 |
| 2/12/18 | Draft joint scheduling report and proposed scheduling order; review local rules with respect to same and discuss with D.Evans | KIN | 1.60 | 275.00 | 440.00 |
| 2/13/18 | Work on and communications as to local rule 26 report and proposed order, telephone call with Kyle Neal | TYU | 0.20 | 580.00 | 116.00 |
| 2/13/18 | Assist K.Ingram in drafting joint scheduling report | DNEV | 0.20 | 320.00 | 64.00 |
| 2/13/18 | Revise proposed joint scheduling report and proposed scheduling order | KIN | 0.90 | 275.00 | 247.50 |
| 2/14/18 | Review of response to motion to dismiss and email regarding same, telephone conferences with Kyle Neal | TYU | 0.80 | 580.00 | 464.00 |
| 2/14/18 | Review plaintiff's response to motion to dismiss; review client and opposing counsel emails concerning upcoming deadlines to meet and confer and submit joint scheduling report | KIN | 0.70 | 275.00 | 192.50 |
| 2/15/18 | Draft reply brief in support of motion to dismiss and discuss same with T.Urness | KIN | 4.00 | 275.00 | 1,100.00 |
| 2/16/18 | Draft reply brief in support of motion to dismiss | KIN | 4.90 | 275.00 | 1,347.50 |
| 2/17/18 | Instructions regarding pro hac admission, motion | TYU | 0.10 | 580.00 | 58.00 |


Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                                          Page 3
**Re: AMG IP Matter**                                                                      March 12, 2018
    **Matter ID 124758**                                                      Invoice No. 1243419
Matter No. 205601-301010                          For legal services posted through February 28, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/18/18 | Draft reply brief in support of motion to dismiss, researching as needed | KIN | 4.10 | 275.00 | 1,127.50 |
| 2/19/18 | Review and revise and instructions to Kimberly Ingram regarding reply to response to motion to dismiss; review of and revisions to additional edits and email to client regarding same | TYU | 2.50 | 580.00 | 1,450.00 |
| ███ | ████████████████ | ██ | ██ | ██ | ████ |
| 2/19/18 | Telephone conference with opposing counsel regarding scheduling order, proposed case management schedule, etc., and revisions to same, follow up with Kimberly Ingram as to same | TYU | 0.60 | 580.00 | 348.00 |
| 2/19/18 | Attend (telephonically) case management conference | DNEV | 0.30 | 320.00 | 96.00 |
| 2/19/18 | Review reply brief | DNEV | 0.10 | 320.00 | 32.00 |
| 2/19/18 | Revise draft of reply brief in support of motion to dismiss | KIN | 3.90 | 275.00 | 1,072.50 |
| 2/20/18 | Revisions to reply brief in support of motion to dismiss and communications regarding same, Including conferring with Kimberly Ingram regarding several arguments and revisions to same | TYU | 1.20 | 580.00 | 696.00 |
| 2/20/18 | Two lengthy telephone conferences with Karen Moore, Miami assistant United States attorney, regarding counterfeit parts issues, judges, factual background, and planned course of action, and review of documents from in rem proceedings case, begin report to client regarding same | TYU | 1.80 | 580.00 | 1,044.00 |
| 2/20/18 | Telephone calls with Kyle Neal regarding discussions with Karen Moore | TYU | 0.30 | 580.00 | 174.00 |
| 2/20/18 | Review reply brief and finalize for filing | DNEV | 1.00 | 320.00 | 320.00 |
| 2/20/18 | Finalize reply brief in support of motion to dismiss, incorporating client comments | KIN | 1.80 | 275.00 | 495.00 |
| 2/21/18 | Review of motion for admission pro hac vice and communications with Diana Evans regarding same | TYU | 0.20 | 580.00 | 116.00 |
| 2/21/18 | Revisions to joint scheduling report and joint proposed scheduling order and email with opposing counsel regarding same, instructions to Kimberly | TYU | 0.80 | 580.00 | 464.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

Nissan North America, Inc.  Page 4
**Re: AMG IP Matter**  March 12, 2018
   **Matter ID 124758**  Invoice No. 1243419
Matter No. 205601-301010  For legal services posted through February 28, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | Ingram regarding same | | | | |
| ███ | ████████████████ | ██ | ██ | ███ | ███ |
| 2/21/18 | Draft motion for T.Urness to appear pro hac and proposed order to accompany motion | DNEV | 0.30 | 320.00 | 96.00 |
| 2/23/18 | Instructions regarding filing of joint scheduling report and joint proposed scheduling order | TYU | 0.10 | 580.00 | 58.00 |
| 2/25/18 | Finalize joint scheduling report for filing | DNEV | 0.20 | 320.00 | 64.00 |
| 2/26/18 | Review of article about gray market parts litigation from Kyle Neal | TYU | 0.20 | 580.00 | 116.00 |
| 2/26/18 | Final review of documents for filing, file documents, and email proposed order to judge per CM/ECF procedures | DNEV | 0.20 | 320.00 | 64.00 |
| 2/26/18 | Review Automative News article about case sent by client | KIN | 0.20 | 275.00 | 55.00 |
| 2/27/18 | Review of email and discovery documents from Kyle Neal, respond as to same | TYU | 0.50 | 580.00 | 290.00 |
| ███ | ████████████████ | ██ | ██ | ███ | ███ |
| 2/28/18 | Email to Kyle Neal with three orders from the court regarding pretrial schedule, | TYU | 0.10 | 580.00 | 58.00 |
| 2/28/18 | Review court orders and discuss next steps with T.Urness | KIN | 0.10 | 275.00 | 27.50 |

**Total Professional Services**  **$13,737.00**



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                      April 20, 2018
One Nissan Way                                           Invoice No. 1248960
Franklin, TN  37067


Matter No. 205601-301010
Re: AMG IP Matter
    Matter ID 124758

For professional services posted through March 31, 2018

| Current Invoice Summary |
|---|

| Current Professional Services | $9,025.50 |
|---|---|
| Current Expenses | $75.00 |
| **Current Invoice** | **$9,100.50** |


| Outstanding Invoice Summary |
|---|

Outstanding Invoices as of April 20, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 2/20/18 | 1239272 | $24,680.90 | $0.00 | $24,680.90 |
| 3/12/18 | 1243419 | $13,737.00 | $0.00 | $13,737.00 |
| 4/20/18 | 1248960 | $9,100.50 | $0.00 | $9,100.50 |
| **Outstanding Invoices as of April 20, 2018** | | | | **$47,518.40** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.

**Re: AMG IP Matter**

   **Matter ID 124758**

Matter No. 205601-301010

Page 2

April 20, 2018

Invoice No. 1248960

For legal services posted through March 31, 2018

| | **Professional Services** | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ███ | ██████████████████████ | ██ | ██ | ███ | ███ |
| ██ | ██████████████████ | ██ | | | |
| 3/7/18 | Draft first set of discovery requests | KIN | 0.70 | 275.00 | 192.50 |
| 3/8/18 | Draft first set of discovery requests | KIN | 1.40 | 275.00 | 385.00 |
| 3/9/18 | Draft initial disclosures | KIN | 1.50 | 275.00 | 412.50 |
| 3/12/18 | Review, revise, and finalize pro hac motion of T.Urness for filing and communicate with counsel for Plaintiff to confirm lack of opposition in writing | DNEV | 0.50 | 320.00 | 160.00 |
| 3/12/18 | Finalize initial disclosures; assist in filing of pro hac motion for T.Urness | KIN | 0.50 | 275.00 | 137.50 |
| 3/13/18 | Work on discovery requests and instructions to Kimberly Ingram regarding same | TYU | 1.50 | 580.00 | 870.00 |
| 3/14/18 | Continued work on revisions to first set of written discovery requests and review of complaint in connection with same | TYU | 0.80 | 580.00 | 464.00 |
| 3/14/18 | Finalize pro hac vice motion of T.Urness for filing | DNEV | 0.20 | 320.00 | 64.00 |
| 3/16/18 | Telephone conference with Kyle Neal regarding email and request for written expert report from AUSA | TYU | 0.40 | 580.00 | 232.00 |
| 3/16/18 | Review, finalize, and serve Nissan's initial disclosures | DNEV | 0.30 | 320.00 | 96.00 |
| 3/16/18 | Communicate with D.Evans to facilitate service of initial disclosures | KIN | 0.20 | 275.00 | 55.00 |
| 3/19/18 | Review of email from assistant United States attorney regarding Andy serving as an expert witness and email to Kyle Neal regarding same, call to US attorney | TYU | 0.20 | 580.00 | 116.00 |
| 3/19/18 | Email with opposing counsel regarding extension sought as to rule 26 initial disclosures | TYU | 0.10 | 580.00 | 58.00 |
| 3/20/18 | Telephone conference with Kyle Neal regarding additional inquiries from US attorney in Miami and telephone conference with US attorney regarding contact with client representatives and email to Kyle | TYU | 0.60 | 580.00 | 348.00 |



# Bradley

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 3 |
| **Re: AMG IP Matter** | April 20, 2018 |
| **Matter ID 124758** | Invoice No. 1248960 |
| Matter No. 205601-301010 | For legal services posted through March 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | Neal regarding same and expert disclosure rule | | | | |
| 3/20/18 | Review team emails concerning Karen Moore's desire for testimony from Andy | KIN | 0.10 | 275.00 | 27.50 |
| 3/21/18 | Revisions to draft discovery to plaintiff and email to Kyle Neal regarding same | TYU | 0.60 | 580.00 | 348.00 |
| 3/22/18 | Meeting with Andy and Whitney, Micol Cecchi, Kyle Neal, re factual background | TYU | 1.80 | 580.00 | 1,044.00 |
| 3/22/18 | Prepare for client meeting; meet with client on site to gather relevant facts | KIN | 3.40 | 275.00 | 935.00 |
| 3/27/18 | Emails with Karen Moore and Kyle Neal re Andy Forsyth re depositions and photo annotations and phone call with Kyle Neal re same, followed by more emails re same | TYU | 0.40 | 580.00 | 232.00 |
| 3/28/18 | Revise Nissan's first set of interrogatories, document requests, and requests for admission based on information learned during client meeting | KIN | 1.00 | 275.00 | 275.00 |
| 3/29/18 | Emails with Karen Moore and Kyle Neal regarding photographs to be annotated; telephone conference with Karen Moore, lengthy; voicemail update to Kyle Neal as to same, regarding expert report disclosure needed and inspection of parts | TYU | 1.20 | 580.00 | 696.00 |
| 3/29/18 | Edits to discovery request to and instructions to Kimberly Ingram regarding same | TYU | 0.60 | 580.00 | 348.00 |
| 3/29/18 | Revise Nissan's first set of interrogatories, document requests, and requests for admission based on feedback from T.Urness and confirm revisions | KIN | 0.50 | 275.00 | 137.50 |
| 3/30/18 | Edits to interrogatories, document requests and requests for admissions, finalized and forwarded same, including instructions to Sharon Cooper | TYU | 1.30 | 580.00 | 754.00 |

**Total Professional Services** $9,025.50


Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                    Page 4
**Re: AMG IP Matter**                                                    April 20, 2018
    **Matter ID 124758**                                        Invoice No. 1248960
Matter No. 205601-301010                      For legal services posted through March 31, 2018

| Expenses |
|---|

| Date | Description | Amount |
|---|---|---|
| | COPY CHARGES - INTERNAL B&W | 0.00 |
| | COPY CHARGES - INTERNAL COLOR | 0.00 |
| | FED DOCKET SERV-PACER | 0.00 |
| 3/28/18 | PRO HAC VICE - BRADLEY ARANT BOULT CUMMINGS LLP ANNE DEUTER-3/15/2018-S.D. OF FLORIDA 561-803-3400 FL -MOTION FOR PRO HAC FEE SOUTHERN DIST. Bank ID: PCARD Check Number: P1287 | 75.00 |

**Total Expenses**                                                              **$75.00**

**Davidenko, Arleen**

| | |
|---|---|
| **From:** | Deuter, Anne |
| **Sent:** | Wednesday, March 14, 2018 4:17 PM |
| **To:** | Davidenko, Arleen |
| **Subject:** | FW: Pay.gov Payment Confirmation: FLSD CM ECF |

Arleen,
$75.00 For Motion for Pro Hac fee Southern Dist. AMG TRADE v. NISSAN 205601-301010.\ Thanks, Anne


Anne Deuter
Legal Secretary
R. Craig Mayfield, Christina E. Blood, Eliot B. Peace and Diana N. Evans  | Bradley
813.559.5509
-----Original Message-----
From: notification@pay.gov [mailto:notification@pay.gov]
Sent: Wednesday, March 14, 2018 4:05 PM
To: Deuter, Anne <adeuter@bradley.com>; Evans, Diana <dnevans@bradley.com>
Subject: Pay.gov Payment Confirmation: FLSD CM ECF

[External Email]

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Financial Section at (305) 523-5050.

Application Name: FLSD CM ECF
Pay.gov Tracking ID: 268DIQR9
Agency Tracking ID: 113C-10484865
Transaction Type: Sale
Transaction Date: Mar 14, 2018 4:05:16 PM

Account Holder Name: Diana Evans
Transaction Amount: $75.00
Card Type: Visa
Card Number: ***********9473


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

1



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                    May 14, 2018
One Nissan Way                                        Invoice No. 1256194
Franklin, TN  37067


Matter No. 205601-301010
Re: AMG IP Matter
     Matter ID 124758


For professional services posted through April 30, 2018

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $10,175.00 |
| Current Expenses | $685.22 |
| **Current Invoice** | **$10,860.22** |

Thank you for your business.



Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.        Page 2
**Re: AMG IP Matter**        May 14, 2018
     **Matter ID 124758**        Invoice No. 1256194
Matter No. 205601-301010        For legal services posted through April 30, 2018

| | **Professional Services** | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/3/18 | Email with Karen Moore and Kyle Neal regarding parts inspection | TYU | 0.30 | 580.00 | 174.00 |
| 4/5/18 | Telephone conference with Kyle Neal re meeting with Andy Forsythe, and email regarding same | TYU | 0.30 | 580.00 | 174.00 |
| 4/5/18 | Teleconference and email with Kyle Neal regarding inspection of parts at issue and expert issues | TYU | 0.20 | 580.00 | 116.00 |
| 4/5/18 | Emails with opposing counsel regarding disposition of parts at issue sought by AMG | TYU | 0.20 | 580.00 | 116.00 |
| 4/5/18 | Telephone conference with Kyle Neal regarding inspection and spoliation issue, and instructions to Kimberly Ingram as to research needed as to same | TYU | 0.30 | 580.00 | 174.00 |
| 4/5/18 | Review emails from opposing counsel and T.Urness concerning preservation of evidence | KIN | 0.10 | 275.00 | 27.50 |
| 4/6/18 | Telephonic conference with Kyle Neal re Andy Forsythe meeting, inspection | TYU | 0.10 | 580.00 | 58.00 |
| 4/6/18 | Research preservation of evidence in counterfeit cases | KIN | 0.70 | 275.00 | 192.50 |
| 4/9/18 | Review communications with Karen Moore | KIN | 0.10 | 275.00 | 27.50 |
| 4/10/18 | Confer with Kyle Neal regarding disclosure and Andy Forsythe visit to Florida; Karen Moore emails | TYU | 0.40 | 580.00 | 232.00 |
| 4/10/18 | Review communications from Karen Moore | KIN | 0.10 | 275.00 | 27.50 |
| 4/11/18 | Telephone conference with Karen Moore, Adam Cornet, Kyle Neal, Andy Forsythe, and Whitney Likehart regarding expert disclosure in inspection of parts needed, followed by email report to Kyle Neal, emails regarding access to warehouse | TYU | 0.90 | 580.00 | 522.00 |
| 4/11/18 | Review communication from Karen Moore re: Nissan parts | KIN | 0.10 | 275.00 | 27.50 |
| 4/12/18 | Telephone conference and review of emails from Kyle Neal and Andy Forsythe regarding Andy Forsythe inspection of Nissan parts in Florida next week | TYU | 0.60 | 580.00 | 348.00 |
| 4/12/18 | Research extent of duty to preserve allegedly counterfeit goods; summarize same for T.Urness | KIN | 1.10 | 275.00 | 302.50 |



**Bradley**
Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                          Page 3
**Re: AMG IP Matter**                                          May 14, 2018
    **Matter ID 124758**                              Invoice No. 1256194
Matter No. 205601-301010          For legal services posted through April 30, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 4/16/18 | Communications with Karen Moore and team regarding parts inspection tomorrow, change in plans | TYU | 1.20 | 580.00 | 696.00 |
| 4/17/18 | Travel to and from Pompano Beach for inspection of counterfeit parts (no charge) | TYU | 0.00 | 0.00 | 0.00 |
| 4/17/18 | Inspection of counterfeit parts at customs and border protection warehouse in pompano beach with Andy Forsythe, Whitney, and Sam, including detailed review of parts in question and notes as to each part into spreadsheet, etc., including instructions as to same (no charge for travel time) | TYU | 6.50 | 580.00 | 3,770.00 |
| 4/18/18 | Email Karen Moore regarding inspection report | TYU | 0.10 | 580.00 | 58.00 |
| 4/19/18 | Telephone conference with Andy Forsythe re packaging question and Karen Moore emails, prepared summary of inspection findings and emails and calls as to same | TYU | 2.60 | 580.00 | 1,508.00 |
| 4/23/18 | Review of and follow up with client as to four emails from Karen Moore regarding packaging and labels | TYU | 0.30 | 580.00 | 174.00 |
| ██ | ████████████████ | ██ | ██ | ████ | ████ |
| 4/26/18 | Email with opposing counsel regarding discovery reponses | TYU | 0.10 | 580.00 | 58.00 |
| ██ | ████████████████ | ██ | ██ | ████ | ████ |

**Total Professional Services**                                          **$10,175.00**

| Expenses | | |
|----------|--|--|

| Date | Description | Amount |
|------|-------------|--------|
| | COPY CHARGES - INTERNAL COLOR | 0.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| Nissan North America, Inc. | Page 4 |
|---|---|
| **Re: AMG IP Matter** | May 14, 2018 |
| **Matter ID 124758** | Invoice No. 1256194 |
| Matter No. 205601-301010 | For legal services posted through April 30, 2018 |

| Date | Description | Amount |
|---|---|---|
| | COPY CHARGES - INTERNAL B&W | 0.00 |
| 4/27/18 | AIRLINE TICKETS - THOR Y. URNESS TRAVEL TO/FROM FT. LAUDERDALE, FL TO ATTEND SITE INSPECTION- AIRFARE (SOUTHWEST) 4/17/18 Bank ID: GENR Check Number: 204566 | 609.96 |
| 4/27/18 | TRAVEL EXPENSE - THOR Y. URNESS TRAVEL TO/FROM FT. LAUDERDALE, FL TO ATTEND SITE INSPECTION- RENTAL CAR 4/17/18 Bank ID: GENR Check Number: 204566 | 47.50 |
| 4/27/18 | TRAVEL EXPENSE - THOR Y. URNESS TRAVEL TO/FROM FT. LAUDERDALE, FL TO ATTEND SITE INSPECTION- FUEL FOR RENTAL CAR 4/17/18 Bank ID: GENR Check Number: 204566 | 4.76 |
| 4/27/18 | TRAVEL EXPENSE - THOR Y. URNESS TRAVEL TO/FROM FT. LAUDERDALE, FL TO ATTEND SITE INSPECTION- AIRPORT PARKING 4/17/18 Bank ID: GENR Check Number: 204566 | 23.00 |

**Total Expenses**                                                                 **$685.22**

## REIMBURSEMENT REQUEST
### Client Expense

Payable to:        Thor Y. Urness

Charge to
Client Name:       Nissan N.A.                    Matter Name:    AMG
                                                   Matter Name:

Client Number:     205601                         Matter Number:  301010
                                                   Matter Number:

Purpose:           Attend Site Inspection

Location:          Ft. Lauderdale, FL

| Date | Description/Purpose of Expense[1] | Transportation[2] | Room | Meals Entertainment | Other Expense |
|------|-----------------------------------|-------------------|------|---------------------|---------------|
| 4/17/2018 | Airfare (round trip) | $ 609.96 ✓ | | | |
| 4/17/2018 | Rental Car | 47.50 ✓ | | | |
| 4/17/2018 | Gas | | | | 4.76 ✓ |
| 4/17/2018 | Dinner | | | 23.58 ✓ | |
| 4/17/2018 | Parking (Airport) | | | | 23.00 ✓ |
| | | | | | |
| | | | | | |
| | | | | | |
| (A) Sub-total meals and entertainment: | | . . . . . . | | $ 23.58 | $ 27.76 |
| (B) Sub-total and other expenses: | | $ 657.46 | $ - | | |
| | | TOTAL EXPENSES [(A) + (B)] | | $ | 708.80 |

Requested by:                                      Approved by:

_____                           _____
Attorney/Employee Signature                        Approval Signature

Thor Y. Urness                                     Frank Caprio
Printed Name of Attorney/Employee                  Printed Name of Person Approving

Date:  April 18, 2018

| CATEGORY: | APPROVAL REQUIRED BY: |
|-----------|----------------------|
| Billed to Client.................................. | Practice Group Leader or Billing Attorney |

RECEIVED   APR 2 3 2018

[1]Show miles traveled if personal car, attach airline receipt, rental car receipt.  Original receipts required for all expenses.

bhm-#2068304-v3

## Urness, Thor

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Tuesday, April 17, 2018 1:01 PM |
| **To:** | Urness, Thor |
| **Subject:** | UPDATED flight reservation (MDPBUF) | 17APR18 | FLL-BNA | Urness/Thor Y |

### [External Email]

Thanks for choosing Southwest® for your trip.

**Southwest's**                                          👤 **Log in** | **View my itinerary**

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

 **Save up to 35%**

on base rates and earn up to 2,400 Rapid Rewards® points. Terms apply.

**Hertz**

Book car >

✈ **Air itinerary**

## AIR Confirmation: MDPBUF                    Confirmation Date: 04/17/2018

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| URNESS/THOR Y | 52737370 | 5261436322282 | Apr 13, 2019 | 5484 |



**Earn up to 10,000** Rapid Rewards® points per night.

Select your room >

| Date | Flight | Business Select | Departure/Arrival |
|---|---|---|---|
| Tue Apr 17 | 361 | ✔ | Depart **FT. LAUDERDALE, FL** (FLL) on Southwest Airlines at **07:00 PM** Arrive in **NASHVILLE, TN** (BNA) at **08:20 PM** Travel Time 2 hrs 20 mins Business Select |

 **Add a rental car**

✔ Earn Rapid Rewards® points
✔ Guaranteed low rates
✔ Free cancellation

Book a car >

🧳 **Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

🕐 **30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

🕐 **10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.



**If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

Customers calling Southwest to request a refund or to research travel funds for a specific ticket must provide their confirmation number, ticket number or flight information (date, origin and destination).

**Air Cost:** 609.96

## Travel more for less.

Exclusive deals for your favorite destinations.

Sign up and save >

## Southwest's
Rapid Rewards'

✔ Unlimited reward seats
✔ No blackout dates
✔ Redeem for International flights and more

Enroll now >

Fare Rule(s): 5261436322282: NONTRANSFERABLE -BG WN
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

BNA WN FLL168.17WN BNA372.82USD540.99END PD XF BNA4.5FLL4.5 ZP
BNA4.10FLL4.10

KZBP

*Nissen / Am G*

*+ parking 23.00*
*+ gas 4.76*
*+ limo 23.58*

 Learn about our boarding process.▱

Learn about inflight WiFi & entertainment.▱

## Cost and Payment Summary

### ✈ AIR - MDPBUF

| | | |
|---|---|---|
| Base Fare | $ 540.99 | **Payment Information** |
| Excise Taxes | $ 40.57 | Payment Type: TICKET EXCHANGE |
| September 11th Security Fee | $ 11.20 | Date: Apr 13, 2018 |
| Passenger Facility Charge | $ 0.00 | Payment Amount: $609.96 |
| Segment Fee | $ 8.20 | |
| **Total Air Cost** | **$ 609.96** | |

**Exchange Detail**
Apr 13, 2018 From ticket # 5261435032749 to
ticket # 5261436322282

```
TALANHAN LLC
FG12130910001
1 S FEDERAL HWY
DANIA        , FL
33004

04/17/2018 486027159
05:06:58 PM

XXXXXXXXXXX1005
Am Express
INVOICE 042030
AUTH 526452

PUMP#  3
Regular          1.700G
PRICE/GAL        $2.799

FUEL TOTAL    $  4.76

    Total = $   4.76

CREDIT       $   4.76
====================
Customer-activated
Purchase/Capture
Site #:
000000009757279
Shift Number 2
Sequence Number
16584
Swiped
APPROVED   526452
====================
```

```
                Receipt
Nashville International
1 Terminal Drive
37214 Nashville, TN
615-275-1045
Long Term A
227 Exp Exit 2 Temp

Pay amount:   $ 23.00
--------------------
Sale
Date: 04/17/18 20:22
Terminal Id: 00010171
Trans.Ref.: 22600
Auth Code: 507100
Entry Type: Swipe
PAN: xxxxxxxxxx1005
Amount: 23.00 USD
APPROVED
```

```
        LA FAMILIA KIOSK
   FT LAUDERDALE INTL AIRPORT

Merchant ID   :
TERMINAL ID   : 1357940
Check #       : 3191
Table #       : 905
Server        : 72322 Bert
Acct Num      : XXXXXXXXXXXX1005
Expiry Date   : **/**
Card Type     : AMEX
Trans Type    : Authorize
Trans Date    : 4/17/2018
Trans Time    : 6:17 PM
Entry Mode    : swiped
Auth Code     : 503691


Subtotal  : $          19.58

  GRATUITY: _____

  TOTAL: _____


X_____
          Signature
I Agree to pay total amount as
per the Card Issuer Agreement.
        Customer Copy
```

Web:    www.hertz.com

**Hertz®**

CHARGE DETAIL

| | |
|---|---|
| Date: | 04/18/2018 |
| Document: | 978000803692 |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

| | |
|---|---|
| Renter: | THOR URNESS |
| Account No.: | ***********1005 AMX |
| CDP No.: | 13000 |
| CDP Name: | ABA |

MR THOR Y URNESS
BRADLEY ARANT BOULT CUMMINGS
1600 DIVISION ST STE 700
NASHVILLE, TN 37203

## RENTAL REFERENCE
Rental Agreement No: 526655695
Reservation ID:    H63536100B6
Frequent Traveler:  WN00000052737370

## RENTAL DETAILS
Rate Plan:    IN: ASND1   OUT: ASND1
Rented On:    04/17/2018 09:34  LOC# 132011
              FORT LAUDERDALE, FL
Returned On:  04/17/2018 17:22  LOC# 132011
              FORT LAUDERDALE, FL
Car Description:    SIR SENTRA 1.8N  DFYG25
Veh. No.:          6826010
CAR CLASS Charged: C        MILEAGE   In: 4,568
          Rented:  C                  Out: 4,516
          Reserved: C                 Driven:  52

## MISCELLANEOUS INFORMATION
CC AUTH: 501325  DATE: 2018/04/17  AMT:  248.00

## RENTAL CHARGES
| | | |
|---|---|---|
| DAYS | 1 @   35.54 | 35.54 |
| SUBTOTAL | | 35.54 |
| DISCOUNT | 10.00% | -3.55 |
| SUBTOTAL | | 31.99 |
| | | |
| CONCESSION FEE RECOVERY | | 3.53 |
| FF SURCHARGE | | 1.00 |
| VEHICLE LICENSE FEE | | 0.83 |
| CUSTOMER FACILITY CHARGE | | 3.95 |
| MOTOR VEHICLE LEASE TAX | | 2.02 |
| ENERGY SURCHARGE | | 1.49 |
| TAX | 6.00% | 2.69 |

TOTAL CHARGES                47.50 USD

**E-RETURN RECEIPT**

THANK YOU FOR RENTING FROM HERTZ

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| | |
|---|---|
| Rental Agreement No: | 526655695 |
| Date: | 04/18/2018 |
| Document: | 978000803692 |

| | |
|---|---|
| Renter: | THOR URNESS |
| Account No.: | ***********1005 AMX |

Phone:   800-654-4173
Web:     www.hertz.com

| TOTAL CHARGES | 47.50 USD |
|---|---|



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
One Nissan Way
Franklin, TN  37067

June 12, 2018
Invoice No. 1261718

Matter No. 205601-301010
Re: AMG IP Matter
    Matter ID 124758

For professional services posted through May 31, 2018

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $12,159.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$12,159.00** |

Thank you for your business.


Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.
**Re: AMG IP Matter**
    **Matter ID 124758**
Matter No. 205601-301010

Page 2
June 12, 2018
Invoice No. 1261718
For legal services posted through May 31, 2018

| | Professional Services | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ███ | ████████████ | ███ | ███ | ███ | ███ |
| ███ | ████████████ | ███ | ███ | ███ | ███ |
| 5/1/18 | Email with Becerra regarding subpoena to NNA | TYU | 0.20 | 580.00 | 116.00 |
| 5/2/18 | Telephone conference with Kyle Neal as to inquiries from Karen Moore and subpoena | TYU | 0.60 | 580.00 | 348.00 |
| 5/2/18 | Review of email and draft exhibit to subpoena from Becerra and email to Kyle Neal regarding same, further communications regarding deposition of Andy Forsythe | TYU | 0.40 | 580.00 | 232.00 |
| ███ | ████████████ | ███ | ███ | ███ | ███ |
| 5/3/18 | Communications regarding deposition of Andy Forsyth and deposition of Anthony Bacan, review of gray goods emails | TYU | 0.30 | 580.00 | 174.00 |
| 5/7/18 | Telephone conference with Karen Moore re various questions, review of email as to AMG expert witness, and email with Kyle Neal as to Andy Forsythe deposition | TYU | 0.80 | 580.00 | 464.00 |
| ███ | ████████████ | ███ | ███ | ███ | ███ |
| 5/8/18 | Review subpoena from AMG's attorney for federal government prosecution; review email from U.S. attorney concerning AMG's attorney's complaints regarding photos of defects discovered by Nissan representative; email D.Evans about judge's scheduling practice concerning trial dates | KIN | 0.20 | 275.00 | 55.00 |
| 5/9/18 | Telephone conference with Kyle Neal regarding subpoena | TYU | 0.30 | 580.00 | 174.00 |
| 5/9/18 | Communications with Karen Moore regarding Forsythe and Bacan depositions | TYU | 0.30 | 580.00 | 174.00 |
| 5/9/18 | Discuss current scheduling order and depositions | KIN | 0.20 | 275.00 | 55.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.

**Re: AMG IP Matter**

    **Matter ID 124758**

Matter No. 205601-301010

Page 3

June 12, 2018

Invoice No. 1261718

For legal services posted through May 31, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | with T.Urness and client | | | | |
| 5/10/18 | Emails with Karen Moore regarding Andy Forsythe deposition and review of email from Kyle Neal regarding subpoena jurisdictional scope | TYU | 0.30 | 580.00 | 174.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 5/14/18 | Telephone conference with Andy Lopez re discovery responses and document production; email as to same | TYU | 0.20 | 580.00 | 116.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 5/14/18 | Telephone conference with Kyle Neal regarding inquiries from Karen Moore | TYU | 0.20 | 580.00 | 116.00 |
| 5/14/18 | Work on objections to subpoena from AMG | TYU | 1.80 | 580.00 | 1,044.00 |
| 5/14/18 | Multiple communications with counsel for AMG regarding extension of time to respond to discovery requests | DNEV | 0.20 | 320.00 | 64.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 5/16/18 | Work on subpoena objections and instructions to Kimberly M. Ingram as to edits to same, follow up on subpoena service and meet and confer requirements | TYU | 2.20 | 580.00 | 1,276.00 |
| 5/16/18 | Emails with Karen Moore re her questions | TYU | 0.60 | 580.00 | 348.00 |
| 5/16/18 | Analyze whether Nissan needs to confer regarding objections to nonparty subpoena served pursuant to Federal Rule of Civil Procedure 45 | DNEV | 0.20 | 320.00 | 64.00 |
| 5/16/18 | Review emails from T.Urness concerning subpoena issued by U.S. attorney in government prosecution for counterfeit Nissan goods | KIN | 0.10 | 275.00 | 27.50 |
| 5/17/18 | Emails with Karen Moore regarding her questions and need for more information from Andy Forsythe, request to meet with Sam Truscinski and further communications with Karen Moore as to witness background issues | TYU | 0.40 | 580.00 | 232.00 |
| 5/17/18 | Review emails from U.S. attorney concerning | KIN | 0.10 | 275.00 | 27.50 |



# Bradley
Bradley Arant Boult Cummings LLP

Nissan North America, Inc.

**Re: AMG IP Matter**

    **Matter ID 124758**

Matter No. 205601-301010

Page 4

June 12, 2018

Invoice No. 1261718

For legal services posted through May 31, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | deposition and information needed in related case, United States v. 709 Counterfeit Nissan auto parts | | | | |
| 5/18/18 | Review of revisions to subpoena objections and responses and communications as to same and meet and confer requirements | TYU | 0.30 | 580.00 | 174.00 |
| 5/18/18 | Revise objections to subpoena in related case, United States v. 709 Counterfeit Nissan Auto Parts | KIN | 0.50 | 275.00 | 137.50 |
| 5/21/18 | Review of order on motion to dismiss and email with Kyle Neal as to same, Instructions to Kimberly Ingram regarding motion for summary judgment | TYU | 0.30 | 580.00 | 174.00 |
| 5/21/18 | Review denial of motion to dismiss and T.Urness's email about same | KIN | 0.10 | 275.00 | 27.50 |
| 5/22/18 | Review rules for answering in light of denial of motion to dismiss | KIN | 0.10 | 275.00 | 27.50 |
| 5/23/18 | Confer with Karen Moore several times regarding additional information needed, interviews of what the Nissan witnesses, etc. and further communications regarding scheduling of same | TYU | 0.40 | 580.00 | 232.00 |
| 5/23/18 | Confer with Kyle Neal regarding information needed by United States Government from Nissan witnesses and communications regarding same, scheduling of same | TYU | 0.20 | 580.00 | 116.00 |
| 5/24/18 | Discuss and plan conversion of motion to dismiss to motion for summary judgment with C.Hyde | KIN | 0.90 | 275.00 | 247.50 |
| 5/25/18 | Receipt and review of written discovery requests from AMG confer with client as to same | TYU | 0.20 | 580.00 | 116.00 |
| 5/25/18 | Confer with Karen Moore regarding interviews sought | TYU | 0.20 | 580.00 | 116.00 |
| 5/25/18 | Review written discovery served by Plaintiff | DNEV | 0.10 | 320.00 | 32.00 |
| 5/29/18 | Phone call with Karen Moore, Andy Forsythe, Kyle Neal, Micol Cecchi, re parts distribution background questions | TYU | 1.20 | 580.00 | 696.00 |
| ██████ | ████████████ | ███ | ███ | ███ | ███ |
| 5/30/18 | Conference with Sam Truscinski, Brad Miller, Adam Cornette, Karen Moore, Kyle Neal, Micol Cecchi re | TYU | 0.80 | 580.00 | 464.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                          Page 5
**Re: AMG IP Matter**                                                        June 12, 2018
    **Matter ID 124758**                                 Invoice No. 1261718
Matter No. 205601-301010                    For legal services posted through May 31, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | packaging background | | | | |
| ▓▓ | ▓▓▓▓▓▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ |
| 5/30/18 | Review emails concerning discovery responses and call with client to discuss same | KIN | 0.10 | 275.00 | 27.50 |
| 5/31/18 | Conference calls re discovery responses to plaintiff's discovery requests | TYU | 1.50 | 580.00 | 870.00 |
| ▓▓ | ▓▓▓▓▓▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ |
| 5/31/18 | Draft answer to complaint for filing Monday | KIN | 3.50 | 275.00 | 962.50 |
| 5/31/18 | Check status of subpoena in 709 Counterfeit case; review emails from Karen Moore as to discovery questions; discuss and plan for attendance at 709 Counterfeit deposition of AMG's owner with T.Urness; discuss ESI collection with M.Mondary | KIN | 0.70 | 275.00 | 192.50 |
| 5/31/18 | Prepare for and participate in call with client concerning responding to discovery requests from plaintiff | KIN | 1.70 | 275.00 | 467.50 |

**Total Professional Services**                                                 **$12,159.00**

| Expenses | |
|----------|--|

| Description | Amount |
|-------------|--------|
| COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: IVIE,JULIE | 0.00 |
| COPY CHARGES - INTERNAL B&W | 0.00 |

**Total Expenses**                                                                    **$0.00**



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
One Nissan Way
Franklin, TN  37067

July 1, 2018
Invoice No. 1266318

Matter No. 205601-301010
Re: AMG IP Matter
    Matter ID 124758

For professional services posted through June 30, 2018

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $27,444.76 |
| Current Expenses | $374.64 |
| **Current Invoice** | **$27,819.40** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.                                           Page 2
**Re: AMG IP Matter**                                               July 1, 2018
**Matter ID 124758**                                     Invoice No. 1266318
Matter No. 205601-301010          For legal services posted through June 30, 2018

| Professional Services |
|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/1/18 | Confer with Kyle Neal regarding revisions to answer | TYU | 0.20 | 580.00 | 116.00 |
| 6/1/18 | Review of and revisions to draft answer from Kimberly Ingram and instructions as to same, before and after telephone conference with Kyle Neal | TYU | 0.60 | 580.00 | 348.00 |
| 6/1/18 | Revise answer to complaint based on feedback from K.Neal and T.Urness | KIN | 3.90 | 275.00 | 1,072.50 |
| 6/4/18 | Review and finalize for filing answer to complaint | DNEV | 0.90 | 320.00 | 288.00 |
| 6/4/18 | Finalize Nissan answer for filing | KIN | 0.80 | 275.00 | 220.00 |
| 6/5/18 | Emails with Karen Moore regarding deposition and subpoena | TYU | 0.20 | 580.00 | 116.00 |
| 6/6/18 | Review of and reply to email from Becerra regarding service of subpoena, followed by email with Kyle Neal as to same, call with Kyle Neal and email to Kyle Neal with proposed objections to AMG subpoena and email with Diana Evans regarding same, emails as to Forsythe deposition preparation; communications within Karen Moore as to depositions and Forsythe testimony | TYU | 1.20 | 580.00 | 696.00 |
| 6/6/18 | Review correspondence concerning subpoena in 709 Counterfeit Parts case | KIN | 0.20 | 275.00 | 55.00 |
| 6/7/18 | Revisions to objections to AMG subpoena, telephone conference with Kyle Neal as to same and instructions to Diana Evans and Kimberly Ingram regarding document production and service of objections to subpoena | TYU | 1.30 | 580.00 | 754.00 |
| 6/7/18 | Revise objections to subpoena, incorporating client edits, and send to T.Urness for review; discuss research about attendance of non-party at a deposition with summer associate T.Pecher | KIN | 1.20 | 275.00 | 330.00 |
| 6/8/18 | Communications regarding revisions to subpoena response and email with opposing counsel regarding same and deposition next week; communications with Karen Moore regarding same and instructions to Kimberly Ingram and Diana Evans regarding service of subpoena objections, | TYU | 0.40 | 580.00 | 232.00 |


Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                    Page 3
**Re: AMG IP Matter**                                                       July 1, 2018
    **Matter ID 124758**                            Invoice No. 1266318
Matter No. 205601-301010              For legal services posted through June 30, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | same served | | | | |
| 6/8/18 | Prepare and finalize objections and responses to non-party subpoena issued by AMG Trade and Distribution, LLC | DNEV | 1.00 | 320.00 | 320.00 |
| 6/8/18 | Direct DSI preparation of documents for production in response to subpoena to ensure production | KIN | 1.30 | 275.00 | 357.50 |
| 6/10/18 | Review and revise proposed search terms and email to Kimberly Ingram regarding same | TYU | 0.20 | 580.00 | 116.00 |
| 6/10/18 | Draft search terms for discovery requests; revise based on T.Urness's feedback | KIN | 0.80 | 275.00 | 220.00 |
| 6/11/18 | Confer with Kyle Neal regarding meetings to prepare witnesses later in the week, regarding photographs, etc.; teleconference with Kyle Neal as to spreadsheet, facts, depositions, photos | TYU | 0.20 | 580.00 | 116.00 |
| 6/11/18 | Teleconference with Karen Moore as to upcoming calls and depositions, background facts | TYU | 0.30 | 580.00 | 174.00 |
| 6/11/18 | Conference call with K.Ingram and DSi to discuss collection and review strategy | MSMO | 0.60 | 250.00 | 150.00 |
| 6/11/18 | Participate in call with DSI concerning NNA's procedures for electronic discovery; revise search terms; email NNA team concerning collection and production of ESI | KIN | 1.20 | 275.00 | 330.00 |
| 6/12/18 | Communications with Kyle Neal regarding additional emails to be produced, photographs, etc., review of photographs and Pera correspondence and email to Karen Moore as to same; Telephone conference with Jeff Stoneking regarding document production | TYU | 0.60 | 580.00 | 348.00 |
| ███ | ███████████████████ | ███ | ███ | ███ | ███ |
| 6/12/18 | Review and offer revisions for motion for summary judgment draft created by C.Hyde | KIN | 0.60 | 275.00 | 165.00 |
| 6/13/18 | Communications with Kimberly Ingram and Karen Moore regarding deposition today and email with AMG counsel regarding additional subpoena documents to be produced, instructions to Kimberly Ingram as to same; Moore email re Deadlines | TYU | 0.70 | 580.00 | 406.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.

Page 4

**Re: AMG IP Matter**

July 1, 2018

    **Matter ID 124758**

Invoice No. 1266318

Matter No. 205601-301010

For legal services posted through June 30, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 6/13/18 | Attend deposition of Anthony Bachan in 709 Counterfeit Parts | KIN | 2.70 | 275.00 | 742.50 |
| 6/13/18 | Draft motion for entry of protective order in 709 Counterfeit Parts case | KIN | 0.50 | 275.00 | 137.50 |
| 6/14/18 | Prepare documents for production and generate cross-reference for items to be bates stamped and designated "CONFIDENTIAL - AEO" | MSMO | 0.70 | 250.00 | 175.00 |
| 6/14/18 | Draft protective order and motion for entry of protective order in 709 Counterfeit Parts case; review documents sent by client for production in response to subpoena | KIN | 2.20 | 275.00 | 605.00 |
| 6/15/18 | Emails regarding document production and protective order, with Kyle Neal, Kimberly Ingram, review of same | TYU | 0.20 | 580.00 | 116.00 |
| 6/15/18 | Lengthy telephone conference with Andy Forsythe, Karen Moore, Kyle Neal, Whitney like Hart, Adam Cornette as to part by part review of counterfeit parts and emails during same | TYU | 2.10 | 580.00 | 1,218.00 |
| ██████ | ████████████████ | ███ | ██ | ████ | ████ |
| 6/15/18 | Revise draft protective order based on feedback from T.Urness and send to K.Moore and R.Becerra; discuss procedure for filing same with D.Evans; participate in K.Moore's interview call with A.Forsythe in 709 Counterfeit Parts case; direct production of NNA documents in 709 Counterfeit Parts case | KIN | 3.20 | 275.00 | 880.00 |
| 6/18/18 | Karen Moore emails re photographs, protective order | TYU | 0.20 | 580.00 | 116.00 |
| 6/18/18 | Download and QC document production from DSi | MSMO | 0.40 | 250.00 | 100.00 |
| 6/18/18 | Finalize motion for protective order and proposed order for filing | DNEV | 0.10 | 320.00 | 32.00 |
| 6/18/18 | Finalize motion for protective order for filing | DNEV | 0.50 | 320.00 | 160.00 |
| 6/18/18 | Finalize protective order and motion for entry of same for filing in 709 Counterfeit Parts case; obtain agreement of AUSA and opposing counsel; discuss | KIN | 0.80 | 275.00 | 220.00 |


Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                    Page 5
**Re: AMG IP Matter**                                        July 1, 2018
    **Matter ID 124758**                 Invoice No. 1266318
Matter No. 205601-301010        For legal services posted through June 30, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | designation of documents under protective order with K.Moore | | | | |
| 6/19/18 | Communications with Karen Moore and Kyle Neal regarding access to photographs and trade secrets issues | TYU | 0.20 | 580.00 | 116.00 |
| 6/19/18 | Discuss effect of 709 Counterfeit Parts protective order on expert disclosures with K.Neal and T.Urness | KIN | 0.10 | 275.00 | 27.50 |
| 6/20/18 | Confer with Kyle Neal as to protective order, photograph production, and document production issues, instructions to Kimberly Ingram as to document production and revision to protective order, more communications as to same | TYU | 0.30 | 580.00 | 174.00 |
| 6/20/18 | Review protective order to assist in strategy regarding providing of documents marked attorney's eyes only to experts and draft consent to be bound by protective order form | DNEV | 0.50 | 320.00 | 160.00 |
| 6/20/18 | Draft notice of filing consent to be bound by protective order form for filing with the Court | DNEV | 0.90 | 320.00 | 288.00 |
| 6/20/18 | Contact DSI to confirm receipt of A.Forsythe's documents; direct production of NNA documents in response to 709 Counterfeit Parts subpoena; finalize search terms to be used for A.Forsythe's documents; discuss scope and effect of 709 Counterfeit Parts protective order with AUSA and AMG's counsel; contact AMG's counsel for name of expert and approve disclosure to expert; request extension for response to AMG's discovery requests; discuss submission of disclosure form with T.Urness and D.Evans; communicate with K.Moore concerning documents produced to R.Becerra | KIN | 2.90 | 275.00 | 797.50 |
| 6/21/18 | Review and revise second draft of motion for summary judgment; discuss documents with DSI | KIN | 0.80 | 275.00 | 220.00 |
| 6/22/18 | Call with Kyle Neal as two depositions next week and schedule for same | TYU | 0.10 | 580.00 | 58.00 |
| 6/25/18 | Prepare for deposition of Andy Forsythe and communications as to same, review of file, Karen Moore emails | TYU | 0.70 | 580.00 | 406.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.

Page 6

**Re: AMG IP Matter**

July 1, 2018

    **Matter ID 124758**

Invoice No. 1266318

Matter No. 205601-301010

For legal services posted through June 30, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 6/25/18 | Communicate with DSI concerning document review; communicate with K.Moore concerning deposition of A.Forsythe on Thursday; pull documents for T.Urness's use in preparing A.Forsythe; pull emails with opposing counsel concerning preservation of parts in dispute | KIN | 0.50 | 275.00 | 137.50 |
| 6/26/18 | Meeting with Andy Forsythe and Kyle Neal regarding deposition preparation and call with Kyle Neal as to same | TYU | 3.10 | 580.00 | 1,798.00 |
| 6/26/18 | Review and comment on motion for summary judgment draft from C.Hyde | KIN | 0.60 | 275.00 | 165.00 |
| 6/26/18 | Call with DSI concerning review platform and strategy for review of NNA docs; communicate with opposing counsel concerning confidentiality designation of documents produced; communicate with K.Moore concerning types of documents previously produced | KIN | 1.10 | 275.00 | 302.50 |
| 6/27/18 | Deposition preparation meeting with Andy Forsythe including review additional documents and discussions with Whitney Likehart, Sam Truscinski, Kyle Neal, and call with Kyle Neal regarding same and deposition tomorrow | TYU | 2.90 | 580.00 | 1,682.00 |
| 6/27/18 | Review and respond to T.Urness's emails concerning documents needed for tomorrow's deposition | KIN | 0.10 | 275.00 | 27.50 |
| 6/28/18 | Deposition of Andy Forsyth including discussions with Kyle Neal and Andy Forsythe throughout day | TYU | 7.30 | 580.00 | 4,234.00 |
| 6/28/18 | Participate in pre- and post-deposition discussions with client, government counsel, and opposing counsel; direct sending of documents to A.Cornette | KIN | 1.10 | 275.00 | 302.50 |

**Total Professional Services**                                       **$27,444.76**

| | Expenses | |
|---|---|---|

| Date | Description | Amount |
|------|-------------|--------|
| | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: IVIE,JULIE | 0.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 7 |
| **Re: AMG IP Matter** | July 1, 2018 |
| **Matter ID 124758** | Invoice No. 1266318 |
| Matter No. 205601-301010 | For legal services posted through June 30, 2018 |

| Date | Description | Amount |
|---|---|---|
| | COPY CHARGES - INTERNAL B&W | 0.00 |
| | EXPRESS MAIL/FEDEX | 16.33 |
| | CONFERENCE CALL - THOR URNESS 6/15/2018 | 29.91 |
| | COPY CHARGES - INTERNAL COLOR | 0.00 |
| | FED DOCKET SERV-PACER | 0.00 |
| 6/7/18 | AIRLINE TICKETS - KIMBERLY INGRAM TRAVEL TO/FROM MIAMI, FL TO PREPARE FOR AND ATTEND DEPOSITION OF ANTHONY BACHAN-AIRFARE 5/31/18 Bank ID: R_CK Check Number: 182899 | 328.40 |

| | |
|---|---|
| **Total Expenses** | **$374.64** |

**Moore, Renee**

| | |
|---|---|
| **From:** | DoNotReply@Soundpath.net |
| **Sent:** | June 15, 2018 2:07 PM |
| **To:** | SoundPath Bill |
| **Subject:** | Conference Report |

**[External Email]**



Hi Thor Urness,

**Meeting Summary**
**Company Name:** Bradley Arant Boult Cummings - Nashville
**Conference Title:** New Account ReadyConference
**Conference ID:** 8341623
**Billing Code:** 205601-301010
**Start Time:** 06/15/2018 11:56 am
**End Time:** 06/15/2018 2:07 pm
**Host Passcode:** 615 252 23845
**Guest Passcode:** 615 252 2384
**Total Callers:** 7
**Total Minutes:** 767

To add or change your Client/Matter Reference after a meeting, forward this
report with the updated Client/Matter #'s to billing@soundpath.net.

**Your Soundpath
Audio Conferencing Account**

**Client ID:** 2288629
**US/CAN Toll Free:** 1-866-716-6609
**US/CAN Toll:** 1-719-785-4492
**Host Passcode:** 615 252 23845
**ParticipantPasscode:** 615 252 2384

**Manage Your Meeting Using
Your Telephone Keypad**

*0 to reach an operator for help
at any time during your call
*92 to hear a roll call of participants
*94 to lock or unlock your conference
*96/*97 to mute or un-mute all lines

**AUDIO MEETING DETAILS: (shown in Central Time)**

| Caller Number | Name | Start Time | End Time | Total Minutes |
|---|---|---|---|---|
| 16157251000 | Unknown | 06/15/2018 11:59 am | 06/15/2018 2:02 pm | 123 |
| 16157251000 | Unknown | 06/15/2018 11:58 am | 06/15/2018 2:02 pm | 124 |
| 16157251000 | Unknown | 06/15/2018 11:59 am | 06/15/2018 2:04 pm | 125 |
| 16152442582 | Unknown | 06/15/2018 11:58 am | 06/15/2018 2:07 pm | 129 |
| 13059619030 | Unknown | 06/15/2018 11:59 am | 06/15/2018 2:07 pm | 128 |
| 16152442582 | Unknown | 06/15/2018 2:00 pm | 06/15/2018 2:07 pm | 7 |
| 13055364321 | Unknown | 06/15/2018 11:56 am | 06/15/2018 2:07 pm | 131 |

**Conference Summary**

| Start Time | End Time | Duration | Total Conference Minutes |
|---|---|---|---|
| 06/15/2018 11:56 am | 06/15/2018 2:07 pm | 131 | 767 |

1

**REIMBURSEMENT REQUEST**
**Client Expense**

NSV

| Payable to: | Kimberly Ingram |
|---|---|

Charge to
Client Name: Nissan North America, Inc.     Matter Name: AMG IP Matter
                                            Matter Name:

Client Number: 205601     Matter Number:                                301010
                          Matter Number:

Purpose: Prepare for and attend Deposition of Anthony Bachan in Miami

Location: Nashville, TN

| Date | Description/Purpose of Expense[1] | Transportation[2] | Room | Meals Entertainment | Other Expense |
|---|---|---|---|---|---|
| 05.31.2018 | Flight to/from Nashville, TN to Miami, FL | $328.40 ✓ | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| (A) Sub-total meals and entertainment: | | . . . . . | . . . . . | $              - | . . . . . |
| (B) Sub-total and other expenses: | | $      328.40 | $          - | . . . . . | $          - |
| | | TOTAL EXPENSES [(A) + (B)] | | $ | 328.40 |

Requested by:

*Kimberly Ingram*
Kimberly M. Ingram

Approved by:

Thor Urness (Billing Attorney)

Kimberly M. Ingram

Thor Urness

Date: June 4, 2018

| CATEGORY: | APPROVAL REQUIRED BY: |
|---|---|
| Billed to Client.................................... | Practice Group Leader or Billing Attorney |

RECEIVED   JUN 0 6 2018

[1]Show miles traveled if personal car, attach airline receipt, rental car receipt. Original receipts required for all expenses.

2017 Mileage Rate = 53.5 cents/mile (number of miles x .535)

2018 Mileage Rate = 54.5 cents/mile (number of miles x .545)

bhm-#2068304-v3

## Nelson, Maura

**From:** Ingram, Kimberly
**Sent:** Monday, June 04, 2018 2:34 PM
**To:** Nelson, Maura
**Subject:** FW: Your trip confirmation-RCHNPO  12JUN

Here it is!  Please submit for reimbursement.

**Kimberly Ingram**
Attorney | Bradley
kingram@bradley.com
615.252.3592

---

**From:** American Airlines [mailto:no-reply@notify.email.aa.com]
**Sent:** Thursday, May 31, 2018 2:51 PM
**To:** Ingram, Kimberly <kingram@bradley.com>
**Subject:** Your trip confirmation-RCHNPO 12JUN

## [External Email]

 

Hello Kimberly Ingram!                    Issued: May 31, 2018



# Your trip confirmation and receipt

## Record locator: **RCHNPO**

| View your trip |
| --- |

1

## Tuesday, June 12, 2018

| BNA | | MIA | Seats: -- |
|-----|-----|-----|------|
| 5:28 PM | → | 8:49 PM | Class: Economy (V) |
| Nashville | | Miami | Meals: Food For Purchase |

American Airlines 4430
OPERATED BY REPUBLIC AIRLINES AS AMERICAN
EAGLE.

Free entertainment with the American app »

## Wednesday, June 13, 2018

| MIA | | BNA | Seats: -- |
|-----|-----|-----|------|
| 9:50 PM | → | 11:16 PM | Class: Economy (S) |
| Miami | | Nashville | Meals: Food For Purchase |

American Airlines 4743
OPERATED BY REPUBLIC AIRLINES AS AMERICAN EAGLE.

## Kimberly Ingram



Earn up to a $200 statement credit + 50,000 bonus miles after qualifying purchases Learn more »

### Earn miles with this trip.

Join AAdvantage »

Ticket # 0012191859986

2

# Your trip receipt

   Visa XXXXXXXXXXXXX5967

### *Kimberly Ingram*

| | |
|---|---|
| FARE-USD | $ 279.07 |
| TAXES AND CARRIER-IMPOSED FEES | $ 49.33 |
| **TICKET TOTAL** | **$ 328.40** |

---


**Hotel offers**


**Car rental offers**


**Buy trip insurance**


**SuperShuttle**





---

Contact us | Privacy policy

Get the American Airlines app

   

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE - BNAMIA-No free checked bags/ American Airlines BAG ALLOWANCE -MIABNA-No free

3

checked bags/ American Airlines 1STCHECKED BAG FEE-BNAMIA-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-MIABNA-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-BNAMIA-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-MIABNA-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

**Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.**

### SERVICE & SUPPORT ANIMAL REQUIREMENTS

Emotional support & psychiatric service animals can fly at no charge when traveling with you on American Airlines if they meet certain requirements. Additional documents are required for emotional support animals if your ticket was issued on or after July 1, 2018. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

## NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s). This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer.

NRID: 5813485456253114501513000

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

5



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
One Nissan Way
Franklin, TN  37067

August 1, 2018
Invoice No. 1272811

Matter No. 205601-301010
Re: AMG IP Matter
    Matter ID 124758

For professional services posted through July 31, 2018

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $16,383.00 |
| Current Expenses | $1,501.79 |
| **Current Invoice** | **$17,884.79** |

| Outstanding Invoice Summary | |
|---|---|

Outstanding Invoices as of August 1, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 7/1/18 | 1266318 | $28,965.64 | $0.00 | $28,965.64 |
| 8/1/18 | 1272811 | $17,884.79 | $0.00 | $17,884.79 |
| **Outstanding Invoices as of August 1, 2018** | | | | **$46,850.43** |

*Thank you for your business.*



Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.
**Re: AMG IP Matter**
    **Matter ID 124758**
Matter No. 205601-301010

Page 2
August 1, 2018
Invoice No. 1272811
For legal services posted through July 31, 2018

| | **Professional Services** | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/2/18 | Review documents for responsiveness to AMG's requests | KIN | 1.20 | 275.00 | 330.00 |
| 7/3/18 | Confer with Kimberly Ingram as to discovery responses and document production status | TYU | 0.10 | 580.00 | 58.00 |
| 7/4/18 | Review documents for responsiveness to AMG's requests | KIN | 8.20 | 275.00 | 2,255.00 |
| 7/5/18 | Assist K.Ingram in reviewing documents to determine whether they are responsive to Plaintiff's request for production | DNEV | 1.40 | 320.00 | 448.00 |
| 7/5/18 | Review documents of A.Forsythe for responsiveness to AMG's requests | KIN | 1.30 | 275.00 | 357.50 |
| 7/6/18 | Communications with Karen Moore as to Whitney Likehart preparation call | TYU | 0.20 | 580.00 | 116.00 |
| 7/6/18 | Assist K.Ingram in reviewing documents to determine whether they are responsive to Plaintiff's request for production | DNEV | 3.10 | 320.00 | 992.00 |
| 7/8/18 | Assist K.Ingram in reviewing documents to determine whether they are responsive to Plaintiff's request for production | DNEV | 4.20 | 320.00 | 1,344.00 |
| 7/8/18 | Discuss document review categorization with D.Evans | KIN | 0.10 | 275.00 | 27.50 |
| 7/9/18 | Communications as to Whitney Likehart interview, emails from Karen Moore | TYU | 0.20 | 580.00 | 116.00 |
| 7/9/18 | Review A.Forsythe documents for responsiveness, including those previously marked as needing additional review; email DSI about completion of same and to finalize search terms; email K.Neal and C.Weachter concerning collection of documents from other custodians | KIN | 1.30 | 275.00 | 357.50 |
| 7/10/18 | Coordinate call between Karen Moore and Whitney Likehart, asking K.Moore for necessary prep information; discuss conversation and discovery with K.Neal; send search terms to opposing counsel | KIN | 1.00 | 275.00 | 275.00 |
| 7/11/18 | Communicate with W.Likehart and K.Moore in preparation for call; attend K.Moore's call with | KIN | 2.30 | 275.00 | 632.50 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 3 |
| **Re: AMG IP Matter** | August 1, 2018 |
| **Matter ID 124758** | Invoice No. 1272811 |
| Matter No. 205601-301010 | For legal services posted through July 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | W.Likehart | | | | |
| 7/12/18 | Update from Kimberly Ingram as to Whitney Likehart interview and discovery responses | TYU | 0.10 | 580.00 | 58.00 |
| 7/12/18 | Draft answers to AMG's interrogatories | KIN | 4.50 | 275.00 | 1,237.50 |
| 7/13/18 | Draft answers to AMG's interrogatories | KIN | 4.20 | 275.00 | 1,155.00 |
| 7/15/18 | Revisions to and comments as to draft interrogatory objections and answers and responses to plaintiff's request for production of documents and instructions to Kimberly Ingram as to same | TYU | 1.50 | 580.00 | 870.00 |
| 7/15/18 | Draft responses to AMG document requests | KIN | 3.70 | 275.00 | 1,017.50 |
| 7/16/18 | Confer with Kimberly Ingram regarding discovery responses due today, extension of time as to same, and comments needed from Kyle Neal | TYU | 0.20 | 580.00 | 116.00 |
| 7/16/18 | Request extension of discovery deadline from opposing counsel; proofread and revise responses and objections to requests for production and interrogatories based on feedback from T.Urness; send responses to client | KIN | 1.20 | 275.00 | 330.00 |
| 7/17/18 | Respond to K.Moore's inquiry re: motion for summary judgment; discuss collection of documents with DSI | KIN | 0.20 | 275.00 | 55.00 |
| 7/18/18 | Discuss responses and objections to requests for production and interrogatories with K.Neal | KIN | 0.20 | 275.00 | 55.00 |
| 7/19/18 | Call with client as to discovery responses, revisions thereto; review of and revisions to and edits to interrogatory answers from Kimberly Ingram and instructions as to same | TYU | 0.40 | 580.00 | 232.00 |
| 7/19/18 | Revise responses and objections to requests for production and interrogatories based on feedback from K.Neal; participate in calls with K.Neal, T.Urness, and A.Forsythe re: same; email opposing counsel concerning search terms for collection of DSI | KIN | 5.10 | 275.00 | 1,402.50 |
| 7/20/18 | Revise responses and objections to requests for production and interrogatories | KIN | 3.80 | 275.00 | 1,045.00 |
| 7/23/18 | Review of discovery responses and communications as to finalization of same | TYU | 0.20 | 580.00 | 116.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 4 |
| **Re: AMG IP Matter** | August 1, 2018 |
| **Matter ID 124758** | Invoice No. 1272811 |
| Matter No. 205601-301010 | For legal services posted through July 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 7/23/18 | Review discovery responses and finalize for service | DNEV | 1.20 | 320.00 | 384.00 |
| 7/23/18 | Finalize NNA's discovery responses, direct service, and send copies to client | KIN | 0.40 | 275.00 | 110.00 |
| 7/24/18 | Communicate with C.Weachter about preferred parameters for collection of documents for production | KIN | 0.10 | 275.00 | 27.50 |
| 7/25/18 | Discuss upcoming document review for additional custodians with D.Evans; review K.Moore's email regarding attendance at 709 Counterfeit Parts expert deposition and forward same to T.Urness | KIN | 0.30 | 275.00 | 82.50 |
| 7/26/18 | Confer with K.Ingram as to expert deposition | TYU | 0.10 | 580.00 | 58.00 |
| 7/26/18 | Respond to K.Moore concerning attendance at 709 Counterfeit Parts expert deposition after discussing with T.Urness | KIN | 0.20 | 275.00 | 55.00 |
| 7/27/18 | Respond to K.Moore email concerning expert deposition in 709 counterfeit parts case | KIN | 0.10 | 275.00 | 27.50 |
| 7/30/18 | Review paperless order entered by the Court in the 709 Counterfeit parts case to determine if there is any impact on Nissan | DNEV | 0.10 | 320.00 | 32.00 |
| 7/30/18 | Review filing in 709 Counterfeit Parts case | KIN | 0.10 | 275.00 | 27.50 |
| 7/31/18 | Confer as to case status, next steps | TYU | 0.10 | 580.00 | 58.00 |
| 7/31/18 | Conduct second review of all documents form A.Forsyth previously marked responsive in light of final decisions as to responses and objections to RPDs; summarize current case status for Bradley team | KIN | 1.90 | 275.00 | 522.50 |

| | |
|---|---|
| **Total Professional Services** | **$16,383.00** |

| **Expenses** | | |
|---|---|---|

| Date | Description | Amount |
|------|-------------|--------|
| | EXPRESS MAIL/FEDEX | 16.30 |
| 7/5/18 | TRAVEL EXPENSE - KIMBERLY INGRAM TRAVEL TO/FROM MIAMI, FL TO ATTEND DEPOSITION OF ANTHONY BECHAN- HOTEL (KIMPTON EPIC | 278.83 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                                   Page 5
**Re: AMG IP Matter**                                                                August 1, 2018
    **Matter ID 124758**                                                          Invoice No. 1272811
Matter No. 205601-301010                          For legal services posted through July 31, 2018

| Date | Description | Amount |
|------|-------------|-------:|
|  | HOTEL) 6/12-13/18 Bank ID: R_CK Check Number: 183358 |  |
| 7/5/18 | MEAL EXPENSE - KIMBERLY INGRAM TRAVEL TO/FROM MIAMI, FL TO ATTEND DEPOSITION OF ANTHONY BECHAN- DINNER AT HOTEL (KIMPTON EPIC HOTEL) 6/12/18 Bank ID: R_CK Check Number: 183358 | 52.86 |
| 7/12/18 | VERITEXT CORPORATE SERVICES, INC. - TRANSCRIPT CHARGES-14 - THOR URNESS - DEPOSITION OF WILLIAM FORSYTHE TAKEN ON 06/28/18 - INVOICE: FLA3408277 DATE: 07/12/18 Bank ID: CRBHM Check Number: 1002467 | 1,153.80 |

**Total Expenses**                                                                      **$1,501.79**

# FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-232-35073 | Jul 03, 2018 | 0370-0637-8 | 22 of 31 |

**Ship Date: Jun 25, 2018**  **Cust. Ref.: 203512-301001**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $316295.44
Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
Distance Based Pricing, Zone 3

| Automation | INET | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 772555022390 | Sharon Cooper | R. Spencer Clift, III | |
| Service Type | FedEx Priority Overnight | Bradley | Baker Donelson, et al. | |
| Package Type | FedEx Pak | 1600 Division Street | 2000 First Tennessee Bldg. | |
| Zone | 03 | NASHVILLE TN 37203 US | MEMPHIS TN 38103 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 40.99 |
| Delivered | Jun 26, 2018 08:44 | Earned Discount | | -14.76 |
| Svc Area | A1 | Automation Bonus Discount | | -6.15 |
| Signed by | B.WETHERALD | Fuel Surcharge | | 1.41 |
| FedEx Use | 000003000/1508/ | Total Charge | USD | $21.49 |

**203512-301001 Reference Subtotal**  **USD**  **$21.49**

**Ship Date: Jun 28, 2018**  **Cust. Ref.: 205601-301010**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $316295.44
Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
Weather delay - Thunderstorm.
Distance Based Pricing, Zone 5

| Automation | INET | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 772569903201 | Maura Nelson | Adam M. Cornette | |
| Service Type | FedEx Priority Overnight | Bradley | US Department of Homeland Secu | |
| Package Type | FedEx Envelope | 1600 Division Street, Suite 70 | 909 SE 1st Avenue, | |
| Zone | 05 | NASHVILLE TN 37203 US | MIAMI FL 33131 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 37.14 |
| Delivered | Jun 29, 2018 16:39 | Earned Discount | | -16.34 |
| Svc Area | A1 | Automation Bonus Discount | | -5.57 |
| Signed by | M.PULIDO | Fuel Surcharge | | 1.07 |
| FedEx Use | 000000000/219/ | Total Charge | USD | $16.30 |

**205601-301010 Reference Subtotal**  **USD**  **$16.30**

**Ship Date: Jun 25, 2018**  **Cust. Ref.: 206214-301008-00976**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $316295.44
Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
Distance Based Pricing, Zone 4

| Automation | INET | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 772561892803 | Sharon McDowell | Taneshia Cleckley | |
| Service Type | FedEx Standard Overnight | Bradley Arant Boult Cummings | SunTrust Bank | |
| Package Type | FedEx Box | 1600 Division Street, Suite 70 | 11011 West Broad St., 4th Floo | |
| Zone | 04 | NASHVILLE TN 37203 US | GLEN ALLEN VA 23060 US | |
| Packages | 1 | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | | 60.87 |
| Delivered | Jun 26, 2018 09:12 | Earned Discount | | -21.91 |
| Svc Area | A2 | Automation Bonus Discount | | -9.13 |
| Signed by | T.JAMES | Fuel Surcharge | | 2.09 |
| FedEx Use | 000009000/1327/ | Total Charge | USD | $31.92 |

**Ship Date: Jun 26, 2018**  **Cust. Ref.: 206214-301008-00976**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $316295.44
Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
Distance Based Pricing, Zone 4

| Automation | INET | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 772569525492 | Sharon McDowell | Taneshia Cleckley | |
| Service Type | FedEx Priority Overnight | Bradley Arant Boult Cummings | SunTrust Bank | |
| Package Type | FedEx Box | 1600 Division Street, Suite 70 | 11011 West Broad St., 4th Floo | |
| Zone | 04 | NASHVILLE TN 37203 US | GLEN ALLEN VA 23060 US | |
| Packages | 1 | | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | Transportation Charge | | 73.32 |

Continued on next page

## REIMBURSEMENT REQUEST
### Client Expense

Payable to:      Kimberly M. Ingram

Charge to
Client Name:      Nissan      Matter Name:      AMG

     Matter Name:

Client Number:      205601      Matter Number:      301010

     Matter Number:

Purpose:      Reimburse Kimberly Ingram for Hotel while in Miami at Deposition of Anthony Bachan

Location:      Nashville, TN

| Date | Description/Purpose of Expense[1] | Transportation[2] | Room | Meals Entertainment | Other Expense |
|---|---|---|---|---|---|
| 6.13.2018 | Stay at the Kimpton Epic Hotel in Miami while at Deosition of Anthony Bachan | | ~~$278.83~~ $278.93 | | |
| 6.12.2018 | Dinner in the Room (Room Service) | | | $52.86 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | (A) Sub-total meals and entertainment: | . . . . . . | . . . . . . | $ 52.86 | . . . . . . |
| | (B) Sub-total and other expenses: | $ - | $ 278.83 | . . . . . . | $ - |
| | | TOTAL EXPENSES [(A) + (B)] | | $ | 331.69 |

Requested by:

*Kimberly Ingram*

Kimberly M. Ingram

Approved by:

Thor Urness (Billing Attorney)

Kimberly M. Ingram

Thor Urness

Date: July 2, 2018

RECEIVED JUL 0 5 2018

| CATEGORY: | APPROVAL REQUIRED BY: |
|---|---|
| Billed to Client.................................... | Practice Group Leader or Billing Attorney |

[1]Show miles traveled if personal car, attach airline receipt, rental car receipt. Original receipts required for all expenses.
2017 Mileage Rate = 53.5 cents/mile (number of miles x .535)



KIMPTON
EPIC
MIAMI

**Kimberly Ingram**
**138 Dalton Circle**
**Nashville 37209**
**United States**

**INFORMATION INVOICE**

| | |
|---|---|
| **Room No.** | : 2301 |
| **Arrival** | : 06-12-18 |
| **Departure** | : 06-13-18 |
| **Folio No.** | : |
| **Cashier No.** | : 296 |
| **Conf. No.** | : 198448 |

**Page No.**   : 1 of 1

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-12-18 | Deposit Transfer at Check-In | | 278.83 ✓ |
| 06-12-18 | Room Service | 52.86 — ✓ | |
| | Room# 2301 : CHECK# 6052 | | |
| 06-12-18 | *Accommodation | 246.75 | |
| 06-12-18 | State Occupancy Tax | 17.27 | |
| 06-12-18 | Local Occupancy Tax | 14.81 | |
| 06-13-18 | Mini-Bar - Merchandise | 5.00 — | |
| 06-13-18 | Mini-Bar - Merchandise- Tax | 0.35 — | |
| 06-13-18 | Visa | | 58.21 |
| | XXXXXXXXXXXX5967 XX/XX | | |

| | | |
|---|---|---|
| **Total Charges** | 337.04 | |
| **Total Credits** | | 337.04 |
| **Balance** | | 0.00 |

Thank you for staying with us at The Kimpton Epic Hotel!

**Veritext Corp**
**Florida Region**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



**Bill To:** Thor Y. Umess Esq.
Bradley Arant Boult Cummings LLP
1600 Division St
Ste 700
Nashville, TN, 37203

| | |
|---|---|
| **Invoice #:** | FLA3408277 |
| **Invoice Date:** | 7/12/2018 |
| **Balance Due:** | $1,153.80 |

| | |
|---|---|
| **Case:** | United States Of America v. 709 Counterfeit Nissan Auto Parts |
| **Job #:** | 2954037 | Job Date: 6/28/2018 | Delivery: Normal |
| **Billing Atty:** | Thor Y. Umess Esq. |
| **Location:** | Bradley Arant Boult Cummings |
| | 1600 Division Street | Suite 700 Nashville, TN 37203 |
| **Sched Atty:** | Robert J Becerra Esq | Becerra Law, P.A – FL |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $853.30 |
| William Forsythe | Exhibit Management | $265.50 |
| | Delivery and Handling | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,153.80 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,153.80 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

RECEIVED
JUL 2 0 2018
BY: .......................

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | FLA3408277 |
| **Job #:** | 2954037 |
| **Invoice Date:** | 7/12/2018 |
| **Balance:** | $1,153.80 |

014



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
One Nissan Way
Franklin, TN  37067

September 13, 2018
Invoice No. 1279419

Matter No. 205601-301010
Re: AMG IP Matter
    Matter ID 124758

For professional services posted through August 31, 2018

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $30,963.50 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$30,963.50** |

| Outstanding Invoice Summary | |
|---|---|

Outstanding Invoices as of September 13, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 7/1/18 | 1266318 | $28,965.64 | $0.00 | $28,965.64 |
| 8/1/18 | 1272811 | $17,884.79 | $(17,868.49) | $16.30 |
| 9/13/18 | 1279419 | $30,963.50 | $0.00 | $30,963.50 |
| **Outstanding Invoices as of September 13, 2018** | | | | **$59,945.44** |

Thank you for your business.


**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.
**Re: AMG IP Matter**
   **Matter ID 124758**
Matter No. 205601-301010

Page 2
September 13, 2018
Invoice No. 1279419
For legal services posted through August 31, 2018

| | **Professional Services** | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/2/18 | Prepare for document review by discussing uploading documents with M.Harrod | DNEV | 0.20 | 320.00 | 64.00 |
| 8/2/18 | Respond to email from K.Neal re: M.Cecchi's documents and discuss same with D.Evans | KIN | 0.10 | 275.00 | 27.50 |
| 8/7/18 | Communications with Diana Evans regarding document production issues | TYU | 0.20 | 580.00 | 116.00 |
| 8/7/18 | Review file and plan and prepare for document review | DNEV | 1.00 | 320.00 | 320.00 |
| 8/8/18 | Instructions as to document review parameters and questions, to Diana Evans | TYU | 0.20 | 580.00 | 116.00 |
| 8/8/18 | Review/analyze protocol & pleadings for document/privilege review | EBPE | 1.50 | 275.00 | 412.50 |
| 8/8/18 | Review file and plan and prepare for document review | DNEV | 1.40 | 320.00 | 448.00 |
| 8/8/18 | Discuss document review progress and protocol with D.Evans | KIN | 0.20 | 275.00 | 55.00 |
| 8/9/18 | Review documents for production to determine responsiveness, privilege, and confidentiality | DNEV | 1.10 | 320.00 | 352.00 |
| 8/10/18 | Review documents for production to determine responsiveness, privilege, and confidentiality | DNEV | 1.30 | 320.00 | 416.00 |
| 8/11/18 | Review documents for production to determine responsiveness, privilege, and confidentiality | DNEV | 3.40 | 320.00 | 1,088.00 |
| 8/12/18 | Review motion to dismiss and analyze potential weaknesses and questions to assist Z.Madonia in preparing for oral argument on motion to dismiss | DNEV | 1.60 | 320.00 | 512.00 |
| 8/13/18 | Review documents for responsiveness, privilege and confidentiality to assist with document production | DNEV | 2.60 | 320.00 | 832.00 |
| 8/14/18 | Conduct document review (responsiveness, privilege, confidentiality) | EBPE | 8.00 | 275.00 | 2,200.00 |
| 8/14/18 | Email K.Moore, T.Urness, and D.Evans concerning Bradley's attendance at deposition of AMG's expert witness in 709 Counterfeit Parts matter | KIN | 0.10 | 275.00 | 27.50 |
| 8/15/18 | Conduct document review (responsiveness, | EBPE | 5.40 | 275.00 | 1,485.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 3 |
| **Re: AMG IP Matter** | September 13, 2018 |
| **Matter ID 124758** | Invoice No. 1279419 |
| Matter No. 205601-301010 | For legal services posted through August 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | privilege, confidentiality) | | | | |
| 8/15/18 | Email K.Moore, T.Urness, and D.Evans concerning Bradley's attendance at deposition of AMG's expert witness in 709 Counterfeit Parts matter | KIN | 0.10 | 275.00 | 27.50 |
| 8/16/18 | Review status of document review and provide update to T.Urness | DNEV | 0.20 | 320.00 | 64.00 |
| 8/16/18 | Draft explanation of arguments in motion for summary judgment and plan for actions for next 90 days | KIN | 0.60 | 275.00 | 165.00 |
| 8/17/18 | Telephone conference with Kyle Neal regarding discovery status, motion for summary judgment, next steps | TYU | 0.30 | 580.00 | 174.00 |
| 8/17/18 | Communications with Kimberly Ingram and Diana Evans as to status, upcoming depositions, including emails with Karen Moore as to expert discovery issues | TYU | 0.40 | 580.00 | 232.00 |
| 8/17/18 | Review documents for responsiveness, privilege and confidentiality to assist with document production | DNEV | 2.20 | 320.00 | 704.00 |
| 8/17/18 | Discuss discovery status with T.Urness and D.Evans | KIN | 0.20 | 275.00 | 55.00 |
| 8/18/18 | Review documents for responsiveness, privilege and confidentiality to assist with document production | DNEV | 1.20 | 320.00 | 384.00 |
| 8/19/18 | Review file and email to Kyle Neal as to motion for summary judgment summary, next steps in next 90 days, and budget and reporting | TYU | 0.30 | 580.00 | 174.00 |
| 8/19/18 | Review documents for responsiveness, privilege and confidentiality to assist with document production | DNEV | 1.80 | 320.00 | 576.00 |
| 8/20/18 | Conduct document review (responsiveness/privilege/confidentiality) | EBPE | 0.30 | 275.00 | 82.50 |
| 8/20/18 | Review documents for responsiveness, privilege and confidentiality to assist with document production | DNEV | 1.50 | 320.00 | 480.00 |
| 8/20/18 | Respond to questions from K.Moore; discuss same and scheduling of call with K.Neal and A.Forsythe | KIN | 0.60 | 275.00 | 165.00 |


**Bradley**
Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 4 |
| **Re: AMG IP Matter** | September 13, 2018 |
|     **Matter ID 124758** | Invoice No. 1279419 |
| Matter No. 205601-301010 | For legal services posted through August 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/21/18 | Review documents for responsiveness, privilege and confidentiality to assist with document production | DNEV | 1.70 | 320.00 | 544.00 |
| 8/22/18 | Review documents for responsiveness, privilege and confidentiality to assist with document production | DNEV | 2.40 | 320.00 | 768.00 |
| 8/23/18 | Review of AMG expert report and email to client as to same | TYU | 0.30 | 580.00 | 174.00 |
| 8/23/18 | Conduct document review (responsiveness/privilege/confidentiality) | EBPE | 2.50 | 275.00 | 687.50 |
| 8/23/18 | Review documents for responsiveness, privilege and confidentiality to assist with document production | DNEV | 6.40 | 320.00 | 2,048.00 |
| 8/23/18 | Draft good faith letter to counsel for Plaintiff regarding deficiencies in written discovery responses | DNEV | 0.50 | 320.00 | 160.00 |
| 8/24/18 | Conduct document review (responsiveness/privilege/confidentiality) | EBPE | 3.60 | 275.00 | 990.00 |
| 8/24/18 | Review documents for responsiveness, privilege and confidentiality to assist with document production | DNEV | 3.40 | 320.00 | 1,088.00 |
| 8/24/18 | Draft good faith letter to counsel for Plaintiff regarding deficiencies in written discovery responses | DNEV | 3.30 | 320.00 | 1,056.00 |
| 8/25/18 | Conduct Nissan document review (responsiveness/privilege/confidentiality) | EBPE | 0.80 | 275.00 | 220.00 |
| 8/25/18 | Review documents sent by E.Peace to assist in determining whether documents are responsive | DNEV | 0.40 | 320.00 | 128.00 |
| 8/26/18 | Conduct document review (responsiveness/privilege/confidentiality) | EBPE | 3.00 | 275.00 | 825.00 |
| 8/26/18 | Review documents for responsiveness, privilege and confidentiality to assist with document production | DNEV | 4.90 | 320.00 | 1,568.00 |
| 8/26/18 | Follow-up on call with Karen Moore concerning 709 Counterfeit Parts expert | KIN | 0.10 | 275.00 | 27.50 |
| 8/27/18 | Email to Kyle Neal in response to inquiries as to motion for summary judgment, strategy and timing, | TYU | 0.30 | 580.00 | 174.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                    Page 5
**Re: AMG IP Matter**                                              September 13, 2018
    **Matter ID 124758**                                  Invoice No. 1279419
Matter No. 205601-301010               For legal services posted through August 31, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | and budget | | | | |
| 8/27/18 | Review of documents from Diane Evans as to responsiveness an email as to same | TYU | 0.30 | 580.00 | 174.00 |
| 8/27/18 | Correspond with D.Evans re coding/document review | EBPE | 0.20 | 275.00 | 55.00 |
| 8/27/18 | Review documents that have been coded to ensure consistency and perform quality control tasks and measures | DNEV | 3.00 | 320.00 | 960.00 |
| 8/27/18 | Coordinate call between NNA and Karen Moore concerning 709 Counterfeit Parts expert; discuss document review with D.Evans and determine responsiveness of certain categories of documents | KIN | 0.80 | 275.00 | 220.00 |
| 8/27/18 | Respond to K.Neal and T.Urness concerning plan for next few months of case and review scheduling order concerning trial date | KIN | 0.30 | 275.00 | 82.50 |
| 8/28/18 | Redact documents for privilege/production | EBPE | 3.30 | 275.00 | 907.50 |
| 8/28/18 | Review documents that have been coded to ensure consistency and perform quality control tasks and measures | DNEV | 2.70 | 320.00 | 864.00 |
| 8/28/18 | Coordinate call with K.Moore, A.Cornette, A.Forsythe, and W.Likehart; review select documents for responsiveness and discuss same parameters with D.Evans | KIN | 1.00 | 275.00 | 275.00 |
| 8/29/18 | Review documents that have been coded to ensure consistency and perform quality control tasks and measures | DNEV | 1.40 | 320.00 | 448.00 |
| 8/29/18 | Draft good faith letter to counsel for Plaintiff regarding deficiencies in written discovery responses | DNEV | 1.50 | 320.00 | 480.00 |
| 8/29/18 | Participate in call with K.Moore, A.Cornette, A.Forsythe, and W.Likehart regarding 709 Counterfeit Parts expert; review status emails between D.Evans and DSI concerning production of documents | KIN | 1.00 | 275.00 | 275.00 |
| 8/30/18 | Edits to discovery deficiencies letter and emails regarding same and document production issues, including call with Diana Evans | TYU | 0.50 | 580.00 | 290.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 6 |
| **Re: AMG IP Matter** | September 13, 2018 |
| **Matter ID 124758** | Invoice No. 1279419 |
| Matter No. 205601-301010 | For legal services posted through August 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 8/30/18 | Revisions to good faith letter to counsel for Plaintiff regarding deficiencies in written discovery responses | DNEV | 0.50 | 320.00 | 160.00 |
| 8/30/18 | Multiple communications with e-discovery vendor regarding document production and review of documents to determine how to proceed with production | DNEV | 0.60 | 320.00 | 192.00 |
| 8/30/18 | Draft proposed stipulated confidentiality and protective order and motion for entry of same | DNEV | 1.10 | 320.00 | 352.00 |
| 8/30/18 | Communicate with K.Neal regarding document production | DNEV | 0.50 | 320.00 | 160.00 |
| 8/30/18 | Review and finalize plan for document production and revisions to document coding to conform with production plan | DNEV | 1.30 | 320.00 | 416.00 |
| 8/30/18 | Travel to Miami for deposition of AMG's expert witness in 709 Counterfeit Parts case (No charge) | DNEV | 0.00 | 0.00 | 0.00 |
| 8/30/18 | Discuss tomorrow's expected production with D.Evans; provide thoughts about tomorrow's deposition of 709 Counterfeit Parts expert to D.Evans, based upon yesterday's call | KIN | 0.40 | 275.00 | 110.00 |
| 8/31/18 | Email regarding deposition of AMG expert | TYU | 0.10 | 580.00 | 58.00 |
| 8/31/18 | Attend deposition of AMG's expert J.DeTuya in Miami, Florida with respect to the 709 Counterfeit Parts Case | DNEV | 5.00 | 320.00 | 1,600.00 |
| 8/31/18 | Travel from Miami to Tampa following deposition of J.DeTuya for the 709 Counterfeit Parts case (No charge) | DNEV | 0.00 | 0.00 | 0.00 |
| 8/31/18 | Review, revise, and finalize letter to Plaintiff's counsel regarding deficiencies in written discovery responses and motion for entry of stipulated confidentiality and protective order | DNEV | 1.10 | 320.00 | 352.00 |
| 8/31/18 | Work with DSI to finalize first batch of documents for production to Plaintiff | DNEV | 1.00 | 320.00 | 320.00 |

**Total Professional Services**      **$30,963.50**



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                      October 12, 2018
One Nissan Way                                              Invoice No. 1287421
Franklin, TN  37067


Matter No. 205601-301010
Re: AMG IP Matter
     Matter ID 124758

For professional services posted through September 30, 2018

| Current Invoice Summary |
|---|

| | |
|---|---:|
| Current Professional Services | $29,213.00 |
| Current Expenses | $656.50 |
| **Current Invoice** | **$29,869.50** |


| Outstanding Invoice Summary |
|---|

Outstanding Invoices as of October 12, 2018

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---:|---:|---:|---:|---:|
| 7/1/18 | 1266318 | $28,965.64 | $0.00 | $28,965.64 |
| 8/1/18 | 1272811 | $17,884.79 | $(17,868.49) | $16.30 |
| 9/13/18 | 1279419 | $30,963.50 | $0.00 | $30,963.50 |
| 10/12/18 | 1287421 | $29,869.50 | $0.00 | $29,869.50 |
| **Outstanding Invoices as of October 12, 2018** | | | | **$89,814.94** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.
**Re: AMG IP Matter**
    **Matter ID 124758**
Matter No. 205601-301010

Page 2
October 12, 2018
Invoice No. 1287421
For legal services posted through September 30, 2018

| | Professional Services | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/4/18 | Confer with Kimberly Ingram regarding summary judgment motion status, discovery responses, next steps | TYU | 0.20 | 580.00 | 116.00 |
| 9/4/18 | Download and QC document production from DSi; repackage individual tiffs as multipage PDFs. | MSMO | 1.60 | 250.00 | 400.00 |
| 9/4/18 | Multiple communications with Catalyst support regarding first production of documents | DNEV | 0.20 | 320.00 | 64.00 |
| 9/4/18 | Assist M.Mondary with production of documents to counsel for Plaintiff | DNEV | 0.30 | 320.00 | 96.00 |
| 9/4/18 | Coordinate production with DSi and ediscovery team; send correspondence with opposing counsel concerning discovery and motion for protective order to C.Weachter; review and respond to email from K.Moore concerning exclusion of AMG's expert | KIN | 1.10 | 275.00 | 302.50 |
| 9/5/18 | Revise draft of motion for summary judgment and draft of statement of undisputed facts to reflect motion for summary judgment strategy | KIN | 5.10 | 275.00 | 1,402.50 |
| 9/6/18 | Revise statement of undisputed facts and add references to plaintiff's discovery responses | KIN | 2.10 | 275.00 | 577.50 |
| 9/10/18 | Revise and strengthen motion for summary judgment with incorporated memorandum of law | KIN | 2.00 | 275.00 | 550.00 |
| 9/11/18 | Revise and strengthen memorandum in support of motion for summary judgment | KIN | 0.80 | 275.00 | 220.00 |
| 9/14/18 | Confer as to discovery dispute letter to plaintiff's counsel | TYU | 0.10 | 580.00 | 58.00 |
| 9/14/18 | Communicate with counsel for Plaintiff regarding good faith letter and motion for entry of stipulated confidentiality and protective order | DNEV | 0.10 | 320.00 | 32.00 |
| 9/14/18 | Discuss need for follow-up correspondence with opposing counsel concerning good faith letter with T.Urness and D.Evans and review email to opposing counsel; revise memorandum in support of motion for summary judgment | KIN | 0.30 | 275.00 | 82.50 |
| 9/16/18 | Revise and strengthen memorandum in support of motion for summary judgment | KIN | 1.30 | 275.00 | 357.50 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 3 |
| **Re: AMG IP Matter** | October 12, 2018 |
| **Matter ID 124758** | Invoice No. 1287421 |
| Matter No. 205601-301010 | For legal services posted through September 30, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 9/18/18 | Confer with Diana Evans and Kimberly Ingram regarding discovery status, plaintiff's position, document production to happen today from plaintiff, etc.; further communications regarding discovery, including expert disclosure date, and email from plaintiff's counsel as to same | TYU | 1.60 | 580.00 | 928.00 |
| 9/18/18 | Review plaintiff's counsel emails and and discovery responses, in preparation for meet and confer | TYU | 0.30 | 580.00 | 174.00 |
| 9/18/18 | Assist opposing counsel with upload of document production; Download opposing document production and provide to vendor to load into Catalyst; create backup copy. | MSMO | 0.70 | 250.00 | 175.00 |
| 9/18/18 | Multiple communications with counsel for Plaintiff regarding ongoing discovery issues | DNEV | 0.40 | 320.00 | 128.00 |
| 9/18/18 | Analysis of ongoing discovery issues to assist in upcoming conference on good faith letter | DNEV | 0.50 | 320.00 | 160.00 |
| 9/18/18 | Review emails from opposing counsel and D.Evans concerning discovery disputes; discuss same with D.Evans and review local rules as to timing and requirements for discovery motions; review emails from opposing counsel concerning expert disclosures and scheduling meet and confer; discuss same with T.Urness | KIN | 0.60 | 275.00 | 165.00 |
| 9/19/18 | Review of communications as to discovery, protective order, review of documents produced by AMG, in preparation for meeting for a call with opposing counsel tomorrow, and phone call with Kyle Neal as to experts issue, emails as to expert issues, review motion to disqualify experts | TYU | 1.80 | 580.00 | 1,044.00 |
| 9/19/18 | Finalize joint motion for entry of protective order for filing | DNEV | 0.80 | 320.00 | 256.00 |
| 9/19/18 | Review portion of motion provided by government in 709 Counterfeit parts case for purposes of reviewing accuracy of information about DeTuya | DNEV | 0.50 | 320.00 | 160.00 |
| 9/19/18 | Review K.Moore's motion to disqualify AMG's expert witness and discuss same with T.Urness; review emails from T.Urness and D.Evans concerning expert discovery; review documents produced by AMG | KIN | 0.90 | 275.00 | 247.50 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 4 |
| **Re: AMG IP Matter** | October 12, 2018 |
| **Matter ID 124758** | Invoice No. 1287421 |
| Matter No. 205601-301010 | For legal services posted through September 30, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 9/19/18 | Revise and strengthen law in motion for summary judgment; revise statement of facts and review discovery documents to capture important facts | KIN | 5.00 | 275.00 | 1,375.00 |
| 9/20/18 | Call with Andy Forsythe as to expert issues, adhesives, etc.; emails as to summary judgment papers, expert disqualification motion edits, emails | TYU | 1.80 | 580.00 | 1,044.00 |
| 9/20/18 | Review of and revisions to statement of undisputed facts draft and memorandum in support of motion for summary judgment and instructions to Kimberly Ingram as to same | TYU | 2.80 | 580.00 | 1,624.00 |
| 9/20/18 | Meet and confer call with opposing counsel as to interrogatory answers and document request responses, expert deadlines, etc., call with Kyle Neal as to same; email to opposing counsel regarding expert deadline extensions and review of and comments as to same | TYU | 1.40 | 580.00 | 812.00 |
| 9/20/18 | Negotiate with counsel for Plaintiff regarding discovery objections and outstanding discovery issues | DNEV | 1.40 | 320.00 | 448.00 |
| 9/20/18 | Draft motion to compel adequate responses to first set of interrogatories and first request for production | DNEV | 1.30 | 320.00 | 416.00 |
| 9/20/18 | Participate in meet and confer with opposing counsel, T.Urness, and D.Evans; participate in call afterward with K.Neal and T.Urness; review emails to K.Moore concerning motion to disqualify expert witness and email K.Moore concerning keeping AEO-protected information under seal | KIN | 1.40 | 275.00 | 385.00 |
| 9/20/18 | Revise motion for summary judgment and statement of material facts and send to T.Urness for review | KIN | 3.10 | 275.00 | 852.50 |
| 9/21/18 | Review of complaint and further work on summary judgment argument, including conferring with Kimberly Ingram as t0 same, revisions to statement of facts and memorandum of law, call to Karol Palenik at CBP; further work on motion for summary judgment strategy including review of complaint and underlying correspondence, settlement agreement between AMG and government review of research from Jason Palmer as to spoliation in counterfeit | TYU | 4.50 | 580.00 | 2,610.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                                          Page 5
**Re: AMG IP Matter**                                                                    October 12, 2018
    **Matter ID 124758**                                                         Invoice No. 1287421
Matter No. 205601-301010                        For legal services posted through September 30, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | goods cases | | | | |
| 9/21/18 | Revise motion for summary judgment and incorporated memorandum of law; discuss K.Moore questions with A.Forsythe and gather information concerning same; review approval for filing under seal in 709 Counterfeit Parts case | KIN | 6.80 | 275.00 | 1,870.00 |
| 9/21/18 | Research as to sustaining cause of action based upon false allegations of counterfeit goods after counterfeit goods have been spoliated, including reading and summarizing Michael Kors | JCPA | 1.60 | 275.00 | 440.00 |
| 9/22/18 | Work on summary judgment papers, edits to same, and communications with K.Ingram as to same | TYU | 1.30 | 580.00 | 754.00 |
| 9/22/18 | Revise motion for summary judgment and incorporated memorandum of law; send A.Forsythe's responses regarding Karen Moore's questions about hours spent reviewing parts and specs of glue | KIN | 1.50 | 275.00 | 412.50 |
| 9/23/18 | Draft motion to compel adequate responses to first set of interrogatories and first request for production | DNEV | 2.40 | 320.00 | 768.00 |
| 9/24/18 | Draft motion to compel adequate responses to first set of interrogatories and first request for production | DNEV | 2.00 | 320.00 | 640.00 |
| 9/24/18 | Discuss research on preservation of evidence with J.Palmer; incorporate edits from T.Urness into motion for summary judgment and statement of facts; proofread both and send same to K.Neal for review | KIN | 2.00 | 275.00 | 550.00 |
| 9/24/18 | Review K.Moore's email concerning ink cartridges and motion to disqualify expert, discuss with A.Forysthe via phone, and respond to K.Moore | KIN | 0.30 | 275.00 | 82.50 |
| 9/24/18 | Searching for additional case law on spoilation of counterfeit goods issue, including Slep-Tone case | JCPA | 1.20 | 275.00 | 330.00 |
| 9/25/18 | Review of emails as to motion for summary judgment, Kyle Neal comments as to same, and email with Karen Moore as to label photograph needed, replied with photograph of same by email, and instructions as to document production | TYU | 0.40 | 580.00 | 232.00 |
| 9/25/18 | Draft motion to compel adequate responses to first set of interrogatories and first request for production | DNEV | 2.40 | 320.00 | 768.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 6 |
| **Re: AMG IP Matter** | October 12, 2018 |
| **Matter ID 124758** | Invoice No. 1287421 |
| Matter No. 205601-301010 | For legal services posted through September 30, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/25/18 | Finalize confidential and highly confidential documents for production and plan and prepare for final production | DNEV | 0.40 | 320.00 | 128.00 |
| 9/25/18 | Analyze coding on sample of documents to be produced in order to ensure protection of Nissan's confidential documents under protective order and communicate with T.Urness and D.Evans regarding same | KIN | 0.80 | 275.00 | 220.00 |
| 9/25/18 | Analyze for inclusion in motion for summary judgment case law sent by J.Palmer concerning summary judgment as a sanction for spoliation; review K.Neal's comments to draft motion for summary judgment | KIN | 0.30 | 275.00 | 82.50 |
| 9/25/18 | Revised motion for summary judgment brief as to spoilation cases | JCPA | 0.80 | 275.00 | 220.00 |
| 9/26/18 | Review of documents to be produced as to responsiveness and confer with Kimberly Ingram and Diana Evans as to same and call with Diana Evans | TYU | 0.70 | 580.00 | 406.00 |
| 9/26/18 | Finalize second batch of documents for production to Plaintiff | DNEV | 2.20 | 320.00 | 704.00 |
| 9/26/18 | Revise motion for summary judgment based on feedback from K.Neal; coordinate call with K.Neal and T.Urness | KIN | 1.20 | 275.00 | 330.00 |
| 9/26/18 | Discuss documents most needing additional responsiveness review with D.Evans; discuss each document with T.Urness to determine whether to produce | KIN | 0.50 | 275.00 | 137.50 |
| 9/27/18 | Finalize second batch of documents for production to Plaintiff | DNEV | 0.40 | 320.00 | 128.00 |
| 9/27/18 | Review K.Moore's motion to disqualify AMG's expert witness; provide A.Forsythe's comments to K.Moore | KIN | 0.70 | 275.00 | 192.50 |
| 9/28/18 | Confer with client and Kimberly Ingram as to motion for summary judgment response and arguments as to same, followed by additional research as to gray goods related arguments | TYU | 1.80 | 580.00 | 1,044.00 |
| 9/28/18 | Finalize second batch of documents for production | DNEV | 0.90 | 320.00 | 288.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 7 |
| **Re: AMG IP Matter** | October 12, 2018 |
| **Matter ID 124758** | Invoice No. 1287421 |
| Matter No. 205601-301010 | For legal services posted through September 30, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | to Plaintiff | | | | |
| 9/28/18 | Review of document production to assist T.Urness in review of parts photos | DNEV | 0.60 | 320.00 | 192.00 |
| 9/28/18 | Revise motion for summary judgment to include additional case law citations and incorporate K.Neal's feedback; discuss same with T.Urness | KIN | 1.10 | 275.00 | 302.50 |
| 9/28/18 | Participate in conference call with K.Neal and T.Urness concerning motion for summary judgment and discovery and mediation strategy | KIN | 1.00 | 275.00 | 275.00 |
| 9/28/18 | Review email from K.Moore and send filed 709 Counterfeit Parts motion to disqualify expert to K.Neal, A.Forsythe, and C.Weachter; review emails from opposing counsel concerning extension of discovery deadlines, desired depositions, and mediation; research unfamiliar names of NNA individuals designated for deposition; assist in direction of production; review and edit draft motion to compel | KIN | 1.30 | 275.00 | 357.50 |
| 9/30/18 | Revisions to motion to compel adequate responses to first set of interrogatories and first request for production | DNEV | 0.30 | 320.00 | 96.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Professional Services** | | | | | **$29,213.00** |

| | Expenses | |
|---|---|---|

| Date | Description | Amount |
|------|-------------|--------|
| | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: INGRAM,KIMBERLY M | 0.00 |
| 8/30/18 | DIANA EVANS - PARKING, MIAMI, FLORIDA, AMG TRADE & DISTRIBUTION ATTENDANCE AT DEPOSITION OF AMG'S EXPERT, DETUYA, 08/30/2018 - 08/31/2018 Bank ID: CRBHM Check Number: 360530JP | 14.00 |
| 8/30/18 | DIANA EVANS - HOTEL - LODGING, MIAMI, FLORIDA, AMG TRADE & DISTRIBUTION ATTENDANCE AT DEPOSITION OF AMG'S EXPERT, DETUYA, 08/30/2018 - 08/31/2018 Bank ID: CRBHM Check Number: 360530JP | 134.47 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 8 |
| **Re: AMG IP Matter** | October 12, 2018 |
| **Matter ID 124758** | Invoice No. 1287421 |
| Matter No. 205601-301010 | For legal services posted through September 30, 2018 |

| Date | Description | Amount |
|---|---|---|
| 8/30/18 | DIANA EVANS - AIRFARE, MIAMI, FLORIDA , AMG TRADE & DISTRIBUTION ATTENDANCE AT DEPOSITION OF AMG'S EXPERT, DETUYA, 08/30/2018 - 08/31/2018 Bank ID: CRBHM Check Number: 360530JP | 459.40 |
| 8/30/18 | DIANA EVANS - TAXI/CAR SERVICE, 126 SE 2ND ST., MIAMI, FL, AMG TRADE & DISTRIBUTION ATTENDANCE AT DEPOSITION OF AMG'S EXPERT, DETUYA, 08/30/2018 Bank ID: CRBHM Check Number: 360530JP | 27.91 |
| 8/31/18 | DIANA EVANS - TAXI/CAR SERVICE, MIAMI, FL, AMG TRADE & DISTRIBUTION ATTENDANCE AT DEPOSITION OF AMG'S EXPERT, DETUYA, 08/31/2018 Bank ID: CRBHM Check Number: 360530JP | 20.72 |

**Total Expenses**                                                               **$656.50**

**COURTYARD®**
**Marriott.**

**Courtyard Miami Downtown**

200 Se 2nd Ave
Miami Fl 33131
T 305.374.3000

Diana Evans

871 Ibis Walk Place N. Apt. 3303

St. Petersburg FL 33716

Rega

Room: 1428

Room Type: DLUX

Number of Guests: 1

Rate: $119.00          Clerk: MIC

Arrive: 30Aug18     Time: 09:30PM     Depart: 31Aug18     Time: 09:07AM     Folio Number: 86067

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 30Aug18 | Room Charge | 119.00 | |
| 30Aug18 | Room Tax | 7.14 | |
| 30Aug18 | State Tax | 8.33 | |
| 31Aug18 | Visa | | 134.47 |
| | Card #: VIXXXXXXXXXXXX3262/XXXX | | |
| | Amount: 134.47 Auth: 01031B Signature on File | | |
| | **Balance:** | 0.00 | |

As a Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

```
TAMPA INTL.
  AIRPORT
RECEIPT NO.      A17

ECONOMY LOT
AND GARAGE
(813) 870-8791
IN:  08.30.18 17:54
OUT: 08.31.18 19:14
TICKET-NO.
  170231371
PARK-DUR.: HRS:MIN
          1:01:20
CALCULATED   COSTS
      $ 14.00
DISCOUNT
      $ 0.00
PAID:
      $ 14.00
CC-DATA:
VISA
XXXXXXXXXXXX3262
      XXXXX 201
AUTH. CODE    04938B
RECEIPT NO.
AD171800082257"-12"
THANK YOU
FOR YOUR VISIT
```

**Evans, Diana**

| | |
|---|---|
| **From:** | American Airlines <no-reply@notify.email.aa.com> |
| **Sent:** | Wednesday, August 29, 2018 8:12 AM |
| **To:** | Evans, Diana |
| **Subject:** | Your trip confirmation-CVHGZN 30AUG |

**[External Email]**



Hello Diana Evans!                                          Issued: Aug 29, 2018

## Your trip confirmation and receipt

### Record locator: **CVHGZN**

Manage Your Trip

## Thursday, August 30, 2018

TPA

**7:27 PM**

Tampa

American Airlines 2624

MIA

**8:39 PM**

Miami

Seats: 15A
Class: Economy (V)
Meals:

Free entertainment with the American app »

## Friday, August 31, 2018

1

MIA                     TPA                     Seats: 22F
7:55 PM        8:59 PM    Class: Economy (L)
Miami                   Tampa                   Meals:

American Airlines 1921

---

Diana Evans             

Earn miles with this trip.

Join AAdvantage »

Ticket # 0012308184493

---

# Your trip receipt



Visa XXXXXXXXXXXXX3262

**Diana Evans**

FARE-USD                                    $ 400.93
TAXES AND CARRIER-IMPOSED FEES              $ 58.47
**TICKET TOTAL**                            **$ 459.40**

---

**Hotel offers**    **Car rental offers**    **Buy trip insurance**    **SuperShuttle**

---

Contact us  |  Privacy policy

2

**Evans, Diana**

| | |
|---|---|
| **From:** | Diana Evans <dianaevans23@gmail.com> |
| **Sent:** | Saturday, September 01, 2018 6:18 AM |
| **To:** | Evans, Diana |
| **Subject:** | Fwd: Thanks for tipping! We've updated your Thursday evening trip receipt |
| **Attachments:** | map_aebc8c9a-a53a-4d41-a83f-b1e23c97f906 |

**[External Email]**

---------- Forwarded message ---------
From: **Uber Receipts** <uber.us@uber.com>
Date: Fri, Aug 31, 2018, 2:37 PM
Subject: Thanks for tipping! We've updated your Thursday evening trip receipt
To: <dianaevans23@gmail.com>



# $27.91

Thanks for tipping, Diana

August 30, 2018 | UberX

1



08:54pm | 1961 Miad Cir, Miami, FL

09:27pm | 126 SE 2nd St, Miami, FL

You rode with Francys

| 13.08 miles | 00:32:24 Trip time | UberX | Car |
|---|---|---|---|

Add a tip

Did you know you can order food delivery through Uber? Try Uber Eats and get 20% off your first order with the code 20ubereats. Download the app today.

[ ]
## Your Fare

Trip fare                                                               $24.91



Subtotal                                                                $24.91

CHARGED

$24.91

dianaevans23@gmail.com

A temporary hold of $18.02 was placed on your payment method Personal •••• None at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly. Learn More

Tip                                                                     $3.00

CHARGED

$3.00

dianaevans23@gmail.com

**Evans, Diana**

| | |
|---|---|
| **From:** | Diana Evans <dianaevans23@gmail.com> |
| **Sent:** | Tuesday, September 04, 2018 10:46 AM |
| **To:** | Evans, Diana |
| **Subject:** | Fwd: Thanks for tipping! We've updated your Friday afternoon trip receipt |
| **Attachments:** | map_7fb3e2b1-4a9a-4dd1-80e9-cda4a3c0261f |

**[External Email]**

---------- Forwarded message ---------
From: **Uber Receipts** <uber.us@uber.com>
Date: Tue, Sep 4, 2018, 10:41 AM
Subject: Thanks for tipping! We've updated your Friday afternoon trip receipt
To: <dianaevans23@gmail.com>



# $20.72

Thanks for tipping, Diana

August 31, 2018 | UberX

1



**02:50pm** | 200 SE 2nd Ave, Miami, FL

**03:14pm** | Miami, FL

You rode with Mario

| 8.61 | 00:23:57 | | UberX | |
|------|----------|--|-------|--|
| miles | Trip time | | | Car |

Add a tip

Did you know you can order food delivery through Uber? Try Uber Eats and get 20% off your first order with the code 20ubereats. Download the app today.

[ ]
## Your Fare

Trip fare $17.72



Subtotal $17.72

CHARGED

$17.72

dianaevans23@gmail.com

Tip $3.00

CHARGED

$3.00

dianaevans23@gmail.com



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                    November 15, 2018
One Nissan Way                                          Invoice No. 1294591
Franklin, TN  37067


Matter No. 205601-301010
Re: AMG IP Matter
     Matter ID 124758


For professional services posted through October 31, 2018

| Current Invoice Summary | |
| --- | --- |
| Current Professional Services | $39,264.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$39,264.00** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.

**Re: AMG IP Matter**

**Matter ID 124758**

Matter No. 205601-301010

Page 2

November 15, 2018

Invoice No. 1294591

For legal services posted through October 31, 2018

| | Professional Services | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/1/18 | Research gray goods cases as to investigation response and CBP duties in connection therewith | TYU | 1.50 | 580.00 | 870.00 |
| 10/1/18 | Review of AMG's motion for summary judgment in government case; edits to draft motion for summary judgment memorandum; review AMG damages spreadsheet | TYU | 0.60 | 580.00 | 348.00 |
| 10/1/18 | Revisions to motion to compel adequate responses to first set of interrogatories and first request for production | DNEV | 0.90 | 320.00 | 288.00 |
| 10/1/18 | Contact opposing counsel concerning missing spreadsheet reflecting alleged damages; analyze spreadsheet; review email from K.Neal concerning requested damages and respond to same; set-up conference call for K.Neal, T.Urness, and K.Ingram; send K.Neal documents for discussion tomorrow | KIN | 0.80 | 275.00 | 220.00 |
| 10/2/18 | Call with Kimberly Ingram and Kyle Neal as to depositions, documents to be produced, mediation, etc. (.5); telephone call with Andy Lopez as to mediation, depositions, document productions, amendment to scheduling order, settlement position, etc.  (.3); telephone conference with Kyle Neal as to same (.1) | TYU | 0.90 | 580.00 | 522.00 |
| 10/2/18 | Review of and respond to inquiry as to mediation from Kyle Neal, and call to Vic Alexander at Kraft as to rebuttal damages expert, and review of docket as to damages disclosure deadline | TYU | 0.30 | 580.00 | 174.00 |
| 10/2/18 | Review document metadata to assist client with determining origin and purpose of certain documents | DNEV | 0.50 | 320.00 | 160.00 |
| 10/2/18 | Revisions to motion to compel adequate responses to first set of interrogatories and first request for production | DNEV | 2.50 | 320.00 | 800.00 |
| 10/2/18 | Review draft motion to compel and discuss with T.Urness; verify designation of documents for privilege; review emails concerning AMG's request for extension and revise proposed motion for extension; discuss Jacksonville photos with | KIN | 4.50 | 275.00 | 1,237.50 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 3 |
| **Re: AMG IP Matter** | November 15, 2018 |
| **Matter ID 124758** | Invoice No. 1294591 |
| Matter No. 205601-301010 | For legal services posted through October 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | A.Forsythe and K.Neal; participate in call with K.Neal and T.Urness | | | | |
| 10/2/18 | Researching whether communications between in-house counsel and government during course of government's investigation may be privileged, including as to Wsol v. Fiduciary Mgmt. Assocs., Inc., 1999 WL 1129100 | JCPA | 0.80 | 275.00 | 220.00 |
| 10/3/18 | Call with Andy Lopez and email to Andy Lopez regarding discovery matters | TYU | 0.20 | 580.00 | 116.00 |
| 10/3/18 | Edits to motion to compel | TYU | 0.20 | 580.00 | 116.00 |
| 10/3/18 | Communications regarding discovery, follow up, depositions, including email with opposing counsel, email with client, photographs of parts, responses to AMG's request for production of documents deposition preparation, and discovery responses, email from Catherine Paler-Amaya | TYU | 0.40 | 580.00 | 232.00 |
| 10/3/18 | Communicate with counsel for Plaintiff regarding motion to compel and plan and prepare for filing motion to compel | DNEV | 0.30 | 320.00 | 96.00 |
| 10/3/18 | Discuss research on potential extension of attorney-client privilege to cover certain documents in production with J.Palmer; send K.Neal documents discussed yesterday, along with metadata for same; contact DSi about pulling all emails that were produced that include Chuck La Forte, Steve Rust, or Rick Slavik and, based on limited results, conduct search for same; discuss damages calculation spreadsheet with K.Neal; discuss follow up on meet and confer with D.Evans and review her email concerning same | KIN | 1.40 | 275.00 | 385.00 |
| 10/4/18 | Call with Kyle Neal and edits to motion to compel, emails regarding shipment, deposition, and documents to be produced | TYU | 0.40 | 580.00 | 232.00 |
| 10/4/18 | Revisions to motion to compel | DNEV | 0.90 | 320.00 | 288.00 |
| 10/4/18 | Direct collection of emails concerning La Forte, Rust, and Slavik for review by K.Neal; participate in call with K.Neal and R.Cox-Bey concerning context of certain documents; discuss motion to compel with T.Urness and D.Evans | KIN | 0.60 | 275.00 | 165.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.

**Re: AMG IP Matter**

    **Matter ID 124758**

Matter No. 205601-301010

Page 4

November 15, 2018

Invoice No. 1294591

For legal services posted through October 31, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 10/5/18 | Call with Kyle Neal, review of and edits to motion to compel, email to Kyle Neal as to motion to compel | TYU | 0.40 | 580.00 | 232.00 |
| 10/5/18 | Review emails with La Forte, Rust, and Slavik in To/From/CC/BCC in preparation for depositions; finalize motion to compel for filing and direct filing of same; review information about Powerpoints from R.Cox-Bey | KIN | 2.50 | 275.00 | 687.50 |
| 10/8/18 | Confer with Kimberly Ingram regarding motion for summary judgment, timing thereof, discovery, including deposition preparation dates and deposition dates, document production, and email to opposing counsel, comments and revisions to summary judgment papers, and instructions as to inquiring tomorrow as to motion for extension pending before the court, email from Kyle Neal | TYU | 1.80 | 580.00 | 1,044.00 |
| ███ | ████████████████████ | ██ | ██ | ████ | ████ |
| 10/8/18 | Discuss deposition scheduling and preparation with K.Neal; propose desired deposition schedule to opposing counsel; follow up with DSi concerning photos from Jacksonville evaluation; discuss strategy on filing motion for summary judgment ██████████ | KIN | 1.40 | 275.00 | 385.00 |
| 10/9/18 | Final review of and revisions to summary judgment motion papers, statement of material facts, revisions to declaration, review of government website and other websites as to safety issues and counterfeit auto parts, counterfeiting in Oman, etc., and update call with Kyle Neal as to same, communications with Kimberly Ingram and Diana Evans as to filing of motion for summary judgment | TYU | 1.60 | 580.00 | 928.00 |
| 10/9/18 | Review of notebook for deposition preparation session tomorrow and confer with Kimberly Ingram as to same, and as to deposition dates, including email with opposing counsel as to same | TYU | 3.80 | 580.00 | 2,204.00 |
| 10/9/18 | Multiple communications with Court regarding Plaintiff's motion to extend deadlines and summary judgment deadline | DNEV | 0.30 | 320.00 | 96.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                      Page 5
**Re: AMG IP Matter**                                              November 15, 2018
    **Matter ID 124758**                              Invoice No. 1294591
Matter No. 205601-301010          For legal services posted through October 31, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 10/9/18 | Assist K.Ingram in finalizing motion for summary judgment for filing | DNEV | 0.70 | 320.00 | 224.00 |
| 10/9/18 | Review, revise, and prepare statement of facts in support of motion for summary judgment for filing | DNEV | 0.60 | 320.00 | 192.00 |
| 10/9/18 | Review and finalize motion for summary judgment and exhibits for filing | DNEV | 1.00 | 320.00 | 320.00 |
| 10/9/18 | Calendar dates offered for deposition; gather materials for deposition preparation tomorrow and direct creation of binders; follow up with DSi on photos of Jacksonville shipment | KIN | 0.90 | 275.00 | 247.50 |
| 10/9/18 | Discuss CBP regulations with A.Cornette in relation to motion for summary judgment; review and finalize motion for summary judgment and statement of undisputed facts; draft declaration to authenticate exhibits; gather and finalize all exhibits for filing; discuss motion with T.Urness and D.Evans | KIN | 4.50 | 275.00 | 1,237.50 |
| ███ | ████████████████████████ | ██ | ██ | ██ | ███ |
| 10/10/18 | Meetings with Kyle Neal and Rameses Bey-Cox and Whitney Likehart to prepare for depositions | TYU | 7.00 | 580.00 | 4,060.00 |
| 10/10/18 | Prepare for and participate in deposition preparation at Nissan; review extension of dates by court (no charge) | KIN | 7.00 | 0.00 | 0.00 |
| 10/11/18 | Confer as to deposition schedule (no charge) | TYU | 0.00 | 580.00 | 0.00 |
| 10/11/18 | Discuss strategy for deposition schedule with T.Urness and contact opposing counsel re: same; respond to K.Neal's email concerning slide deck sent yesterday; organize and complete files with S.Cooper | KIN | 0.40 | 275.00 | 110.00 |
| ███ | ████████████████████████ | ██ | ██ | ██ | ███ |
| 10/12/18 | Plan next steps for depositions and discovery with T.Urness | KIN | 0.20 | 275.00 | 55.00 |
| 10/15/18 | Call with Karen Moore as to expert issues and confer as to AMG documents with K.Ingram | TYU | 0.70 | 580.00 | 406.00 |
| 10/15/18 | Participate in call about deposition dates and | KIN | 1.00 | 275.00 | 275.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                                                   Page 6
**Re: AMG IP Matter**                                                             November 15, 2018
    **Matter ID 124758**                                                    Invoice No. 1294591
Matter No. 205601-301010                        For legal services posted through October 31, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | outstanding discovery issues with opposing counsel; coordinate availability of new NNA documents, including photos, in Catalyst with M.Mondary and DSi; discuss deposition schedule with K.Neal and T.Urness; manage calendar of deposition dates | | | | |
| 10/16/18 | Review of photographs and other documents from Andy Forsythe and confer with Kimberly Ingram briefly as to same | TYU | 0.50 | 580.00 | 290.00 |
| 10/16/18 | Direct calendaring of dates; review email from opposing counsel regarding stay of motion for summary judgment briefing | KIN | 0.10 | 275.00 | 27.50 |
| ███ | ████████████████████ | ██ | ██ | ███ | ███ |
| 10/17/18 | Combine client photographs into PDFs and apply bates stamps for T.Urness and K.Ingram | MSMO | 1.10 | 250.00 | 275.00 |
| 10/17/18 | Consider email from opposing counsel concerning motion for summary judgment schedule and document redactions | KIN | 0.10 | 275.00 | 27.50 |
| 10/18/18 | Email to opposing counsel regarding discovery | TYU | 0.20 | 580.00 | 116.00 |
| 10/18/18 | Review of Forsythe photographs; call with Kyle Neal | TYU | 1.80 | 580.00 | 1,044.00 |
| 10/18/18 | Communicate with ediscovery vendor regarding creation of privilege log | DNEV | 0.10 | 320.00 | 32.00 |
| 10/18/18 | Negotiate motion for summary judgment briefing schedule with opposing counsel; send motion for summary judgment as filed to K.Neal and respond to email concerning M.Holmes's involvement; review DSi response concerning creation of production log | KIN | 0.40 | 275.00 | 110.00 |
| 10/19/18 | Email to Andy Lopez as to summary judgment response; email to Diana Evans and Kimberly Ingram | TYU | 0.10 | 580.00 | 58.00 |
| 10/19/18 | Discuss scheduling of mediation and reply to motion for summary judgment with T.Urness and opposing counsel; review privilege log | KIN | 0.30 | 275.00 | 82.50 |
| 10/20/18 | Review response to motion to compel filed by | DNEV | 0.20 | 320.00 | 64.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 7 |
| **Re: AMG IP Matter** | November 15, 2018 |
| **Matter ID 124758** | Invoice No. 1294591 |
| Matter No. 205601-301010 | For legal services posted through October 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | Plaintiff to determine what arguments should be asserted in reply, if any | | | | |
| 10/22/18 | Confer as to depositions, mediation with Kyle Neal, email with opposing counsel | TYU | 0.10 | 580.00 | 58.00 |
| 10/22/18 | Draft reply to response to motion to compel adequate responses to interrogatories and requests for production | DNEV | 0.50 | 320.00 | 160.00 |
| 10/22/18 | Review documents produced by AMG | KIN | 0.40 | 275.00 | 110.00 |
| 10/22/18 | Analyze AMG's response to motion to compel for arguments for reply; discuss same with D.Evans | KIN | 0.50 | 275.00 | 137.50 |
| 10/22/18 | Review court order concerning briefing schedule for motion for summary judgment filed by NNA | KIN | 0.10 | 275.00 | 27.50 |
| 10/22/18 | Discuss deposition dates with K.Neal, T.Urness, and opposing counsel | KIN | 0.30 | 275.00 | 82.50 |
| 10/22/18 | Contact DSi concerning opposing counsel's question about redacted documents and review same | KIN | 0.40 | 275.00 | 110.00 |
| 10/23/18 | Review of emails from Kyle Neal including proposed presentation as to mediation comments and revisions to same and email to Kyle Neal with monthly report including details as to upcoming discovery | TYU | 0.80 | 580.00 | 464.00 |
| 10/23/18 | Edits to deposition notice; review of pleadings and discovery responses, email from Karen Moore | TYU | 0.60 | 580.00 | 348.00 |
| 10/23/18 | Meet with D.Soderholm to discuss production document review options in Catalyst; research production image issues and locate productions within Catalyst | MSMO | 1.20 | 250.00 | 300.00 |
| 10/23/18 | Draft reply to response to motion to compel adequate responses to interrogatories and requests for production | DNEV | 2.00 | 320.00 | 640.00 |
| 10/23/18 | Participate in call with A.Lopez concerning discovery, including bills of lading and redacted documents; find bills of lading referenced by A.Lopez and discuss with T.Urness; discuss privilege log for redacted documents with DSi; upon learning that DSi cannot create the log, ask | KIN | 0.90 | 275.00 | 247.50 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 8 |
| **Re: AMG IP Matter** | November 15, 2018 |
| **Matter ID 124758** | Invoice No. 1294591 |
| Matter No. 205601-301010 | For legal services posted through October 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | D.Soderholm to do so; coordinate details for deposition schedule | | | | |
| 10/23/18 | Review response in opposition to motion to disqualify expert in 709 Counterfeit Parts and draft response to K.Moore for review by T.Urness | KIN | 0.40 | 275.00 | 110.00 |
| 10/24/18 | Call with Kyle Neal as to discovery, mediation | TYU | 0.50 | 580.00 | 290.00 |
| 10/24/18 | Research regarding mediators, including review of list of mediators proposal by plaintiff, research as to same, emails as to same, and email to client with recommendations as to mediators; call to Catherine Paler-Amaya; review report on Ryan Renger | TYU | 0.70 | 580.00 | 406.00 |
| 10/24/18 | Call with Diana Evans as to obtaining relief, ruling from court and discovery responses documents to be produced, review report on Ryan Renger | TYU | 0.10 | 580.00 | 58.00 |
| 10/24/18 | Copy client photographs to thumbdrive and provide to K.Ingram | MSMO | 0.40 | 250.00 | 100.00 |
| 10/24/18 | Draft reply to response to motion to compel adequate responses to interrogatories and requests for production | DNEV | 5.80 | 320.00 | 1,856.00 |
| 10/24/18 | Discuss requested bills of lading with client and opposing counsel | KIN | 0.60 | 275.00 | 165.00 |
| 10/24/18 | Prepare materials for deposition preparation tomorrow | KIN | 0.60 | 275.00 | 165.00 |
| 10/24/18 | Review response to motion to disqualify in 709 Counterfeit Parts, review response from A.Forsythe concerning counterfeit cases, and respond to K.Moore regarding same | KIN | 0.40 | 275.00 | 110.00 |
| 10/24/18 | Direct collection of information about Ryan Rengen and review same | KIN | 0.20 | 275.00 | 55.00 |
| 10/25/18 | Deposition preparation sessions with Andy Forsyth and Steve Rust | TYU | 6.50 | 580.00 | 3,770.00 |
| 10/25/18 | Review of and revisions to reply to response to motion to compel and instructions as to same, email to opposing counsel | TYU | 0.60 | 580.00 | 348.00 |
| 10/25/18 | Revisions to reply to response to motion to compel adequate responses to interrogatories and requests for production | DNEV | 1.70 | 320.00 | 544.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 9 |
| **Re: AMG IP Matter** | November 15, 2018 |
| **Matter ID 124758** | Invoice No. 1294591 |
| Matter No. 205601-301010 | For legal services posted through October 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/25/18 | Participate in deposition preparation; revise deposition notice for AMG (no charge) | KIN | 6.50 | 0.00 | 0.00 |
| 10/25/18 | Revise reply in support of motion to compel | KIN | 0.30 | 275.00 | 82.50 |
| 10/25/18 | Analyze and comment on reply to motion to disqualify for K.Moore | KIN | 0.20 | 275.00 | 55.00 |
| 10/26/18 | Meeting Chuck Laforte and Kyle Neal in preparation for deposition | TYU | 3.00 | 580.00 | 1,740.00 |
| 10/26/18 | Edits to reply on motion to compel and instructions as to same | TYU | 0.80 | 580.00 | 464.00 |
| 10/26/18 | Revisions to reply to response to motion to compel adequate responses to interrogatories and requests for production and finalize for filing | DNEV | 3.00 | 320.00 | 960.00 |
| 10/26/18 | Discuss reply to motion to disqualify with K.Moore | KIN | 0.10 | 275.00 | 27.50 |
| 10/29/18 | Calls with Kyle Neal as to mediation, effort to amend complaint | TYU | 0.30 | 580.00 | 174.00 |
| 10/29/18 | Call with Vic Alexander as to case background, expert reports to be provided by plaintiff today, instructions to Kimberly Ingram as to documents to be provided to expert | TYU | 0.60 | 580.00 | 348.00 |
| 10/29/18 | Review of expert reports from CPA and deTuya and email and call with Kyle Neal as to same | TYU | 0.60 | 580.00 | 348.00 |
| 10/29/18 | Instructions to K.Ingram as to redactions and document production, documents for experts | TYU | 0.10 | 580.00 | 58.00 |
| 10/29/18 | Review AMG expert disclosures sent today; consider materials needed by V.Alexander, gather, and forward to V.Alexander | KIN | 0.40 | 275.00 | 110.00 |
| 10/29/18 | Review redaction log prepared by D.Soderholm in response to question about redactions from opposing counsel; discuss same with T.Urness; compare to production log made by DSi, which does not contain necessary information about redactions; produce redaction log to opposing counsel; direct preparation of bills of lading for production; re-review AMG's document requests to confirm requests to which bills of lading are responsive; produce bills of lading to opposing counsel and explain that certain numbers provided | KIN | 0.90 | 275.00 | 247.50 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 10 |
| **Re: AMG IP Matter** | November 15, 2018 |
| **Matter ID 124758** | Invoice No. 1294591 |
| Matter No. 205601-301010 | For legal services posted through October 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | are not valid invoice numbers | | | | |
| 10/29/18 | Discuss rescheduling of depositions of R.Cox-Bey and W.Likehart with K.Neal; contact opposing counsel to confirm existing deposition schedule, including depositions of AMG witnesses; discuss opposing counsel's proposal with K.Neal and T.Urness; calendar confirmed dates for AMG depositions for T.Urness | KIN | 0.30 | 275.00 | 82.50 |
| 10/29/18 | Review email from opposing counsel concerning court-ordered mediation and availability of mediators; discuss scheduling with T.Urness | KIN | 0.10 | 275.00 | 27.50 |
| 10/29/18 | Review AMG's motion to amend complaint; review local rules as to date opposition due; send same to K.Neal and discuss via telephone; discuss strategy for response with T.Urness; locate discovery documents referenced in motion and proposed amended complaint and send to K.Neal and T.Urness, along with comments on the proposed amended complaint; discuss response in opposition with J.Palmer | KIN | 1.00 | 275.00 | 275.00 |
| 10/29/18 | Correct error discovered in calendaring of new schedule issued by court and check all other dates to ensure accuracy for T.Urness, D.Evans, and K.Ingram | KIN | 0.20 | 275.00 | 55.00 |
| 10/29/18 | Respond to K.Moore's questions in support of her reply to the response to the motion to disqualify AMG's expert, due today, and discuss same with A.Forsythe; review near-final of reply and send comments and questions to K.Moore to protect NNA's position; respond to K.Moore's emails concerning final submission and briefly review same | KIN | 0.90 | 275.00 | 247.50 |
| 10/30/18 | Revisions to deposition notice, email to opposing counsel | TYU | 0.30 | 580.00 | 174.00 |
| 10/30/18 | Communicate with A.Forsythe concerning K.Moore's questions; review K.Moore's emails concerning reply filed yesterday in 709 Counterfeit Parts; discuss K.Moore's comments about evidence with T.Urness | KIN | 0.40 | 275.00 | 110.00 |
| 10/30/18 | Discuss strategy for opposition to motion to amend | KIN | 0.20 | 275.00 | 55.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 11 |
| **Re: AMG IP Matter** | November 15, 2018 |
| **Matter ID 124758** | Invoice No. 1294591 |
| Matter No. 205601-301010 | For legal services posted through October 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | complaint with J.Palmer | | | | |
| 10/30/18 | Confirm deposition dates with client; send email to opposing counsel summarizing deposition schedule, requesting information about Ryan Rengen | KIN | 0.20 | 275.00 | 55.00 |
| 10/30/18 | Discuss mediation scheduling with opposing counsel; calendar mediation | KIN | 0.10 | 275.00 | 27.50 |
| 10/30/18 | Reviewing pleadings in preparation of drafting response to motion to dismiss, including reviewing the complaint and beginning review of the motion to dismiss. | JCPA | 1.30 | 275.00 | 357.50 |
| 10/30/18 | Discussing facts of motion to dismiss and legal arguments with Kimberly Ingram. | JCPA | 0.30 | 275.00 | 82.50 |
| 10/31/18 | Call to Catherine Paler-Amaya; further edits to deposition notice | TYU | 0.40 | 580.00 | 232.00 |
| 10/31/18 | Review T.Urness's revisions and incorporate into 30(b)(6) deposition notice for AMG; send same to K.Neal | KIN | 0.50 | 275.00 | 137.50 |
| 10/31/18 | Follow up with K.Neal on production of invoices and bills of lading | KIN | 0.10 | 275.00 | 27.50 |
| 10/31/18 | Reviewing pleadings in preparation of drafting response to motion to dismiss, including completing review of motion to dismiss | JCPA | 0.80 | 275.00 | 220.00 |

**Total Professional Services**                                               **$39,264.00**



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
One Nissan Way
Franklin, TN  37067

December 12, 2018
Invoice No. 1302240

Matter No. 205601-301010
Re: AMG IP Matter
    Matter ID 124758

For professional services posted through November 30, 2018

| Current Invoice Summary | |
| --- | --- |
| Current Professional Services | $62,860.50 |
| Current Expenses | $4,645.00 |
| **Current Invoice** | **$67,505.50** |

Thank you for your business.



**Bradley**

Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.
**Re: AMG IP Matter**
    **Matter ID 124758**
Matter No. 205601-301010

Page 2
December 12, 2018
Invoice No. 1302240
For legal services posted through November 30, 2018

| | **Professional Services** | | | | |
| --- | --- | --- | --- | --- | --- |

| Date | Description | Tkpr | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| ██ | ████████████████████ | ██ | ██ | ██ | ██ |
| 11/1/18 | Call and email with expert, Vic Alexander, CPA, regarding engagement letter, information needed | TYU | 0.20 | 580.00 | 116.00 |
| 11/1/18 | Discuss deposition schedule and preparation with T.Urness; discuss documents received from 709 Counterfeit Parts case | KIN | 0.20 | 275.00 | 55.00 |
| 11/1/18 | Reviewing pleadings in preparation of drafting response to motion to dismiss, including reviewing the joint scheduling report, complaint answer, motion for summary judgment, consent motion to scheduling order, and motion for leave to file amended complaint. | JCPA | 1.50 | 275.00 | 412.50 |
| 11/1/18 | Researching Florida and Eleventh Circuit case law on pleading amendment, pleading requirements for punitive damages, and inapplicability of Florida statute governing pleading punitive damages, and researching local rules on pleading amendment to determine whether plaintiff complied. | JCPA | 1.20 | 275.00 | 330.00 |
| 11/2/18 | Call with Vic Alexander regarding expert reports, tasks, facts | TYU | 1.20 | 580.00 | 696.00 |
| ██ | ████████████████ | ██ | ██ | ██ | ██ |
| 11/2/18 | Create copy of 10-15-2018 photographs and rename to original filenames, create cross-reference spreadsheet to indicate which files match which documents in review database, provide both to D.Soderholm. | MSMO | 0.00 | 0.00 | 0.00 |
| 11/2/18 | Discuss production of documents with DSi and D.Evans; review opposing counsel's email concerning 30(b)(6) topics; discuss documents and information concerning documents needed with M.Holmes; direct cataloging of photos provided by NNA | KIN | 1.40 | 275.00 | 385.00 |
| 11/2/18 | Continuing draft of response to motion for leave to | JCPA | 1.70 | 275.00 | 467.50 |



**Bradley**
Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                     Page 3
**Re: AMG IP Matter**                                               December 12, 2018
    **Matter ID 124758**                               Invoice No. 1302240
Matter No. 205601-301010              For legal services posted through November 30, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | amend by drafting standard under Federal Rules of Civil Procedure, drafting explanation and argument under Rule16, including summarizing Johnson v. R.J. Reynolds, applying Johnson to our facts, and drafting Rule 15 standard. | | | | |
| 11/3/18 | Review and code 525 documents for production Monday | KIN | 1.40 | 275.00 | 385.00 |
| 11/3/18 | Drafting response to motion for leave to amend by revising argument under Rule 15 regarding prejudice if leave is granted and beginning draft of fact section. | JCPA | 0.00 | 0.00 | 0.00 |
| 11/4/18 | Review and code 577 documents for production Monday | KIN | 1.60 | 275.00 | 440.00 |
| 11/5/18 | Review documents as to whether to produce and instructions to Kimberly Ingram as to same | TYU | 0.20 | 580.00 | 116.00 |
| ███ | ██████████████████████ | TYU | ███ | ███ | ███ |
| 11/5/18 | Review notice of mediation; call with Mark Stein and correspondence; call with Kyle Neal regarding same | TYU | 0.50 | 580.00 | 290.00 |
| 11/5/18 | QC of production documents within Catalyst to ensure that coding is correct, Verification of Confidentiality stamping with vendor, communication with vendor regarding removal of potentially privileged items from production. | MSMO | 0.40 | 250.00 | 100.00 |
| 11/5/18 | Multiple communications with K.Ingram to assist with document production | DNEV | 0.20 | 320.00 | 64.00 |
| 11/5/18 | Review and finalize documents for production; communicate with K.Neal regarding same | KIN | 1.50 | 275.00 | 412.50 |
| 11/5/18 | Continuing draft of response to motion for leave to amend by completing and revising fact section and revising prejudice argument under Rule 15 | JCPA | 0.90 | 275.00 | 247.50 |
| ███ | ███████████████████████ | TYU | ███ | ███ | ███ |
| 11/6/18 | Mediation emails with Mark Stein, review notice filed by AMG | TYU | 0.10 | 580.00 | 58.00 |



# Bradley

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 4 |
| **Re: AMG IP Matter** | December 12, 2018 |
| **Matter ID 124758** | Invoice No. 1302240 |
| Matter No. 205601-301010 | For legal services posted through November 30, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/6/18 | Download and QC document production from DSi; create file transfer mechanism to provide production to opposing counsel | MSMO | 0.30 | 250.00 | 75.00 |
| 11/6/18 | Discuss opposition to motion to amend with J.Palmer; review notice of mediation from opposing counsel | KIN | 0.00 | 0.00 | 0.00 |
| 11/6/18 | Direct production of additional documents with production log; email opposing counsel concerning same | KIN | 0.40 | 275.00 | 110.00 |
| 11/6/18 | Send expert-related documents to V.Alexander | KIN | 0.10 | 275.00 | 27.50 |
| 11/6/18 | Drafting response to plaintiff's motion for leave to amend on proofreading response, revising citations, drafting conclusion, and altering fact section and Rule 15 prejudice argument | JCPA | 1.40 | 275.00 | 385.00 |
| 11/7/18 | Review mediation proposal from Kyle Neal, call and email with Kyle Neal as to same | TYU | 0.90 | 580.00 | 522.00 |
| 11/7/18 | Communicate with counsel for government in 709 Counterfeit Parts case regarding summary judgment motion filed against AMG in other case | DNEV | 0.10 | 320.00 | 32.00 |
| 11/7/18 | Revise opposition to motion for leave to amend; review and supplement case law for the same | KIN | 1.60 | 275.00 | 440.00 |
| 11/7/18 | Review arguments of plaintiff's motion for leave to amend, discuss response to plaintiff's motion with Kimberly Ingram, and review her suggested revisions. | JCPA | 0.00 | 0.00 | 0.00 |
| 11/8/18 | Revisions to AMG deposition notice | TYU | 0.60 | 580.00 | 348.00 |
| 11/8/18 | Call with Kyle Neal as to mediation | TYU | 0.70 | 580.00 | 406.00 |
| 11/8/18 | Research production documents and provide copy to D.Soderholm. | MSMO | 0.00 | 0.00 | 0.00 |
| 11/8/18 | Revise opposition to motion for leave to amend | KIN | 0.60 | 275.00 | 165.00 |
| 11/8/18 | Revise and serve notices of deposition for Michael Pockhai, Talia Pockhai, and AMG; direct coordination of court reporter for same depositions | KIN | 0.30 | 275.00 | 82.50 |
| 11/8/18 | Discuss NNA invoices/bills of lading production with M.Holmes | KIN | 0.00 | 0.00 | 0.00 |
| 11/8/18 | Revision to response to plaintiff's motion for leave to | JCPA | 0.00 | 0.00 | 0.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                     Page 5
**Re: AMG IP Matter**                                              December 12, 2018
    **Matter ID 124758**                                     Invoice No. 1302240
Matter No. 205601-301010              For legal services posted through November 30, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | amend | | | | |
| ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ |
| 11/9/18 | Calls with Florida counsel regarding Lopez, emails, and follow up on defense under FDUTPA | TYU | 0.30 | 580.00 | 174.00 |
| 11/9/18 | Communicate with counsel R.Ivers regarding depositions set next week and communicate with T.Urness regarding same | DNEV | 0.10 | 320.00 | 32.00 |
| 11/9/18 | Review answer and motion for summary judgment regarding potential additional arguments that could be raised on motion for summary judgment | DNEV | 0.00 | 0.00 | 0.00 |
| 11/9/18 | Revise opposition to motion for leave to amend; discuss same with T.Urness | KIN | 1.40 | 275.00 | 385.00 |
| 11/9/18 | Create outline for 30(b)(6) deposition of AMG; direct scheduling of court reporters for AMG depositions | KIN | 2.40 | 275.00 | 660.00 |
| 11/9/18 | Follow-up with M.Holmes on questions regarding invoices; direct cataloging of invoices produced | KIN | 0.60 | 275.00 | 165.00 |
| 11/9/18 | Incorporating Thor Urness's edits into response to plaintiff's motion for leave to amend. | JCPA | 0.00 | 0.00 | 0.00 |
| 11/11/18 | Analyze document production from AMG in preparation for depositions on November 19 and 20 and to identify any gaps in documents requested by expert | KIN | 0.80 | 275.00 | 220.00 |
| 11/12/18 | Edits to motion to amend and response, instructions as to additional research needed for same | TYU | 0.80 | 580.00 | 464.00 |
| 11/12/18 | Review discovery notes to assist K.Ingram in follow-up with counsel for Plaintiff regarding insufficient discovery responses that were supposed to be amended | DNEV | 0.00 | 0.00 | 0.00 |
| 11/12/18 | Review and revise response to motion for leave to amend complaint to add punitive damages | DNEV | 0.30 | 320.00 | 96.00 |
| 11/12/18 | Revise opposition to motion to amend; discuss same with K.Neal | KIN | 1.30 | 275.00 | 357.50 |
| 11/12/18 | Review motion to compel and document requests to determine value of waiting for 30(b)(6) deposition and whether additional document requests are required for V.Alexander, as opposed to waiting for | KIN | 0.80 | 275.00 | 220.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 6 |
| **Re: AMG IP Matter** | December 12, 2018 |
| **Matter ID 124758** | Invoice No. 1302240 |
| Matter No. 205601-301010 | For legal services posted through November 30, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | the court's ruling on the motion to compel; direct preparation of spreadsheet and photos for preparation and deposition of A.Forsythe; discuss deposition preparation scheduling with A.Forsythe | | | | |
| 11/12/18 | Research case law supporting courts' disfavor to grant motions to amend pleadings while summary judgment motions are pending | JCPA | 0.70 | 275.00 | 192.50 |
| 11/13/18 | Call with Vic Alexander, CPA, regarding expert report | TYU | 0.20 | 580.00 | 116.00 |
| 11/13/18 | Email to Karen Moore, Lopez, call with Lopez | TYU | 0.30 | 580.00 | 174.00 |
| 11/13/18 | Revised opposition to motion to ammend, instructions as to same | TYU | 0.80 | 580.00 | 464.00 |
| 11/13/18 | Export client photos from review database and rename to original file names; Provide copy to D.Soderholm. | MSMO | 0.00 | 0.00 | 0.00 |
| 11/13/18 | Proofread and finalize response to motion for leave to amend complaint for filing | DNEV | 0.00 | 0.00 | 0.00 |
| 11/13/18 | Communicate with DSi concerning documents that were not previously queued for review; review same documents for responsiveness and privilege | KIN | 3.60 | 275.00 | 990.00 |
| 11/13/18 | Provide documents to V.Alexander and J.Hedrick | KIN | 0.20 | 275.00 | 55.00 |
| 11/13/18 | Review opposition to motion to amend complaint; pass on same to D.Evans for filing | KIN | 0.00 | 0.00 | 0.00 |
| 11/14/18 | Deposition preparation session with Andy Forsyth, Kyle Neal | TYU | 6.50 | 580.00 | 3,770.00 |
| 11/14/18 | Revisions, instructions as to privilege log, objection to deposition notice of NNA | TYU | 0.00 | 0.00 | 0.00 |
| 11/14/18 | Download and QC document production from DSi; create file transfer mechanism to provide production to opposing counsel. | MSMO | 0.00 | 0.00 | 0.00 |
| 11/14/18 | Finalize coding of documents for responsiveness and privilege; prepare and direct production to AMG | KIN | 1.30 | 275.00 | 357.50 |
| 11/14/18 | Direct preparation of privilege log; draft NNA's objections to topics noticed for deposition of NNA pursuant to Rule 30(b)(6) | KIN | 1.60 | 275.00 | 440.00 |
| 11/15/18 | Deposition preparation session at Nissan | TYU | 6.50 | 580.00 | 3,770.00 |



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                   Page 7
**Re: AMG IP Matter**                                         December 12, 2018
    **Matter ID 124758**                               Invoice No. 1302240
Matter No. 205601-301010          For legal services posted through November 30, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 11/15/18 | Revise objections to deposition notice, email regarding inspection of parts after depositions | TYU | 0.00 | 0.00 | 0.00 |
| 11/15/18 | Draft NNA's objections to the topics noticed for deposition of NNA pursuant to Rule 30(b)(6) and discuss with T.Urness; revise privilege log for NNA's productions and discuss with T.Urness; serve same on opposing counsel | KIN | 1.80 | 275.00 | 495.00 |
| 11/16/18 | Meeting with Andy Forsythe in further preparation for his deposition, defended Forsythe deposition, and report to Kyle Neal as to same | TYU | 10.00 | 580.00 | 5,800.00 |
| 11/16/18 | Notes as to depositions of Michael Pockhai and Talia Pockhai and instructions to Kimberly Ingram as to same, emails produced | TYU | 0.50 | 580.00 | 290.00 |
| 11/16/18 | Call with Karen Moore as to preparation of Andy Forsyth for trial in January, and possible meeting on Monday, and confer with Andy Forsythe and Kyle Neal as to same | TYU | 0.00 | 0.00 | 0.00 |
| 11/16/18 | Assist T.Urness and K.Ingram with document production finalization and deposition prep by reviewing document set for certain documents | DNEV | 0.40 | 320.00 | 128.00 |
| ███ | ████████ | ██ | ██ | ██ | ███ |
| 11/16/18 | Draft outlines for Michael and Talia Pockhai depositions; review all documents in AMG's production; identify and organize exhibits for depositions; coordinate logistics for today's deposition of Andy Forsythe | KIN | 4.20 | 275.00 | 1,155.00 |
| 11/17/18 | Review deposition outline and comments on same | TYU | 0.30 | 580.00 | 174.00 |
| 11/17/18 | Prepare for Monday's depositions of Michael Pockhai and Talia Pockhai | KIN | 0.60 | 275.00 | 165.00 |
| 11/18/18 | Review and revisions to outlines for Pockhai depositions tomorrow, pulled additional documents for depositions, review of expert reports, discovery responses, Bachan and DeTuya depositions, and review of exhibits for depositions tomorrow | TYU | 3.80 | 580.00 | 2,204.00 |
| 11/18/18 | Travel to Florida for depositions of plaintiff representatives (No Charge: $2,610.00) | TYU | 0.00 | 0.00 | 0.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                                  Page 8
**Re: AMG IP Matter**                                                          December 12, 2018
    **Matter ID 124758**                                            Invoice No. 1302240
Matter No. 205601-301010                For legal services posted through November 30, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 11/18/18 | Prepare for deposition of Talia Pockhai | KIN | 0.00 | 0.00 | 0.00 |
| 11/18/18 | Non-working travel time to Fort Lauderdale for Pockhai depositions and parts inspection (No Charge: $1,237.50) | KIN | 0.00 | 0.00 | 0.00 |
| 11/19/18 | Deposition of Michael Pockhai and confer with opposing counsel, including conferring with Andy Forsythe, deposition of Talia Pockhai (no charge) | TYU | 6.50 | 580.00 | 3,770.00 |
| 11/19/18 | Telephone conference with Karen Moore as to call with Andy Forsythe and instructions to Andy Forsythe as to same, email Karen Moore regarding Silverline Trading | TYU | 0.30 | 580.00 | 174.00 |
| 11/19/18 | Attend deposition of Michael Pockhai (no charge); take deposition of Talia Pockhai | KIN | 3.00 | 275.00 | 825.00 |
| 11/19/18 | Prepare for deposition of Talia Pockhai | KIN | 0.00 | 0.00 | 0.00 |
| 11/20/18 | Return to Nashville (No Charge: $2,610.00) | TYU | 0.00 | 0.00 | 0.00 |
| 11/20/18 | Inspection of Nissan-branded parts at AMG including conferring with opposing counsel and Andy Forsythe, | TYU | 7.00 | 580.00 | 4,060.00 |
| 11/20/18 | Update to Kyle Neal as to depositions | TYU | 0.20 | 580.00 | 116.00 |
| 11/20/18 | Review reply on motion to amend and email regarding same | TYU | 0.20 | 580.00 | 116.00 |
| 11/20/18 | Communicate with D.Evans concerning identification of any emails re: AMG that were not collected or produced | KIN | 0.00 | 0.00 | 0.00 |
| 11/20/18 | Participate in inspection of parts with T.Urness and A.Forsythe, as well as acquire materials for said inspection (No Charge: $1,925.00) | KIN | 0.00 | 0.00 | 0.00 |
| 11/20/18 | Non-working return trip from Ft. Lauderdale (No Charge: $1,237.50) | KIN | 0.00 | 0.00 | 0.00 |
| 11/21/18 | Call with Kyle Neal as to reply to response in opposition to motion for leave to amend complaint | TYU | 0.10 | 580.00 | 58.00 |
| 11/21/18 | Email with Lopez; call with Kyle Neal regarding consent sought for filing under seal | TYU | 0.20 | 580.00 | 116.00 |
| 11/21/18 | Prepare client documents for production and QC bates stamped documents and natives. | MSMO | 0.40 | 250.00 | 100.00 |
| 11/21/18 | Review documents in Catalyst to determine if | DNEV | 0.00 | 0.00 | 0.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 9 |
| **Re: AMG IP Matter** | December 12, 2018 |
| **Matter ID 124758** | Invoice No. 1302240 |
| Matter No. 205601-301010 | For legal services posted through November 30, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | emails provided by client were produced and provide notes regarding the same to K.Ingram to assist with supplemental document production | | | | |
| 11/21/18 | Review email from A.Lopez concerning AMG's motion to file under seal and discuss with T.Urness | KIN | 0.20 | 275.00 | 55.00 |
| 11/21/18 | Direct preparation of AMG emails for production; review email from A.Forsythe concerning work product preparation | KIN | 0.50 | 275.00 | 137.50 |
| 11/26/18 | Meetings with Steve Rust and Chuck LaForte in preparation for their depositions | TYU | 6.00 | 580.00 | 3,480.00 |
| 11/26/18 | Calls and meeting with expert to review and revise their draft expert report, and call with Andy Forsythe | TYU | 2.70 | 580.00 | 1,566.00 |
| 11/26/18 | Communications and instructions as to AMG emails, production, follow up on NNA box AMG | TYU | 0.30 | 580.00 | 174.00 |
| 11/26/18 | Prepare client documents for production and QC bates stamped documents and natives. | MSMO | 1.50 | 250.00 | 375.00 |
| 11/26/18 | Review AMG-related emails provided by A.Forsythe and direct production to opposing counsel; discuss same with A.Forsythe; discuss collection of ESI with M.Holmes | KIN | 1.80 | 275.00 | 495.00 |
| 11/26/18 | Review and revise AMG's motion to file under seal; discuss same with A.Lopez and T.Urness | KIN | 0.30 | 275.00 | 82.50 |
| 11/26/18 | Draft disclosure of expert testimony by A.Forsythe; send V.Alexander DeTuya deposition transcript | KIN | 1.40 | 275.00 | 385.00 |
| 11/26/18 | Assist T.Urness in preparation for tomorrow's deposition, including confirming all logistical details, sending notices of deposition, and flagging potential document for LaForte deposition | KIN | 0.30 | 275.00 | 82.50 |
| 11/27/18 | Defended depositions of Chuck LaForte and Steven Rust, including discussions with witnesses, client, and opposing counsel | TYU | 5.50 | 580.00 | 3,190.00 |
| 11/27/18 | Drafted mediation statement, including review of pleadings and discovery files, and emailed same to client | TYU | 2.60 | 580.00 | 1,508.00 |
| 11/27/18 | Review of and revisions to motion to extend expert witness disclosure deadline and communications with Diana Evans as to same, introduction to Hunt | TYU | 1.30 | 580.00 | 754.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                                                   Page 10
**Re: AMG IP Matter**                                                                          December 12, 2018
    **Matter ID 124758**                                                              Invoice No. 1302240
Matter No. 205601-301010                       For legal services posted through November 30, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | subpoena | | | | |
| 11/27/18 | Review of and revisions to email to opposing counsel regarding requested consent as to motion to file documents under seal in connection with summary judgment response | TYU | 0.30 | 580.00 | 174.00 |
| 11/27/18 | Completed review of and revisions to draft preliminary disclosures as to retained expert Andy Forsythe and instructions to Kimberly Ingram as to same | TYU | 1.20 | 580.00 | 696.00 |
| 11/27/18 | Call with Josh Hedrick regarding revisions to Vic Alexander expert report, documents needed | TYU | 0.60 | 580.00 | 348.00 |
| 11/27/18 | Assistance in research for DOJ in connection with hearing next week to protect Nissan trade secrets regarding package labeling | TYU | 0.60 | 580.00 | 348.00 |
| 11/27/18 | Draft motion for extension of time to submit expert reports | DNEV | 1.40 | 320.00 | 448.00 |
| 11/27/18 | Assist T.Urness in evaluating Plaintiff's request to extend discovery deadline to January in light of local practice and judge's personal preferences | DNEV | 0.20 | 320.00 | 64.00 |
| 11/27/18 | Draft preliminary disclosure of Andy Forsythe as expert witness; obtain 709 Counterfeit parts expert disclosure from K.Moore and review for consistency; review and revise motion to extend time to disclose expert reports; research John Hunt for service of subpoena; draft subpoena to John Hunt; discuss expert report with J.Hedrick at KraftCPAs | KIN | 3.40 | 275.00 | 935.00 |
| 11/28/18 | Confer with Vic Alexander, Joshua Hedrick regarding expert report revisions, finalized same | TYU | 1.20 | 580.00 | 696.00 |
| 11/28/18 | Calls with client as to expert reports, follow up on Hunt subpoena; revise Hunt subpoena and directions as to service, emails, calls with John Hunt regarding same | TYU | 0.80 | 580.00 | 464.00 |
| 11/28/18 | Revisions to motion to extend expert disclosure deadlines, Forsythe disclosure | TYU | 0.80 | 580.00 | 464.00 |
| 11/28/18 | Finalize motion to extend deadline to submit expert disclosures for filing | DNEV | 0.40 | 320.00 | 128.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                          Page 11
**Re: AMG IP Matter**                                   December 12, 2018
    **Matter ID 124758**                              Invoice No. 1302240
Matter No. 205601-301010         For legal services posted through November 30, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/28/18 | Finalize and serve NNA's preliminary expert disclosure for William A. Forsythe and preliminary expert report of Vic Alexander; draft notice for and direct service of subpoena to John Hunt; send A2C2 brochures to K.Moore; send documents to V.Alexander | KIN | 2.10 | 275.00 | 577.50 |
| ███ | ████████████████████ | ██ | ██ | ███ | ████ |
| 11/29/18 | Assist T.Urness in determining whether return of service for subpoena on Plaintiff's expert should be filed with court | DNEV | 0.00 | 0.00 | 0.00 |
| 11/29/18 | Confirm service of NNA's subpoena to John Hunt; communicate with K.Moore regarding A2C2 brochures | KIN | 0.20 | 275.00 | 55.00 |
| ███ | ████ | ██ | ██ | ███ | ████ |
| 11/30/18 | Email to Lopez regarding depositions and email with Kyle Neal | TYU | 0.10 | 580.00 | 58.00 |

**Total Professional Services**                                    **$62,860.50**

| Expenses | | |
|---|---|---|

| Date | Description | Amount |
|---|---|---|
| | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: INGRAM,KIMBERLY M | 0.00 |
| | COPY CHARGES - INTERNAL B&W | 0.00 |
| | COPY CHARGES - INTERNAL COLOR | 0.00 |
| | FED DOCKET SERV-PACER | 0.00 |
| 11/1/18 | MARK STEIN LAW - MEDIATION FEES-50 - THOR URNESS - 1/2 MEDIATION FEE (SEE PARA. 10) - INVOICE: 0500-1601-4335 DATE: 11/01/18 Bank ID: CRBHM Check Number: 1007220 | 3,000.00 |
| 11/21/18 | PCARD CHARGE - ARLEEN DAVIDENKO - S.D. OF FLORIDA FILING FEE, | 75.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.

Page 12

**Re: AMG IP Matter**

December 12, 2018

**Matter ID 124758**

Invoice No. 1302240

Matter No. 205601-301010

For legal services posted through November 30, 2018

| Date | Description | Amount |
|------|-------------|--------|
| | FLORIDA, 11/21/2018, PRO HAC FEE IN SD OF FL Bank ID: CRBHM Check Number: 292915aQ | |
| 11/28/18 | PCARD CHARGE - KIZAR LUCKETT - DPSERVER MISC - OTHER, 11/28/2018, PROCESS SERVER Bank ID: CRBHM Check Number: 10D5448C | 205.00 |
| 11/30/18 | UNIVERSAL COURT REPORTING, INC. - COURT REPORTER CHARGES-13 - KIMBERLY INGRAM - POCKHAI DEPOS - INVOICE: 20310166 DATE: 11/30/18 Bank ID: CRBHM Check Number: 1007714 | 1,365.00 |

**Total Expenses**          **$4,645.00**

# Mark Stein Law

## PROTECTING YOUR BRANDS AND IDEAS

Direct Dial: (305) 356-7550

2999 N.E. 191st Street
Suite 330
Aventura, Florida 33180

Email: Mark@MarkSteinLaw.com

November 1, 2018

*Via Email: andres@alopezlawfirm.com*
Andres H. Lopez
The Andres Lopez Law Firm, PA
7351 Wiles Road, Suite 101
Coral Springs, FL 33067

E-mail: *rbecerra@rjbecerralaw.com*
Robert J. Becerra, Esq., B.C.S.
Becerra Law, P.A.
1001 Brickell Bay Drive
Suite 1200
Miami, FL 33131
*Counsel for Plaintiff*

*Via Email: turness@bradley.com*

Thor Urness, Esq.
Diana N. Evans, Esq.
Bradley Arant Boult Cummings LLP
100 North Tampa Street
Suite 2200
Tampa, Florida 33602

*Counsel for Defendant*

Re:   *AMG Trade & Distribution, LLC v. Nissan North America, Inc*
      Case No.: 0:18-cv-60062-WJZ

Dear Counsel:

Thank you for selecting me to serve as mediator in the above referenced matter for the mediation scheduled for Wednesday, December 5, 2018, at 10:00 a.m. at our offices located at 2999 NE 191st Street, Suite 330, Aventura, Florida. Below are our firm's terms and conditions in order for me to serve as the parties' mediator in this action. Please promptly pass this along to other counsel.

   1.     The parties shall candidly discuss with me all facts, theories and opinions which are relied upon with respect to the issues in dispute.

   2.     The parties will negotiate in good faith and should be willing to consider and evaluate alternative solutions that may satisfy their respective interests.

   3.     The parties must participate personally in the mediation conference for the duration of the session. All persons attending the mediation must make suitable arrangements to stay as late as necessary in order to give us the best chance to get the matter resolved. Therefore, participants from out of town should schedule their return flights for the day after the mediation and not the evening of the mediation.

   4.     Corporate representatives and/or insurance adjusters attending the mediation must have full settlement authority. Any issues regarding having the appropriate people "at the table"

---

PATENT | TRADEMARK | COPYRIGHT | INTERNET AND CYBER LAW | MEDIATION AND DISPUTE RESOLUTION
www.MarkSteinLaw.com

November 1, 2018
Page 2

should be resolved before the mediation.  Before, during and after the mediation conference, I shall have the right to meet and confer with the parties, insurance adjusters, or counsel, jointly or separately, for private discussions of the issues in dispute.

5.  Please be certain that your clients understand that I will serve as a mediator and not as an attorney for either side.  Thus, there will be no attorney-client relationship between me and the parties, and I will not provide legal services to any party.  Consequently, any statements I make during the course of the mediation (or fail to make) shall not constitute legal advice of any kind.

6.  The confidentiality provisions of the Florida Statutes (as well as any applicable federal Local Rules) shall apply to the mediation.  In addition, counsel and the parties agree that such confidentiality provisions will apply to all mediation-related conferences held prior to and after the mediation session.  Prior to any mediation session with me, counsel will explain the confidentiality provisions to their clients, including the exceptions thereto.

7.  As a Florida Supreme Court Certified Circuit mediator, the parties agree acknowledge that I have all of the immunities provided to such mediators.

8.  If a settlement is reached at the mediation, the parties and their counsel should be prepared to reduce their settlement to a written agreement at the mediation.  Therefore, counsel should bring a draft settlement agreement to the mediation and be prepared to work on such agreement as the mediation progresses.  This way the parties can save time on the settlement papers if a settlement is achieved at the mediation.

9.  No later than the end of Tuesday, November 20, 2018, we should receive whatever materials the parties would like me to read in order to fully prepare me for the mediation.  Mediation statements, pertinent pleadings and/or motions are fine.  I would also like to receive a brief summary of any settlement discussions that the parties have previously had (or any correspondence or emails reflecting such discussions).  My preference is that you share the mediation statements with the opposing side and that if there are confidential matters that you only want to present to the mediator, that you send me a separate document for my eyes only.

10.  Also, by no later than the end of Tuesday, November 20, 2018, we should receive the $6,000 mediation retainer.  We do not decide how the parties divide the $6,000; that is for counsel and the parties to determine and agree upon sufficiently in advance of the mediation.  If the full $6,000 is not timely received by our firm, the mediation will be cancelled and removed from my schedule.

11.  Our firm will bill the parties at my hourly rate of $400 for all services that I render, including, but not limited to, preparation time, pre-mediation review of materials, pre-mediation conferences with counsel and/or the parties, the mediation session and post-mediation conferences with counsel and/or the parties.

12.  Any unused portion of the $6,000 retainer will be returned to counsel for the parties no later than twenty (20) days after the date the case is resolved or an impasse is declared.  On the other hand, if I spend more than fifteen (15) hours on this matter, our firm will bill the parties (through statements sent to counsel) for the balance owed.

November 1, 2018
Page 3

13.    If the parties cancel the mediation after having paid our firm the $6,000 retainer and after I have spent time reviewing their submissions, we will return any unused portion of the retainer to counsel for the parties no later than twenty (20) days after the parties' cancellation of the mediation.  However, if the parties reschedule the mediation for another date, we will continue to hold the unused portion of the retainer and apply it to the time incurred when the mediation ultimately does go forward.

14.    While the parties are responsible for the payment of my fees, I am looking to counsel to make sure that my fees are paid in a timely fashion.  Accordingly, please make appropriate financial arrangements with your clients for the timely payment of my fees.

15.    All checks should be made payable to Mark Stein Law and not to me.  The firm's FEI # is 46-3032644.

16.    The terms and conditions of this letter forth our written agreement regarding this mediation.  Your and your clients' appearance at the mediation conference scheduled herein will be confirmation that you and your clients have accepted all the terms and conditions of this agreement, will be bound by the terms of this agreement, and that the mediation will proceed in accordance with the terms outlined hereunder.

Please immediately pass this letter along to all counsel and all of the parties in this matter.

If anybody has any questions, or needs any additional information, please do not hesitate to call or email me.  In addition, if any of the forgoing terms and conditions are objectionable, please immediately let me know so in writing.

Thank you for considering me to mediate your case.  I hope to be able to assist all counsel and their clients to reach a resolution of this matter.

Regards,

Mark E. Stein

| Form **W-9** (Rev. November 2017) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the requester. Do not send to the IRS. |

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Stein IP Law P.A.

2 Business name/disregarded entity name, if different from above

Mark Stein Law

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☑ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.

2999 N.E. 191st Street, Suite 330

6 City, state, and ZIP code

Aventura, Florida 33180

Requester's name and address (optional)

7 List account number(s) here (optional)

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

| | | | – | | | – | | | | |

**or**

Employer identification number

| 4 | 6 | – | 3 | 0 | 3 | 2 | 6 | 4 | 4 |

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| Sign Here | Signature of U.S. person ▶ | *[signature]* | Date ▶ | 2-1-18 |

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X

Form **W-9** (Rev. 11-2017)

| | |
|---|---|
| **From:** | Evans, Diana |
| **To:** | Davidenko, Arleen |
| **Subject:** | FW: Pay.gov Payment Confirmation: FLSD CM ECF |
| **Date:** | Wednesday, November 21, 2018 1:33:41 PM |

For pro hac fee in SD of Fla. for Kimberly Ingram in Case No. 0:18-cv-60062.

Case No. 205601-301010.

Diana Evans
Associate | Bradley
813.559.5522

-----Original Message-----
From: notification@pay.gov [mailto:notification@pay.gov]
Sent: Wednesday, November 21, 2018 1:32 PM
To: Evans, Diana <dnevans@bradley.com>
Subject: Pay.gov Payment Confirmation: FLSD CM ECF

[External Email]

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to
cancel this payment, please contact Financial Section at (305) 523-5050.

Application Name: FLSD CM ECF
Pay.gov Tracking ID: 26DL6969
Agency Tracking ID: 113C-11180818
Transaction Type: Sale
Transaction Date: Nov 21, 2018 1:31:39 PM

Account Holder Name: Tampa Office
Transaction Amount: $75.00
Card Type: Visa
Card Number: ************9473

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

_____

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product
privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then
delete it from your computer.

Direct Process Server LLC
22 Southern Blvd
Suite 103
Nesconset, NY 11767
Phone: (631) 406-6989
Fax: (631) 610-1987
26-4340231

# INVOICE

Invoice #DPR-2018003042
11/29/2018



THOR Y. URNESS ESQ.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 DIVISON STREET
SUITE 700
NASHVILLE, TN 37203

**Case Number: Eastern 0:18-CV-60062-WJZ**

Plaintiff:
**AMG TRADE & DISTRIBUTION LLC**

Defendant:
**NISSAN NORTH AMERICAN, INC.**

Received: 11/28/2018   Served: 11/28/2018 9:35 pm  INDIVIDUAL/PERSONAL
To be served on: JOHN T. HUNT, CPA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Service | 1.00 | 165.00 | 165.00 |
| SAME DAY SERVICE FEE | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $205.00 |
| 11/28/2018    CC **0774    Pre-Payment 0HR10620BY2407746 | | | 205.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Please enclose a copy of this invoice with your payment Make Check  Payable to Direct Process Server LLC.
Payment can also be made at our web site @ www.DirectProcess.com click "Pay You Way" and follow the
instructions.Payments are due upon receipt of this invoice and payment not received within 10 day are subject to late
fees.
We offer service in New York ,New Jersey, Connecticut State-wide. Please contact  us if a witness fee has not been
used for a refund.

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

# **I N V O I C E**



**UNIVERSAL COURT REPORTING**

888 EAST LAS OLAS BOULEVARD, SUITE 508
FORT LAUDERDALE, FL 33301

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20310166 | 11/30/2018 | 366267 |

| Job Date | Case No. | |
|---|---|---|
| 11/19/2018 | 0:18-CV-60062-WJZ | |

| Case Name | | |
|---|---|---|
| AMG Trade & Distribution, LLC v. Nisaan North America, INC., | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Timothy Andreu
Bradley Arant Boult Cummings LLP
100 South Ashley Drive
Suite 1300
Tampa, FL 33602

| Videography Service: | | | | | |
|---|---|---|---|---|---|
| Michael Pockhai, Talia Pockhai | | | | | |
| Video Appearance Fee: First Hour | | | | 200.00 | 200.00 |
| Video Appearance Fee: Each Additional Hour | 7.00 | Hours | @ | 100.00 | 700.00 |
| Appearance Fee: Each Additional Hour (After Hours) | 2.00 | Hours | @ | 150.00 | 300.00 |
| DVD or MPEG ( Original ) | 2.00 | Units | @ | 75.00 | 150.00 |
| Shipping and Handling | | | | 15.00 | 15.00 |
| | | **TOTAL DUE  >>>** | | | **$1,365.00** |

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client.  Any amounts not paid within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent per month.

8:30-6:05

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Timothy Andreu
Bradley Arant Boult Cummings LLP
100 South Ashley Drive
Suite 1300
Tampa, FL 33602

| | | |
|---|---|---|
| Invoice No. | : | 20310166 |
| Invoice Date | : | 11/30/2018 |
| **Total Due** | : | **$1,365.00** |

Remit To:   **Universal Court Reporting, Inc.**
**Phone: 954-712-2600**
**Fax: 954-779-2800**
**888 E. Las Olas Blvd. Suite 508**
**Fort Lauderdale, FL  33301**

| | | |
|---|---|---|
| Job No. | : | 366267 |
| BU ID | : | VIDEO |
| Case No. | : | 0:18-CV-60062-WJZ |
| Case Name | : | AMG Trade & Distribution, LLC v. Nisaan North America, INC., |



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
One Nissan Way
Franklin, TN  37067

January 29, 2019
Invoice No. 1309873

Matter No. 205601-301010
Re: AMG IP Matter
    Matter ID 124758

For professional services posted through December 31, 2018

| Current Invoice Summary | |
| --- | --- |
| Current Professional Services | $47,158.00 |
| Current Expenses | $12,002.75 |
| **Current Invoice** | **$59,160.75** |

Thank you for your business.


Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.
**Re: AMG IP Matter**
 **Matter ID 124758**
Matter No. 205601-301010

Page 2
January 29, 2019
Invoice No. 1309873
For legal services posted through December 31, 2018

| | **Professional Services** | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/3/18 | Telephone call with mediator Mark Stein and report on same with Kyle Neal | TYU | 1.10 | 580.00 | 638.00 |
| 12/3/18 | Emails with Karen Moore as to hearing today and requested declaration of Forsythe | TYU | 0.20 | 580.00 | 116.00 |
| 12/3/18 | Two telephone calls with Andy Lopez regarding motion to exceed page limitation and review of same motion | TYU | 0.20 | 580.00 | 116.00 |
| ███ | █████████████████████████ | ███ | ███ | ███ | ███ |
| 12/3/18 | Review of summary judgment response papers of AMG | TYU | 0.30 | 580.00 | 174.00 |
| 12/3/18 | Review communications between K.Neal and T.Urness concerning AMG's response to motion for summary judgment, mediation, and upcoming depositions | KIN | 0.20 | 275.00 | 55.00 |
| 12/4/18 | Travel to mediation (NO CHARGE) | TYU | 4.00 | 0.00 | 0.00 |
| 12/4/18 | Prepare for mediation including confer as to fee shifting options | TYU | 0.70 | 580.00 | 406.00 |
| ███ | █████████████████████ | ███ | ███ | ███ | ███ |
| 12/4/18 | Review and analysis Plaintiff's response in opposition to motion for summary judgment (NO CHARGE) | DNEV | 0.50 | 0.00 | 0.00 |
| 12/4/18 | Analyze response in opposition to motion for summary judgment, responsive statement of facts, and all accompanying materials; draft opposition to late-filed motion to exceed page limitations, incorporating feedback from T.Urness and K.Neal | KIN | 4.00 | 275.00 | 1,100.00 |
| 12/5/18 | Return from mediation in Florida (NO CHARGE) | TYU | 4.00 | 0.00 | 0.00 |
| 12/5/18 | Mediation | TYU | 5.00 | 580.00 | 2,900.00 |
| 12/5/18 | Discuss NNA's role in preparation with K.Neal; based on conversation, send email to A.Forsythe and W.Likehart concerning same | KIN | 0.50 | 275.00 | 137.50 |
| 12/5/18 | Revise opposition to late-filed motion to exceed page limitations, incorporating feedback from | KIN | 1.50 | 275.00 | 412.50 |


**Bradley**
Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
**Re: AMG IP Matter**
    **Matter ID 124758**
Matter No. 205601-301010

Page 3
January 29, 2019
Invoice No. 1309873
For legal services posted through December 31, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | T.Urness and K.Neal | | | | |
| 12/6/18 | Research and draft motion for leave to file under seal reply in support of motion for summary judgment, including exhibits | DNEV | 1.30 | 320.00 | 416.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 12/6/18 | Discuss reply in support of motion for summary judgment with T.Urness; draft reply statement of material facts | KIN | 4.80 | 275.00 | 1,320.00 |
| 12/7/18 | Research and draft motion for leave to file under seal reply in support of motion for summary judgment, including exhibits (NO CHARGE) | DNEV | 3.90 | 0.00 | 0.00 |
| 12/7/18 | Draft reply statement of facts in support of motion for summary judgment and locate citations in support of all denials; conduct call with K.Neal and W.Likehart to discuss facts asserted in AMG's opposition to motion for summary judgment | KIN | 5.20 | 275.00 | 1,430.00 |
| 12/8/18 | Revisions to opposition to plaintiffs statement of material facts and instructions to Kimberly Ingram as to same | TYU | 1.40 | 580.00 | 812.00 |
| 12/8/18 | Draft affidavit in support of motion for leave to file portion of reply in support of motion for summary judgment under seal | DNEV | 1.90 | 320.00 | 608.00 |
| 12/8/18 | Draft reply statement of facts in support of motion for summary judgment and locate citations in support of all denials; draft reply brief in support of motion for summary judgment | KIN | 7.50 | 275.00 | 2,062.50 |
| 12/9/18 | Further work on summary judgment opposition response papers, and response to statement of material facts | TYU | 2.30 | 580.00 | 1,334.00 |
| 12/9/18 | Draft reply brief in support of motion for summary judgment | KIN | 10.60 | 275.00 | 2,915.00 |
| 12/10/18 | Review of and revisions to reply summary judgment brief, office conferences throughout the day with | TYU | 4.80 | 580.00 | 2,784.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                    Page 4
**Re: AMG IP Matter**                             January 29, 2019
  **Matter ID 124758**                          Invoice No. 1309873
Matter No. 205601-301010        For legal services posted through December 31, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | Kimberly Ingram, email with client, and revisions to response to additional statement of facts filed by plaintiff | | | | |
| 12/10/18 | Instructions as to additional document requests to be served and supplement to motion to compel to be prepared and filed | TYU | 0.10 | 580.00 | 58.00 |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | |
| 12/10/18 | Call with D. Evans as to summary judgment motion response; work on reply brief and opposition to plaintiffs statement of material facts and other summary judgment motion papers | TYU | 2.10 | 580.00 | 1,218.00 |
| 12/10/18 | Assist T.Urness and K.Ingram with finalizing reply in support of motion for summary judgment, including exhibits and exhibit table, for filing | DNEV | 3.20 | 320.00 | 1,024.00 |
| 12/10/18 | Revise and finalize reply brief and reply statement of facts in support of motion for summary judgment, including discussing with K.Neal and T.Urness, inputting edits from same, and locating final citations in support of assertions | KIN | 10.60 | 275.00 | 2,915.00 |
| 12/11/18 | Email with opposing counsel regarding summary judgment response | TYU | 0.10 | 580.00 | 58.00 |
| 12/11/18 | Review order concerning motion to seal and T.Urness's email concerning same | KIN | 0.10 | 275.00 | 27.50 |
| 12/12/18 | Prepare for Trucsinski deposition, including pulling documents for his review session | TYU | 0.80 | 580.00 | 464.00 |
| 12/12/18 | Call with Kyle Neal | TYU | 0.10 | 580.00 | 58.00 |
| ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| 12/12/18 | Review deposition of Talia Pockhai and declaration of Anthony Bachan to identify documents that AMG | KIN | 2.80 | 275.00 | 770.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 5 |
| **Re: AMG IP Matter** | January 29, 2019 |
| **Matter ID 124758** | Invoice No. 1309873 |
| Matter No. 205601-301010 | For legal services posted through December 31, 2018 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | has admitted exist and/or claimed are relevant but has not produced; check this against previous document requests and motion to compel to determine whether each has been requested and whether it is the subject of the motion to compel; discuss same with T.Urness; discuss local rule procedure to expedite with D.Evans in case we want to expedite already-filed motion to compel; email opposing counsel concerning meet and confer for possible second motion to compel and motion for continuance | | | | |
| 12/13/18 | Meet with Sam Truscinski to prepare him for his deposition | TYU | 3.20 | 580.00 | 1,856.00 |
| 12/13/18 | Emails and calls with Karen Moore regarding declaration sought from Andy Forsythe, and calls and emails with Andy Forsythe, and revision to declaration, and confer with Kyle Neal as the same | TYU | 0.70 | 580.00 | 406.00 |
| 12/13/18 | Draft requests for production to cover all documents requested by V.Alexander and learned of through the deposition of T.Pockhai or the declaration of A.Bachan in opposition to our motion for summary judgment | KIN | 2.20 | 275.00 | 605.00 |
| 12/13/18 | Email T.Urness and then opposing counsel concerning non-production of documents from John Hunt on due date yesterday (NO CHARGE) | KIN | 0.10 | 0.00 | 0.00 |
| 12/13/18 | Communicate with K.Moore concerning declaration desired from A.Forsythe; draft said declaration and revise based on input from K.Moore; communicate with A.Forsythe concerning same and send executed version to K.Moore | KIN | 0.60 | 275.00 | 165.00 |
| 12/13/18 | Review person report on Ryan Rengen to attempt to determine phone number and discuss same with T.Urness | KIN | 0.10 | 275.00 | 27.50 |
| 12/14/18 | Call with Kyle Neal | TYU | 0.10 | 580.00 | 58.00 |
| 12/14/18 | Calls with Lopez as to discovery | TYU | 0.60 | 580.00 | 348.00 |
| 12/14/18 | Plan and prepare for drafting Rule 45 subpoenas to nonparties | DNEV | 0.20 | 320.00 | 64.00 |
| 12/14/18 | Revise and finalize requests for production; direct | KIN | 1.50 | 275.00 | 412.50 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                                     Page 6
**Re: AMG IP Matter**                                                            January 29, 2019
    **Matter ID 124758**                                           Invoice No. 1309873
Matter No. 205601-301010                      For legal services posted through December 31, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | service of same; discuss drafting of subpoenas to DeTuya and Bachan with D.Evans | | | | |
| 12/14/18 | Prepare for and participate in meet and confer with opposing counsel concerning outstanding discovery requests, information relied upon in opposition to motion for summary judgment, and continuance of trial and discovery cut-off | KIN | 0.60 | 275.00 | 165.00 |
| 12/16/18 | Call with Kyle Neal | TYU | 0.10 | 580.00 | 58.00 |
| 12/17/18 | Email and call with Kyle Neal regarding case status, next steps | TYU | 0.10 | 580.00 | 58.00 |
| 12/17/18 | Prepare and draft subpoenas to Anthony Bachan and Jorge de Tuya | DNEV | 1.20 | 320.00 | 384.00 |
| 12/18/18 | Review and revise motion to extend pretrial schedule, discovery deadline; edits to subpoenas; review of discovery produced by AMG in response to subpoena | TYU | 1.30 | 580.00 | 754.00 |
| 12/18/18 | Download opposing document production and provide to vendor to load into Catalyst; create backup copy and provide access to T.Urness and K.Ingram | MSMO | 0.70 | 250.00 | 175.00 |
| 12/18/18 | Revisions to subpoenas to Anthony Bachan and Jorge de Tuya | DNEV | 0.60 | 320.00 | 192.00 |
| 12/18/18 | Draft NNA's motion for continuance and extension of deadlines; gather powerpoints for T.Urness in preparation for tomorrow's deposition prep sessions | KIN | 1.10 | 275.00 | 302.50 |
| 12/19/18 | Preparation for depositions, meetings with Whitney Likehart, Rameses Cox-Bey | TYU | 6.00 | 580.00 | 3,480.00 |
| 12/19/18 | Revisions to subpoenas to Anthony Bachan | DNEV | 0.50 | 320.00 | 160.00 |
| 12/19/18 | Review, revise, and prepare for filing consent motion to extend deadlines and draft proposed order on same | DNEV | 1.40 | 320.00 | 448.00 |
| 12/19/18 | Revise and finalize NNA's motion for continuance; review and revise DeTuya and Bachan subpoenas; respond to K.Moore's questions re: A.Forsythe's transcripts and motion for extension | KIN | 1.10 | 275.00 | 302.50 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
**Re: AMG IP Matter**
    **Matter ID 124758**
Matter No. 205601-301010

Page 7
January 29, 2019
Invoice No. 1309873
For legal services posted through December 31, 2018

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 12/20/18 | Defended depositions of Rameses Cox-Bey and Whitney Likehart and discussions with same and Kyle Neal | TYU | 7.00 | 580.00 | 4,060.00 |
| 12/20/18 | Revisions to subpoenas to Anthony Bachan and Jorge de Tuya and finalize for filing | DNEV | 0.70 | 320.00 | 224.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 12/21/18 | Deposition preparation meeting with Roxane Morris, Kyle Neal | TYU | 3.20 | 580.00 | 1,856.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

**Total Professional Services**      $47,158.00

---

| **Expenses** | | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| | EXPRESS MAIL/FEDEX | 0.00 |
| | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: IVIE,JULIE | 0.00 |
| | COPY CHARGES - INTERNAL COLOR | 0.00 |
| | COPY CHARGES - INTERNAL B&W | 0.00 |
| | POSTAGE CHARGES | 0.00 |
| | FED DOCKET SERV-PACER | 0.00 |
| 11/14/18 | THOR URNESS - AIRFARE, JACKSONVILLE, FLORIDA, TRAVEL TO ATTEND DEPOSITIONS IN JACKSONVILLE ON JET BLUE (ONE-WAY FARE), 11/18/2018 - 11/18/2018 Bank ID: CRBHM Check Number: DA4D7EE5 | 257.20 |
| 11/14/18 | THOR URNESS - AIRFARE, JACKSONVILLE FLORIDA TO NASHVILLE TENNESSEE, RETURN BACK TO NASHVILLE FROM JACKSONVILLE, | 257.98 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 8 |
| **Re: AMG IP Matter** | January 29, 2019 |
| **Matter ID 124758** | Invoice No. 1309873 |
| Matter No. 205601-301010 | For legal services posted through December 31, 2018 |

| Date | Description | Amount |
|------|-------------|--------|
| | FLORIDA FOR DEPOSITIONS ON SOUTHWEST (ONE-WAY FARE), 11/20/2018 - 11/20/2018 Bank ID: CRBHM Check Number: DA4D7EE5 | |
| 11/14/18 | THOR URNESS - SEAT FEE, JACKSONVILLE, FLORIDA, ATTEND DEPOSITIONS IN JACKSONVILLE., 11/14/2018 Bank ID: CRBHM Check Number: DA4D7EE5 | 38.00 |
| 11/18/18 | THOR URNESS - TAXI/CAR SERVICE, JACKSONVILLE AIRPORT TO HOTEL, NISSAN DEPOSITIONS IN FLORIDA, 11/18/2018 Bank ID: CRBHM Check Number: F9C7959A | 13.43 |
| 11/19/18 | THOR URNESS - LUNCH, 11/19/2018, ATTEND DEPOSITIONS IN JACKSONVILLE. LUNCH WITH ANDY FORSYTHE OF NNA AND KIMBERLY INGRAM Bank ID: CRBHM Check Number: DA4D7EE5 | 49.34 |
| 11/19/18 | THOR URNESS - DINNER, 11/19/2018, ATTEND DEPOSITIONS IN JACKSONVILLE. DINNER WITH ANDY FORSYTHE OF NNA AND KIMBERLY INGRAM Bank ID: CRBHM Check Number: DA4D7EE5 | 126.00 |
| 11/20/18 | THOR URNESS - HOTEL - LODGING, JACKSONVILLE,FLORIDA, ATTEND DEPOSITIONS IN JACKSONVILLE, 11/18/2018 - 11/20/2018 Bank ID: CRBHM Check Number: DA4D7EE5 | 356.16 |
| 11/20/18 | THOR URNESS - DINNER, 11/20/2018, ATTEND DEPOSITIONS IN JACKSONVILLE. DINNER WITH ANDY FORSYTHE OF NNA AND KIMBERLY INGRAM AFTER DEPOSITIONS AND BEFORE TRAVEL BACK TO NASHVILLE. Bank ID: CRBHM Check Number: DA4D7EE5 | 79.87 |
| 11/26/18 | THOR URNESS - LUNCH, 11/26/2018, LUNCH WITH KYLE NEAL. ATTENDING DEPOSITION PREPARATION AT NISSAN IN COOL SPRINGS Bank ID: CRBHM Check Number: 898BAA68 | 31.41 |
| 11/27/18 | THOR URNESS - AIRFARE, FT. LAUDERDALE, FLORIDA, TO FLORIDA FOR MEDIATION, 12/04/2018 - 12/05/2018 Bank ID: CRBHM Check Number: 47CEFB8C | 302.97 |
| 11/29/18 | VERITEXT CORPORATE SERVICES, INC. - COURT REPORTER CHARGES-13 - THOR URNESS - DEPOSITION OF ANDY FORSYTHE - INVOICE: FLA3561482 DATE: 11/29/18 Bank ID: CRBHM Check Number: 1008651 | 1,327.25 |
| 11/30/18 | KRAFT CPAS TURNAROUND AND RESTRUCTING GROUP PLLC - PROFESSIONAL CONSULTANT SERVICES-28 - THOR URNESS - DOCUMENT REVIEW AND PROFESSIONAL SERVICES - INVOICE: 305829 DATE: 11/30/18 Bank ID: CRBHM Check Number: 1008023 | 5,793.00 |
| 12/1/18 | TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC - RESEARCH FEES-37 - CAROLINE WHITNEY - TLO - SUBSCRIPTION AND USAGE - OCTOBER 2018 - INVOICE: 0500-1616-0963 DATE: 12/01/18 Bank | 0.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 9 |
| **Re: AMG IP Matter** | January 29, 2019 |
| **Matter ID 124758** | Invoice No. 1309873 |
| Matter No. 205601-301010 | For legal services posted through December 31, 2018 |

| Date | Description | Amount |
|------|-------------|-------:|
| | ID: CRBHM Check Number: 1008203 | |
| 12/1/18 | TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC - RESEARCH FEES-37 - CAROLINE WHITNEY - TLO ORDERS - DECEMBER 2018 - INVOICE: 0500-1628-6757 DATE: 12/01/18 Bank ID: CRBHM Check Number: 1008430 | 0.00 |
| 12/4/18 | THOR URNESS - TAXI/CAR SERVICE, FT. LAUDERDALE AIRPORT TO HOTEL (HOLLYWOOD BEACH MARRIOTT), TO FLORIDA FOR MEDIATION, 12/04/2018 Bank ID: CRBHM Check Number: 47CEFB8C | 15.39 |
| 12/4/18 | THOR URNESS - TAXI/CAR SERVICE, AIRPORT TO HOTEL (TIP FOR LYFT DRIVER), TO FLORIDA FOR MEDIATION, 12/04/2018 Bank ID: CRBHM Check Number: 47CEFB8C | 3.00 |
| 12/5/18 | THOR URNESS - HOTEL - LODGING, FT. LAUDERDALE, FL, TO FLORIDA FOR MEDIATION, 12/04/2018 - 12/05/2018 Bank ID: CRBHM Check Number: 47CEFB8C | 306.48 |
| 12/5/18 | THOR URNESS - TAXI/CAR SERVICE, MEDIATION TO AIRPORT, TO FLORIDA FOR MEDIATION, 12/05/2018 Bank ID: CRBHM Check Number: 47CEFB8C | 17.08 |
| 12/5/18 | THOR URNESS - TAXI/CAR SERVICE, MEDIATION OFFICES TO AIRPORT (TIP), TO FLORIDA FOR MEDIATION, 12/05/2018 Bank ID: CRBHM Check Number: 47CEFB8C | 3.00 |
| 12/5/18 | THOR URNESS - CHANGE TICKET FEE, FT. LAUDERDALE TO NASHVILLE (THIS WAS AN AIRFARE CHANGE FOR RETURN TRAVEL- ONE WAY ONLY), TO FLORIDA FOR MEDIATION, 12/05/2018 Bank ID: CRBHM Check Number: 47CEFB8C | 117.99 |
| 12/5/18 | THOR URNESS - PARKING, NASHVILLE TO FT. LAUDERDALE AND RETURN, TO FLORIDA FOR MEDIATION, 12/04/2018 - 12/05/2018 Bank ID: CRBHM Check Number: 47CEFB8C | 45.00 |
| 12/6/18 | PCARD CHARGE - KRISTI RITCHIE - SQ *POP ROCK LUNCH, 12/06/2018, TYU LUNCH MEETING Bank ID: CRBHM Check Number: AEF4A769 | 26.25 |
| 12/6/18 | PCARD CHARGE - KRISTI RITCHIE - SQ *POP ROCK LUNCH, 12/06/2018, TYU LUNCH MEETING Bank ID: CRBHM Check Number: 5667642B | 17.00 |
| 12/10/18 | UNIVERSAL COURT REPORTING, INC. - TRANSCRIPT CHARGES-14 - KIMBERLY INGRAM - POCKHAI DEPOSITIONS - INVOICE: 20310826 DATE: 12/10/18 Bank ID: CRBHM Check Number: 1008111 | 2,818.95 |

**Total Expenses**                                                                 **$12,002.75**

**Urness, Thor**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Tuesday, November 27, 2018 1:30 PM |
| **To:** | Urness, Thor |
| **Subject:** | Thor Y Urness's 12/04 Ft. Lauderdale trip (KXN5L2): Your reservation is confirmed. |

**[External Email]**

Here's your itinerary and other important travel information.
View our mobile site | View in browser

## Southwest✈

Manage Flight | Flight Status | My Account



### Hi Thor Y,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**DECEMBER 4 - DECEMBER 5**

# BNA ✈ FLL

Nashville to Ft. Lauderdale

Confirmation # **KXN5L2**

Confirmation date: 11/27/2018

| PASSENGER | Thor Y Urness |
|---|---|
| RAPID REWARDS # | 52737370 |
| TICKET # | 5262412872439 |
| EXPIRATION[1] | November 27, 2019 |
| EST. POINTS EARNED | 1,533 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight 1:** Tuesday, 12/04/2018   Est. Travel Time: 2h 10m   Wanna Get Away®

| FLIGHT # 0979 | DEPARTS **BNA 03:10**PM Nashville | ✈ | ARRIVES **FLL 06:20**PM Ft. Lauderdale |
|---|---|---|---|

**Flight 2:** Wednesday, 12/05/2018   Est. Travel Time: **2h 20m**   <u>Wanna Get Away®</u>

| | DEPARTS | | ARRIVES |
|---|---|---|---|
| FLIGHT # 0502 | **FLL 07:05**PM<br>Ft. Lauderdale | ✈ | **BNA 08:25**PM<br>Nashville |

# Payment information

| Total cost | | | Payment | |
|---|---|---|---|---|
| **Air - KXN5L2** | | | Amer Express ending in 1005<br>Date: November 27, 2018 | |
| Base Fare | $ | 255.41 | **Payment Amount: $302.97** | |
| U.S. Transportation Tax | $ | 19.16 | | |
| U.S. 9/11 Security Fee | $ | 11.20 | | |
| U.S. Flight Segment Tax | $ | 8.20 | | |
| U.S. Passenger Facility Chg | $ | 9.00 | | |
| **Total** | **$** | **302.97** | | |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262412872439

# Prepare for takeoff

 **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

 **30 minutes** before your departure:

Arrive at the gate prepared to board.

 **10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our <u>No Show Policy</u>.

| See more travel tips |
|---|

 ## Don't miss out on automatic check-in

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >

**Urness, Thor**

| | |
|---|---|
| **From:** | no-reply@lyftmail.com on behalf of Lyft Ride Receipt <no-reply@lyftmail.com> |
| **Sent:** | Wednesday, December 05, 2018 12:25 PM |
| **To:** | Urness, Thor |
| **Subject:** | Your ride with Jerome on December 4 |

**[External Email]**





# Thanks for riding with Jerome!

December 4, 2018 at 6:56 PM

### Ride Details

| | |
|---|---|
| Lyft fare (9.82mi, 21m 25s) | $16.43 |
| Tip | $3.00 |
| Lyft Credits | -$1.04 |
| American Express *1005 | **$18.39** |



☐ **Pickup**   6:56 PM
   213 Terminal Dr, Fort Lauderdale, FL

☐ **Drop-off**   7:17 PM
   320 Carolina St, Hollywood, FL

## This and every ride is carbon neutral

**Urness, Thor**

| | |
|---|---|
| **From:** | no-reply@lyftmail.com on behalf of Lyft Ride Receipt <no-reply@lyftmail.com> |
| **Sent:** | Wednesday, December 05, 2018 12:25 PM |
| **To:** | Urness, Thor |
| **Subject:** | Your ride with Jerome on December 4 |

**[External Email]**





# Thanks for riding with Jerome!

December 4, 2018 at 6:56 PM

### Ride Details

| | |
|---|---|
| Lyft fare (9.82mi, 21m 25s) | $16.43 |
| Tip | $3.00 |
| Lyft Credits | -$1.04 |
| **American Express *1005** | **$18.39** |



Pickup    6:56 PM
213 Terminal Dr, Fort Lauderdale, FL

Drop-off  7:17 PM
320 Carolina St, Hollywood, FL

## This and every ride is carbon neutral



**HOLLYWOOD BEACH MARRIOTT**

**GUEST FOLIO**

| | | | | | | |
|---|---|---|---|---|---|---|
| 325 | URNESS/T | 254.00 | 12/05/18 | 11:00 | | 25597 |
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| GD | | | 12/04/18 | 19:26 | | |
| TYPE | | | ARRIVE | TIME | | |
| 147 | | | | | | |
| ROOM | ADDRESS | | PAYMENT | | | MRW#:   XXXXX2192 |
| CLERK | | | | | | |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 12/04 | ROOM | 325, 1 | 254.00 | | |
| 12/04 | ROOM TAX | 325, 1 | 15.24 | | |
| 12/04 | OCC TAX | 325, 1 | 15.24 | | |
| 12/04 | DSTNTN F | SFA | 20.00 | | |
| 12/04 | DSTN TAX | SFA | 1.20 | | |
| 12/04 | OCC. TAX | SFA | 1.20 | | |
| 12/05 | AX CARD | | | $306.88 | |

TO BE SETTLED TO:   AMERICAN EXPRESS CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL AYS. TO EXIT GARAGE DON'T FORGET YOUR ROOM KEY
AFTER 11AM SEE THE FRONT DESK

See our "Privacy & Cookie Statement" on Marriott.com

**Your Rewards points/miles earned on your eligible earnings  will be credited to your account. Check your  Rewards
Account Statement for updated activity.**



HOLLYWOOD BEACH MARRIOTT
2501 N OCEAN DRIVE
HOLLYWOOD, FL  33019
954-924-2202

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

OPERATED UNDER LICENSE FROM MARRIOTT INTERNATIONAL, INC. OR ONE OF ITS AFFILIATES

**Urness, Thor**

| | |
|---|---|
| **From:** | no-reply@lyftmail.com on behalf of Lyft Ride Receipt <no-reply@lyftmail.com> |
| **Sent:** | Thursday, December 06, 2018 9:56 AM |
| **To:** | Urness, Thor |
| **Subject:** | Your ride with Robert on December 5 |

**[External Email]**





# Thanks for riding with Robert!

December 5, 2018 at 1:32 PM

### Ride Details

| | |
|---|---|
| Lyft fare (13.94mi, 24m 20s) | $18.97 |
| Tip | $3.00 |
| 10% off Mon. - Fri. | -$1.89 |
| American Express *1005 | **$20.08** |

- ● Pickup   1:32 PM
  19099 NE 29th Ave, Aventura, FL

- ● Drop-off   1:57 PM
  628 Terminal Dr, , FL

## This and every ride is carbon neutral

1

**Urness, Thor**

| | |
|---|---|
| **From:** | no-reply@lyftmail.com on behalf of Lyft Ride Receipt <no-reply@lyftmail.com> |
| **Sent:** | Thursday, December 06, 2018 9:56 AM |
| **To:** | Urness, Thor |
| **Subject:** | Your ride with Robert on December 5 |

**[External Email]**





## Thanks for riding with Robert!

December 5, 2018 at 1:32 PM

### Ride Details

| | |
|---|---|
| Lyft fare (13.94mi, 24m 20s) | $18.97 |
| Tip | $3.00 |
| lyft 10% off Mon. - Fri. | -$1.89 |
| American Express *1005 | **$20.08** |

- Pickup     1:32 PM
  19099 NE 29th Ave, Aventura, FL

- Drop-off   1:57 PM
  628 Terminal Dr, , FL

## This and every ride is carbon neutral

1



ISSUED BY AND VALID ONLY ON · · · · · · · · · · · · · · · RECEIPT · · · · · · · · · · · · · ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · **SOUTHWEST AIRLINES**

DATE: 05DEC18 CONFIRMATION NUMBER:KXN5L2  AGENT:0114AAEXPIRATION DATE: 27NOV19   TICKET : 5262414418185
CPN: 0         CONJUNCTION TICKETS:

| From | To | Flt | Date | Dep | Arr | BC | Customer Name | | Base Fare | Fees | Taxes | Total |
|------|----|----|------|-----|-----|----|----|----|------|------|-------|-------|
| FLL | BNA | 1702 | 05DEC | 0330P | 0450P | Y | WURNESS/THOR Y | | 365.17 | | 8.23 | 117.99 |

NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN   **TICKET TOTAL**    365.17    8.23    117.99
                                                         **Fare Change**              (WANNA GET AWAY)

X XXXXXXXXXXX1005  $117.99
P AX AUTH: 220968 $117.99





```
        |||||||||||||||||||||||||||||||||

              Terminal Valet
             1 Terminal Drive
            Nashville, TN  37214
              (615) 275-4860

Ticket #                            1027278
Other Id
Open Date                    12/04/18 14:15
Close Date                   12/05/18 17:11

Cashier ID                             1005
Date                         12/05/18 17:11
Name                         URNESS, THOR Y
Vehicle                 BLACK BMW/X SERIES
License                              AW1513
Lot Location                           0095

PARKING CHARGES
    Hours        28
                               $    42.00
Tip                      1     $     3.00
Subtotal                       $    45.00
                               ----------
Parking Total                  $    45.00

Grand Total                    $    45.00

PAYMENTS
  AX 1005   12/05/18 17:11     $    45.00
    TTID:                 833883518994660
    Auth: 521012              Batch: 100
```

| From: | Urness, Thor |
|---|---|
| To: | Cooper, Sharon |
| Subject: | Fwd: Receipt Request |
| Date: | Wednesday, November 28, 2018 1:37:54 PM |

Begin forwarded message:

**From:** JetBlue Airways <donotreply@jetblue.com>
**Date:** November 28, 2018 at 12:49:24 PM CST
**To:** <TURNESS@BABC.COM>
**Subject: Receipt Request**



JetBlue Receipt

## TRAVEL PURCHASE

**Date:** November 14, 2018         **Record Locator:** WVKDQU

| Ticket Number(s): | 2792113174005 |
|---|---|
| Traveler(s): | URNESS, THOR Y MR |

| Flight Details: | Flight Number | City Pair |
|---|---|---|
| | 182 | BNA-FLL |

| Travel Date: | November 18 |
|---|---|
| Base Fare: | $226.05   USD |

Taxes & Fees Breakdown:

| Amount | Currency | Purpose - (Code) |
|---|---|---|
| $16.95 | USD | **U.S. Transportation Tax Total** - (US1) |
| $4.10 | USD | **Flight Segment Tax (Domestic) Total** - (ZP) |
| $5.60 | USD | **U.S. September 11th Security Fee Total** - (AY) |
| $4.50 | USD | **U.S. Passenger Facility Charge Total** - (XF) |

| Taxes & Fees Total: | $31.15   USD |
|---|---|
| Base Fare Total: | **$257.20**   USD |
| Payment(s): | |
| | American Express card XXXXXXXXXX1005          $257.20     USD |



**FEES**

**Date:** November 14, 2018

**Ticket Number:** 2790612779843          **Name:** URNESS, THOR Y MR

| QTY | FEE TYPE | COST | TAX | TOTAL |
|-----|----------|------|-----|-------|
| 1 | Ancillary Seat Fee | $38.00 | $0.00 | $38.00 |

| Total: | **$38.00** | | USD | |

Payment(s):

American Express card 371*********1005          $38.00    USD

**TOTAL PAID*: $295.20 (USD)**

*Includes all fares, taxes, fees and penalties less any amounts refunded

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

IMPORTANT LEGAL NOTICE

**[External Email]**



JetBlue Receipt

**TRAVEL PURCHASE**

**Date:** November 14, 2018          **Record Locator:** WVKDQU

| Ticket Number(s): | 2792113174005 |
|-------------------|---------------|
| Traveler(s): | URNESS, THOR Y MR |

| Flight Details: | Flight Number | City Pair |
|-----------------|---------------|-----------|
| | 182 | BNA-FLL |

| Travel Date: | November 18 |
|--------------|-------------|

| | | |
|---|---|---|
| Base Fare: | $226.05 | USD |

Taxes & Fees Breakdown:

| Amount | Currency | Purpose - (Code) |
|---|---|---|
| $16.95 | USD | **U.S. Transportation Tax Total** - (US1) |
| $4.10 | USD | **Flight Segment Tax (Domestic) Total** - (ZP) |
| $5.60 | USD | **U.S. September 11th Security Fee Total** - (AY) |
| $4.50 | USD | **U.S. Passenger Facility Charge Total** - (XF) |

| | | |
|---|---|---|
| Taxes & Fees Total: | $31.15 | USD |
| Base Fare Total: | **$257.20** | USD |

Payment(s):

| | | |
|---|---|---|
| American Express card XXXXXXXXXX1005 | $257.20 | USD |

## FEES

**Date:** November 14, 2018

**Ticket Number:** 2790612779843          **Name:** URNESS, THOR Y MR

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | Ancillary Seat Fee | $38.00 | $0.00 | $38.00 |

| | | |
|---|---|---|
| Total: | **$38.00** | USD |

Payment(s):

| | | |
|---|---|---|
| American Express card 371********1005 | $38.00 | USD |

## TOTAL PAID*: $295.20 (USD)

*Includes all fares, taxes, fees and penalties less any amounts refunded

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

IMPORTANT LEGAL NOTICE

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

## Urness, Thor

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Wednesday, November 14, 2018 1:01 PM |
| **To:** | Urness, Thor |
| **Subject:** | Thor Y Urness's 11/20 Nashville trip (TVXOHH): Your reservation is confirmed. |

**[External Email]**

Here's your itinerary and other important travel information.
View our mobile site | View in browser

        **Manage Flight | Flight Status | My Account**

 **Hi Thor Y,**

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

### NOVEMBER 20

# FLL ⊠ BNA

Ft. Lauderdale to Nashville

### Confirmation # TVXOHH

Confirmation date: 11/14/2018

| PASSENGER | **Thor Y Urness** |
|---|---|
| RAPID REWARDS # | 52737370 |
| TICKET # | 5262408745508 |
| EXPIRATION[1] | November 14, 2019 |
| EST. POINTS EARNED | 1,361 |

Rapid Rewards® points are only estimations.

## Your itinerary

| **Flight:** Tuesday, 11/20/2018 | Est. Travel Time: **2h 20m** | Wanna Get Away® |
|---|---|---|

| FLIGHT # 6076 | **DEPARTS** **FLL 08:05**PM Ft. Lauderdale | ⊠ | **ARRIVES** **BNA 09:25**PM Nashville |
|---|---|---|---|

# Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - TVXOHH** | | | **Amer Express ending in 1005** |
| Base Fare | $ | 226.77 | Date: November 14, 2018 |
| U.S. Transportation Tax | $ | 17.01 | **Payment Amount: $257.98** |
| U.S. 9/11 Security Fee | $ | 5.60 | |
| U.S. Flight Segment Tax | $ | 4.10 | |
| U.S. Passenger Facility Chg | $ | 4.50 | |
| **Total** | $ | 257.98 | |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262408745508

# Prepare for takeoff



**24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

**30 minutes** before your departure:

Arrive at the gate prepared to board.

**10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

## Don't miss out on automatic check-in



EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >



**Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in Nashville.

Book hotel >

**Have questions about your upcoming trip?**

Get all the answers before you leave for the airport.

Prepare now >

5262408745508: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN FLL WN BNA226.77USD226.77END ZP FLL4.10 XF FLL4.5

WLN0TNF

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**





Get the mobile app

· All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2018 Southwest Airlines Co. All Rights Reserved.



Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.



**RIVERSIDE HOTEL**
75 YEARS OF TRADITION

| | | | | |
|---|---|---|---|---|
| Thor Urness | | Room No. | : 0924 | |
| US | | Arrival | : 11-18-18 | |
| | | Departure | : 11-20-18 | |
| | | Page No. | : 1 of 1 | |
| INVOICE | | Folio No. | : | |
| Membership No | : | Conf. No. | : 400531 | |
| A/R Number | : | Cashier No. | : 113 | |
| Group Code | : | User ID | : KWHALEY | |
| Company Name | : | | | |

Thank You For Staying With Us 11-20-18

| Date | Description | Charges USD | Credits USD |
|---|---|---|---|
| 11-18-18 | Wild Sea Dinner-Food | 158.56 | |
| 11-18-18 | Room Rate | 159.00 | |
| 11-18-18 | State Sales Tax | 9.54 | |
| 11-18-18 | Occupancy Tax | 9.54 | |
| 11-19-18 | Room Rate | 159.00 | |
| 11-19-18 | State Sales Tax | 9.54 | |
| 11-19-18 | Occupancy Tax | 9.54 | |
| | Total | 514.72 | 0.00 |
| | | Balance Due | 514.72 |

*NNA/AML -/una*

**EL CAMINO**
817 East Las Olas Blvd
Ft Lauderdale, FL  33301
(954) 530-1188

*dipos. in*
*AML v.*
*NNA.*

Emp: Devin AMEX*
11-19 12:38pm        Tbl# 24
EMV E2E 16-35383

*Andy Forsyth,*
*NNA,*

----------------------------------------
SALE
Card Number:   *************1005
Exp Date: ** / ** URNESS/THOR Y
Apprvl Code: 889534

*Tyn*
*K. Ingram*

AMOUNT:        41.34

TIP: ___ *8.—*

TOTAL: ___ *49.34*

18.0% = $7.02
20.0% = $7.80
For Your Convenience:

X_____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

MID: XXXXXXXX TID:1
Entry: Chip CVM:
AID: A00000025010801
TVR: 0000008000
IAD: 2AAB7315AB220719
TSI: F800
ARC: 00CE

** GUEST COPY **

Dinner - Andy Forsythe.
Nissen,

SALES DRAFT
Check:9638315    11/19/18    tye
Table:2-3       20:16
                            K. Ingram

the Riverside Boatho     (Dey w/day)
620 East Las Olas Boulevard
Ft. Lauderdale, FL  33301

MERCH ID: 1557762006
SERVER: Traci
TERMINAL: 981

            American Express
   NAME:    URNESS/THOR Y
 NUMBER:    XXXXXXXXXX1005
   AUTH:    807891
 AMOUNT:    106.00
  TOTAL:    106.00

GRATUITY: 20   TOTAL! 26.00

      [ G U E S T   C O P Y ]

# **I N V O I C E**



**888 EAST LAS OLAS BOULEVARD, SUITE 508
FORT LAUDERDALE, FL 33301**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20310826 | 12/10/2018 | 365454 |

| Job Date | Case No. | |
|---|---|---|
| 11/19/2018 | 0:18-CV-60062-WJZ | |

| Case Name | | |
|---|---|---|
| AMG Trade & Distribution, LLC v. Nisaan North America, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP
1600 Division St.,
Suite 700
Nashville, TN  37203

| | | | | | |
|---|---|---|---|---|---|
| Original Transcript of the Deposition of: | | | | | |
| Michael Pockhai | 295.00 | Pages | @ | 4.25 | 1,253.75 |
| Appearance Fee: First Hour | | | | 75.00 | 75.00 |
| Appearance Fee: Each Additional Hour | 7.00 | Hours | @ | 35.00 | 245.00 |
| Appearance Fee: Each Additional Hour (After Hours) | 2.00 | Hours | @ | 53.00 | 106.00 |
| E-tran | | | | 0.00 | 0.00 |
| B & W Exhibit copies | 184.00 | Pages | @ | 0.60 | 110.40 |
| Litigation Support Package | | | | 35.00 | 35.00 |
| Electronic Processing/Archival/Delivery (O&1) | | | | 15.00 | 15.00 |
| Original Transcript of the Deposition of: | | | | | |
| Talia Pockhai- | 192.00 | Pages | @ | 4.25 | 816.00 |
| E-tran | | | | 0.00 | 0.00 |
| B & W Exhibit copies | 213.00 | Pages | @ | 0.60 | 127.80 |
| Litigation Support Package | | | | 35.00 | 35.00 |
| | | | **TOTAL DUE  >>>** | | **$2,818.95** |

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client.  Any amounts not paid within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent per month.

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP
1600 Division St.,
Suite 700
Nashville, TN  37203

| | | |
|---|---|---|
| Invoice No. | : | 20310826 |
| Invoice Date | : | 12/10/2018 |
| **Total Due** | **:** | **$2,818.95** |

| | | |
|---|---|---|
| Job No. | : | 365454 |
| BU ID | : | Digi Brwrd |
| Case No. | : | 0:18-CV-60062-WJZ |
| Case Name | : | AMG Trade & Distribution, LLC v. Nisaan North America, Inc. |

Remit To: **Universal Court Reporting, Inc.**
**Phone: 954-712-2600**
**Fax: 954-779-2800**
**888 E. Las Olas Blvd. Suite 512**
**Fort Lauderdale, FL  33301**

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20310826 | 12/10/2018 | 365454 |
| **Job Date** | **Case No.** | |
| 11/19/2018 | 0:18-CV-60062-WJZ | |
| **Case Name** | | |
| AMG Trade & Distribution, LLC v. Nisaan North America, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP
1600 Division St.,
Suite 700
Nashville, TN  37203

8:30-6:00

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP
1600 Division St.,
Suite 700
Nashville, TN  37203

| | | |
|---|---|---|
| Invoice No. | : | 20310826 |
| Invoice Date | : | 12/10/2018 |
| **Total Due** | : | **$2,818.95** |

| | | |
|---|---|---|
| Remit To: | **Universal Court Reporting, Inc.** | |
| | **Phone: 954-712-2600** | |
| | **Fax: 954-779-2800** | |
| | **888 E. Las Olas Blvd. Suite 508** | |
| | **Fort Lauderdale, FL  33301** | |

| | | |
|---|---|---|
| Job No. | : | 365454 |
| BU ID | : | Digi Brwrd |
| Case No. | : | 0:18-CV-60062-WJZ |
| Case Name | : | AMG Trade & Distribution, LLC v. Nisaan North America, Inc. |

**Veritext, LLC**
**Florida Region**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| Bill To: | Thor Y. Urness Esq. Bradley Law 1600 Division St Ste 700 Nashville, TN, 37203 | | Invoice #: | FLA3561482 |
|---|---|---|---|---|
| | | | Invoice Date: | 11/29/2018 |
| | | | Balance Due: | $1,327.25 |

| Case: | AMG Trade & Distribution, LLC v. Nissan North America, Inc., |
|---|---|
| Job #: | 3116430 | Job Date: 11/16/2018 | Delivery: Normal |
| Billing Atty: | Thor Y. Urness Esq. |
| Location: | Roundabout Plaza |
| | 1600 Division Street | Suite 700 Nashville, TN 37203 |
| Sched Atty: | Robert J Becerra Esq | Becerra Law, PA |

| Witness | Description | Amount |
|---|---|---|
| Andy Forsythe | Transcript Services | $1,098.25 |
| | Exhibit Management | $194.00 |
| | Delivery and Handling | $35.00 |

| Notes: | | Invoice Total: | $1,327.25 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,327.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

41014

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | FLA3561482 |
|---|---|
| Job #: | 3116430 |
| Invoice Date: | 11/29/2018 |
| Balance: | $1,327.25 |



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
One Nissan Way
Franklin, TN  37067

February 28, 2019
Invoice No. 1313221

Matter No. 205601-301010
Re: AMG IP Matter
    Matter ID 124758

For professional services posted through January 31, 2019

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $5,174.50 |
| Current Expenses | $14,024.26 |
| **Current Invoice** | **$19,198.76** |

Thank you for your business.



# Bradley
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.
**Re: AMG IP Matter**
    **Matter ID 124758**
Matter No. 205601-301010

Page 2
February 28, 2019
Invoice No. 1313221
For legal services posted through January 31, 2019

| Professional Services | | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ██ | ████████ | ██ | ██ | ██ | ██ |
| 1/3/19 | Email with plaintiffs counsel regarding subpoena responses extension sought, and follow up as to same | TYU | 0.30 | 580.00 | 174.00 |
| ██ | ████████ | ██ | ██ | ██ | ██ |
| 1/3/19 | Create document search in Catalyst of hot documents and share with K.Ingram and T.Urness. | MSMO | 0.40 | 250.00 | 100.00 |
| ██ | ████████ | ██ | ██ | ██ | ██ |
| ██ | ████████ | ██ | ██ | ██ | ██ |
| ██ | ████████ | ██ | ██ | ██ | ██ |
| ██ | ████████ | ██ | ██ | ██ | ██ |
| ██ | ████████ | ██ | ██ | ██ | ██ |
| 1/7/19 | Review email from opposing counsel concerning discovery and consider representation that there are no additional responsive emails from A.Bachan | KIN | 0.10 | 275.00 | 27.50 |
| 1/8/19 | Review of order for court on motion to compel, order on motion for extension, email to client as to same; call with Kyle Neal as to same | TYU | 0.70 | 580.00 | 406.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
**Re: AMG IP Matter**
    **Matter ID 124758**
Matter No. 205601-301010

Page 3
February 28, 2019
Invoice No. 1313221
For legal services posted through January 31, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 1/8/19 | Review court's recent rulings and analyze next steps based on the same | DNEV | 0.40 | 320.00 | 128.00 |
| 1/8/19 | Review rulings from the Court granting extension of discovery and continuance of trial, denying without prejudice motion to extend time to disclose full expert report, and denying in part and granting in part motion to compel; discuss same with T.Urness and D.Evans | KIN | 0.50 | 275.00 | 137.50 |
| ██ | ████████████████████████ | ██ | ██ | ██ | ██ |
| ██ | ████████████████████████ | ██ | ██ | ██ | ██ |
| ██ | ████████████████████████ | ██ | ██ | ██ | ██ |
| 1/11/19 | Follow up with T.Urness and D.Evans concerning documents subpoenaed from DeTuya not yet received and plan going forward | KIN | 0.20 | 275.00 | 55.00 |
| ██ | ████████████████████████ | ██ | ██ | ██ | ██ |
| ██ | ████████████████████████ | ██ | ██ | ██ | ██ |
| 1/18/19 | Calls with Kyle Neal | TYU | 0.10 | 580.00 | 58.00 |
| ██ | ████████████████████████ | ██ | ██ | ██ | ██ |


**Bradley**
Bradley Arant Boult Cummings LLP

Nissan North America, Inc.

**Re: AMG IP Matter**

    **Matter ID 124758**

Matter No. 205601-301010

Page 4

February 28, 2019

Invoice No. 1313221

For legal services posted through January 31, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/21/19 | Correspond with opposing counsel concerning outstanding documents subpoenaed from proposed expert Jorge DeTuya | KIN | 0.20 | 275.00 | 55.00 |
| 1/22/19 | Emails and call with Kyle Neal, identify next steps in litigation and instruction as same | TYU | 0.40 | 580.00 | 232.00 |
| 1/22/19 | Download opposing document production and provide access to T.Urness and K.Ingram | MSMO | 0.80 | 250.00 | 200.00 |
| 1/22/19 | Assist with CDs of documents received regarding Jorge X. de Tuya Expert Production and CD of interrogatory answers and AMG production documents | MNEW | 0.50 | 215.00 | 107.50 |
| 1/22/19 | Analyze list of upcoming activities required in case against AMG prepared by T.Urness and contribute additional thoughts; respond to D.Evans and opposing counsel concerning receipt of documents subpoenaed from DeTuya | KIN | 0.40 | 275.00 | 110.00 |
| 1/23/19 | Review of order on motion for judgment of forfeiture | TYU | 0.10 | 580.00 | 58.00 |

**Total Professional Services** $5,174.50

| | Expenses | |
|---|---|---|

| Date | Description | Amount |
|---|---|---|
| 12/4/18 | VERITEXT CORPORATE SERVICES, INC. - COURT REPORTER CHARGES-13 - THOR URNESS - DEPOSITION OF LAFORTE - INVOICE: FLA3567890 DATE: 12/04/18 Bank ID: CRBHM Check Number: 1010669 | 437.61 |
| 12/28/18 | KRAFT CPAS TURNAROUND AND RESTRUCTING GROUP PLLC - PROFESSIONAL CONSULTANT SERVICES-28 - THOR URNESS - PROFESSIONAL SERVICES - INVOICE: 306180 DATE: 12/28/18 Bank ID: CRBHM Check Number: 1010455 | 12,449.50 |


Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 5 |
| **Re: AMG IP Matter** | February 28, 2019 |
| **Matter ID 124758** | Invoice No. 1313221 |
| Matter No. 205601-301010 | For legal services posted through January 31, 2019 |

| Date | Description | Amount |
|---|---|---|
| 1/17/19 | VERITEXT CORPORATE SERVICES, INC. - TRANSCRIPT CHARGES-14 - THOR URNESS - DEPOSITIONS OF COX- BEY AND WHITNEY LIKEHART - INVOICE: FLA3615526 DATE: 01/17/19 Bank ID: CRBHM Check Number: 1010669 | 1,137.15 |

**Total Expenses**                                                                          **$14,024.26**



KraftCPAs
PLLC

Nissan North America
Thor Y. Urness, Partner
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

| | |
|---|---|
| Date: | 12/28/18 |
| Page: | 1 |
| Customer ID: | 20330 |
| Invoice #: | 306180 |

PLEASE DETACH AND RETURN THIS PORTION OF STATEMENT WITH REMITTANCE

For Professional Services Rendered

Please see attached billing detail                12,449.50

   Balance Due              $    12,449.50

JAN 0 4 2019

BY: ........................

To make a payment with a credit card go to:

www.kraftcpas.com/online-payment/

| NASHVILLE | - | Regina | 615-782-4290 |
|---|---|---|---|
| COLUMBIA | - | Debbie | 931-388-3711 |
| LEBANON | - | Kim | 615-449-2334 |

KraftCPAs PLLC - Certified Public Accountants and Consultants

| 555 Great Circle Rd. | 105 Bay Court | 610 North Garden St., Ste. 200 |
|---|---|---|
| Nashville, TN 37228 | Lebanon, TN 37087 | Columbia, TN 38401 |



**KraftCPAs**
PLLC

Nissan North America
Thor Y. Urness, Partner
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

| | |
|---|---|
| Date: | 12/28/18 |
| Page: | 2 |
| Customer ID: | 20330 |
| Invoice #: | 306180 |

PLEASE DETACH AND RETURN THIS PORTION OF STATEMENT WITH REMITTANCE

## Work Detail

| Week Ending | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 11/25/18 | Joshua Hedrick | Report writing | 3.25 | 1,056.25 |
| 11/25/18 | Joshua Hedrick | Report writing | 4.00 | 1,300.00 |
| 11/25/18 | Joshua Hedrick | Report writing | 3.50 | 1,137.50 |
| 11/25/18 | Peyton Thomas | Review data | 1.50 | 180.00 |
| 11/25/18 | Vic Alexander | Review documents and meet with Josh | 1.50 | 600.00 |
| 12/2/18 | Joshua Hedrick | Report writing and meeting with counsel | 10.50 | 3,412.50 |
| 12/2/18 | Joshua Hedrick | Document review and report and exhibit revisions | 4.25 | 1,381.25 |
| 12/2/18 | Joshua Hedrick | Document review, report revisions, and review | 6.00 | 1,950.00 |
| 12/2/18 | Vic Alexander | Report | 0.33 | 132.00 |
| 12/2/18 | Vic Alexander | Meeting with attorney and client | 2.00 | 800.00 |
| 12/2/18 | Vic Alexander | Report | 1.25 | 500.00 |
| | | | 38.08 | 12,449.50 |

KraftCPAs PLLC - Certified Public Accountants and Consultants

555 Great Circle Rd.
Nashville, TN 37228

105 Bay Court
Lebanon, TN 37087

610 North Garden St., Ste. 200
Columbia, TN 38401

**Veritext, LLC**
**Florida Region**



2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. (973) 410-4049

**Bill To:** Thor Y. Urness Esq.
Bradley Law
1600 Division St
Ste 700
Nashville TN 37203

**Remit To:** Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Samara Jones at 973-261-6039 or sjones@veritext.com

| Statement Date: 1/2/2019 | | | | | | Total Balance Due: | | $437.61 |
|---|---|---|---|---|---|---|---|---|
| Invoice # | Invoice Date | Job # | Job Date | Caption | Contact | Type | Aged | Balance Due |
| FLA3567890 | 12/4/2018 | 3132006 | 11/27/2018 | AMG Trade & Distribution, LLC v Nissan North America, Inc., | Thor Y. Urness Esq. | C | 29 | $437.61 |
| | | | | | | | Total: | $437.61 |

| Current | 31-60 Days | 61-90 Days | > 90 Days | Total |
|---|---|---|---|---|
| $437.61 | $0.00 | $0.00 | $0.00 | $437.61 |



---

Please Remit Payment To:      Veritext                     Page 1 of 1
P.O. Box 71303
Chicago IL 60694-1303

Fed. Tax ID: 20-3132569                            Visa, Mastercard & American Express Accepted

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Veritext, LLC**
**Florida Region**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| Bill To: | Thor Y. Urness Esq.<br>Bradley Law<br>1600 Division St<br>Ste 700<br>Nashville, TN, 37203 | | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | FLA3567890<br>12/4/2018<br>$437.61 |
|---|---|---|---|---|

| Case: | AMG Trade & Distribution, LLC v. Nissan North America, Inc., |
|---|---|
| Job #: | 3132006 \| Job Date: 11/27/2018 \| Delivery: Normal |
| Billing Atty: | Thor Y. Urness Esq. |
| Location: | Roundabout Plaza |
| | 1600 Division Street, Suite 700<br>Nashville, TN 37203 |
| Sched Atty: | Robert Becerra \| Becerra Law, PA |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $380.65 |
| Chuck La Forte | Exhibit Management | $9.50 |
| | Delivery and Handling | $47.46 |

| Notes: | | **Invoice Total:** | $437.61 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $437.61 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

DEC 1 7 2018

**To pay online, go to**
**www.veritext.com**

41014        Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **FLA3567890** |
|---|---|
| **Job #:** | **3132006** |
| **Invoice Date:** | **12/4/2018** |
| **Balance:** | **$437.61** |

**Veritext, LLC**
**Florida Region**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Thor Urness | **Invoice #:** | FLA3615526 |
| Bradley Law | **Invoice Date:** | 1/17/2019 |
| 1600 Division Street | **Balance Due:** | $1,137.15 |
| Ste 700 | | |
| Nashville, TN, 37203 | | |

| | |
|---|---|
| **Case:** | Amg Trade & Distribution, Llc v. Nissan North America, Inc., |
| **Job #:** | 3170306 | Job Date: 12/20/2018 | Delivery: Normal |
| **Billing Atty:** | Thor Urness |
| **Location:** | Roundabout Plaza |
| | 1600 Division Street, Suite 700 |
| | Nashville, TN 37203 |
| **Sched Atty:** | Robert Becerra | Becerra Law, PA |

| Witness | Description | Amount |
|---|---|---|
| Rameses Cox-Bey | Transcript Services | $161.50 |
| Rameses Cox-Bey , Confidential | Transcript Services | $420.50 |
| | Exhibit Management | $79.10 |
| Whitney Likehart | Transcript Services | $420.50 |
| | Exhibit Management | $55.55 |
| | Delivery and Handling | $0.00 |

| Notes: | Invoice Total: | $1,137.15 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,137.15 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information



RECEIVED
JAN 2 8 2019
BY: .......................

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

41014

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | **FLA3615526** |
|---|---|
| **Job #:** | **3170306** |
| **Invoice Date:** | **1/17/2019** |
| **Balance:** | **$1,137.15** |



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
One Nissan Way
Franklin, TN  37067

March 19, 2019
Invoice No. 1321996

Matter No. 205601-301010
Re: AMG IP Matter
    Matter ID 124758

For professional services posted through February 28, 2019

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $17,793.50 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$17,793.50** |

Thank you for your business.



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.      Page 2
**Re: AMG IP Matter**      March 19, 2019
    **Matter ID 124758**      Invoice No. 1321996
Matter No. 205601-301010      For legal services posted through February 28, 2019

| Professional Services | | | | | |
| --- | --- | --- | --- | --- | --- |

| Date | Description | Tkpr | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| ▇ | ▇▇▇▇▇▇ | ▇ | ▇ | | ▇ |
| ▇ | ▇▇▇▇▇ | ▇ | ▇ | | ▇ |
| 2/11/19 | Review case law under Rule 37 when a motion to compel is partially denied; draft memorandum showing good cause/substantial justification for filing of motion to compel based on same and Court's order to submit such memorandum; send to T.Urness as to motion for reconsideration | KIN | 6.60 | 275.00 | 1,815.00 |
| ▇ | ▇▇▇▇ | ▇ | ▇ | ▇ | ▇ |
| 2/12/19 | Review of and revisions to statement of good cause for filing motion to compel and motion for reconsideration instructions to Kimberly Ingram | TYU | 3.80 | 580.00 | 2,204.00 |
| 2/12/19 | Revise memorandum showing good cause to include motion for reconsideration, pulling needed case law as to standard for reconsideration and incorporating it into draft; add information concerning 709 Counterfeit Parts case and settlement | KIN | 5.30 | 275.00 | 1,457.50 |
| 2/13/19 | Work on motion for reconsideration and memorandum showing good cause and review of file in connection with same, call with Kyle Neal as to same | TYU | 4.30 | 580.00 | 2,494.00 |
| 2/13/19 | Revise memorandum showing good cause and included motion for reconsideration; discuss questions and possible edits with T.Urness and incorporate same | KIN | 1.80 | 275.00 | 495.00 |
| 2/14/19 | Work on filing regarding good cause and motion for reconsideration and communications throughout the day with Kimberly Ingram as to same | TYU | 4.60 | 580.00 | 2,668.00 |
| 2/14/19 | Review of plaintiffs counsel's affidavit regarding fees on motion to compel | TYU | 0.10 | 580.00 | 58.00 |
| 2/14/19 | Discuss motion for reconsideration and good cause memorandum with K.Neal and T.Urness; revise same based on input from K.Neal; locate and | KIN | 4.80 | 275.00 | 1,320.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 3 |
| **Re: AMG IP Matter** | March 19, 2019 |
| **Matter ID 124758** | Invoice No. 1321996 |
| Matter No. 205601-301010 | For legal services posted through February 28, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | supplement case law in brief concerning discoverable nature of information concerning customers, sales, and supply chain; gather exhibits for filing tomorrow | | | | |
| 2/15/19 | Review and revise finalize good cause memorandum and motion for reconsideration; brief call with Diana Evans as to same, conference with Kimberly Ingram as to same | TYU | 2.50 | 580.00 | 1,450.00 |
| 2/15/19 | Communications with Karen Moore as to 709 counterfeit parts case, parts needed, and motion filed today in Zloch case | TYU | 0.20 | 580.00 | 116.00 |
| 2/15/19 | Review and revise response to Court's order to show cause and request for reconsideration and file same | DNEV | 0.90 | 320.00 | 288.00 |
| 2/15/19 | Search for additional helpful case law regarding standard for awarding fees when motion to compel is partially denied and the need for any findings on denial of motion to compel; add same to memorandum; finalize motion for reconsideration and good cause memorandum based on feedback from K.Neal, T.Urness, and D.Evans, as well as final proofread | KIN | 2.80 | 275.00 | 770.00 |
| 2/20/19 | Communications with Josh Hedrick regarding subpoenaed information regarding damages to be reviewed, rebuttal expert report | TYU | 0.40 | 580.00 | 232.00 |
| 2/20/19 | Emails and phone call with Kyle Neal and preparation of monthly report in connection with same | TYU | 0.60 | 580.00 | 348.00 |
| 2/20/19 | Provide expert production to V.Alexander and J.Hedrick | MSMO | 0.30 | 250.00 | 75.00 |
| 2/22/19 | Call with expert regarding status of review of information and next steps | TYU | 0.10 | 580.00 | 58.00 |
| 2/26/19 | Call with experts regarding rebuttal report and additional information needed, plan and timeline for same | TYU | 0.60 | 580.00 | 348.00 |
| 2/26/19 | Call with Karen Moore, and emails with Karen Moore, regarding parts from other shipment needed for evidence, her retirement and introduction of new | TYU | 0.80 | 580.00 | 464.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 4 |
| **Re: AMG IP Matter** | March 19, 2019 |
| **Matter ID 124758** | Invoice No. 1321996 |
| Matter No. 205601-301010 | For legal services posted through February 28, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | assistant US attorney to assist us, and future steps | | | | |
| 2/26/19 | Call with T.Urness, V.Alexander, and J.Hedrick to discuss progress on reviewing documents, conclusions reached from review, and timeline on revising expert report, as well as any documents still needed | KIN | 0.60 | 275.00 | 165.00 |
| 2/28/19 | Confer re discovery and revised discovery email, request, update to Kyle Neal as to status | TYU | 0.50 | 580.00 | 290.00 |
| 2/28/19 | Draft email to AMG requesting inventory reports over time based on V.Alexander's stated need; discuss same with T.Urness; review AMG's responses to second set of requests for production and testimony of Talia Pockhai concerning inventory reports; rework email based on this information and send to opposing counsel | KIN | 1.20 | 275.00 | 330.00 |

**Total Professional Services** $17,793.50



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
One Nissan Way
Franklin, TN  37067

April 22, 2019
Invoice No. 1328736

Matter No. 205601-301010
Re: AMG IP Matter
    Matter ID 124758

For professional services posted through March 31, 2019

| Current Invoice Summary | |
|---|---|
| Current Professional Services | $30,831.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$30,831.00** |

Thank you for your business.



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc. | Page 2
**Re: AMG IP Matter** | April 22, 2019
  **Matter ID 124758** | Invoice No. 1328736
Matter No. 205601-301010 | For legal services posted through March 31, 2019

| **Professional Services** |
|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/1/19 | Review of and revisions to third set of document requests and instructions regarding same; email to opposing counsel regarding same | TYU | 0.70 | 580.00 | 406.00 |
| 3/1/19 | Draft discovery requests seeking inventory information and discuss same with T.Urness, incorporating his revisions into final version | KIN | 1.40 | 275.00 | 385.00 |
| 3/4/19 | Confer with Josh Hedrick regarding expert report supplementation | TYU | 0.20 | 580.00 | 116.00 |
| 3/4/19 | Discuss revised expert report with J.Hedrick and T.Urness | KIN | 0.20 | 275.00 | 55.00 |
| 3/11/19 | Drafted letter to Roberto Del Toro regarding Miami shipment parts needed for litigation | TYU | 0.80 | 580.00 | 464.00 |
| 3/11/19 | Drafted letter regarding obtaining 709 Miami shipment parts | TYU | 1.30 | 580.00 | 754.00 |
| ███ | ██████████████████████████ | ██ | ██ | ██ | ██ |
| 3/11/19 | Call and then meeting with Vic Alexander and Joshua Hedrick regarding expert report and comments on same and as to depositions | TYU | 2.80 | 580.00 | 1,624.00 |
| 3/11/19 | Attend meeting with V.Alexander and J.Hedrick to go over revised expert report | KIN | 2.80 | 275.00 | 770.00 |
| 3/12/19 | Review of red lines to expert report supplementation, confer with Kimberly Ingram as to same, and email to Kyle Neal regarding same | TYU | 0.40 | 580.00 | 232.00 |
| 3/12/19 | Follow up with J.Hedrick concerning agreed update to report; review redline of expert report received from J.Hedrick and send same to T.Urness | KIN | 0.20 | 275.00 | 55.00 |
| 3/13/19 | Review local rules concerning AMG's overdue response to our motion for reconsideration and discuss same with D.Evans we well as next steps in case | KIN | 0.20 | 275.00 | 55.00 |
| 3/13/19 | Follow up as to location of former employees Ryan Rengen and Sanjay Singh, as well as calendar for and process of scheduling depositions for same, | KIN | 1.30 | 275.00 | 357.50 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                                          Page 3
**Re: AMG IP Matter**                                                                          April 22, 2019
    **Matter ID 124758**                                                          Invoice No. 1328736
Matter No. 205601-301010                          For legal services posted through March 31, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | Anthony Bachan, and AMG's experts; draft Rule 45 subpoenas duces tecum for Rengen and Sanjay, as well as notice of same for service on AMG; review document productions and AMG's discovery responses for any evidence of return of parts to Oman | | | | |
| 3/14/19 | Call with Andy Forsythe regarding review of expert disclosure needed and follow up emails as to same | TYU | 0.20 | 580.00 | 116.00 |
| 3/14/19 | Revise A.Forsythe's disclosure to include new information on Miami case, analyzing how this impacts his opinions | KIN | 3.40 | 275.00 | 935.00 |
| 3/14/19 | Discuss deposition calendar with T.Urness; direct research staff in pulling person reports for former AMG employees Ryan Rengen and Sanjay Singh; send AMG email regarding deposition schedule, failure to produce documents related to return of parts to Oman, and inventory information | KIN | 1.40 | 275.00 | 385.00 |
| 3/14/19 | Develop action plan with T.Urness and D.Evans for immediate motion to compel if AMG fails to produce documents in response to third set of discovery requests | KIN | 0.20 | 275.00 | 55.00 |
| ███ | ████████████████████████ | █ | █ | ██ | ██ |
| 3/15/19 | Review of Forsythe disclosures and instructions and revisions as to same | TYU | 0.40 | 580.00 | 232.00 |
| 3/15/19 | Prepared client documents for production and QC bates stamped documents and natives, transfered production data to opposing counsel | MSMO | 1.10 | 250.00 | 275.00 |
| 3/15/19 | Revise A.Forsythe's disclosure based on feedback of T.Urness and send same to A.Forsythe and K.Neal | KIN | 0.70 | 275.00 | 192.50 |
| 3/15/19 | Prepare documents related to Miami for production in relation A.Forsythe's opinions and direct production of same | KIN | 0.50 | 275.00 | 137.50 |
| 3/19/19 | Call with Kyle Neal as to status | TYU | 0.10 | 580.00 | 58.00 |
| 3/19/19 | Review of discovery file regarding disclosures in notes as to supplementation of same and review of | TYU | 0.30 | 580.00 | 174.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

Nissan North America, Inc.

**Re: AMG IP Matter**

    **Matter ID 124758**

Matter No. 205601-301010

Page 4

April 22, 2019

Invoice No. 1328736

For legal services posted through March 31, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | plaintiff's discovery responses | | | | |
| 3/19/19 | Work on outlining trial evidence and witnesses, order of proof, task assignments | TYU | 4.40 | 580.00 | 2,552.00 |
| 3/19/19 | Follow up on Friday's email to AMG concerning deposition dates, consent to NNA's updated expert disclosures, AMG's production of documents related to the return of the 217 parts to Oman, and AMG's provision of inventory information requested by NNA's expert | KIN | 0.10 | 275.00 | 27.50 |
| 3/20/19 | Communications with opposing counsel regarding depositions, subpoenas, expert depositions and corporate depositions | TYU | 0.20 | 580.00 | 116.00 |
| ███ | ███████████████ | ██ | ███ | ███ | ███ |
| ███ | ███████████████ | ██ | ███ | ███ | ███ |
| 3/20/19 | Review AMG's response concerning deposition dates, consent to updated expert disclosures, inventory records, return shipment documents, and acceptance of service of subpoenas; discuss with T.Urness; respond to same reiterating requests; draft motion to treat expert reports as timely disclosed | KIN | 1.10 | 275.00 | 302.50 |
| ███ | ███████████████ | ██ | ███ | ███ | ███ |
| 3/21/19 | Comments and revisions to expert disclosure motion | TYU | 0.60 | 580.00 | 348.00 |
| 3/21/19 | Draft motion to treat expert reports as timely disclosed and supporting declaration of T.Urness; revise based on input from T.Urness and send to K.Neal for changes and approval | KIN | 3.50 | 275.00 | 962.50 |
| 3/22/19 | Review motion to extend time to file expert disclosures and finalize for filing | DNEV | 0.60 | 320.00 | 192.00 |
| 3/22/19 | Finalize exhibits to motion regarding supplemental expert reports | MNEW | 0.40 | 215.00 | 86.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                              Page 5
**Re: AMG IP Matter**                                            April 22, 2019
    **Matter ID 124758**                              Invoice No. 1328736
Matter No. 205601-301010              For legal services posted through March 31, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 3/22/19 | Finalize motion to treat expert reports as timely disclosed and supporting declaration of T.Urness based on feedback from K.Neal and prepare for filing | KIN | 0.60 | 275.00 | 165.00 |
| ███ | ████████████████████████ | ███ | ███ | ███ | ███ |
| 3/25/19 | Further work on finding former AMG employee witnesses, including calls and messages and call and email with private investigators and calls with Diana Evans | TYU | 1.60 | 580.00 | 928.00 |
| 3/25/19 | Communications with opposing counsel regarding additional information sought, Palenik deposition, meet and confer as to third set of document requests, deposition dates and return shipping documents | TYU | 0.30 | 580.00 | 174.00 |
| 3/25/19 | Prepare for corporate deposition of plaintiff, including review of prior deposition exhibits | TYU | 5.40 | 580.00 | 3,132.00 |
| 3/25/19 | Update Friday's draft email to AMG regarding deposition dates, production of documents evidencing the return of 217 parts to Oman, the need for a meet and confer as to NNA's third set of document requests, and no rescheduling of Karol Palenik's deposition, alerting them that we will be issuing notices and subpoenas for depositions today or tomorrow; discuss strategy on these issues with T.Urness; adjust based on T.Urness sending email regarding Palenik in a separate chain; send email to AMG | KIN | 0.70 | 275.00 | 192.50 |
| 3/25/19 | Discuss staffing for trial with T.Urness; review local rules and Florida Bar rules concerning local counsel to determine local counsel attendance requirements; follow-up with T.Urness on same | KIN | 0.30 | 275.00 | 82.50 |
| 3/26/19 | Trial preparation including work on order of proof, | TYU | 7.80 | 580.00 | 4,524.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                        Page 6
**Re: AMG IP Matter**                                                      April 22, 2019
    **Matter ID 124758**                                          Invoice No. 1328736
Matter No. 205601-301010                    For legal services posted through March 31, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | witness selection, pre-trial order, jury instructions, motion in limine outlining exhibit and witness lists, etc. | | | | |
| 3/26/19 | Revise deposition notice for AMG corporate representative Anthony Bachan based on feedback from T.Urness; review deposition of Anthony Bachan in 709 Counterfeit Parts case; finalize and serve both AMG and Bachan notices | KIN | 1.10 | 275.00 | 302.50 |
| 3/27/19 | Continued efforts to locate former employee witnesses including call with private investigator as to same, call with Diana Evans as to same, and instructions to Kimberly Ingram regarding same | TYU | 0.80 | 580.00 | 464.00 |
| 3/27/19 | Research private investigators in South Florida to assist T.Urness in obtaining contact information for S.Singh and R.Rengen | DNEV | 0.20 | 320.00 | 64.00 |
| 3/27/19 | Speak with private investigator regarding finding former AMG employees Ryan Rengen and Sanjay Singh; forward information we have gathered internally about each | KIN | 0.40 | 275.00 | 110.00 |
| 3/28/19 | Many calls and other efforts to locate witnesses Ryan Rengen and Sanjay Singh, including communications with investigators | TYU | 1.60 | 580.00 | 928.00 |
| 3/28/19 | Review private investigator findings about former AMG employees Sanjay Singh and Ryan Rengen; communicate with T.Urness and private investigator about same; update Rule 45 subpoenas for Sanjay Singh and Ryan Rengen and notice to AMG of service of same; draft notice of deposition; finalize all subpoenas and notices and direct service of same | KIN | 1.30 | 275.00 | 357.50 |
| 3/28/19 | Draft detailed outline for deposition of AMG/Tony Bachan, locate numbers for exhibits already introduced and pull additional documents for use as exhibits | KIN | 4.90 | 275.00 | 1,347.50 |
| 3/28/19 | Send third and final request to AMG's counsel regarding production of documents showing that AMG returned 217 parts to Oman and for a meet and confer regarding AMG's intent not to produce documents in response to NNA's third set of | KIN | 0.70 | 275.00 | 192.50 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 7 |
| **Re: AMG IP Matter** | April 22, 2019 |
| **Matter ID 124758** | Invoice No. 1328736 |
| Matter No. 205601-301010 | For legal services posted through March 31, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | document requests concerning information requested by Vic Alexander; call with opposing counsel A.Lopez regarding same and scheduled and proposed deposition dates; review return shipment documents sent by AMG; discuss results of call with T.Urness and confirm availability for meet and confer; email AMG to schedule meet and confer and document today's phone call | | | | |
| 3/29/19 | Preparation for deposition of plaintiff and communications with Kimberly Ingram as to same | TYU | 1.20 | 580.00 | 696.00 |
| 3/29/19 | Locate documents needed by K.Ingram; prepare client documents for production | MSMO | 1.30 | 250.00 | 325.00 |
| 3/29/19 | Multiple communications with private investigator's office regarding service of subpoenas on R.Rengen and S.Singh | DNEV | 0.20 | 320.00 | 64.00 |
| 3/29/19 | Draft outline for deposition of Anthony Bachan/AMG and gather exhibits for same | KIN | 2.90 | 275.00 | 797.50 |
| 3/29/19 | Discuss service of subpoenas for Ryan Rengen and Sanjay Singh with D.Evans and provide direction to private investigator | KIN | 0.30 | 275.00 | 82.50 |
| 3/29/19 | Draft motion to compel and accompanying declarations, with placeholders for information from Vic Alexander and meet and confer | KIN | 1.60 | 275.00 | 440.00 |
| 3/31/19 | Communicate additional information regarding S.Singh to S.Sessler to assist in service of deposition subpoena | DNEV | 0.10 | 320.00 | 32.00 |

**Total Professional Services**                                                                           **$30,831.00**



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
One Nissan Way
Franklin, TN  37067

May 15, 2019
Invoice No. 1331676

Matter No. 205601-301010
Re: AMG IP Matter
    Matter ID 124758

For professional services posted through April 30, 2019

| Current Invoice Summary | |
| --- | --- |
| Current Professional Services | $175,478.00 |
| Current Expenses | $19,205.68 |
| **Current Invoice** | **$194,683.68** |

Thank you for your business.



**Bradley**
Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.
**Re: AMG IP Matter**
    **Matter ID 124758**
Matter No. 205601-301010

Page 2
May 15, 2019
Invoice No. 1331676
For legal services posted through April 30, 2019

| | **Professional Services** | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ▮ | ▮ | | ▮ | ▮ | ▮ |
| 4/1/19 | Lengthy telephone call with Ryan Rengen regarding factual background, his deposition and update client as to same | TYU | 1.20 | 580.00 | 696.00 |
| 4/1/19 | Communicate about status of subpoenas with private investigators | DNEV | 0.10 | 320.00 | 32.00 |
| ▮ | ▮ | | ▮ | ▮ | ▮ |
| 4/1/19 | Review emails from private investigator concerning location of Ryan Rengen and Sanjay Singh | KIN | 0.10 | 275.00 | 27.50 |
| 4/2/19 | Work on case summary, call with Kyle Neal | TYU | 1.10 | 580.00 | 638.00 |
| 4/2/19 | Continued efforts to schedule depositions of former employees and balance of discovery | TYU | 0.70 | 580.00 | 406.00 |
| 4/2/19 | Continued efforts to obtain parts from 709 case, emails and calls | TYU | 0.30 | 580.00 | 174.00 |
| 4/2/19 | Trial preparation, including work on outline of order of proof, witnesses, exhibits | TYU | 3.80 | 580.00 | 2,204.00 |
| 4/2/19 | Review and analyze materials from T.Urness regarding gray market parts and confer with T.Urness regarding same issues as to likely investigation pathways | TEH | 0.90 | 440.00 | 396.00 |
| 4/3/19 | Work on case summary memorandum for Kyle Neal | TYU | 1.20 | 580.00 | 696.00 |
| 4/3/19 | Communications regarding subpoenas to witnesses for depositions | TYU | 0.30 | 580.00 | 174.00 |
| 4/3/19 | Work on motion to compel regarding third set of document requests, including revisions to motion and declarations of TYU and Vic Alexander | TYU | 1.90 | 580.00 | 1,102.00 |
| 4/3/19 | Review AMG discovery responses | TYU | 0.30 | 580.00 | 174.00 |
| 4/3/19 | Continued efforts to obtain 709 parts, calls and emails is the same, follow up as to deposition scheduling | TYU | 0.80 | 580.00 | 464.00 |
| 4/3/19 | Multiple communications with private investigators' office in Miami regarding progress of service of | DNEV | 0.10 | 320.00 | 32.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 3 |
| **Re: AMG IP Matter** | May 15, 2019 |
| **Matter ID 124758** | Invoice No. 1331676 |
| Matter No. 205601-301010 | For legal services posted through April 30, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | subpoena on Singh | | | | |
| 4/4/19 | Review of plaintiff's response to motion to extend time for expert disclosures deadline | TYU | 0.50 | 580.00 | 290.00 |
| 4/4/19 | Meet and confer call as to motion to compel | TYU | 0.40 | 580.00 | 232.00 |
| 4/4/19 | Review and revise and finalize motion to compel regarding inventory documents, and discussions with Diana Evans as to filing of same, revisions to declarations in connection with same, research as to QuickBooks production cases | TYU | 4.80 | 580.00 | 2,784.00 |
| 4/4/19 | Attend telephonic meet and confer with counsel for Plaintiff regarding Nissan's third request for production | DNEV | 0.40 | 320.00 | 128.00 |
| 4/4/19 | Review and revise second motion to compel and related documents | DNEV | 0.70 | 320.00 | 224.00 |
| 4/4/19 | Research case law on relevancy of inventory information to calculations of lost profits | DNEV | 3.10 | 320.00 | 992.00 |
| 4/5/19 | Work on deposition preparation for depositions of former employees and AMG corporate deposition | TYU | 3.80 | 580.00 | 2,204.00 |
| 4/5/19 | Work on motion to compel brief and research in connection with same, edits to declaration of TYU | TYU | 3.30 | 580.00 | 1,914.00 |
| 4/5/19 | Review and revise second motion to compel and related documents | DNEV | 2.50 | 320.00 | 800.00 |
| 4/5/19 | Assist with the exhibits to the Second Motion to Compel | MNEW | 0.40 | 215.00 | 86.00 |
| 4/7/19 | Preparation for expert depositions | TYU | 0.60 | 580.00 | 348.00 |
| 4/7/19 | Respond to T.Urness concerning AMG's production in preparation for depositions this week | KIN | 0.10 | 275.00 | 27.50 |
| 4/8/19 | Preparation for depositions of Bachan, Rengen, and Singh on Thursday and Friday this week, including exhibit selection and instructions as to same | TYU | 6.50 | 580.00 | 3,770.00 |
| 4/8/19 | Review documents produced by opposing counsel and prepare same for deposition preparation, as well as facilitate Bates numbering of opposing counsel's productions that were produced without Bates numbers | DSSO | 1.70 | 250.00 | 425.00 |
| 4/8/19 | Bates stamp opposing documents (so we can track | MSMO | 1.20 | 250.00 | 300.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                                    Page 4
**Re: AMG IP Matter**                                                                    May 15, 2019
   **Matter ID 124758**                                                         Invoice No. 1331676
Matter No. 205601-301010                          For legal services posted through April 30, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | them) | | | | |
| 4/8/19 | Discuss with T.Urness drafting of reply in support of motion for an extension of time for expert report supplementation | KIN | 0.10 | 275.00 | 27.50 |
| 4/8/19 | Discuss with T.Urness and D.Soderholm preparation of exhibits for depositions this week of Anthony Bachan, Ryan Rengen, and Sanjay Singh | KIN | 0.20 | 275.00 | 55.00 |
| 4/9/19 | Work on order of proof, trial exhibit identification and witnesses | TYU | 2.80 | 580.00 | 1,624.00 |
| 4/9/19 | Preparation for corporate depositions on Thursday and Friday, review of and revise outline and notes on exhibits | TYU | 4.40 | 580.00 | 2,552.00 |
| 4/9/19 | Prepare documents for deposition by converting several large spreadsheets produced by opposing into printable portable document files, as well as determine which produced emails the spreadsheets were attached to due to the emails being produced as portable document files and the spreadsheets being produced natively and none containing Bates numbering, and prepare same, as well as an additional 1395 pages of documents produced by opposition, for attorney review in preparation for depositions | DSSO | 3.70 | 250.00 | 925.00 |
| 4/9/19 | Draft motion for hearing on outstanding motions | DNEV | 0.70 | 320.00 | 224.00 |
| 4/9/19 | Follow up with D.Evans about motion to compel strategy and current status on case | KIN | 0.30 | 275.00 | 82.50 |
| 4/9/19 | Draft reply in support of motion for an extension of time for expert report supplementation | KIN | 3.40 | 275.00 | 935.00 |
| 4/9/19 | Discuss preparation of exhibits with D.Soderholm; review potential exhibits for depositions this week of Anthony Bachan, Ryan Rengen, and Sanjay Singh to determine which spreadsheets should be prepared and printed | KIN | 0.50 | 275.00 | 137.50 |
| 4/10/19 | Review of and revise reply to response to motion to extend expert disclosure deadlines and follow up on same | TYU | 1.20 | 580.00 | 696.00 |
| 4/10/19 | Deposition designations for use at trial, Pockhai witnesses | TYU | 2.80 | 580.00 | 1,624.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
**Re: AMG IP Matter**
    **Matter ID 124758**
Matter No. 205601-301010

Page 5
May 15, 2019
Invoice No. 1331676
For legal services posted through April 30, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 4/10/19 | Prepare for depositions, work on outline, review documents to use as exhibits | TYU | 3.80 | 580.00 | 2,204.00 |
| 4/10/19 | Edits to case status memo | TYU | 0.40 | 580.00 | 232.00 |
| 4/10/19 | Consideration of trial witnesses, communicate with client as to trial witnesses, planning | TYU | 0.60 | 580.00 | 348.00 |
| 4/10/19 | Prepare documents and exhibits for use during deposition | DSSO | 1.40 | 250.00 | 350.00 |
| 4/10/19 | Complete draft motion for hearing on outstanding motions and revisions based on feedback from T.Urness | DNEV | 0.70 | 320.00 | 224.00 |
| ███ | ███████████ | ███ | ██ | ████ | ██████ |
| 4/10/19 | Draft reply in support of motion for an extension of time for expert report supplementation; revise same based on feedback from T.Urness and send to K.Neal for additional revisions; incorporate feedback from K.Neal | KIN | 3.40 | 275.00 | 935.00 |
| 4/10/19 | Review D.Evans' draft of motion for hearing on NNA's outstanding motions | KIN | 0.20 | 275.00 | 55.00 |
| 4/10/19 | Discuss potential witnesses from NNA with T.Urness based on questions from K.Neal | KIN | 0.10 | 275.00 | 27.50 |
| 4/11/19 | Communications regarding discovery motions to be filed, motion for hearings, etc., subpoenas, 90-day rule | TYU | 0.80 | 580.00 | 464.00 |
| 4/11/19 | Preparation for and depositions of AMG/Tony Bachan, day one | TYU | 10.50 | 580.00 | 6,090.00 |
| 4/11/19 | Preparation for tomorrow's depositions (continuation of Bachan, Ryan Rengen) | TYU | 2.80 | 580.00 | 1,624.00 |
| 4/11/19 | Research cases involving AMG in Broward County state court, as well as obtain certain pleadings regarding same by contacting clerk and by purchasing them via the court's website, in preparation of preparing subpoenas for records | DSSO | 1.80 | 250.00 | 450.00 |
| ███ | ███████████ | | ███ | ███ | ███ |
| 4/11/19 | Draft Touhy letter and subpoena to United States | DNEV | 2.40 | 320.00 | 768.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                    Page 6
**Re: AMG IP Matter**                                                      May 15, 2019
    **Matter ID 124758**                                  Invoice No. 1331676
Matter No. 205601-301010                          For legal services posted through April 30, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | Custom and Border Protection regarding 709 parts seized in Miami shipment | | | | |
| 4/11/19 | Draft subpoena and required notices for deposition of Peter Quinter | KIN | 0.40 | 275.00 | 110.00 |
| 4/11/19 | Respond to T.Urness's requests for documents and information during deposition of Anthony Bachan, reviewing records of previous depositions and document productions as needed | KIN | 0.80 | 275.00 | 220.00 |
| 4/11/19 | Follow up on scheduling of AMG's experts' depositions; receive directive from T.Urness regarding same; call V.Alexander and email A.Forsythe concerning availability for depositions; respond to A.Forsythe | KIN | 0.50 | 275.00 | 137.50 |
| 4/11/19 | Review applicable court orders and local rules to determine timing of filing Daubert motions and any special requirements related to such motions; discuss same with D.Evans and T.Urness | KIN | 0.30 | 275.00 | 82.50 |
| 4/11/19 | Revise motion for hearing on outstanding NNA motions and send same to K.Neal; discuss outstanding questions on motion with D.Evans; confirm with T.Urness AMG's opposition, length of hearing needed, invocation of local rule regarding notice of 90 days expiring, and whether to file as expedited motion | KIN | 0.70 | 275.00 | 192.50 |
| 4/11/19 | Follow up telephonically with various individuals at CBP and U.S. Attorney's office concerning use of forfeited 709 counterfeit parts at trial in an attempt to determine whether CBP will voluntarily provide parts; discuss requirements for subpoena to Government with D.Evans | KIN | 1.20 | 275.00 | 330.00 |
| 4/11/19 | Direct D.Soderholm in finding case filed against AMG by the parent company of Bachan's former employer, Pinnacle Group; review case docket and complaint once located; send summary to T.Urness | KIN | 0.50 | 275.00 | 137.50 |
| 4/11/19 | Create master task tracking list with tasks discussed to date with T.Urness and ownership for each, in anticipation of adding all pretrial tasks; discuss plan for getting all documents produced by either party into Catalyst with AMG's documents | KIN | 0.80 | 275.00 | 220.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

Nissan North America, Inc.  
**Re: AMG IP Matter**  
    **Matter ID 124758**  
Matter No. 205601-301010

Page 7  
May 15, 2019  
Invoice No. 1331676  
For legal services posted through April 30, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | being split from the large PDFs produced, to ensure access in trial prep | | | | |
| 4/11/19 | Review reply in support of the motion to extend the deadlines for the expert disclosures for filing tomorrow and make final changes; send to T.Urness for approval and D.Evans for preparation for filing; discuss with T.Urness potential incorporation of documents highlighted in deposition today and determine these would be best used in support of motion to compel | KIN | 0.60 | 275.00 | 165.00 |
| 4/11/19 | Discuss deposition of Anthony Bachan with T.Urness and plan for continuation tomorrow | KIN | 0.20 | 275.00 | 55.00 |
| 4/12/19 | Review of and revisions to and finalize reply as to motion for extension of time to extend expert disclosures deadline | TYU | 0.70 | 580.00 | 406.00 |
| 4/12/19 | Review and revisions to expedited motion for hearing on outstanding motions, and confer with Diana Evans as to same | TYU | 0.60 | 580.00 | 348.00 |
| 4/12/19 | Review of and revisions to expedited motion to compel evidence from CBP as to 709 counterfeit parts case parts needed for trial | TYU | 0.80 | 580.00 | 464.00 |
| 4/12/19 | Depositions of AMG/Tony BHM, Rengen, Singh, Including time dealing with Rengen non-appearance, call with Kyle Neal to update him on depositions | TYU | 9.80 | 580.00 | 5,684.00 |
| 4/12/19 | Detailed report to client regarding depositions, call with Kyle Neal as to same | TYU | 0.40 | 580.00 | 232.00 |
| ███ | ██████████████████████ | ███ | ███ | ███ | ███ |
| 4/12/19 | Review and revise Touhy letter and subpoena and prepare for service on United States Custom and Border Patrol | DNEV | 1.50 | 320.00 | 480.00 |
| 4/12/19 | Draft and revise affidavit in support of Touhy request | DNEV | 1.00 | 320.00 | 320.00 |
| 4/12/19 | Review and prepare for filing reply in support of motion to extend expert disclosure deadline | DNEV | 0.50 | 320.00 | 160.00 |
| 4/12/19 | Research law regarding destruction of forfeited | DNEV | 0.50 | 320.00 | 160.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 8 |
| **Re: AMG IP Matter** | May 15, 2019 |
| **Matter ID 124758** | Invoice No. 1331676 |
| Matter No. 205601-301010 | For legal services posted through April 30, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | goods to United States Custom and Border Protection to assist K.Ingram in drafting motion to prevent destruction of parts | | | | |
| 4/12/19 | Review, revise, and finalize for filing motion for hearing on Nissan's outstanding motions | DNEV | 0.70 | 320.00 | 224.00 |
| 4/12/19 | Call with A.Cornette to determine CBP's position as to whether they will voluntarily provide 709 forfeited parts; review regulation CBP believes will require it to destroy parts; draft expedited motion to compel preservation and production of parts, reviewing local rules on expediting motions and Eleventh Circuit law on authority for such motion; determine issuance of subpoena is likely necessary and discuss same with T.Urness and D.Evans; call A.Cornette to propose that destruction of parts after use by NNA would satisfy regulation; discuss logistics of subpoena with T.Urness and D.Evans | KIN | 3.50 | 275.00 | 962.50 |
| 4/12/19 | Revise Quinter subpoena and notice based on discussion with T.Urness; serve same on AMG and then Quinter; discuss deposition scheduling with A.Forsythe, T.Urness, and V.Alexander | KIN | 0.60 | 275.00 | 165.00 |
| 4/15/19 | Confer with Kimberly Ingram as to communications with Adam Cornette as to parts from Miami shipment, subpoena as to same, and expert depositions, other deposition scheduling | TYU | 0.60 | 580.00 | 348.00 |
| 4/15/19 | Began preparation for deposition of Peter Quinter, review of file as to same | TYU | 2.80 | 580.00 | 1,624.00 |
| 4/15/19 | Finalized and emailed case summary to Kyle Neal | TYU | 0.20 | 580.00 | 116.00 |
| 4/15/19 | Trial preparation, including review of Judge Zloch's practices and local rules and case management orders | TYU | 1.40 | 580.00 | 812.00 |
| 4/15/19 | Communicate with A.Forsythe and V.Alexander regarding scheduling of depositions | KIN | 0.30 | 275.00 | 82.50 |
| 4/15/19 | Communicate with C.Paler-Amaya (CBP) regarding scheduled deposition of Karol Palenik and with CBP and DOJ concerning production of parts in 709 Counterfeit Nissan Auto Parts case | KIN | 1.10 | 275.00 | 302.50 |
| 4/15/19 | Draft subpoenas duces tecum and appropriate | KIN | 1.20 | 275.00 | 330.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 9 |
| **Re: AMG IP Matter** | May 15, 2019 |
| **Matter ID 124758** | Invoice No. 1331676 |
| Matter No. 205601-301010 | For legal services posted through April 30, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | notices for John Hunt, Jorge de Tuya, and Ryan Rengen | | | | |
| 4/16/19 | Research as to Peter Quinter, continued preparation for Quinter deposition including exhibit review and selection, outline for examination | TYU | 3.80 | 580.00 | 2,204.00 |
| 4/16/19 | Provide production documents to K.Ingram and M.Nelson to be printed; provide last bates number used for opposing production to K.Ingram. | MSMO | 0.30 | 250.00 | 75.00 |
| 4/16/19 | Negotiate with CBP and DOJ concerning production of parts from 709 Counterfeit Nissan Auto Parts | KIN | 0.70 | 275.00 | 192.50 |
| 4/16/19 | Prepare deposition binder for Peter Quinter; respond to opposing counsel regarding schedule for depositions | KIN | 1.80 | 275.00 | 495.00 |
| 4/16/19 | Review Judge Zloch's guide to pretrial filings and conduct of trial; based on these and local rules, strategize with T.Urness concerning plan for pretrial tasks | KIN | 0.90 | 275.00 | 247.50 |
| 4/17/19 | Call with Andy Forsythe to discuss his communications with CBP, in preparation for deposition of Peter Quinter | TYU | 0.30 | 580.00 | 174.00 |
| 4/17/19 | Preparation for deposition of Peter Quinter, outline and exhibits, further research on Quinter | TYU | 2.70 | 580.00 | 1,566.00 |
| 4/17/19 | Deposition designations for use at trial and review of documents for trial exhibit designations | TYU | 8.80 | 580.00 | 5,104.00 |
| 4/17/19 | Address CBP's decision not to permit use of "709 Parts" from Miami shipment | TYU | 0.30 | 580.00 | 174.00 |
| 4/17/19 | Unitize opposing production to allow proper load into review platform. | MSMO | 0.70 | 250.00 | 175.00 |
| 4/17/19 | Review, revise, and finalize for filing motion to compel Custom and Border Patrol to produce parts from 709 Case | DNEV | 1.00 | 320.00 | 320.00 |
| 4/17/19 | Telephone conferences with L.Holzer regarding service of subpoena to R.Del Toro and A.Cornette | MNEW | 0.30 | 215.00 | 64.50 |
| 4/17/19 | Email exchanges with L.Holzer providing subpoena for service of process and regarding status of same | MNEW | 0.40 | 215.00 | 86.00 |
| 4/17/19 | Follow up with A.Cornette at CBP concerning CBP's decision regarding whether to produce sample of | KIN | 4.90 | 275.00 | 1,347.50 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
**Re: AMG IP Matter**
    **Matter ID 124758**
Matter No. 205601-301010

Page 10
May 15, 2019
Invoice No. 1331676
For legal services posted through April 30, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | 709 parts forfeited in Government's case and learn that CBP does not intend to comply with subpoena; confirm A.Cornette's position regarding court order and meet and confer regarding potential motion to compel; discuss effectuating personal service of subpoena with D.Evans after learning that A.Cornette would not accept email and mail service of subpoena, to remove any question as to validity of subpoena; draft motion to compel CBP to produce parts and supporting declarations from T.Urness and K.Ingram; gather exhibits for motion; incorporate edits provided remotely by T.Urness and direct filing of same | | | | |
| 4/18/19 | Deposition of Peter Quinter | TYU | 4.50 | 580.00 | 2,610.00 |
| 4/18/19 | Deposition designations for use at trial, order of proof notes | TYU | 2.70 | 580.00 | 1,566.00 |
| 4/18/19 | Final preparation for Peter Quinter deposition | TYU | 2.20 | 580.00 | 1,276.00 |
| ███ | ████████████████████████████ | ███ | ███ | ██████ | ██████ |
| 4/18/19 | Draft detailed index of all deposition exhibits | DSSO | 5.10 | 250.00 | 1,275.00 |
| 4/18/19 | Unitize opposing production to allow proper load into review platform. | MSMO | 1.60 | 250.00 | 400.00 |
| 4/18/19 | Communicate with A.Cornette regarding motion to compel preservation and production of evidence | DNEV | 0.20 | 320.00 | 64.00 |
| 4/18/19 | Research and draft jury instructions for trial | DNEV | 2.10 | 320.00 | 672.00 |
| 4/18/19 | Review T.Urness's request that D.Soderholm create index of all existing deposition exhibits and discuss same with D.Soderholm, as well as her anticipated role in NNA team during trial preparation; discuss collection of exhibits still with court reporters with S.Cooper | KIN | 0.70 | 275.00 | 192.50 |
| 4/18/19 | Pull documents for T.Urness during deposition of P.Quinter and discuss deposition strategy with him | KIN | 0.50 | 275.00 | 137.50 |
| ███ | ████████████████████████████████ | ███ | ███ | ████ | ███ |
| 4/18/19 | Discuss with D.Evans call that she received from A.Cornette concerning CBP's reaction to motion to | KIN | 0.60 | 275.00 | 165.00 |


Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 11 |
| **Re: AMG IP Matter** | May 15, 2019 |
| **Matter ID 124758** | Invoice No. 1331676 |
| Matter No. 205601-301010 | For legal services posted through April 30, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | compel filed yesterday; report same to T.Urness; discuss possible reactions from CBP and strategy moving forward; review letter from CBP stating their objections and discuss same with T.Urness | | | | |
| 4/19/19 | Trial exhibit selection, including review of deposition exhibits | TYU | 4.50 | 580.00 | 2,610.00 |
| 4/19/19 | Review of plaintiff's response in opposition to motion to compel as to third set of requests regarding inventory records | TYU | 0.80 | 580.00 | 464.00 |
| 4/19/19 | Exhibit selection and witness identification for introduction of exhibits necessary for trial; review Florida pattern jury instructions | TYU | 3.20 | 580.00 | 1,856.00 |
| 4/19/19 | Work on pretrial stipulation draft | TYU | 3.50 | 580.00 | 2,030.00 |
| 4/19/19 | Review deposition exhibits to date and prepare detailed index of same for use in pleading preparation, as well as for trial exhibit list | DSSO | 8.30 | 250.00 | 2,075.00 |
| 4/19/19 | Research and draft jury instructions for trial | DNEV | 4.30 | 320.00 | 1,376.00 |
| 4/19/19 | Review Federal Rules of Civil Procedure and Local Rules to update master document, with deadlines, of all tasks needing to be completed before trial and assign ownership for each task; discuss with T.Urness, D.Evans, D.Soderholm, and S.Cooper to ensure effective and efficient task completion; make plan with T.Urness for upcoming depositions and obtaining transcripts in time required | KIN | 2.50 | 275.00 | 687.50 |
| 4/20/19 | Work on pretrial stipulation and jury instruction communications | TYU | 1.20 | 580.00 | 696.00 |
| 4/20/19 | Continue review of deposition exhibits to date and prepare detailed index of same for use in pleading preparation, as well as for trial exhibit list | DSSO | 4.70 | 250.00 | 1,175.00 |
| 4/20/19 | Draft motion to exclude AMG's expert Jorge de Tuya from testifying at trial | KIN | 2.70 | 275.00 | 742.50 |
| 4/21/19 | Research and draft jury instructions for trial | DNEV | 2.20 | 320.00 | 704.00 |
| 4/21/19 | Research and draft verdict form for trial | DNEV | 0.80 | 320.00 | 256.00 |
| 4/21/19 | Review and respond to emails from D.Evans and T.Urness concerning jury instructions | KIN | 0.10 | 275.00 | 27.50 |
| 4/22/19 | Continued review of exhibits from depositions and | TYU | 7.60 | 580.00 | 4,408.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                          Page 12
**Re: AMG IP Matter**                                              May 15, 2019
   **Matter ID 124758**                             Invoice No. 1331676
Matter No. 205601-301010              For legal services posted through April 30, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | other documents produced in case to select trial exhibits and designation of same, by witness(es) | | | | |
| 4/22/19 | Prepare documents to be used for motion in limine | DSSO | 0.50 | 250.00 | 125.00 |
| 4/22/19 | Discuss jury instructions with E.Sauer and D.Evans; give E.Sauer context needed for meaningful review of instructions and legal issues, identifying issues that are most important | KIN | 0.90 | 275.00 | 247.50 |
| 4/22/19 | Draft Daubert motion to exclude AMG's tracing expert Jorge de Tuya, researching pertinent case law and reviewing exhibits and report as needed | KIN | 2.70 | 275.00 | 742.50 |
| 4/23/19 | Review of order canceling pre-trial conference and email to and call with Kyle Neal as to same | TYU | 0.40 | 580.00 | 232.00 |
| 4/23/19 | Review of documents produced by plaintiff, preparation for Hunt deposition | TYU | 1.30 | 580.00 | 754.00 |
| 4/23/19 | Review of order denying motion to amend complaint including to include punitive damages claim and email to client as to same | TYU | 0.60 | 580.00 | 348.00 |
| 4/23/19 | Review of draft jury instructions, call with Diana Evans regarding jury instructions and other pretrial matters | TYU | 2.30 | 580.00 | 1,334.00 |
| 4/23/19 | Review of and revisions to draft motion to exclude expert de Tuya; review of de Tuya deposition transcript | TYU | 3.30 | 580.00 | 1,914.00 |
| 4/23/19 | Prepare numerous documents for depositions of DeToya, J.Hunt and R.Rengen by reviewing, organizing copying and labeling, as well as updating deposition preparation log | DSSO | 7.20 | 250.00 | 1,800.00 |
| 4/23/19 | Provide SafeShare link to A.Lopez to allow him to send files to Bradley, resend March 15th production to A.Lopez, provide opposing production data to vendor to load into review platform | MSMO | 0.60 | 250.00 | 150.00 |
| 4/23/19 | Review and revise jury instructions based on feedback from T.Urness | DNEV | 0.50 | 320.00 | 160.00 |
| 4/23/19 | Review trial preparation plans and strategize regarding upcoming filings and deadlines | DNEV | 0.50 | 320.00 | 160.00 |
| 4/23/19 | Review and analyze orders by the Court rescheduling pretrial conference and denying | DNEV | 0.40 | 320.00 | 128.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 13 |
| **Re: AMG IP Matter** | May 15, 2019 |
| **Matter ID 124758** | Invoice No. 1331676 |
| Matter No. 205601-301010 | For legal services posted through April 30, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | Plaintiff's motion to file an amended complaint | | | | |
| 4/23/19 | Draft Daubert motion to exclude AMG's tracing expert Jorge de Tuya, reviewing case law, expert report, and exhibits as needed; send T.Urness suggestions on what to ask de Tuya in deposition this week to support motion | KIN | 3.60 | 275.00 | 990.00 |
| 4/23/19 | Draft Daubert motion to exclude AMG's damages expert John Hunt, researching case law and reviewing reports and exhibits as needed; send T.Urness suggestions on what to ask Hunt in deposition this week to support motion | KIN | 7.40 | 275.00 | 2,035.00 |
| 4/23/19 | Receive call from opposing counsel concerning production of additional documents; review documents upon receipt from AMG; discuss best organization of them for purposes of pretrial preparation with T.Urness and D.Soderholm; discuss trial witnesses and upcoming depositions with T.Urness and K.Neal | KIN | 0.90 | 275.00 | 247.50 |
| 4/23/19 | Review orders from court denying AMG's motion to amend and canceling pre-trial conference and discuss effect on strategy with D.Evans and T.Urness | KIN | 0.30 | 275.00 | 82.50 |
| 4/24/19 | Review of and revisions to motion to exclude expert John Hunt CPA | TYU | 1.60 | 580.00 | 928.00 |
| 4/24/19 | Review of Bachan deposition transcript, and designate for trial | TYU | 2.20 | 580.00 | 1,276.00 |
| 4/24/19 | Preparation for deposition of Jorge deTuya | TYU | 3.80 | 580.00 | 2,204.00 |
| 4/24/19 | Revisions to reply brief and related communications | TYU | 2.20 | 580.00 | 1,276.00 |
| 4/24/19 | Review previously marked deposition exhibits and prepare specifically marked documents for deposition preparation of A.Forsythe | DSSO | 0.60 | 250.00 | 150.00 |
| 4/24/19 | Analyze report of DeTuya, as well as attached exhibits to determine whether certain claims were backed up with documentation and note findings | DSSO | 1.20 | 250.00 | 300.00 |
| 4/24/19 | Review previously marked deposition exhibits and organize same in preparation of drafting motions in limine | DSSO | 0.90 | 250.00 | 225.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 14 |
| **Re: AMG IP Matter** | May 15, 2019 |
| **Matter ID 124758** | Invoice No. 1331676 |
| Matter No. 205601-301010 | For legal services posted through April 30, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 4/24/19 | Review evaluation letters in order to obtain Nissan trademark numbers and order certified copies of same for use as trial exhibits | DSSO | 0.90 | 250.00 | 225.00 |
| 4/24/19 | Review previously marked deposition exhibits, as well as documents not previously used as deposition exhibits and prepare same for J.Hunt's deposition | DSSO | 3.30 | 250.00 | 825.00 |
| 4/24/19 | Draft Daubert motion to exclude AMG's damages expert John Hunt | KIN | 1.60 | 275.00 | 440.00 |
| 4/24/19 | Receive, review, and organize documents from AMG; direct sending to V.Alexander; coordinate deposition scheduling | KIN | 0.20 | 275.00 | 55.00 |
| 4/24/19 | Draft reply in support of motion to compel | KIN | 5.60 | 275.00 | 1,540.00 |
| 4/25/19 | Deposition designations and edits to trial exhibit list | TYU | 1.80 | 580.00 | 1,044.00 |
| 4/25/19 | Comments and revisions to reply as to motion to compel, review of redline of changes and further changes to reply | TYU | 0.80 | 580.00 | 464.00 |
| 4/25/19 | Deposition of Jorge de Tuya | TYU | 5.00 | 580.00 | 2,900.00 |
| 4/25/19 | Final preparation for deposition of de Tuya | TYU | 1.20 | 580.00 | 696.00 |
| 4/25/19 | Preparation for deposition of John Hunt, Including review of documents to be exhibited | TYU | 2.30 | 580.00 | 1,334.00 |
| 4/25/19 | Prepare deposition designations in preparation for trial | DSSO | 1.50 | 250.00 | 375.00 |
| 4/25/19 | Review previously marked deposition exhibits and prepare trial exhibit list with trial witness information regarding same, as well as reason for each trial exhibit | DSSO | 3.40 | 250.00 | 850.00 |
| 4/25/19 | Revise reply in support of motion to compel based on feedback from K.Neal and T.Urness | KIN | 3.10 | 275.00 | 852.50 |
| 4/25/19 | Review all discovery responses to ensure that none need to be updated before close of discovery; plan for witnesses, deposition designations, and exhibits to be listed on Rule 26(a)(3) disclosures due on Tuesday; direct organization of discovery documents for trial | KIN | 1.60 | 275.00 | 440.00 |
| 4/25/19 | Coordinate deposition scheduling with V.Alexander and A.Forsythe | KIN | 0.10 | 275.00 | 27.50 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | | |
|---|---|---|
| Nissan North America, Inc. | | Page 15 |
| **Re: AMG IP Matter** | | May 15, 2019 |
| **Matter ID 124758** | | Invoice No. 1331676 |
| Matter No. 205601-301010 | | For legal services posted through April 30, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/26/19 | Review of and revise reply as to motion to compel and confer with Diana Evans as to filing of same | TYU | 1.60 | 580.00 | 928.00 |
| 4/26/19 | Text messages and calls with Ryan Rengen regarding his plan not to attend deposition and further communications regarding same | TYU | 0.80 | 580.00 | 464.00 |
| 4/26/19 | Deposition of Ryan Rengen, by telephone, and calls as to same | TYU | 3.00 | 580.00 | 1,740.00 |
| 4/26/19 | Depose plaintiffs damages expert witness John Hunt CPA | TYU | 5.50 | 580.00 | 3,190.00 |
| 4/26/19 | Review of and revisions to motion to extend discovery deadline and directions to Diana Evans as to same, and calls as to same | TYU | 1.20 | 580.00 | 696.00 |
| 4/26/19 | Final preparation for deposition of John Hunt, CPA | TYU | 1.30 | 580.00 | 754.00 |
| 4/26/19 | Deposition designations for trial, from plaintiff's depositions | TYU | 2.50 | 580.00 | 1,450.00 |
| 4/26/19 | Review deposition transcripts for M.Pockhai and T.Pockhai and prepare deposition designations to be used during trial | DSSO | 1.20 | 250.00 | 300.00 |
| 4/26/19 | Review and analyze case materials and case law relating to jury instructions and other legal issues | ESS | 2.50 | 495.00 | 1,237.50 |
| 4/26/19 | Assist K.Ingram with revisions to motion to extend discovery cut-off | DNEV | 0.70 | 320.00 | 224.00 |
| 4/26/19 | Review, revise, and finalize for filing reply in support of motion to compel inventory documents | DNEV | 0.40 | 320.00 | 128.00 |
| 4/26/19 | Review, revise, and finalize for filing motion to extend discovery cutoff | DNEV | 2.30 | 320.00 | 736.00 |
| 4/26/19 | Discuss absence of Ryan Rengen with T.Urness and draft expedited motion for extension of discovery cut-off | KIN | 1.90 | 275.00 | 522.50 |
| 4/26/19 | Revise reply in support of motion to compel to add material regarding Vic Alexander's report and to achieve page limit; proofread same and send to D.Evans for finalization | KIN | 1.30 | 275.00 | 357.50 |
| 4/26/19 | Respond to email from K.Neal concerning scheduling of and preparation deposition of A.Forsythe | KIN | 0.10 | 275.00 | 27.50 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                                          Page 16
**Re: AMG IP Matter**                                                                     May 15, 2019
**Matter ID 124758**                                                           Invoice No. 1331676
Matter No. 205601-301010                         For legal services posted through April 30, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 4/26/19 | Respond to N.Grosnoff (DOJ) regarding call on Monday regarding subpoena for parts from 709 Counterfeit Nissan Auto Parts | KIN | 0.10 | 275.00 | 27.50 |
| 4/28/19 | Preparation for Andy Forsythe deposition including: documents for review | TYU | 0.80 | 580.00 | 464.00 |
| 4/28/19 | Review depositions and further designations for use at trial | TYU | 2.60 | 580.00 | 1,508.00 |
| 4/28/19 | Deposition designations for trial and emails regarding witness lists and exhibit list, and further work on trial exhibit list; instructions as to exhibit binders, jury instructions and verdict form and other pre-trial preparation matters | TYU | 2.30 | 580.00 | 1,334.00 |
| 4/28/19 | Review and revise jury verdict form in accordance with comments from T.Urness | DNEV | 0.50 | 320.00 | 160.00 |
| 4/28/19 | Identify documents listed by T.Urness for trial exhibits in deposition exhibit list | KIN | 1.30 | 275.00 | 357.50 |
| 4/29/19 | Prepare for and telephone conference with D.Evans regarding Noerr-Pennington doctrine question; research and draft memorandum to D.Evans regarding application of Noerr-Pennington doctrine when petitioning an agency or other adjudicative body as opposed to legislature, and as part of protecting valid trademark | MSD | 2.00 | 565.00 | 1,130.00 |
| 4/29/19 | Meeting to prepare Andy Forsythe for expert deposition | TYU | 3.50 | 580.00 | 2,030.00 |
| 4/29/19 | Completed deposition designations and further work on exhibit list | TYU | 4.80 | 580.00 | 2,784.00 |
| 4/29/19 | Call with Nicole Grosnoff regarding use of Miami shipment parts at trial and agreement as to same, and follow up communications | TYU | 0.60 | 580.00 | 348.00 |
| 4/29/19 | Download 23 gigabytes of documents, including spreadsheet and photos, to two separate thumb drives to produce to opposing counsel and produce same | DSSO | 0.40 | 250.00 | 100.00 |
| 4/29/19 | Prepare designations of A.Bachan, as well as locate exhibits within deposition transcript related to designations in preparation for filing disclosures and for use during trial | DSSO | 1.30 | 250.00 | 325.00 |


**Bradley**
Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 17 |
| **Re: AMG IP Matter** | May 15, 2019 |
| **Matter ID 124758** | Invoice No. 1331676 |
| Matter No. 205601-301010 | For legal services posted through April 30, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/29/19 | Prepare designations of T.Pockhai and M.Pockhai, as well as locate exhibits within deposition transcript related to designations in preparation for filing disclosures and for use during trial | DSSO | 2.40 | 250.00 | 600.00 |
| 4/29/19 | Review and organize additional deposition exhibits, as well as update deposition exhibit index for use in determining trial exhibits | DSSO | 1.50 | 250.00 | 375.00 |
| 4/29/19 | Provide photograph files to T.Urness and D.Soderholm via network share. QC load of opposing production data in review platform. | MSMO | 0.50 | 250.00 | 125.00 |
| 4/29/19 | Review and analyze jury instruction issues and other related legal issues | ESS | 4.10 | 495.00 | 2,029.50 |
| 4/29/19 | Review and revise jury verdict form in accordance with comments from T.Urness | DNEV | 0.70 | 320.00 | 224.00 |
| 4/29/19 | Review and revise jury instructions in accordance with comments from T.Urness, including conducting additional research on damages, elements of claims, and defenses | DNEV | 6.80 | 320.00 | 2,176.00 |
| 4/29/19 | Draft Rule 26(a)(3) disclosures and exhibit list for filing tomorrow, identifying which of the deposition exhibits will be used and adding other documents identified by T.Urness; review full NNA production to identify any other trial exhibits; review expert reports to determine what exhibits should be on exhibit list for their testimony; draft description, locate Bates copy, and designate will use or may use for each | KIN | 10.80 | 275.00 | 2,970.00 |
| 4/29/19 | Discuss production of parts from the 709 Counterfeit Parts case with N.Grosnoff (DOJ) to reach agreement as to pending motion to compel and subpoena | KIN | 0.60 | 275.00 | 165.00 |
| 4/29/19 | Discuss jury instructions and case strategy with E.Sauer | KIN | 0.40 | 275.00 | 110.00 |
| 4/30/19 | Review of plaintiffs trial exhibit list and plaintiff's exhibit lists | TYU | 0.80 | 580.00 | 464.00 |
| 4/30/19 | Call with Vic Alexander to discuss preparation for his deposition, emailed deposition transcripts of de Tuya and Hunt to Vic Alexander | TYU | 0.30 | 580.00 | 174.00 |



**Bradley**
Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                             Page 18
**Re: AMG IP Matter**                                                May 15, 2019
    **Matter ID 124758**                        Invoice No. 1331676
Matter No. 205601-301010               For legal services posted through April 30, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 4/30/19 | Review of order granting motion to extend discovery deadline | TYU | 0.10 | 580.00 | 58.00 |
| 4/30/19 | Meeting to prepare Andy Forsythe for his deposition on Thursday including work on trial exhibits | TYU | 3.00 | 580.00 | 1,740.00 |
| 4/30/19 | Work on witness and exhibit lists due today, including meeting by telephone with opposing counsel to discuss exhibits, confer as to jury instructions and verdict form, work on timeline exhibit, communications with client as to same, and work on exhibit list, witness list, and pretrial stipulation | TYU | 7.80 | 580.00 | 4,524.00 |
| 4/30/19 | Review A.Bachan's deposition transcripts and prepare deposition designations to be filed, as well as detail exhibits related to designations for same in preparation for use of designations and exhibits at trial | DSSO | 3.20 | 250.00 | 800.00 |
| 4/30/19 | Download 23 gigabytes of documents, spreadsheet and photographs, onto thumbdrive in preparation trial | DSSO | 0.30 | 250.00 | 75.00 |
| 4/30/19 | Review and organize additional deposition exhibits and update deposition exhibit index in preparation of preparing trial exhibit list | DSSO | 1.30 | 250.00 | 325.00 |
| 4/30/19 | Provide SafeShare link to A.Lopez to allow him to send files to Bradley, search for email production for K.Ingram | MSMO | 1.40 | 250.00 | 350.00 |
| 4/30/19 | Review and analyze legal issues and case materials relating to jury instructions | ESS | 1.80 | 495.00 | 891.00 |
| 4/30/19 | Review and revise jury instructions and verdict form | ESS | 2.10 | 495.00 | 1,039.50 |
| 4/30/19 | Assist K.Ingram in drafting Rule 26 disclosures by researching relevant factual information and by finalizing for filing | DNEV | 0.40 | 320.00 | 128.00 |
| 4/30/19 | Review court order extending discovery deadline | KIN | 0.10 | 275.00 | 27.50 |
| 4/30/19 | Revise Rule 26(a)(3) disclosures and exhibit list to add documents identified by T.Urness during preparation of A.Forsythe, those on flash drive produced yesterday, those referenced in motion for summary judgment, and those referenced in deposition designations; confer with AMG as to | KIN | 9.90 | 275.00 | 2,722.50 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 19 |
| **Re: AMG IP Matter** | May 15, 2019 |
| **Matter ID 124758** | Invoice No. 1331676 |
| Matter No. 205601-301010 | For legal services posted through April 30, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | same; prepare disclosures for filing | | | | |
| 4/30/19 | Discuss jury instructions, motions in limine, and legal strategy with T.Urness, E.Sauer, and D.Evans | KIN | 0.40 | 275.00 | 110.00 |

| | |
|---|---|
| **Total Professional Services** | **$175,478.00** |

| **Expenses** | |
|---|---|

| Date | Description | Amount |
|---|---|---|
| | EXPRESS MAIL/FEDEX | 0.00 |
| | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: URNESS,THOR Y | 0.00 |
| | COPY CHARGES - INTERNAL B&W | 0.00 |
| | COPY CHARGES - INTERNAL COLOR | 0.00 |
| 3/29/19 | THOR URNESS - AIRFARE, FT. LAUDERDALE, FLORIDA, ONE WAY FARE TO FT. LAUDERDALE, 04/10/2019 - 04/10/2019 Bank ID: CRBHM Check Number: 70BFFE4E | 170.97 |
| 3/29/19 | KRAFT ANALYTICS, LLC - PROFESSIONAL CONSULTANT SERVICES-28 - THOR URNESS - PROFESSIONAL SERVICES - INVOICE: 308714 DATE: 03/29/19 Bank ID: CRBHM Check Number: 1015082 | 15,715.10 |
| 4/1/19 | TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC - RESEARCH FEES-37 - ROBERT HUDSON - MARCH 2019 TRANSUNION TLOXP INVOICE - INVOICE: 0500-1769-8192 DATE: 04/01/19 Bank ID: CRBHM Check Number: 1014479 | 0.00 |
| 4/1/19 | TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC - RESEARCH FEES-37 - ROBERT HUDSON - MARCH 2019 TRANSUNION TLOXP INVOICE - INVOICE: 0500-1769-8192 DATE: 04/01/19 Bank ID: CRBHM Check Number: 1014479 | 0.00 |
| 4/1/19 | TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC - RESEARCH FEES-37 - ROBERT HUDSON - MARCH 2019 TRANSUNION TLOXP INVOICE - INVOICE: 0500-1769-8192 DATE: 04/01/19 Bank ID: CRBHM Check Number: 1014479 | 0.00 |
| 4/5/19 | JON E HOLDER DBA RHINO SURVEILLANCE, LLC - INVESTIGATION-38 - THOR URNESS - PROFESSIONAL SERVICES - INVOICE: INV-00447 DATE: 04/05/19 Bank ID: CRBHM Check Number: 1014400 | 387.28 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 20 |
| **Re: AMG IP Matter** | May 15, 2019 |
| **Matter ID 124758** | Invoice No. 1331676 |
| Matter No. 205601-301010 | For legal services posted through April 30, 2019 |

| Date | Description | Amount |
|---|---|---|
| 4/7/19 | THOR URNESS - AIRFARE, NASHVILLE, TENNESSEE, RETURN FLIGHT BACK TO NASHVILLE, 04/14/2019 - 04/14/2019 Bank ID: CRBHM Check Number: 70BFFE4E | 222.98 |
| 4/10/19 | THOR URNESS - TAXI/CAR SERVICE, FT. LAUDERDALE, FLORIDA, RIDE FROM OFFICE TO AIRPORT, 04/10/2019 Bank ID: CRBHM Check Number: 70BFFE4E | 17.42 |
| 4/10/19 | THOR URNESS - TAXI/CAR SERVICE, FT. LAUDERDALE, FLORIDA, CAR SERVICE FROM FT. LAUDERDALE AIRPORT TO HOTEL, 04/10/2019 Bank ID: CRBHM Check Number: 70BFFE4E | 13.95 |
| 4/10/19 | THOR URNESS - CASH TIPS, FT. LAUDERDALE AIRPORT TO HOTEL, TIP CAR SERVICE DRIVER, 04/10/2019, TIP Bank ID: CRBHM Check Number: 70BFFE4E | 3.00 |
| 4/10/19 | THOR URNESS - HOTEL - DINNER, FT. LAUDERDALE, FLORIDA, DINNER, 04/10/2019 Bank ID: CRBHM Check Number: 70BFFE4E | 41.17 |
| 4/10/19 | THOR URNESS - HOTEL - LODGING, FT. LAUDERDALE, FLORIDA, ROOM CHARGE (2 NIGHTS) AND TAX, 04/10/2019 - 04/12/2019 Bank ID: CRBHM Check Number: 70BFFE4E | 542.40 |
| 4/11/19 | DANIELLE SODERHOLM - CERTIFIED COPIES, BROWARD COUNTY CLERK OF COURTS, 04/11/2019, OBTAIN CERTIFIED COPY OF COMPLAINT Bank ID: CRBHM Check Number: FA65D402 | 8.00 |
| 4/11/19 | THOR URNESS - HOTEL - BREAKFAST, FT. LAUDERDALE, FLORIDA, BREAKFAST, 04/11/2019 Bank ID: CRBHM Check Number: 70BFFE4E | 24.20 |
| 4/11/19 | THOR URNESS - HOTEL - DINNER, FT. LAUDERDALE, FLORIDA, ROOM CHARGE, 04/11/2019 Bank ID: CRBHM Check Number: 70BFFE4E | 55.01 |
| 4/12/19 | THOR URNESS - HOTEL - BREAKFAST, FT. LAUDERDALE, FLORIDA, BREAKFAST, 04/12/2019 Bank ID: CRBHM Check Number: 70BFFE4E | 24.20 |
| 4/23/19 | UNIVERSAL COURT REPORTING, INC. - COURT REPORTER CHARGES-13 - THOR URNESS - PROFESSIONAL SERVICES - INVOICE: 20323453 DATE: 04/23/19 Bank ID: CRBHM Check Number: 1015104 | 990.00 |
| 4/23/19 | UNIVERSAL COURT REPORTING, INC. - COURT REPORTER CHARGES-13 - THOR URNESS - VIDEOGRAPHER SERVICE BACHAN, RENGEN SINGH - INVOICE: 20323454 DATE: 04/23/19 Bank ID: CRBHM Check Number: 1015104 | 990.00 |

| | |
|---|---|
| **Total Expenses** | **$19,205.68** |



**KraftCPAs**
PLLC

Nissan North America
Thor Y. Urness, Partner
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

| | |
|---|---|
| Date: | 3/29/19 |
| Page: | 1 |
| Customer ID: | 20330 |
| Invoice #: | 308714 |

PLEASE DETACH AND RETURN THIS PORTION OF STATEMENT WITH REMITTANCE

For Professional Services Rendered

Please see attached billing detail                                    15,715.10

Balance Due                                                 $    15,715.10



APR 0 2 2019

BY: ............................

To make a payment with a credit card go to:

www.kraftcpas.com/online-payment/

| NASHVILLE | - | Regina | 615-782-4290 |
|---|---|---|---|
| COLUMBIA | - | Debbie | 931-388-3711 |
| LEBANON | - | Kim | 615-449-2334 |

KraftCPAs PLLC - Certified Public Accountants and Consultants

555 Great Circle Rd.                    105 Bay Court                    610 North Garden St., Ste. 200
Nashville, TN 37228                 Lebanon, TN 37087                     Columbia, TN 38401



KraftCPAs
PLLC

Nissan North America
Thor Y. Urness, Partner
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

| | |
|---|---|
| Date: | 3/29/19 |
| Page: | 2 |
| Customer ID: | 20330 |
| Invoice #: | 308714 |

PLEASE DETACH AND RETURN THIS PORTION OF STATEMENT WITH REMITTANCE

# Work Detail

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 2/20/19 | Joshua Hedrick | Production | 0.25 | 93.75 |
| 2/20/19 | Vic Alexander | Review additional documents produced | 1.75 | 700.00 |
| 2/21/19 | Joshua Hedrick | Discussion with Peyton and review | 0.50 | 187.50 |
| 2/21/19 | Peyton Thomas | Spreadsheet analysis | 2.83 | 339.60 |
| 2/22/19 | Joshua Hedrick | Document review | 2.00 | 750.00 |
| 2/22/19 | Peyton Thomas | Spreadsheet analysis | 2.75 | 330.00 |
| 2/22/19 | Vic Alexander | Meet with Josh | 0.33 | 132.00 |
| 2/25/19 | Joshua Hedrick | Review | 0.50 | 187.50 |
| 2/25/19 | Peyton Thomas | Spreadsheet analysis | 4.25 | 510.00 |
| 2/26/19 | Joshua Hedrick | Call with Thor, analysis and document review | 1.50 | 562.50 |
| 2/26/19 | Peyton Thomas | Spreadsheet analysis | 7.00 | 840.00 |
| 2/26/19 | Vic Alexander | Prep and call with attorneys | 1.17 | 468.00 |
| 2/26/19 | Vic Alexander | Review monthly financial statement analysis and compare to expert report | 1.00 | 400.00 |
| 2/27/19 | Vic Alexander | Review calculations and discuss | 0.50 | 200.00 |
| 2/28/19 | Peyton Thomas | Spreadsheet analysis | 0.75 | 90.00 |
| 2/28/19 | Vic Alexander | Review spreadsheet | 0.17 | 68.00 |
| 2/28/19 | Vic Alexander | Review prior report | 0.50 | 200.00 |
| 3/1/19 | Joshua Hedrick | Review answer analysis | 2.00 | 750.00 |
| 3/5/19 | Joshua Hedrick | Document review, analysis and report writing | 4.00 | 1,500.00 |
| 3/6/19 | Joshua Hedrick | Document review, analysis and report writing | 3.75 | 1,406.25 |
| 3/6/19 | Vic Alexander | Meet with Josh | 0.50 | 200.00 |
| 3/7/19 | Joshua Hedrick | Analysis and report writing | 3.50 | 1,312.50 |
| 3/8/19 | Joshua Hedrick | Report writing and review | 2.00 | 750.00 |
| 3/8/19 | Peyton Thomas | Spreadsheet review | 1.25 | 150.00 |
| 3/8/19 | Vic Alexander | Report | 1.25 | 500.00 |
| 3/11/19 | Joshua Hedrick | Report review and meeting with Thor and Kimberly | 3.50 | 1,312.50 |
| 3/11/19 | Vic Alexander | Prep and meeting with attorneys | 3.00 | 1,200.00 |

KraftCPAs PLLC - Certified Public Accountants and Consultants

555 Great Circle Rd.
Nashville, TN 37228

105 Bay Court
Lebanon, TN 37087

610 North Garden St., Ste. 200
Columbia, TN 38401



Nissan North America
Thor Y. Urness, Partner
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

| | |
|---|---|
| Date: | 3/29/19 |
| Page: | 3 |
| Customer ID: | 20330 |
| Invoice #: | 308714 |

PLEASE DETACH AND RETURN THIS PORTION OF STATEMENT WITH REMITTANCE

## Work Detail

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 3/12/19 | Joshua Hedrick | Report revisions | 0.25 | 93.75 |
| 3/12/19 | Vic Alexander | Report | 0.50 | 200.00 |
| 3/15/19 | Joshua Hedrick | Review revisions and report writing | 0.75 | 281.25 |
| | | | 54.00 | 15,715.10 |

KraftCPAs PLLC - Certified Public Accountants and Consultants

555 Great Circle Rd.
Nashville, TN 37228

105 Bay Court
Lebanon, TN 37087

610 North Garden St., Ste. 200
Columbia, TN 38401

**Rhino Surveillance**
201 West Main Street, Suite 205
Murfreesboro, Tennessee 37130



**Bradley Arant Boult Cummings LLP**
Kimberly M. Ingram

| | |
|---|---|
| **Invoice #:** | INV-00447 |
| **Case #:** | 02377-01 |
| **Subject:** | Rengen, Ryan |
| **Invoice Date:** | 4/5/19 |
| **Payment Due Date:** | 5/6/19 |
| **Amount Due:** | **$387.28** |

| Item | Description | Qty | Rate | Tax | Amount |
|---|---|---|---|---|---|
| TCRS (online research) | 03-28-2019 TCRS (online research) | 1.00 | 10.00 | 0.00% | 10.00 |
| TLO (online research) | 03-28-2019 TLO (online research) | 1.00 | 29.50 | 0.00% | 29.50 |
| KEC | 03-28-2019 Online research re: R. Rengen and S. Singh, identify Rengen with particularity, draft E/C re: findings | 1.00 | 95.00 | 0.00% | 95.00 |
| QSI (online research) | 03-28-2019 | 1.00 | 25.00 | 0.00% | 25.00 |
| KEC | 03-29-2019 Online research to identify FB account holder Sanjay Singh with particularity, | 0.50 | 95.00 | 0.00% | 47.50 |
| KEC | 03-30-2019 Online research to identify FB account holder Sanjay Singh with particularity, draft memorandum re: findings | 1.50 | 95.00 | 0.00% | 142.50 |
| TCRS (online research) | 03-30-2019 TCRS (online research) | 1.00 | 5.00 | 0.00% | 5.00 |
| TLO (online research) | 03-31-2019 TLO (online research) | 1.00 | 21.50 | 0.00% | 21.50 |
| Office expense | 03-31-2019 Office expense | 1.00 | 11.28 | 0.00% | 11.28 |

| | |
|---|---|
| **Subtotal:** | $387.28 |
| **No Tax (0.00%):** | $0.00 |
| **Grand Total:** | $387.28 |
| **Amount Paid:** | $0.00 |
| **Amount Due:** | **$387.28** |

**Terms**

**Notes**
Thanks for the business! Have a great weekend!

| Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification**<br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the<br>requester. Do not<br>send to the IRS. |

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

    Jon E. Holder

2 Business name/disregarded entity name, if different from above

    Rhino Surveillance, LLC

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☑ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.

    201 West Main St. # 205

6 City, state, and ZIP code

    Murfreesboro, TN 37130

7 List account number(s) here (optional)

Requester's name and address (optional)

---

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

☐☐☐ – ☐☐ – ☐☐☐☐

or

Employer identification number

4 7 – 1 5 6 5 7 0 1

---

## Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| Sign<br>Here | Signature of<br>U.S. person ▶ | Date ▶ |

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)

**Urness, Thor**

| | |
|---|---|
| **From:** | no-reply@lyftmail.com on behalf of Lyft Ride Receipt <no-reply@lyftmail.com> |
| **Sent:** | Wednesday, April 10, 2019 6:48 PM |
| **To:** | Urness, Thor |
| **Subject:** | Your ride with George on April 10 |

[External Email]

**lyft**



## Thanks for riding with George!

April 10, 2019 at 2:26 PM

*NNA/*
*AMG*
*AMG*
*office*
*to*
*air port*
*Depositions*

### Ride Details

| | |
|---|---|
| Lyft fare (10.74mi, 17m 30s) | $14.42 |
| Tip | $3.00 |
| American Express *1005 | **$17.42** |



● Pickup    2:26 PM
   1626 Division St, Nashville-Davidson metropolitan government (balance), TN

● Drop-off   2:43 PM
   65 Terminal Dr, Nashville-Davidson metropolitan government (balance), TN

## This and every ride is carbon neutral

1

**Urness, Thor**

| | |
|---|---|
| **From:** | American Express <AmericanExpress@welcome.aexp.com> |
| **Sent:** | Wednesday, April 10, 2019 6:48 PM |
| **To:** | Urness, Thor |
| **Subject:** | Card Not Present Transaction Approved |

**[External Email]**



# AMERICAN EXPRESS

**Platinum Delta SkyMiles**
ACCOUNT ENDING: **01005**

## Dear THOR Y URNESS,

## Your Card was not present

As you requested, we're letting you know that your Card was not present at the time of this purchase.

**LYFT**                                    **$17.42***

Wed, Apr 10, 2019

*The amount above may not reflect the final amount as some merchants issue a pre-authorization charge.

**Available Credit: $44,587.42**
Available Credit information reflects account activity, including any outstanding authorizations.

**Urness, Thor**

| | |
|---|---|
| **From:** | JetBlue Airways <donotreply@jetblue.com> |
| **Sent:** | Tuesday, April 16, 2019 9:11 AM |
| **To:** | Urness, Thor |
| **Subject:** | Receipt Request |



# jetBlue®  RECEIPT

| Flights ✈ | Vacations ◉ | Cars 🚗 | Hotels ▦ | TrueBlue ✈ |

## TRAVEL PURCHASE

**Date:** March 29, 2019    **Record Locator:** XKWLKH

| | |
|---|---|
| Ticket Number(s): | 2792122887021 |
| Traveler(s): | URNESS, THOR Y MR |

| Flight Details: | Flight Number | City Pair |
|---|---|---|
| | 182 | BNA-FLL |

| | |
|---|---|
| Travel Date: | April 10 |
| Base Fare: | $145.74   USD |

Taxes & Fees Breakdown:

| Amount | Currency | Purpose - (Code) |
|---|---|---|
| $10.93 | USD | **U.S. Transportation Tax Total - (US1)** |
| $4.20 | USD | **Flight Segment Tax (Domestic) Total - (ZP)** |
| $5.60 | USD | **U.S. September 11th Security Fee Total - (AY)** |
| $4.50 | USD | **U.S. Passenger Facility Charge Total - (XF)** |

| | |
|---|---|
| Taxes & Fees Total: | $25.23   USD |
| Base Fare Total: | **$170.97**   USD |
| Payment(s): | |
| | American Express card XXXXXXXXXX1005 |

$170.97   USD

## TOTAL PAID*: $170.97 (USD)

*Includes all fares, taxes, fees and penalties less any amounts refunded

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

**Notice:**

1

**Urness, Thor**

| | |
|---|---|
| **From:** | American Express <AmericanExpress@welcome.aexp.com> |
| **Sent:** | Wednesday, April 10, 2019 6:54 PM |
| **To:** | Urness, Thor |
| **Subject:** | Card Not Present Transaction Approved |

**[External Email]**



**Platinum Delta SkyMiles**
ACCOUNT ENDING: **01005**

## Dear THOR Y URNESS,

## Your Card was not present

As you requested, we're letting you know that
your Card was not present at the time of this
purchase.

**UBER**           **$13.95***
Wed, Apr 10, 2019

*The amount above may not reflect the final amount as some
merchants issue a pre-authorization charge.

**Available Credit: $44,573.47**
Available Credit information reflects account activity, including any
outstanding authorizations.

Case 0:18-cv-60062-KMW Document 100-1 Entered on FLSD Docket 07/15/2019 Page 289 of 430



Transaction Details Prepared for
**Thor Y Urness**
Account Number
**XXXX-XXXXXX-01005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| *APR16 2019* | *UBER* | *THOR Y URNESS* | *$3.00* |

Doing business as:

**UBER**

View Details on Merchant Website

1455 MARKET ST

-

SAN FRANCISCO

CA

94103

UNITED STATES

866.576.1039

Category: Transportation - Taxis & Coach

*tip*



Transaction Details Prepared for
**Thor Y Urness**
Account Number
**XXXX-XXXXXX-01005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| APR10 2019 | **UBER TRIP - HELP.UBER.COM, CA** | THOR Y URNESS | $13.95 |

Doing business as:

**UBER**

View Details on Merchant Website

1455 MARKET ST

-

SAN FRANCISCO

CA

94103

UNITED STATES

866.576.1039

Additional Information: DHKPYC39 HELP.UBER.COM
HELP.UBER.COM
Reference: 320191010879777340
Category: Transportation - Taxis & Coach

*from Fort Lauderdale airport to hotel*

*NNA/SMB*

*smb depositions*

**Urness, Thor**

| | |
|---|---|
| **From:** | American Express <AmericanExpress@welcome.aexp.com> |
| **Sent:** | Wednesday, April 10, 2019 6:54 PM |
| **To:** | Urness, Thor |
| **Subject:** | Card Not Present Transaction Approved |

**[External Email]**



**Platinum Delta SkyMiles**
ACCOUNT ENDING: **01005**

## Dear THOR Y URNESS,

## Your Card was not present

As you requested, we're letting you know that your Card was not present at the time of this purchase.

**UBER**   $13.95*
Wed, Apr 10, 2019

*The amount above may not reflect the final amount as some merchants issue a pre-authorization charge.

**Available Credit: $44,573.47**
Available Credit information reflects account activity, including any outstanding authorizations.



Transaction Details Prepared for
**Thor Y Urness**
Account Number
**XXXX-XXXXXX-01005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| *APR16 2019* | *UBER* | *THOR Y URNESS* | *$3.00* |

Doing business as:

**UBER**

View Details on Merchant Website

1455 MARKET ST

-

SAN FRANCISCO

CA

94103

UNITED STATES

866.576.1039

Category: Transportation - Taxis & Coach

*tip*



Transaction Details Prepared for
**Thor Y Urness**
Account Number
**XXXX-XXXXXX-01005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| APR10 2019 | **UBER TRIP - HELP.UBER.COM, CA** | THOR Y URNESS | $13.95 |

Doing business as:

**UBER**

View Details on Merchant Website

1455 MARKET ST

-

SAN FRANCISCO

CA

94103

UNITED STATES

866.576.1039

Additional Information: DHKPYC39 HELP.UBER.COM
HELP.UBER.COM
Reference: 320191010879777340
Category: Transportation - Taxis & Coach

*from Fort Lauderdale airport to hotel*

*NNA/SMB*

*smb depositions*



**RIVERSIDE HOTEL**
75 YEARS OF TRADITION

| | |
|---|---|
| Thor Urness | Room No.   : 1121 |
| 4207 Sneed Road | Arrival      : 04-10-19 |
| Nashville TN, 37215 US | Departure   : 04-12-19 |
| | Page No.   : 1 of 1 |
| INVOICE | Folio No.   : 272040 |
| Membership No  : | Conf. No.   : 470208 |
| A/R Number     : | Cashier No.  : 8 |
| Group Code     : | User ID     : JALEXIS |
| Company Name  : | |

Thank You For Staying With Us 04-17-19

| Date | Description | Charges USD | Credits USD |
|---|---|---:|---:|
| 04-10-19 | Boathouse Dinner Food | 41.17 | |
| 04-10-19 | Room Rate | 240.00 | |
| 04-10-19 | State Sales Tax | 16.80 | |
| 04-10-19 | Occupancy Tax | 14.40 | |
| 04-11-19 | Indigo Breakfast-Food | 24.20 | |
| 04-11-19 | Boathouse Dinner Food | 55.01 | |
| 04-11-19 | Room Rate | 240.00 | |
| 04-11-19 | State Sales Tax | 16.80 | |
| 04-11-19 | Occupancy Tax | 14.40 | |
| 04-12-19 | Indigo Breakfast-Food | 24.20 | |
| 04-12-19 | American Express XXXXXXXXXXXX1005 | | 686.98 |
| | Total | 686.98 | 686.98 |
| | Balance Due | | 0.00 |

| | | | |
|---|---|---|---|
| **Merchant ID** | | **Credit Card #** | XXXXXXXXXXXX1005 |
| **Transaction ID** | 469111 | **Credit Card Expiry** | XX/XX |
| **Approval Code** | 804836 | **Capture Method** | Manual |
| **Approval Amount** | 686.98 | **Transaction Amount** | 686.98 |

620 East Las Olas Boulevard ? Fort Lauderdale, FL 33301
Phone: 954.467.0671 ? Fax: 954.461.2148
www.riversidehotel.com



Transaction Details Prepared for
**Thor Y Urness**
Account Number
**XXXX-XXXXXX-01005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| APR13 2019 | **RIVERSIDE HOTEL RIVERSIDE HOTEL** PLAN IT **LAUDERDALE, FL** | THOR Y URNESS | $686.98 |

USE PLAN IT^SM TO SPLIT UP THIS TRANSACTION INTO MONTHLY PAYMENTS FOR A FIXED MONTHLY FEE AND NO INTEREST.

Create a Plan

Doing business as:

**RIVERSIDE HOTEL**

View Details on Merchant Website

620 E LAS OLAS BLVD

FORT LAUDERDALE

FL

33301-2287

UNITED STATES

954.467.0671

Additional Information: 469111 954-467-0671
Reference: 320191030910910546
Category: Travel - Lodging

**Itinerary Details**

Arrival

04/10/19

Departure

04/12/19

LODGING

954-467-0671

**Urness, Thor**

| | |
|---|---|
| **From:** | JetBlue Airways <donotreply@jetblue.com> |
| **Sent:** | Tuesday, April 16, 2019 9:12 AM |
| **To:** | Urness, Thor |
| **Subject:** | Receipt Request |



# jetBlue                                          RECEIPT

| Flights ✈ | Vacations ⊙ | Cars 🚗 | Hotels ▥ | TrueBlue ⌖ |
|---|---|---|---|---|

## TRAVEL PURCHASE

**Date:** April 07, 2019          **Record Locator:** WUKTQU

Ticket Number(s): 2792123468156; 2792123468157

Traveler(s): URNESS, THOR Y MR; URNESS, MONICA MRS

| Flight Details: | Flight Number | City Pair |
|---|---|---|
| | 181 | FLL-BNA |

Travel Date: April 14

Base Fare: $388.24  USD

Taxes & Fees Breakdown:

| | Amount | Currency | Purpose - (Code) |
|---|---|---|---|
| | $29.12 | USD | **U.S. Transportation Tax Total - (US1)** |
| | $8.40 | USD | **Flight Segment Tax (Domestic) Total - (ZP)** |
| | $11.20 | USD | **U.S. September 11th Security Fee Total - (AY)** |
| | $9.00 | USD | **U.S. Passenger Facility Charge Total - (XF)** |

Taxes & Fees Total: $57.72  USD

Base Fare Total: **$445.96**  USD

Payment(s):

American Express card XXXXXXXXXXX1005                    $445.96   USD

*5070 = 222.98*
*air*
*from*
*depositions*

## FEES

**Date:** April 14, 2019
**Ticket Number:** 2792607946799                    **Name:** URNESS, MONICA M

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | Self-service 30 | $30.00 | $0.00 | $30.00 |
| Total: | **$30.00** | | USD | |

1

# INVOICE



**UNIVERSAL COURT REPORTING**

888 East Las Olas Boulevard, Suite 508
Fort Lauderdale, Florida 33301

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20323453 | 4/23/2019 | 381306 |

| Job Date | Case No. | |
|---|---|---|
| 4/11/2019 | 0:18-CV-60062-WJZ | |

| Case Name |
|---|
| AMG Trade & Distribution, LLC v. Nissan North America, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN  37203

| | | | | | | |
|---|---|---|---|---|---|---|
| Corp. Rep. of AMG Trade & Distribution, LLC | | | | | | |
| Video Appearance Fee: First Hour | | | | | 200.00 | 200.00 |
| Video Appearance Fee: Each Additional Hour | | 7.00 | Hours | @ | 100.00 | 700.00 |
| DVD or MPEG ( Original ) | | | | | 75.00 | 75.00 |
| Shipping and Handling | | | | | 15.00 | 15.00 |
| | | | | **TOTAL DUE  >>>** | | **$990.00** |

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client.  Any amounts not paid within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent per month.

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN  37203

| | | |
|---|---|---|
| Invoice No. | : | 20323453 |
| Invoice Date | : | 4/23/2019 |
| **Total Due** | : | **$990.00** |

Remit To:   **Universal Court Reporting, Inc.**
            **Phone: 954-712-2600**
            **Fax: 954-779-2800**
            **888 E. Las Olas Blvd. Suite 508**
            **Fort Lauderdale, FL  33301**

| | | |
|---|---|---|
| Job No. | : | 381306 |
| BU ID | : | VIDEO |
| Case No. | : | 0:18-CV-60062-WJZ |
| Case Name | : | AMG Trade & Distribution, LLC v. Nissan North America, Inc. |

# I N V O I C E



**UNIVERSAL COURT REPORTING**

888 East Las Olas Boulevard, Suite 508
Fort Lauderdale, Florida 33301

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20323454 | 4/23/2019 | 381308 |

| Job Date | Case No. | |
|---|---|---|
| 4/12/2019 | 0:18-CV-60062-WJZ | |

| Case Name | | |
|---|---|---|
| AMG Trade & Distribution, LLC v. Nissan North America, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN  37203

Videography Service:

| | | | | | | |
|---|---|---|---|---|---|---|
| Anthony Bachan,  Ryan Montgomery Rengen, Sanjay Singh | | | | | | |
| Video Appearance Fee: First Hour | | | | | 200.00 | 200.00 |
| Video Appearance Fee: Each Additional Hour | 7.00 | Hours | @ | 100.00 | | 700.00 |
| DVD or MPEG ( Original ) | | | | | 75.00 | 75.00 |
| Shipping and Handling | | | | | 15.00 | 15.00 |

| | TOTAL DUE  >>> | **$990.00** |
|---|---|---|

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client.  Any amounts not paid
within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent
per month.

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN  37203

| Invoice No. | : | 20323454 |
|---|---|---|
| Invoice Date | : | 4/23/2019 |
| **Total Due** | : | **$990.00** |

Remit To:   **Universal Court Reporting, Inc.**
      **Phone: 954-712-2600**
      **Fax: 954-779-2800**
      **888 E. Las Olas Blvd. Suite 508**
      **Fort Lauderdale, FL  33301**

| Job No. | : | 381308 |
|---|---|---|
| BU ID | : | Other |
| Case No. | : | 0:18-CV-60062-WJZ |
| Case Name | : | AMG Trade & Distribution, LLC v. Nissan North America, Inc. |

# Sessler & Lopez Investigations

4101 N.W. 2nd Street
Miami, FL 33126
Lic. # A 8400004

Tel. (305) 643-3380      Fax (305) 643-0476

Diana Evans, Esq.
Bradley
100 North Tampa Street
Suite 2200
Tampa, FL 33602

Steve Sessler
SI-67-19
AMG vs. Nissan
(Our FEIN # 59-2436319)

April 5, 2019

Dear Ms. Evans,

Below please find a billing statement for services rendered between March 29, 2019 and April 3, 2019.

| Description of Services | Hours | Amount |
|---|---|---|
| Investigation @ $135.00 | 7.00 | 945.00 |
| Non-Investigative @ $40.00 | 1.00 | 40.00 |
| For professional services rendered | 8.00 | $985.00 |

| Expenses : | | |
|---|---|---|
| Mileage @ . 55 | | 57.20 |
| Photocopies | | 12.50 |
| Total Expenses | | $69.70 |

| | |
|---|---|
| Total amount of this bill | $1,054.70 |
| Balance due | $1,054.70 |

Sincerely,



Steve Sessler

| 4/5/2019 | Sessler & Lopez Investigations | |
| 4:39 PM | Pre-bill Worksheet | Page   1 |

---

### Selection Criteria

| Client | Diana Evans. Fsq. |

---

| Nickname | EvansD/SI6719 | SI-67-19 | |
| Full Name | Diana Evans, Esq. | |
| Address | Bradley | |
| | 100 North Tampa Street | |
| | Suite 2200 | |
| | Tampa,, FL 33602 | |
| Phone 1 | 813-559-5522 | Phone 2 |
| Fax | | Beeper |
| In Ref To | AMG vs. Nissan | |
| | (Our FEIN # 59-2436319) | |
| Fees Arrg. | By billing value on each slip | |
| Expense Arrg. | By billing value on each slip | |
| Tax Profile | Exempt | |
| Last bill | | |
| Last charge | 4/4/2019 | |
| Last payment | Amount | $0.00 |

| Date | User | Rate | Hours | Amount | Total |
| ID | Task | Markup % | DNB Time | DNB Amt | |
|---|---|---|---|---|---|
| 3/29/2019 | Aida Lopez | 40.00 | 0.25 | 10.00 | Billable |
| 189363 | NonInvestigative | | | | |
| | Admin / e-mails. | | | | |
| 3/29/2019 | Aida Lopez | 135.00 | 1.25 | 168.75 | Billable |
| 189365 | Investigation 2 | | | | |
| | Consult w/ Steve. Research to verify location of individuals to be served. | | | | |
| | Property, vehicles, etc. | | | | |
| 3/29/2019 | STEVE | 135.00 | 0.50 | 67.50 | Billable |
| 189397 | Investigation 2 | | | | |
| | Attempt to serve Singh at address on subpoena JP Morgan Chase. | | | | |
| 3/30/2019 | Ashely | 135.00 | 1.00 | 135.00 | Billable |
| 189367 | Investigation 2 | | | | |
| | Saturday research regarding Sanjay Singh. | | | | |
| 4/1/2019 | STEVE | 135.00 | 1.50 | 202.50 | Billable |
| 189368 | Investigation 2 | | | | |
| | Locate Rengen and serve subpoena | | | | |
| 4/1/2019 | Aida Lopez | 40.00 | 0.25 | 10.00 | Billable |
| 189370 | NonInvestigative | | | | |
| | Admin / e-mails. | | | | |

4/5/2019                          Sessler & Lopez Investigations
4:39 PM                              Pre-bill Worksheet                                    Page      2

EvansD/SI6719:Diana Evans, Esq. (continued)

| Date | User | Rate | Hours | Amount | Total |
|------|------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 4/1/2019 | Aida Lopez | 135.00 | 1.25 | 168.75 | Billable |
| 189372 | Investigation 2 | | | | |
| | Additional research regarding Parmeshwar Singh. New Assignment to serve Singh. | | | | |
| 4/2/2019 | Aida Lopez | 40.00 | 0.25 | 10.00 | Billable |
| 189374 | NonInvestigative | | | | |
| | Admin / e-mails. | | | | |
| 4/3/2019 | STEVE | 135.00 | 1.50 | 202.50 | Billable |
| 189376 | Investigation 2 | | | | |
| | Serve Singh. | | | | |
| 4/3/2019 | Aida Lopez | 40.00 | 0.25 | 10.00 | Billable |
| 189378 | NonInvestigative | | | | |
| | Admin / e-mails. | | | | |

| TOTAL | Billable Fees | | 8.00 | | $985.00 |
|-------|---------------|--|------|--|--------|

| Date | User | Price | Quantity | Amount | Total |
|------|------|-------|----------|--------|-------|
| ID | Expense | Markup % | | | |
| 3/29/2019 | Aida Lopez | 0.25 | 4.000 | 1.00 | Billable |
| 189364 | $Copy | | | | |
| | Photocopies. | | | | |
| 3/29/2019 | Aida Lopez | 0.25 | 21.000 | 5.25 | Billable |
| 189366 | $Copy | | | | |
| | Photocopies. | | | | |
| 4/1/2019 | STEVE | 0.55 | 22.000 | 12.10 | Billable |
| 189369 | $Mileage | | | | |
| | Mileage. | | | | |
| 4/1/2019 | Aida Lopez | 0.25 | 3.000 | 0.75 | Billable |
| 189371 | $Copy | | | | |
| | Photocopies. | | | | |
| 4/1/2019 | Aida Lopez | 0.25 | 12.000 | 3.00 | Billable |
| 189373 | $Copy | | | | |
| | Photocopies. | | | | |
| 4/2/2019 | Aida Lopez | 0.25 | 3.000 | 0.75 | Billable |
| 189375 | $Copy | | | | |
| | Photocopies. | | | | |

| 4/5/2019 | | Sessler & Lopez Investigations | | | | |
| 4:39 PM | | Pre-bill Worksheet | | | | Page      3 |

EvansD/SI6719:Diana Evans, Esq. (continued)

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 4/3/2019 189377 | STEVE $Mileage Mileage. | 0.55 | 82.000 | 45.10 | Billable |
| 4/3/2019 189379 | Aida Lopez $Copy Photocopies. | 0.25 | 5.000 | 1.25 | Billable |
| 4/4/2019 189296 | Aida Lopez $Copy Photocopies. | 0.25 | 2.000 | 0.50 | Billable |
| TOTAL | Billable Costs | | | | $69.70 |

---

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable time slips | $985.00 | |
| Total of Fees (Time Charges) | | $985.00 |
| Costs Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable expense slips | $69.70 | |
| Total of Costs (Expense Charges) | | $69.70 |
| Total new charges | | $1,054.70 |
| New Balance Current | $1,054.70 | |
| Total New Balance | | $1,054.70 |

Form **W-9**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)
Sessler + Lopez Investigations, Inc.

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor  ☒ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ ............

☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)
4101 NW 2 Street

Requester's name and address (optional)

City, state, and ZIP code
Miami, FL 33126

List account number(s) here (optional)

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number
5 9 - 2 4 3 6 3 1 9

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

Sign
Here

Signature of
U.S. person ▶

Date ▶ 1/25/2019

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

Note. If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 12-2011)



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
One Nissan Way
Franklin, TN  37067

June 13, 2019
Invoice No. 1339984

Matter No. 205601-301010
Re: AMG IP Matter
     Matter ID 124758

For professional services posted through May 31, 2019

| Current Invoice Summary | |
| --- | --- |
| Current Professional Services | $147,885.00 |
| Current Expenses | $19,045.51 |
| **Current Invoice** | **$166,930.51** |

Thank you for your business.


Bradley Arant Boult Cummings LLP

**Invoice Detail**

Nissan North America, Inc.
**Re: AMG IP Matter**
**     Matter ID 124758**
Matter No. 205601-301010

Page 2
June 13, 2019
Invoice No. 1339984
For legal services posted through May 31, 2019

| | **Professional Services** | | | | |
|---|---|---|---|---|---|

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/1/19 | Review of plaintiff's exhibit list, proposed trial exhibits, and designation of witnesses as to same; instructions to Danielle Soderholm re exhibits, binders, trial exhibits | TYU | 3.50 | 580.00 | 2,030.00 |
| 5/1/19 | Review of and revisions to pretrial stipulation and confer with Kimberly Ingram as to same | TYU | 1.40 | 580.00 | 812.00 |
| ███ | ██████████████████████████ | | | | |
| 5/1/19 | Revisions to demonstrative exhibits, timeline and instructions re documents not produced by plaintiff; review of documents listed by AMG | TYU | 0.60 | 580.00 | 348.00 |
| 5/1/19 | Call with Vic Alexander to discuss his deposition tomorrow, preparation for same, forwarded deposition transcripts and exhibits from recent expert depositions to Vic for his review before his deposition tomorrow | TYU | 1.40 | 580.00 | 812.00 |
| ███ | ██████████████████████ | ███ | ███ | ███ | ███ |
| ███ | ██████████████████████ | ███ | ███ | ███ | ███ |
| 5/1/19 | Meeting with Edmund Sauer and Kimberly Ingram to discuss jury instructions, special verdict form, special interrogatories, review of same, and regarding factual and legal issues, privileges | TYU | 0.80 | 580.00 | 464.00 |
| 5/1/19 | Prepare deposition testimony designated for use during trial, for use in filing and video cuts for trial | DSSO | 3.90 | 250.00 | 975.00 |
| 5/1/19 | Locate documents indicated in plaintiff's exhibit list via last few numbers of the bates number and without prefix to indicate whether these were produced by plaintiff or defendant in order to review in preparation of filing objections | DSSO | 1.10 | 250.00 | 275.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | | |
|---|---|---|
| Nissan North America, Inc. | | Page 3 |
| **Re: AMG IP Matter** | | June 13, 2019 |
| **Matter ID 124758** | | Invoice No. 1339984 |
| Matter No. 205601-301010 | | For legal services posted through May 31, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/1/19 | Analyze deposition transcripts for noted missing documents that opposing counsel indicated would be produced and prepare list of same in preparation of preparing request for same | DSSO | 1.90 | 250.00 | 475.00 |
| 5/1/19 | Draft and revise jury instructions | ESS | 2.40 | 495.00 | 1,188.00 |
| 5/1/19 | Review and analyze case law and other materials relating to possible defenses to liability on common law and statutory claims | ESS | 2.90 | 495.00 | 1,435.50 |
| 5/1/19 | Analyze legal issues relating to plaintiff's prima facie case on common law and statutory claims for jury instructions | ESS | 1.80 | 495.00 | 891.00 |
| 5/1/19 | Review and revise jury instructions in accordance with comments from E.Sauer | DNEV | 1.50 | 320.00 | 480.00 |
| 5/1/19 | Draft joint pretrial stipulation in accordance with local rules requiring discussion of 12 topics, gather missing exhibits from Nissan, gather exhibits to be discussed in omnibus motion for exclusion of evidence and discuss same with D.Evans | KIN | 6.10 | 275.00 | 1,677.50 |
| 5/1/19 | Discuss jury instructions and approach to matters of law for trial with E.Sauer and D.Evans and review D.Soderholm's summary listing all documents that AMG promised to produce during discovery | KIN | 1.70 | 275.00 | 467.50 |
| 5/2/19 | Trial preparation, review of deposition exhibits, work on timeline exhibit, designation of exhibits and associated testimony, instructions regarding documents requested in discovery | TYU | 4.70 | 580.00 | 2,726.00 |
| 5/2/19 | Depositions of Andy Forsythe and Vic Alexander and related discussions before and after same | TYU | 6.50 | 580.00 | 3,770.00 |
| 5/2/19 | Review deposition transcripts to determine whether opposing counsel agreed to produce certain documents that were requested during depositions | DSSO | 0.90 | 250.00 | 225.00 |
| 5/2/19 | Review and revise objections to plaintiff's trial exhibit list | DSSO | 1.90 | 250.00 | 475.00 |
| 5/2/19 | Prepare trial witness binders to be used during trial for each witness | DSSO | 4.20 | 250.00 | 1,050.00 |
| 5/2/19 | Prepare three thumb drives containing 23 gigabytes of data to give to client for photo exhibit selection | DSSO | 0.60 | 250.00 | 150.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                            Page 4
**Re: AMG IP Matter**                                              June 13, 2019
    **Matter ID 124758**                      Invoice No. 1339984
Matter No. 205601-301010            For legal services posted through May 31, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 5/2/19 | Create export jobs for production documents in preparation for depositions | MSMO | 0.60 | 250.00 | 150.00 |
| 5/2/19 | Review and analyze various privilege and immunity defenses to liability for inclusion in jury instructions | ESS | 3.40 | 495.00 | 1,683.00 |
| 5/2/19 | Review and analyze liability issues for jury instructions | ESS | 2.70 | 495.00 | 1,336.50 |
| 5/2/19 | Draft L.R.16.1(e) joint pre-trial stipulation with all categories required by rule | KIN | 2.60 | 275.00 | 715.00 |
| 5/2/19 | Discuss preparation of pretrial materials with D.Soderholm, gathering of relevant documents from AMG with T.Urness, and preparation of A.Forsythe with K.Neal; explain need tor omnibus motion in limine to C.Spore | KIN | 1.60 | 275.00 | 440.00 |
| 5/2/19 | Drafting omnibus motion in limine | CSPO | 1.80 | 295.00 | 531.00 |
| 5/3/19 | Meeting with Kimberly Ingram regarding filings due today and status of same | TYU | 0.60 | 580.00 | 348.00 |
| 5/3/19 | Review of and revisions to pretrial stipulation and communications with Kimberly Ingram and Diana Evans as to filing of same, more stipulation work, review exhibits from Becerra | TYU | 2.70 | 580.00 | 1,566.00 |
| 5/3/19 | Review of opponent's pretrial stipulation insert, witness list, exhibit list and assessment of same, review of witness binders, associate stray exhibits with witnesses, work on trial testimony outlines | TYU | 9.60 | 580.00 | 5,568.00 |
| 5/3/19 | Prepare trial witness binders for use during trial testimony for each witness | DSSO | 4.50 | 250.00 | 1,125.00 |
| 5/3/19 | Prepare designated trial exhibits by locating best quality of designated documents and loading same to document management database as trial exhibits in preparation for trial | DSSO | 1.20 | 250.00 | 300.00 |
| 5/3/19 | Determine designated trial exhibits not associated with a witness and facilitate witness determination | DSSO | 0.90 | 250.00 | 225.00 |
| 5/3/19 | Revise objections to opposing's trial exhibit list | DSSO | 2.60 | 250.00 | 650.00 |
| 5/3/19 | Combine production document PDFs and provide to D.Soderholm, copy deposition videos to network and provide to S.Cooper | MSMO | 1.10 | 250.00 | 275.00 |
| 5/3/19 | Draft and revise jury instructions on privilege and | ESS | 2.50 | 495.00 | 1,237.50 |



Bradley Arant Boult Cummings LLP

| | | | | |
|---|---|---|---|---|
| Nissan North America, Inc. | | | | Page 5 |
| **Re: AMG IP Matter** | | | | June 13, 2019 |
| **Matter ID 124758** | | | | Invoice No. 1339984 |
| Matter No. 205601-301010 | | | | For legal services posted through May 31, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | other defenses | | | | |
| 5/3/19 | Review and revise jury instructions in accordance with comments from E.Sauer, including conducting additional research on elements of the claims asserted by AMG | DNEV | 3.20 | 320.00 | 1,024.00 |
| 5/3/19 | Finalize for filing joint pretrial stipulation | DNEV | 0.40 | 320.00 | 128.00 |
| 5/3/19 | Review correspondence from Diligent Legal Services regarding returns of non-service of subpoena to Adam Cornette | MNEW | 0.20 | 215.00 | 43.00 |
| 5/3/19 | Discuss L.R.16.1(e) joint pretrial stipulation with T.Urness and finalize same for filing | KIN | 1.40 | 275.00 | 385.00 |
| 5/3/19 | Review transcript of deposition of AMG's damages expert John Hunt in preparation for drafting Daubert motion to exclude at trial | KIN | 0.90 | 275.00 | 247.50 |
| 5/3/19 | Researched Noerr-Pennington doctrine for jury instructions and motion in limine | CSPO | 0.90 | 295.00 | 265.50 |
| 5/3/19 | Drafting omnibus motion in limine | CSPO | 0.50 | 295.00 | 147.50 |
| 5/4/19 | Pre-trial preparation, including continuing review of the exhibits and allocation to witnesses, review of witness files, outlining testimony | TYU | 8.80 | 580.00 | 5,104.00 |
| 5/4/19 | Prepare trial witness binders for use during trial testimony for each witness | DSSO | 1.20 | 250.00 | 300.00 |
| 5/4/19 | Prepare trial exhibits by locating deposition exhibits related to same and determine start and stop page number of each within single pdf provided by court reporters and by locating bates ranges within tiff that were produced, as well as preparing list of issues to be resolved and send same to attorneys | DSSO | 5.70 | 250.00 | 1,425.00 |
| 5/4/19 | Review and annotate transcripts of depositions of AMG's experts in preparation for drafting Daubert motions to exclude at trial | KIN | 2.20 | 275.00 | 605.00 |
| 5/5/19 | Trial preparation, instructions regarding motions in limine, work on witness outlines | TYU | 8.50 | 580.00 | 4,930.00 |
| 5/5/19 | Review and revise jury instructions in accordance with comments from E.Sauer, including conducting additional research on elements of the claims asserted by AMG | DNEV | 2.20 | 320.00 | 704.00 |


Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                       Page 6
**Re: AMG IP Matter**                                                    June 13, 2019
    **Matter ID 124758**                            Invoice No. 1339984
Matter No. 205601-301010                     For legal services posted through May 31, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 5/5/19 | Drafting omnibus motion in limine | CSPO | 0.30 | 295.00 | 88.50 |
| 5/5/19 | Rearched Noerr-Pennington doctrine for motion in limine and jury instructions | CSPO | 0.70 | 295.00 | 206.50 |
| 5/6/19 | Trial preparation including work on possible supplement as to motion for summary judgment and trial outline, order of proof | TYU | 10.50 | 580.00 | 6,090.00 |
| 5/6/19 | Draft index of trial exhibit per witness | DSSO | 1.10 | 250.00 | 275.00 |
| 5/6/19 | Prepare trial exhibits and witness binders containing same pursuant to designated exhibits | DSSO | 3.10 | 250.00 | 775.00 |
| 5/6/19 | Copy deposition videos to network and provide to S.Cooper | MSMO | 0.30 | 250.00 | 75.00 |
| 5/6/19 | Review and analyze case materials and relevant case law related to jury instructions on liability and damages | ESS | 2.80 | 495.00 | 1,386.00 |
| 5/6/19 | Review and revise jury instructions in accordance with comments from E.Sauer, including conducting additional research on elements of the claims asserted by AMG | DNEV | 3.20 | 320.00 | 1,024.00 |
| 5/6/19 | Revise draft motion to exclude AMG's expert DeTuya based on deposition testimony | KIN | 2.40 | 275.00 | 660.00 |
| 5/6/19 | Participate in gathering and organization of trial exhibits with D.Soderholm; discuss jury instructions with E.Sauer; discuss omnibus motion in limine re: evidence exclusion with C.Spore and provide additional direction | KIN | 2.30 | 275.00 | 632.50 |
| 5/6/19 | Drafting omnibus motion in limine | CSPO | 7.00 | 295.00 | 2,065.00 |
| 5/6/19 | Rearched Noerr-Pennington doctrine and other conditional privileges for motion in limine and jury instructions | CSPO | 1.60 | 295.00 | 472.00 |
| 5/7/19 | Work on report to client regarding trial planning | TYU | 0.50 | 580.00 | 290.00 |
| 5/7/19 | Trial preparation, confer regarding motions in limine, jury instructions, work on witness examinations, emails regarding documents needed from AMG | TYU | 8.30 | 580.00 | 4,814.00 |
| 5/7/19 | Communications with experts regarding damages issues, review of reports as to same | TYU | 0.40 | 580.00 | 232.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 7 |
| **Re: AMG IP Matter** | June 13, 2019 |
| **Matter ID 124758** | Invoice No. 1339984 |
| Matter No. 205601-301010 | For legal services posted through May 31, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/7/19 | Format large excel spreadsheets for purposes of printing for use as trial exhibits by unhiding cells and columns, manually reducing the width of each column without losing data in order to obtain the largest font possible for the paper copy that will be presented to the jury, as well as setting custom margins, setting top row to print on each page and setting custom paper and print area, and once portable document file has been created for each sheet within Excel file, embed spreadsheet title and sheet name on each page of each pdf | DSSO | 1.50 | 250.00 | 375.00 |
| 5/7/19 | Prepare trial exhibits for use during trial | DSSO | 1.50 | 250.00 | 375.00 |
| 5/7/19 | Review motion to exclude J.de Tuya from testifying and obtain all exhibit pages, as well as confirm that deposition testimony matches information within the motion | DSSO | 3.10 | 250.00 | 775.00 |
| 5/7/19 | Review plaintiff's trial exhibits sent to us without any indication as to which document is which trial exhibit in order to locate specific exhibits pursuant to T.Urness request | DSSO | 0.40 | 250.00 | 100.00 |
| 5/7/19 | Review and revise jury instructions in accordance with comments from E.Sauer, including conducting additional research on elements of the claims asserted by AMG | DNEV | 2.60 | 320.00 | 832.00 |
| 5/7/19 | Revise draft motion to exclude AMG's damages expert John Hunt based on deposition testimony | KIN | 7.50 | 275.00 | 2,062.50 |
| 5/7/19 | Revise draft motion to exclude AMG's expert Jorge de Tuya based on deposition testimony | KIN | 3.00 | 275.00 | 825.00 |
| 5/7/19 | Drafting omnibus motion in limine | CSPO | 4.00 | 295.00 | 1,180.00 |
| 5/8/19 | Trial preparation, including work on motions in limine and Daubert motion and instructions regarding same, witness examinations, attention to damages issues, work on summary judgment supplementation | TYU | 9.80 | 580.00 | 5,684.00 |
| 5/8/19 | Call with Florida counsel regarding prior disputes with AMG, factual background to same, and further review of docket as to same issues, for use at trial | TYU | 2.50 | 580.00 | 1,450.00 |
| 5/8/19 | Review and upload plaintiff's trial exhibits into | DSSO | 1.10 | 250.00 | 275.00 |


**Bradley**
Bradley Arant Boult Cummings LLP

| Nissan North America, Inc. | Page 8 |
|---|---|
| **Re: AMG IP Matter** | June 13, 2019 |
| **Matter ID 124758** | Invoice No. 1339984 |
| Matter No. 205601-301010 | For legal services posted through May 31, 2019 |

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | document review platform in preparation for attorney review | | | | |
| 5/8/19 | Prepare additional documents for witness binders in preparation for use during trial | DSSO | 0.60 | 250.00 | 150.00 |
| 5/8/19 | Export designated transcript PDFs and provide to T.Urness | MSMO | 0.50 | 250.00 | 125.00 |
| 5/8/19 | Draft and revise jury instructions on liability and damages issues | ESS | 2.40 | 495.00 | 1,188.00 |
| 5/8/19 | Additional analysis of jury instructions and potential research that may be needed | DNEV | 0.30 | 320.00 | 96.00 |
| 5/8/19 | Revise draft motion to exclude AMG's damages expert John Hunt based on deposition testimony in preparation for review by T.Urness | KIN | 3.20 | 275.00 | 880.00 |
| 5/8/19 | Review and revise draft omnibus motion in limine prepared by C.Spore and assist C.Spore in preparation of exhibits and declaration authenticating exhibits; revise Daubert motions in limine based on instructions from T.Urness, adding additional references to deposition testimony; send to K.Neal for input and revise de Tuya motion based on same; draft necessary declarations in support of both Daubert motions | KIN | 10.30 | 275.00 | 2,832.50 |
| 5/8/19 | Prepared exhibits for omnibus motion in limine | CSPO | 1.00 | 295.00 | 295.00 |
| 5/8/19 | Drafting and revisions to omnibus motion in limine | CSPO | 5.30 | 295.00 | 1,563.50 |
| 5/8/19 | Drafted declaration authenticating exhibits attached to omnibus motion in limine | CSPO | 0.30 | 295.00 | 88.50 |
| 5/8/19 | Reviewed and edited Daubert motion to exclude expert | CSPO | 1.50 | 295.00 | 442.50 |
| 5/9/19 | Review of and finalize motion in limine filings, two motions to exclude experts and omnibus motion in limine | TYU | 3.50 | 580.00 | 2,030.00 |
| 5/9/19 | Work on trial order of proof, witness outlines | TYU | 3.80 | 580.00 | 2,204.00 |
| 5/9/19 | Review and analyze research and case materials for jury instructions on statutory consumer protection claims | ESS | 1.90 | 495.00 | 940.50 |
| 5/9/19 | Assist K.Ingram in finalizing Daubert motions and motions in limine for filing | DNEV | 2.50 | 320.00 | 800.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                                     Page 9
**Re: AMG IP Matter**                                                                 June 13, 2019
    **Matter ID 124758**                                               Invoice No. 1339984
Matter No. 205601-301010                           For legal services posted through May 31, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 5/9/19 | Gather all exhibits for Daubert motions and send to D.Evans; revise Daubert motion re: John Hunt based on feedback from K.Neal; finalize all Daubert motions based on instructions from T.Urness; coordinate filing of all motions with D.Evans | KIN | 5.90 | 275.00 | 1,622.50 |
| 5/9/19 | Revisions to omnibus motion in limine | CSPO | 1.20 | 295.00 | 354.00 |
| 5/9/19 | Revised declaration authenticating exhibits attached to omnibus motion in limine | CSPO | 0.60 | 295.00 | 177.00 |
| 5/9/19 | Prepared exhibits for omnibus motion in limine | CSPO | 0.50 | 295.00 | 147.50 |
| 5/10/19 | Work on trial outline and witness outline examinations, review of exhibits | TYU | 9.50 | 580.00 | 5,510.00 |
| 5/10/19 | Review and analyze research and case materials for jury instructions on statutory consumer protection claims | ESS | 1.60 | 495.00 | 792.00 |
| 5/11/19 | Work on witness examinations, review of chronology and document production for use in witness outlines | TYU | 7.50 | 580.00 | 4,350.00 |
| 5/12/19 | Review of depositions and work on witness examinations | TYU | 5.50 | 580.00 | 3,190.00 |
| 5/13/19 | Continued work on trial witness examinations and cross-examinations, including deposition review, continuing edits to master order of proof | TYU | 7.50 | 580.00 | 4,350.00 |
| 5/13/19 | Format voluminous excel spreadsheets for purposes of printing in preparation for use as trial exhibits at trial, as well as prepare same for witness exhibit binders | DSSO | 3.70 | 250.00 | 925.00 |
| 5/13/19 | Draft and revise instructions on statutory consumer protection claim | ESS | 0.70 | 495.00 | 346.50 |
| ███ | ████████████████████ | ███ | ██ | ██ | ███ |
| 5/14/19 | Work on trial witness, trial preparation, cross-examinations | TYU | 6.50 | 580.00 | 3,770.00 |
| 5/14/19 | Review motion for extension filed by plaintiff | TYU | 0.10 | 580.00 | 58.00 |
| 5/14/19 | Review approximately two thousand photographs defendants have designated as trial exhibits and remove all that do not clearly depict a part and or | DSSO | 5.20 | 250.00 | 1,300.00 |



Bradley Arant Boult Cummings LLP

Nissan North America, Inc.                                                                      Page 10
**Re: AMG IP Matter**                                                                    June 13, 2019
   **Matter ID 124758**                                                    Invoice No. 1339984
Matter No. 205601-301010                        For legal services posted through May 31, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | label, as well as those that are clearly duplicates | | | | |
| 5/14/19 | Modify documents to allow D.Soderholm to add information to photos | MSMO | 0.60 | 250.00 | 150.00 |
| 5/14/19 | Draft and revise jury instructions on damages issues | ESS | 2.20 | 495.00 | 1,089.00 |
| 5/14/19 | Review and analyze issues on damages legal arguments for jury instructions | ESS | 1.40 | 495.00 | 693.00 |
| 5/14/19 | Review current draft jury instructions; review motion for extension of time filed by AMG today | KIN | 0.80 | 275.00 | 220.00 |
| 5/15/19 | Trial preparation, including review of photos, voluminous, for use as trial exhibits and review of spreadsheets | TYU | 1.80 | 580.00 | 1,044.00 |
| 5/15/19 | Continue reviewing approximately two thousand photographs being used as trial exhibits and remove all of those that are blurry or obvious duplicates, as well as obtain and download software necessary to view several Canon raw version 2 image files that were produced natively by Catalyst and convert same to portable document format and re-Bates according to the native file production, in addition, add footnotes to all two thousand photographs indicating trial exhibit number and trial exhibit description, which required reformatting PDF files to add footer space to avoid interference with actual photographs; prepare all remaining photographs for final review by T.Urness and A.Forsythe to minimize number of photographs to use during trial | DSSO | 7.60 | 250.00 | 1,900.00 |
| 5/15/19 | Modify deposition documents to allow D.Soderholm to add information to photos; discuss .cr2 file types with D.Soderholm and convert to .tiff | MSMO | 1.10 | 250.00 | 275.00 |
| 5/15/19 | Draft and revise jury instructions on defenses to liability | ESS | 1.50 | 495.00 | 742.50 |
| 5/15/19 | Review and analyze additional issues that need further research regarding jury instructions | DNEV | 0.70 | 320.00 | 224.00 |
| 5/15/19 | Discuss damages-related jury instructions with E.Sauer and D.Evans based on work on Daubert motion for AMG's damages expert; call N.Grosnoff | KIN | 1.30 | 275.00 | 357.50 |



**Bradley**

Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
**Re: AMG IP Matter**
    **Matter ID 124758**
Matter No. 205601-301010

Page 11
June 13, 2019
Invoice No. 1339984
For legal services posted through May 31, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | at DoJ to discuss CBP's desire to have two weeks' notice to prepare parts from 709 Counterfeit Parts for production at trial | | | | |
| 5/16/19 | Trial preparation, work on witness examinations and cross examinations, email with N.Grosnoff | TYU | 9.50 | 580.00 | 5,510.00 |
| 5/16/19 | Prepare additional trial exhibits for potential witnesses in preparation for trial | DSSO | 4.90 | 250.00 | 1,225.00 |
| 5/16/19 | Draft and revise jury instructions on defenses to liability and damages | ESS | 1.60 | 495.00 | 792.00 |
| 5/16/19 | Review email from T.Urness to N.Grosnoff regarding CBP's production of parts | KIN | 0.10 | 275.00 | 27.50 |
| 5/17/19 | Review of plaintiff's motion to compel as to Palenik deposition and communications with client regarding same | TYU | 0.40 | 580.00 | 232.00 |
| 5/17/19 | Review of ruling granting motion for summary judgment and confer with Kimberly Ingram and Kyle Neal as to same | TYU | 0.80 | 580.00 | 464.00 |
| ███ | █████████ | ███ | ███ | ███ | ███ |
| 5/17/19 | Read and analyze case law addressing damages issues for jury instructions | ESS | 0.40 | 495.00 | 198.00 |
| 5/17/19 | Draft and revise jury instructions on damages issues | ESS | 1.10 | 495.00 | 544.50 |
| 5/17/19 | Review Plaintiff's motion to compel deposition of Palenik and strategize regarding potential responses | DNEV | 0.30 | 320.00 | 96.00 |
| 5/17/19 | Review and analyze order on motion for summary judgment | DNEV | 0.50 | 320.00 | 160.00 |
| ███ | █████████ | ███ | ███ | ███ | ███ |
| ███ | █████████ | ███ | ███ | ███ | ███ |
| 5/17/19 | Review email from T.Urness to opposing counsel concerning outstanding documents needing to be | KIN | 0.30 | 275.00 | 82.50 |



**Bradley**
Bradley Arant Boult Cummings LLP

Nissan North America, Inc.
**Re: AMG IP Matter**
  **Matter ID 124758**
Matter No. 205601-301010

Page 12
June 13, 2019
Invoice No. 1339984
For legal services posted through May 31, 2019

| Date | Description | Tkpr | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | produced; review AMG's motion to compel CBP officer to attend deposition | | | | |
| 5/17/19 | Review order on motion for summary judgment; discuss same with T.Urness | KIN | 0.80 | 275.00 | 220.00 |
| ██ | ████████████████████ | ██ | ██ | ██ | ██ |
| ██ | █████████████████████████ | ██ | ██ | ██ | ██ |
| ██ | ███████████████████ | ██ | ██ | ██ | ██ |
| ██ | ████████████████████ | ██ | ██ | ██ | ██ |
| ██ | █████████████████ | ██ | ██ | ██ | ██ |
| ██ | ███████████████████ | ██ | ██ | ██ | ██ |

**Total Professional Services**                                           **$147,885.00**

| | Expenses | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| | COPY CHARGES - INTERNAL B&W | 0.00 |
| | EXPRESS MAIL/FEDEX | 0.00 |
| | COMPUTERIZED LEGAL RESEARCH-WESTLAW Westlaw User: SAUER,EDMOND | 0.00 |
| | COPY CHARGES - INTERNAL COLOR | 0.00 |
| | FED DOCKET SERV-PACER | 0.00 |
| 4/16/19 | THOR URNESS - AIRFARE, FT. LAUDERDALE (ONE WAY ONLY), DEPOSITION OF PETER QUINTER, 04/17/2019 - 04/17/2019 Bank ID: CRBHM Check Number: 333C2F81 | 289.97 |
| 4/16/19 | THOR URNESS - AIRFARE, FT. LAUDERDALE TO NASHVILLE (ONE WAY), RETURN FLIGHT FROM FT. LAUDERDALE TO NASHVILLE AFTER QUINTER DEPOSITION IN BOCA RATON, 04/18/2019 - 04/18/2019 Bank ID: | 428.68 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 13 |
| **Re: AMG IP Matter** | June 13, 2019 |
| **Matter ID 124758** | Invoice No. 1339984 |
| Matter No. 205601-301010 | For legal services posted through May 31, 2019 |

| Date | Description | Amount |
|---|---|---|
| | CRBHM Check Number: 756EE870 | |
| 4/17/19 | THOR URNESS - TAXI/CAR SERVICE, NASHVILLE OFFICE TO AIRPORT, DEPOSITION OF PETER QUINTER, 04/17/2019 Bank ID: CRBHM Check Number: 333C2F81 | 17.72 |
| 4/17/19 | THOR URNESS - TAXI/CAR SERVICE, FT. LAUDERDALE AIRPORT TO BOCA RATON, DEPOSITION OF PETER QUINTER, 04/17/2019 Bank ID: CRBHM Check Number: 333C2F81 | 39.07 |
| 4/18/19 | THOR URNESS - DINNER, 04/18/2019, DEPOSITION OF PETER QUINTER Bank ID: CRBHM Check Number: 333C2F81 | 26.86 |
| 4/18/19 | THOR URNESS - HOTEL - LODGING, FT. LAUDERDALE/BOCA RATON, DEPOSITION OF PETER QUINTER, 04/17/2019 - 04/18/2019 Bank ID: CRBHM Check Number: 333C2F81 | 273.46 |
| 4/18/19 | THOR URNESS - TAXI/CAR SERVICE, BOCA RATON (LOCATION OF DEPOSITION) TO FT. LAUDERDALE AIRPORT, DEPOSITION OF PETER QUINTER, 04/18/2019 Bank ID: CRBHM Check Number: 333C2F81 | 38.09 |
| 4/18/19 | THOR URNESS - TAXI/CAR SERVICE, NASHVILLE AIRPORT TO NASHVILLE OFFICE, DEPOSITION OF PETER QUINTER, 04/18/2019 Bank ID: CRBHM Check Number: 333C2F81 | 19.26 |
| 4/24/19 | DANIELLE SODERHOLM - MISC - OTHER, 04/24/2019, CERTIFIED COPIES OF FOUR TRADEMARKS TO USE AS TRIAL EXHIBITS Bank ID: CRBHM Check Number: 03143627 | 60.00 |
| 4/26/19 | UNIVERSAL COURT REPORTING, INC. - COURT REPORTER CHARGES-13 - THOR URNESS - COURT REPORTING CHARGES-BACHAN - INVOICE: 20323967 DATE: 04/26/19 Bank ID: CRBHM Check Number: 1015397 | 1,930.55 |
| 4/26/19 | UNIVERSAL COURT REPORTING, INC. - COURT REPORTER CHARGES-13 - THOR URNESS - COURT REPORTING CHARGES - INVOICE: 20323968 DATE: 04/26/19 Bank ID: CRBHM Check Number: 1016508 | 1,672.80 |
| 4/30/19 | UNIVERSAL COURT REPORTING, INC. - COURT REPORTER CHARGES-13 - THOR URNESS - COURT REPORTING SERVICES-DE TUYA - INVOICE: 20324195 DATE: 04/30/19 Bank ID: CRBHM Check Number: 1015397 | 1,461.60 |
| 5/2/19 | UNIVERSAL COURT REPORTING, INC. - COURT REPORTER CHARGES-13 - THOR URNESS - COURT REPORTER CHARGES - INVOICE: 20324531 DATE: 05/02/19 Bank ID: CRBHM Check Number: 1015559 | 939.75 |
| 5/2/19 | DILIGENT LEGAL SERVICES OF FLORIDA LLC - PROCESS SERVER-17B - DEBRA BROWN - SERVICE OF PROCESS - INVOICE: DGT-2019000516 DATE: 05/02/19 Bank ID: CRBHM Check Number: 1015600 | 150.00 |



**Bradley**

Bradley Arant Boult Cummings LLP

| | |
|---|---|
| Nissan North America, Inc. | Page 14 |
| **Re: AMG IP Matter** | June 13, 2019 |
| **Matter ID 124758** | Invoice No. 1339984 |
| Matter No. 205601-301010 | For legal services posted through May 31, 2019 |

| Date | Description | Amount |
|---|---|---:|
| 5/2/19 | DILIGENT LEGAL SERVICES OF FLORIDA LLC - PROCESS SERVER-17B - DEBRA BROWN - SERVICE OF PROCESS - INVOICE: DGT-2019000517 DATE: 05/02/19 Bank ID: CRBHM Check Number: 1015600 | 75.00 |
| 5/6/19 | HARA INC DBA ROAD RUNNER DELIVERY - MESSENGER/DELIVERY CHARGES/DOC RETRIEVAL-17A - KRISTI RITCHIE - NISSAN NORTH AMERICA - INVOICE: 18190 DATE: 05/06/19 Bank ID: CRBHM Check Number: 1015921 | 33.00 |
| 5/8/19 | UNIVERSAL COURT REPORTING, INC. - COURT REPORTER CHARGES-13 - THOR URNESS - PROFESSIONAL SERVICES - INVOICE: 20324813 DATE: 05/08/19 Bank ID: CRBHM Check Number: 1016508 | 2,645.55 |
| 5/21/19 | KRAFT CPAS TURNAROUND AND RESTRUCTING GROUP PLLC - PROFESSIONAL CONSULTANT SERVICES-28 - THOR URNESS - PROFESSIONAL SERVICES - INVOICE: 312524 DATE: 05/21/19 Bank ID: CRBHM Check Number: 1016779 | 8,322.50 |
| 5/23/19 | VERITEXT LLC - COURT REPORTER CHARGES-13 - THOR URNESS - COURT REPORTING CHARGES - INVOICE: FLA3790089 DATE: 05/23/19 Bank ID: CRBHM Check Number: 1016549 | 621.65 |

**Total Expenses** **$19,045.51**



**Bradley Arant Boult Cummings LLP**

Nissan North America, Inc.
One Nissan Way
Franklin, TN  37067

June 13, 2019
Invoice No. 1339984

Matter No. 205601-301010
Re: AMG IP Matter
    Matter ID 124758

| Current Invoice Summary | | | | |
|---|---|---|---|---|

| Invoice Date | Invoice Number | Invoice Amount | Credits | Balance Due |
|---|---|---|---|---|
| 6/13/19 | 1339984 | $166,930.51 | $0.00 | $166,930.51 |
| **Total this Invoice** | | | | **$166,930.51** |

**Payment Terms: 30 days from the billed date. Invoices over 30 days aged are considered past due.**

Federal Tax ID: 63-0243316

**Electronic Funds Transfer (EFT) Payments to:**

Bank Name: Regions Bank
Account Name: Bradley Arant Boult Cummings LLP
(ACH)   Routing Number: 064000017
        Account Number: 7132542275

(Wires)  Routing Number: 062005690
         Account Number: 7132542275
         SWIFT Code (International Use Only): UPNBUS44

(Please reference the matter number, invoice number,
and/or attorney contact in the remarks section.)

**Check Payments to:**

Bradley Arant Boult Cummings LLP
Post Office Box 340025
Nashville, TN 37203-0025

(Please include remittance information with check.)

**Cooper, Sharon**

| | |
|---|---|
| From: | JetBlue Reservations <jetblueairways@email.jetblue.com> |
| Sent: | Tuesday, April 16, 2019 6:45 PM |
| To: | Urness, Thor |
| Subject: | JetBlue booking confirmation for THOR Y URNESS - GBWYBM |

**[External Email]**

Check out the details for your trip on Wed, Apr 17



Please note: This is not your boarding pass.

**Your confirmation code is**

GBWYBM

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place.

**Manage trip**

You can also manage your trips by downloading our free mobile app.

## Flights

# BNA ▸ FLL
Nashville, TN       Fort Lauderdale, FL

| | |
|---|---|
| **Date** | Wed, Apr 17 |
| **Departs** | 4:13pm |
| **Arrives** | 7:32pm |
| **Flight** | 182 |

## jetBlue

If your booking was made at least 7 days in advance, you may cancel it within 24 hours without a cancellation fee. Please underline click here for details on our change and cancel policies.

## Traveler Details

**THOR Y URNESS**

Frequent Flier: B6 2101906652

Ticket number: 2792124156140

**BNA - FLL:**

Fare: Blue Plus

Bags: One (1) checked bag, one (1) carry-on, one (1) personal item.*

Seat: 5C

Notes: Even More Space

*You may pay for additional bags online (within 24 hours of departure), or upon arrival at the airport via an airport kiosk or with an airport crewmember. Some restrictions apply.

## Payment Details

Amex
XXXXXXXXXXX1005

| | |
|---|---|
| NONREF - FEE FOR CHG/CXL | $221.09 |
| Extras | $38.00 |
| Taxes & fees | $30.88 |
| **Total:** | **$289.97 USD** |

Purchase Date: Apr 17, 2019

Request full receipt



**AVIS**
**Budget**

# The wheel deal.

Save with Avis and Budget when you add a car to your booking,
plus drive away with TrueBlue points on every rental.

**Add a car ▸**

Flight Tracker  |  Bag Info  |  Airport Info

## Stay Connected

📱 **Download the JetBlue mobile app**

(f) (ig) (t) (yt)

✈ Flights                🛏 Hotels

✈🛏 Flights + Hotel      🚗 Cars
   by JetBlue Vacations

*NNA v AmS*

*Dinner* - Depo. of
*Peter*
*Quintin*

**KANPAI**
20 N FEDERAL HWY
BOCA RATON, FL  33432
ph (561) 361-8688

Thank You for Visiting
WWW.KANPAIBOCARATON.COM

TABLE: P5 - 1 Guest
Server : Brianna
4/18/2019 12:56:48 AM
Sequence #: 0000332
ID #: 0141296

| ITEM | QTY | PRICE |
|------|-----|-------|
| Sapporo Draft | 1 | $4.00 |
| -   Late Happy Hour $2 | | ($2.00) |
| Avocado Fries | 1 | $6.00 |
| -   Late Happy Hour $2 | | ($2.00) |
| Gyoza | 1 | $6.00 |
| -   Late Happy Hour $2 | | ($2.00) |
| -   Steamed. | | |
| Miso | 1 | $3.50 |
| Subtotal | | $19.50 |
| Tkt. Discounts | | ($6.00) |
| Total Taxes | | $1.36 |
| Grand Total | | $20.86 |

Credit Purchase
Name          :URNESS/THOR Y
CC Type       :Amex
CC Num        :xxxx xxxx xxxx 1005
Approval      :561922
Server        :Brianna
Ticket Name   :P5

Payment Amount:      $20.86

Tip:           6-

Total:         2686

x _____
TSYS
CUSTOMER COPY
I agree to pay the amount shown above.
--------------------------------------
THANK YOU FOR DINING WITH US
" Please come Roll with us again soon "
====================================

# HYATT
## PLACE®

**Hyatt Place Boca Raton**
100 East Palmetto Park Road
Boca Raton, FL 33432
Tel: 561-672-7819
Fax: 561-672-7835
bocaratondowntown.place.hyatt.com

INVOICE

Thor Urness
4207 Sneed Road
Nashville, TN 37215
United States

| | |
|---|---|
| Room No. | 0821 |
| Arrival | 2019-04-17 |
| Departure | 2019-04-18 |
| Page No. | 1 of 1 |

Confirmation No.    2970934901

| | |
|---|---|
| Folio Window | 1 |
| Folio No. | 26051614 |

Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04-17-2019 | Accommodations | | 242.00 | |
| 04-17-2019 | Occupancy Tax | | 14.52 | |
| 04-17-2019 | State Tax | | 16.94 | |
| 04-18-2019 | American Express | XXXXXXXXXXXX1005 | | -273.46 |

| | Charges | Credits |
|---|---|---|
| **Total** | 273.46 | -273.46 |
| **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in  he event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

## World of Hyatt Summary

Membership: XXXXXX404V
Bonus Codes:
Qualifying Nights: 1
Eligible Spend: 242.00
Redemption Eligible: 14.52

Summary Invoice, please see front desk
for eligibility details.

| | |
|---|---|
| **From:** | Urness, Thor |
| **To:** | Cooper, Sharon |
| **Subject:** | Fwd: Your ride with Edismiguel on April 17 |
| **Date:** | Wednesday, April 17, 2019 6:31:57 PM |

Begin forwarded message:

> **From:** Lyft Ride Receipt <no-reply@lyftmail.com>
> **Date:** April 17, 2019 at 7:30:49 PM EDT
> **To:** <turness@babc.com>
> **Subject: Your ride with Edismiguel on April 17**

**[External Email]**



## Thanks for riding with Edismiguel!

April 17, 2019 at 2:33 PM

### Ride Details

| | |
|---|---|
| Lyft fare (8.04mi, 17m 47s) | $14.72 |
| Tip | $3.00 |
| American Express *1005 | **$17.72** |



☐ Pickup      2:33 PM
Belmont Terrace, Division St, Nashville, TN

☐ Drop-off   2:51 PM
65 Terminal Dr, Nashville-Davidson metropolitan
government (balance), TN

# This and every ride is carbon neutral

**Learn more**

**Confirm your email**

Please confirm your email address to keep your Lyft account secure.

Use the secure links below to verify whether turness@babc.com is the correct email address for your Lyft account, which is linked to the phone number ******3384.

**Confirm email**

**This isn't my account**



# Make expensing business rides easy

Enable business profile on Lyft to make expensing rides quick and easy.

**Get Business Profile**

☐  Tip driver

☐  Find lost item

☐  Request review

Help Center

Receipt #1259393956218915886

We never share your address with your driver after a ride.

Learn more about our commitment to safety.

Map data © OpenStreetMap contributors

© Lyft 2019
548 Market St., P.O. Box 68514
San Francisco, CA 94104

Become a Driver

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

| From: | Urness, Thor |
| --- | --- |
| To: | Cooper, Sharon |
| Subject: | Fwd: Your ride with Hector on April 17 |
| Date: | Wednesday, April 17, 2019 7:51:09 PM |

Sent from my iPad

Begin forwarded message:

> **From:** Lyft Ride Receipt <no-reply@lyftmail.com>
> **Date:** April 17, 2019 at 8:45:25 PM EDT
> **To:** <turness@babc.com>
> **Subject: Your ride with Hector on April 17**

**[External Email]**



## Thanks for riding with Hector!

April 17, 2019 at 7:47 PM

### Ride Details

| | |
| --- | --- |
| Lyft fare (25.21mi, 33m 23s) | $32.56 |
| Tip | $6.51 |
| American Express *1005 | **$39.07** |



☐ Pickup      7:47 PM
   325 Terminal Dr, , FL

☐ Drop-off   8:21 PM
   28 SE 1st Ave, Boca Raton, FL

### This and every ride is carbon neutral

**Learn more**

**Confirm your email**

Please confirm your email address to keep your Lyft account secure.

Use the secure links below to verify whether turness@babc.com is the correct email address for your Lyft account, which is linked to the phone number ******3384.

**Confirm email**

This isn't my account



# Make expensing business rides easy

Enable business profile on Lyft to make expensing rides quick and easy.

**Get Business Profile**

☐ Tip driver

☐ Find lost item

☐ Request review

Help Center
Receipt #1259455605171399640
We never share your address with your driver after a ride.
Learn more about our commitment to safety.
Map data © OpenStreetMap contributors

© Lyft 2019
548 Market St., P.O. Box 68514
San Francisco, CA 94104

Become a Driver

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

| | |
|---|---|
| **From:** | Urness, Thor |
| **To:** | Cooper, Sharon |
| **Subject:** | Fwd: Your ride with Wallace on April 18 |
| **Date:** | Thursday, April 18, 2019 10:11:42 PM |

Begin forwarded message:

**From:** Lyft Ride Receipt <no-reply@lyftmail.com>
**Date:** April 18, 2019 at 10:01:31 PM CDT
**To:** <turness@babc.com>
**Subject: Your ride with Wallace on April 18**

**[External Email]**



## Thanks for riding with Wallace!

April 18, 2019 at 6:00 PM

### Ride Details

| | |
|---|---|
| Lyft fare (26.03mi, 47m 50s) | $31.74 |
| Tip | $6.35 |
| American Express *1005 | **$38.09** |



☐ Pickup    6:00 PM
245 NE Mizner Blvd, Boca Raton, FL

☐ Drop-off  6:48 PM
297 Terminal Dr, , FL

### This and every ride is carbon neutral

**Learn more**

**Confirm your email**

Please confirm your email address to keep your Lyft account secure.

Use the secure links below to verify whether turness@babc.com is the correct email address for your Lyft account, which is linked to the phone number ******3384.

**Confirm email**

This isn't my account



# Make expensing business rides easy

Enable business profile on Lyft to make expensing rides quick and easy.

**Get Business Profile**

☐ Tip driver

☐ Find lost item

☐ Request review

Help Center

Receipt #1259802248472970184

We never share your address with your driver after a ride.

Learn more about our commitment to safety.

Map data © OpenStreetMap contributors

© Lyft 2019
548 Market St., P.O. Box 68514
San Francisco, CA 94104

Become a Driver

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

| From: | Urness, Thor |
|---|---|
| To: | Cooper, Sharon |
| Subject: | Fwd: Thanks for tipping! We've updated your Thursday evening trip receipt |
| Date: | Friday, April 19, 2019 7:11:26 AM |
| Attachments: | map_71a98097-05c2-4481-881f-4be3eb2f4121_wide |
| | map_71a98097-05c2-4481-881f-4be3eb2f4121.png |

Begin forwarded message:

**From:** Uber Receipts <uber.us@uber.com>
**Date:** April 19, 2019 at 7:10:13 AM CDT
**To:** <turness@babc.com>
**Subject: Thanks for tipping! We've updated your Thursday evening trip receipt**

**[External Email]**



Total: $19.26
Thu, Apr 18, 2019

# Thanks for tipping, Thor

Here's your updated Thursday evening ride receipt.

# Total                    $19.26

| Trip fare | $16.26 |
|---|---|

| Subtotal | $16.26 |
|---|---|
| Tip | $3.00 |

**Amount Charged**



| | •••• 1005 Switch | $16.26 |
|---|---|---|
| | •••• 1005 Switch | $3.00 |

You rode with Monica

4.97 Rating

Monica is known for:

Excellent Service

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.



**UberX**   8.47 mi | 13 min

10:19pm

Nashville, TN

10:32pm

600 Music Square W, Nashville, TN



Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: rwsow

REPORT LOST ITEM

CONTACT SUPPORT

MY TRIPS

FAQ

Forgot password

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

205601- 301010

Diligent Legal Services
1497 Main Street
Suite 210
Dunedin, FL 34698
Phone: (727) 424-7367
61-1664919

**INVOICE**

Invoice #DGT-2019000517
5/2/2019



Michelle Newman
Bradley Arant Boult Cummings Llp
100 N Tampa Street
Suite 2200
Tampa, FL 33602

**Case Number: Southern District 0:18-CV-60062**

Plaintiff:
**AMG Trade & Distribution, LLC**

Defendant:
**Nissan North America, Inc**

Received: 4/17/2019   Non-Served: 4/18/2019  NON-SERVE - OTHER
To be served on: United States Custom And Border Protection c/o Robert Del Toro, Director of Fines and Penalties

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SAME DAY Same add P.M 909 SE 1st Ave, Suite 606, Miami, FL | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$75.00** |

Please enclose a copy of this invoice with your payment.

PLEASE KINDLY NOTE OUR NEW MAILING ADDRESS IS:

Diligent Legal Services
1497 Main Street, Suite 210
Dunedin, Florida 34698
Please Kindly Note: This invoice is payable upon receipt.  Thank you for assisting us in keeping our servers
compensated timely and motivated to give your future work preferential treatment.

Page 1 / 1

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0i

205601 - 301010

Diligent Legal Services
1497 Main Street
Suite 210
Dunedin, FL 34698
Phone: (727) 424-7367
61-1664919

**INVOICE**

Invoice #DGT-2019000516
5/2/2019



Michelle Newman
Bradley Arant Boult Cummings Llp
100 N Tampa Street
Suite 2200
Tampa, FL 33602

**Case Number: Southern District 0:18-CV-60062**

Plaintiff:
**AMG Trade & Distribution, LLC**

Defendant:
**Nissan North America, Inc**

Received: 4/17/2019   Non-Served: 4/18/2019  NON-SERVE - OTHER
To be served on: United States Custom And Border Protection c/o Adam Cornette

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SAME DAY P.M 909 SE 1st Ave, Suite 606, Miami, FL | 1.00 | 150.00 | 150.00 |
| TOTAL CHARGED: | | | $150.00 |

**BALANCE DUE:** $150.00

Please enclose a copy of this invoice with your payment.

PLEASE KINDLY NOTE OUR NEW MAILING ADDRESS IS:

Diligent Legal Services
1497 Main Street, Suite 210
Dunedin, Florida 34698
Please Kindly Note: This invoice is payable upon receipt.  Thank you for assisting us in keeping our servers
compensated timely and motivated to give your future work preferential treatment.

Page 1 / 1

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0i

| Login | Shopping Cart | Checkout | Order Status | Customer Profile | | Help |
|---|---|---|---|---|---|---|

**U.S. Patent and Trademark Office**                                    Shopping Home | USPTO Home

Processing Time | Delivery Method | Delivery Destination | Order Summary | **Submit Order**

**Print and save this page as your receipt.**

## Order Summary

as of
24 Apr 2019 at 17:29 EST

| Order Number | Order Received | Order Status | Status Updated | Customer Number |
|---|---|---|---|---|
| 7719507 | **24 Apr 2019** | **In-Process** | **24 Apr 2019** | IDON516262 |

| Docket Number or Customer Reference Number | | | Payment Method | Total Cost |
|---|---|---|---|---|
| | | | **Credit Card** | **$60.00** |

**Name and Address**

**Bradley Arant Boult Cummings LLP
Danielle Soderholm
Attn: Danielle Soderholm
Mail Stop: 37221
1600 Division Street
Suite 700
Nashville
Nashville, TN
37221
USA**

**Phone Number**

**(615) 252-3847**



**USPTO
Office of Public Records
Document Services Division**

**Email Address**                                   **Fax Number**

**dsoderholm@bradley.com**

| Item No. | Qty | Document Number | Certification Statement | Document Media | Processing Time | Delivery Method | Cost | Status |
|---|---|---|---|---|---|---|---|---|
| | | **Trademark Registration with Title and Status** | | | | | | |
| | | Registration No. | | | | | | |
| 1 | 1 | 4450299 | Paper | Paper | 14 days | Mail | $15.00 | In-Process |
| 4 | 1 | 686587 | Paper | Paper | 14 days | Mail | $15.00 | In-Process |
| 3 | 1 | 2057276 | Paper | Paper | 14 days | Mail | $15.00 | In-Process |
| 2 | 1 | 4283161 | Paper | Paper | 14 days | Mail | $15.00 | In-Process |
| | 4 | | | | | | **$60.00** Total | |

| Status | Description |
|---|---|
| In-Process: | Indicates one or more items are still in the process of being retrieved, copied, certified, or prepared for delivery. |
| Shipped: | Indicates the item has completed being processed and has been shipped to you. In the case of an Internet-delivered document, it indicates that an email was sent informing you the document was available for downloading. When this status is applied to an order, it means either (a) all the items in the order were shipped; or (b) some items were shipped and any remaining items were cancelled or could not be processed. |
| Cancelled: | Indicates the item (or order) was cancelled. If you have questions about a cancellation, contact Customer Service. Some cancellations may have been processed under a different order number. |
| Error: | Indicates a problem was encountered when the item (or order) was being processed. If the error status remains longer than 24 hours, contact Customer Service. |
| Closed: | Indicates the item (or order) will not be further processed. |

**Order Confirmation**

Print this page and keep it as your receipt. You may check the status of this order at any time by clicking
on the "Order Status" tab at the top of the page. If you have any questions about your order, contact
Customer Service and provide them this order number: **7719507**.

Customer Service
dsd@uspto.gov
(571) 272-3150 or (800) 972-6382
Monday - Friday, 8 30 am - 5:00 pm EST

Top | Help | Shopping Home | PTO Home | Email | Find a Patent

# INVOICE

**UNIVERSAL COURT REPORTING**

888 East Las Olas Boulevard, Suite 508
Fort Lauderdale, Florida 33301

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20324195 | 4/30/2019 | 383811 |

| Job Date | Case No. | |
|---|---|---|
| 4/25/2019 | 0:18-CV-60062-WJZ | |

| Case Name | | |
|---|---|---|
| AMG Trade & Distribution, LLC v. Nissan North America, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN 37203

| Original Transcript of the Deposition of: | | | | | |
|---|---|---|---|---|---|
| Jorge De Tuya- | 144.00 | Pages | @ | 4.25 | 612.00 |
| Three-Day Expedite | | | | | 489.60 |
| Appearance Fee: First Hour | | | | 75.00 | 75.00 |
| Appearance Fee: Each Additional Hour | 2.00 | Hours | @ | 35.00 | 70.00 |
| E-tran | | | | 0.00 | 0.00 |
| B & W Exhibit copies | 255.00 | Pages | @ | 0.60 | 153.00 |
| Color exhibit copies | 8.00 | Pages | @ | 1.50 | 12.00 |
| Litigation Support Package | | | | 35.00 | 35.00 |
| Electronic Processing/Archival/Delivery (O&1) | | | | 15.00 | 15.00 |
| | | | **TOTAL DUE >>>** | | **$1,461.60** |

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client.  Any amounts not paid within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent per month.

1:00-4:00

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN 37203

| | | |
|---|---|---|
| Invoice No. | : | 20324195 |
| Invoice Date | : | 4/30/2019 |
| **Total Due** | : | **$1,461.60** |

| Remit To: | **Universal Court Reporting, Inc.** |
|---|---|
| | **Phone: 954-712-2600** |
| | **Fax: 954-779-2800** |
| | **888 E. Las Olas Blvd. Suite 508** |
| | **Fort Lauderdale, FL  33301** |

| | | |
|---|---|---|
| Job No. | : | 383811 |
| BU ID | : | Digi Brwrd |
| Case No. | : | 0:18-CV-60062-WJZ |
| Case Name | : | AMG Trade & Distribution, LLC v. Nissan North America, Inc. |

# I N V O I C E



**UNIVERSAL COURT REPORTING**

888 East Las Olas Boulevard, Suite 508
Fort Lauderdale, Florida 33301

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20323967 | 4/26/2019 | 381305 |

| Job Date | Case No. | |
|---|---|---|
| 4/11/2019 | 0:18-CV-60062-WJZ | |

| Case Name | | |
|---|---|---|
| AMG Trade & Distribution, LLC v. Nissan North America, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN  37203

Original Transcript of the Deposition of:

| | | | | |
|---|---|---|---|---|
| Corp. Rep. of AMG Trade & Distribution, LLC- | 335.00 Pages | @ | 4.25 | 1,423.75 |
| Appearance Fee: First Hour | | | 75.00 | 75.00 |
| Appearance Fee: Each Additional Hour | 7.00 Hours | @ | 35.00 | 245.00 |
| E-tran | | | 0.00 | 0.00 |
| B & W Exhibit copies | 228.00 Pages | @ | 0.60 | 136.80 |
| Litigation Support Package | | | 35.00 | 35.00 |
| Electronic Processing/Archival/Delivery (O&1) | | | 15.00 | 15.00 |

**TOTAL DUE  >>>**  **$1,930.55**

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client.  Any amounts not paid within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent per month.

9:00-5:00

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN  37203

| | | |
|---|---|---|
| Invoice No. | : | 20323967 |
| Invoice Date | : | 4/26/2019 |
| **Total Due** | **:** | **$1,930.55** |

| | | |
|---|---|---|
| Job No. | : | 381305 |
| BU ID | : | Digi Brwrd |
| Case No. | : | 0:18-CV-60062-WJZ |
| Case Name | : | AMG Trade & Distribution, LLC v. Nissan North America, Inc. |

Remit To:   **Universal Court Reporting, Inc.**
            **Phone: 954-712-2600**
            **Fax: 954-779-2800**
            **888 E. Las Olas Blvd. Suite 508**
            **Fort Lauderdale, FL  33301**

# I N V O I C E



**UNIVERSAL COURT REPORTING**
888 East Las Olas Boulevard, Suite 508
Fort Lauderdale, Florida 33301

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20324531 | 5/2/2019 | 383807 |

| Job Date | Case No. | |
|---|---|---|
| 4/18/2019 | 0:18-CV-60062-WJZ | |

| Case Name | | |
|---|---|---|
| AMG Trade & Distribution, LLC v. Nissan North America, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN  37203

Original Transcript of the Deposition of:

| | | | | |
|---|---|---|---|---|
| Peter Quinter- | 171.00  Pages | @ | 4.25 | 726.75 |
| Appearance Fee: First Hour | | | 75.00 | 75.00 |
| Appearance Fee: Each Additional Hour | | | 35.00 | 35.00 |
| Appearance Fee: Each Additional Hour (After Hours) | | | 53.00 | 53.00 |
| E-tran | | | 0.00 | 0.00 |
| Litigation Support Package | | | 35.00 | 35.00 |
| Electronic Processing/Archival/Delivery (O&1) | | | 15.00 | 15.00 |

**TOTAL DUE  >>>**            **$939.75**

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client.  Any amounts not paid within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent per month.

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN  37203

| | | |
|---|---|---|
| Invoice No. | : | 20324531 |
| Invoice Date | : | 5/2/2019 |
| **Total Due** | **:** | **$939.75** |

| | | |
|---|---|---|
| Remit To: | **Universal Court Reporting, Inc.** | |
| | **Phone: 954-712-2600** | |
| | **Fax: 954-779-2800** | |
| | **888 E. Las Olas Blvd. Suite 508** | |
| | **Fort Lauderdale, FL  33301** | |

| | | |
|---|---|---|
| Job No. | : | 383807 |
| BU ID | : | Digi Brwrd |
| Case No. | : | 0:18-CV-60062-WJZ |
| Case Name | : | AMG Trade & Distribution, LLC v. Nissan North America, Inc. |

Page 1 of 4

DATE : **05/06/19**
Invoice # : **18190**
Customer : **BRADAR16**

18190

ROAD RUNNER DELIVERY
830 FESSLERS PKWY, STE 109
NASHVILLE, TN 37210
(615) 248-2212

Bill to
ACCOUNTS PAYABLE
BRADLEY ARANT BOULT
1600 DIVISION ST 700
NASHVILLE TN 37203

Total Invoice :        $ 531.00

| Order Date | Order | Pcs. WT. | Service Type | Pickup from | Delivery to | Shipnum | Ref. Code | Called By Signed By | Charges | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/29/19 | 40122 | 1 0 | ROUTE | CHURCH ST POST OFF 1718 CHURCH ST NASHVILLE TN | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | | MAIL | DEBRA GANNON | BASE 12.00 MISC1<br>WAIT 0.00 RETURN<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: | 0.00<br>0.00<br><br><br><br>$ 12.00 | |
| 04/29/19 | 40123 | 1 0 | ROUTE | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | ROYAL PKWY POST OF 525 ROYAL PARKW NASHVILLE TN | | MAIL | DEBRA GANNON TAMMY | BASE 20.00 MISC1<br>WAIT 0.00 RETURN<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: | 0.00<br>0.00<br><br><br><br>$ 20.00 | |
| 04/29/19 | 40209 | 1 0 | URGENT | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | JOHN THIGPEN 1201 DEMONBREUN NASHVILLE TN | | 108379-301091 | KRISTINE SANDY | BASE 21.00 MISC1<br>WAIT 0.00 RETURN<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: | 0.00<br>0.00<br><br><br><br>$ 21.00 | |
| 04/29/19 | 40210 | 1 0 | ROUTE | RICHARD & RICHARDS 1741 ELM HILL PI NASHVILLE | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | | N/A | DANIEL DANIEL | BASE 16.00 MISC1<br>WAIT 0.00 RETURN<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: | 0.00<br>0.00<br><br><br><br>$ 16.00 | |
| 04/29/19 | 40264 | 1 0 | OVERRIDE | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | METRO GOV. 512 1ST AVE. N. NASHVILLE | | 999000-302010 | SARAH LAIRD HAYES | BASE 42.00 MISC1<br>WAIT 0.00 RETURN<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: | 0.00<br>21.00<br><br><br><br>$ 63.00 | |
| 04/30/19 | 40164 | 1 0 | ROUTE | CHURCH ST POST OFF 1718 CHURCH ST NASHVILLE TN | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | | MAIL | DEBRA GANNON | BASE 12.00 MISC1<br>WAIT 0.00 RETURN<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: | 0.00<br>0.00<br><br><br><br>$ 12.00 | |
| 04/30/19 | 40165 | 1 0 | ROUTE | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | ROYAL PKWY POST OF 525 ROYAL PARKW NASHVILLE TN | | MAIL | DEBRA GANNON TAMMY | BASE 20.00 MISC1<br>WAIT 0.00 RETURN<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: | 0.00<br>0.00<br><br><br><br>$ 20.00 | |
| 04/30/19 | 40293 | 1 0 | URGENT | PRIMERITUS FINANCI 435 METROPLEX D NASHVILLE TN | FIRST AMERICAN TIT 611 COMMERCE ST | | 208574-301002 | SUE ARNETT JERRY | BASE 41.00 MISC1<br>WAIT 0.00 RETURN<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: | 0.00<br>0.00<br><br><br><br>$ 41.00 | |

SUB-TOTAL:        $ 205.00

Page 2 of 4

DATE : **05/06/19**
Invoice # : **18190**
Customer : **BRADAR16**



18190

ROAD RUNNER DELIVERY
830 FESSLERS PKWY, STE 109
NASHVILLE, TN 37210
(615) 248-2212

Bill to
ACCOUNTS PAYABLE
BRADLEY ARANT BOULT
1600 DIVISION ST 700
NASHVILLE TN 37203

Total Invoice :        $ 531.00

| Order Date | Order | Pcs. WT. | Service Type | Pickup from | Delivery to | Shipnum | Ref. Code | Called By Signed By | Charges | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/30/19 | 40297 | 1 0 | URGENT | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | METRO GOV CRIM JUS 512 1ST AVE N NASHVILLE | | 999000-302010 | SARAH LAIRD HARRIS | BASE 21.00 MISC1 0.00<br>WAIT 0.00 RETURN 0.00<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: **$ 21.00** | | |
| 05/01/19 | 40248 | 1 0 | ROUTE | CHURCH ST POST OFF 1718 CHURCH ST NASHVILLE TN | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | | MAIL | DEBRA GANNON | BASE 12.00 MISC1 0.00<br>WAIT 0.00 RETURN 0.00<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: **$ 12.00** | | |
| 05/01/19 | 40249 | 1 0 | ROUTE | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | ROYAL PKWY POST OF 525 ROYAL PARKW NASHVILLE TN | | MAIL | DEBRA GANNON TAMMY | BASE 20.00 MISC1 0.00<br>WAIT 0.00 RETURN 0.00<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: **$ 20.00** | | |
| 05/01/19 | 40346 | 1 0 | URGENT | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | INCORP SERVICES 216 CENTERVIEW BRENTWOOD | | 219082-401001 | JENNIFER CODY | BASE 29.00 MISC1 0.00<br>WAIT 0.00 RETURN 0.00<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: **$ 29.00** | | |
| 05/02/19 | 40326 | 1 0 | ROUTE | CHURCH ST POST OFF 1718 CHURCH ST NASHVILLE TN | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | | MAIL | DEBRA GANNON | BASE 12.00 MISC1 0.00<br>WAIT 0.00 RETURN 0.00<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: **$ 12.00** | | |
| 05/02/19 | 40327 | 1 0 | ROUTE | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | ROYAL PKWY POST OF 525 ROYAL PARKW NASHVILLE TN | | MAIL | DEBRA GANNON TAMMY | BASE 20.00 MISC1 0.00<br>WAIT 0.00 RETURN 0.00<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: **$ 20.00** | | |
| 05/02/19 | 40389 | 1 0 | NONURGE NT | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | PINNACLE BANK 150 3RD AVENUE NASHVILLE TN | | 105107-301092 | DOLORES CAMP | BASE 13.00 MISC1 0.00<br>WAIT 0.00 RETURN 0.00<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: **$ 13.00** | | |
| 05/02/19 | 40390 | 1 0 | NONURGE NT | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | STUDIO BANK 124 12TH AVE S NASHVILLE TN | | 217522-301001 | DOLORES ELLA | BASE 13.00 MISC1 0.00<br>WAIT 0.00 RETURN 0.00<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: **$ 13.00** | | |

SUB-TOTAL:     $ 345.00

Page 3 of 4

DATE :  **05/06/19**
Invoice # :  **18190**
Customer :  **BRADAR16**

18190

ROAD RUNNER DELIVERY
830 FESSLERS PKWY, STE 109
NASHVILLE, TN 37210
(615) 248-2212

Bill to
ACCOUNTS PAYABLE
BRADLEY ARANT BOULT
1600 DIVISION ST 700
NASHVILLE TN 37203

Total Invoice :  $ 531.00

| Order Date | Order | Pcs. WT. | Service Type | Pickup from | Delivery to | Shipnum | Ref. Code | Called By Signed By | Charges | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/03/19 | 40412 | 1 0 | ROUTE | CHURCH ST POST OFF 1718 CHURCH ST NASHVILLE TN | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | | MAIL | DEBRA GANNON | BASE 12.00 MISC1 0.00<br>WAIT 0.00 RETURN 0.00<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: $ 12.00 | | |
| 05/03/19 | 40413 | 1 0 | ROUTE | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | ROYAL PKWY POST OF 525 ROYAL PARKW NASHVILLE TN | | MAIL | DEBRA GANNON<br>TAMMY | BASE 20.00 MISC1 0.00<br>WAIT 0.00 RETURN 0.00<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: $ 20.00 | | |
| 05/03/19 | 40450 | 1 0 | URGENT | JOHN C MCLEMORE 2000 RICHARD JON NASHVILLE TN | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | | 219221-401001 | VICKI<br>JONES | BASE 25.00 MISC1 0.00<br>WAIT 0.00 RETURN 0.00<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: $ 25.00 | | |
| 05/03/19 | 40489 | 1 0 | URGENT | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | NISSAN NORTH AMERI 1 NISSAN WAY FRANKLIN TN | | 205801-301010 | SHARON COOPER<br>HILL | BASE 33.00 MISC1 0.00<br>WAIT 0.00 RETURN 0.00<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: $ 33.00 | | |
| 05/03/19 | 40491 | 1 0 | URGENT | PULTE HOMES 370 MALLORY STA FRANKLIN TN | ORTALE KELLY 330 COMMERCE ST | | 104572-301064 | TERRY<br>BETH GRAY | BASE 32.00 MISC1 0.00<br>WAIT 0.00 RETURN 0.00<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: $ 32.00 | | |
| 05/03/19 | 40498 | 1 0 | ROUTE | RICHARD & RICHARDS 1741 ELM HILL PI NASHVILLE | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | | N/A | BEVERLY<br>BRADY | BASE 16.00 MISC1 0.00<br>WAIT 0.00 RETURN 0.00<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: $ 16.00 | | |
| 05/03/19 | 40506 | 1 0 | NONURGENT | BRADLEY ARANT BOUL 1600 DIVISION ST NASHVILLE TN | CLARITAS OZONE EAS 30 BURTON HILL NASHVILLE TN | | 800000-000015 | LUANN<br>GREEN | BASE 17.00 MISC1 0.00<br>WAIT 14.00 RETURN 17.00<br>WEIGHT 0.00<br>FUEL 0.00<br>OTHER 0.00<br>ORDER TOTAL: $ 48.00 | | |

SUB-TOTAL:  $ 531.00

Page 4 of 4

DATE :   **05/06/19**
Invoice # :   **18190**
Customer :   **BRADAR16**

ROAD RUNNER DELIVERY
830 FESSLERS PKWY, STE 109
NASHVILLE, TN 37210
(615) 248-2212

**18190**

**Bill to**

ACCOUNTS PAYABLE
BRADLEY ARANT BOULT
1600 DIVISION ST 700
NASHVILLE TN 37203

Total Invoice :        $ 531.00

| Order Date | Order | Pcs. WT. | Service Type | Pickup from | Delivery to | Shipnum | Ref. Code | Called By Signed By | Charges |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |

|  | INVOICE TOTAL: | $ 531.00 |
|---|---|---|

# INVOICE



**UNIVERSAL COURT REPORTING**

888 East Las Olas Boulevard, Suite 508
Fort Lauderdale, Florida 33301

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20323968 | 4/26/2019 | 381307 |
| **Job Date** | **Case No.** | |
| 4/12/2019 | 0:18-CV-60062-WJZ | |
| **Case Name** | | |
| AMG Trade & Distribution, LLC v. Nissan North America, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN 37203

| | | | | |
|---|---|---|---|---|
| Original Transcript of the Deposition of: | | | | |
| Anthony Bachan- | 158.00 Pages | @ | 4.25 | 671.50 |
| Appearance Fee: First Hour | | | 75.00 | 75.00 |
| Appearance Fee: Each Additional Hour | 7.00 Hours | @ | 35.00 | 245.00 |
| E-tran | | | 0.00 | 0.00 |
| B & W Exhibit copies | 413.00 Pages | @ | 0.60 | 247.80 |
| Litigation Support Package | | | 35.00 | 35.00 |
| Electronic Processing/Archival/Delivery (O&1) | | | 15.00 | 15.00 |
| Original Transcript of the Deposition of: | | | | |
| Sanjay Singh- | 82.00 Pages | @ | 4.25 | 348.50 |
| E-tran | | | 0.00 | 0.00 |
| Litigation Support Package | | | 35.00 | 35.00 |
| | **TOTAL DUE >>>** | | | **$1,672.80** |

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client. Any amounts not paid within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent per month.

8:30-4:30

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN 37203

Job No. : 381307    BU ID    : Digi Brwrd
Case No. : 0:18-CV-60062-WJZ
Case Name : AMG Trade & Distribution, LLC v. Nissan North America, Inc.
Invoice No. : 20323968    Invoice Date : 4/26/2019
**Total Due : $ 1,672.80**

Remit To: **Universal Court Reporting, Inc.**
**Phone: 954-712-2600**
**Fax: 954-779-2800**
**888 E. Las Olas Blvd. Suite 508**
**Fort Lauderdale, FL 33301**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

# INVOICE



**UNIVERSAL COURT REPORTING**

888 East Las Olas Boulevard, Suite 508
Fort Lauderdale, Florida 33301

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20323968 | 4/26/2019 | 381307 |
| **Job Date** | **Case No.** | |
| 4/12/2019 | 0:18-CV-60062-WJZ | |
| **Case Name** | | |
| AMG Trade & Distribution, LLC v. Nissan North America, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN  37203

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **1,672.80** |

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN  37203

| | | | |
|---|---|---|---|
| Job No. | : 381307 | BU ID | : Digi Brwrd |
| Case No. | : 0:18-CV-60062-WJZ | | |
| Case Name | : AMG Trade & Distribution, LLC v. Nissan North America, Inc. | | |
| Invoice No. | : 20323968 | Invoice Date | : 4/26/2019 |
| **Total Due** | : **$ 1,672.80** | | |

Remit To: **Universal Court Reporting, Inc.**
**Phone: 954-712-2600**
**Fax: 954-779-2800**
**888 E. Las Olas Blvd. Suite 508**
**Fort Lauderdale, FL  33301**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE



**UNIVERSAL COURT REPORTING**

888 East Las Olas Boulevard, Suite 508
Fort Lauderdale, Florida 33301

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20324813 | 5/8/2019 | 383812 |
| **Job Date** | **Case No.** | |
| 4/26/2019 | 0:18-CV-60062-WJZ | |
| **Case Name** | | |
| AMG Trade & Distribution, LLC v. Nissan North America, Inc. | | |

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN 37203

| **Payment Terms** |
|---|
| Due upon receipt |

| | | | | |
|---|---|---|---|---|
| Original Transcript of the Deposition of: | | | | |
| Ryan Rengen- | 108.00 Pages | @ | 4.25 | 459.00 |
| E-tran | | | 0.00 | 0.00 |
| Litigation Support Package | | | 35.00 | 35.00 |
| Original Transcript of the Deposition of: | | | | |
| John Hunt CPA- | 195.00 Pages | @ | 4.25 | 828.75 |
| Three-Day Expedite | | | | 663.00 |
| E-tran | | | 0.00 | 0.00 |
| B & W Exhibit copies | 628.00 Pages | @ | 0.60 | 376.80 |
| Litigation Support Package | | | 35.00 | 35.00 |
| Electronic Processing/Archival/Delivery (O&1) | | | 15.00 | 15.00 |
| Deposition of: | | | | |
| Ryan Rengen, John Hunt | | | | |
| Appearance Fee: First Hour | | | 75.00 | 75.00 |
| Appearance Fee: Each Additional Hour | 3.00 Hours | @ | 35.00 | 105.00 |
| Appearance Fee: Each Additional Hour (After Hours) | | | 53.00 | 53.00 |
| | | **TOTAL DUE >>>** | | **$2,645.55** |

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client. Any amounts not

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN 37203

Job No.     : 383812          BU ID     : Digi Brwrd
Case No.    : 0:18-CV-60062-WJZ
Case Name   : AMG Trade & Distribution, LLC v. Nissan North
              America, Inc.
Invoice No. : 20324813        Invoice Date : 5/8/2019
**Total Due  : $ 2,645.55**

Remit To: **Universal Court Reporting, Inc.**
**Phone: 954-712-2600**
**Fax: 954-779-2800**
**888 E. Las Olas Blvd. Suite 508**
**Fort Lauderdale, FL 33301**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20324813 | 5/8/2019 | 383812 |

| Job Date | Case No. | |
|---|---|---|
| 4/26/2019 | 0:18-CV-60062-WJZ | |

| Case Name | | |
|---|---|---|
| AMG Trade & Distribution, LLC v. Nissan North America, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**UNIVERSAL COURT REPORTING**

888 East Las Olas Boulevard, Suite 508
Fort Lauderdale, Florida 33301

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN 37203

paid within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent per month.

1:00-5:30

*******PLEASE NOTE WITNESS John Hunt WAS A 3 DAY EXPEDITE AND WITNESS Ryan Rengen WAS ORDERED STANDARD ******

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **2,645.55** |

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Thor Urness, Esq.
Bradley Arant Boult Cummings LLP- Nashville
1600 Division St.,
Suite 700
Nashville, TN 37203

| | | | |
|---|---|---|---|
| Job No. | : 383812 | BU ID | : Digi Brwrd |
| Case No. | : 0:18-CV-60062-WJZ | | |
| Case Name | : AMG Trade & Distribution, LLC v. Nissan North America, Inc. | | |
| Invoice No. | : 20324813 | Invoice Date | : 5/8/2019 |
| **Total Due** | : **$ 2,645.55** | | |

Remit To: **Universal Court Reporting, Inc.**
**Phone: 954-712-2600**
**Fax: 954-779-2800**
**888 E. Las Olas Blvd. Suite 508**
**Fort Lauderdale, FL 33301**

### PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

**Veritext, LLC**
**Florida Region**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| Bill To: | Thor Urness |
| --- | --- |
| | Bradley Arant Boult Cummings LLP |
| | 1600 Division Street Suite 700 |
| | Nashville, TN, 37203 |

| Invoice #: | FLA3790089 |
| --- | --- |
| Invoice Date: | 5/23/2019 |
| Balance Due: | $621.65 |

| Case: | Amg Trade & Distribution Llc v. Nissan North America, Inc. |
| --- | --- |
| Job #: | 3309804 | Job Date: 5/2/2019 | Delivery: Normal |
| Billing Atty: | Thor Urness |
| Location: | Bradley Arant Boult Cummings, LLP |
| | 1600 Division Street | Suite 700 |
| | Nashville, TN 37203 |
| Sched Atty: | Robert J Becerra Esq | Becerra Law, PA |

| Witness | Description | Amount |
| --- | --- | --- |
| Vic Alexander, CPA | Transcript Services | $355.00 |
| | Exhibit Management | $43.20 |
| William A. Forsythe | Transcript Services | $218.50 |
| | Exhibit Management | $4.95 |
| | Delivery and Handling | $0.00 |

| Notes: | | Invoice Total: | $621.65 |
| --- | --- | --- | --- |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $621.65 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | FLA3790089 |
| --- | --- |
| Job #: | 3309804 |
| Invoice Date: | 5/23/2019 |
| Balance: | $621.65 |



KraftCPAs
PLLC

Nissan North America
Thor Y. Urness, Partner
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

| | |
|---|---|
| Date: | 5/21/19 |
| Page: | 1 |
| Customer ID: | 20330 |
| Invoice #: | 312524 |

PLEASE DETACH AND RETURN THIS PORTION OF STATEMENT WITH REMITTANCE

For Professional Services Rendered

Please see attached billing detail                                         8,322.50

    Balance Due                                          $      8,322.50



RECEIVED
MAY 2 8 2019
BY: .........................

To make a payment with a credit card go to:

www.kraftcpas.com/online-payment/

| | | | |
|---|---|---|---|
| NASHVILLE | – | Regina | 615-782-4290 |
| COLUMBIA | – | Debbie | 931-388-3711 |
| LEBANON | – | Kim | 615-449-2334 |

KraftCPAs PLLC - Certified Public Accountants and Consultants

555 Great Circle Rd.               105 Bay Court               610 North Garden St., Ste. 200
Nashville, TN 37228          Lebanon, TN 37087           Columbia, TN 38401



Nissan North America
Thor Y. Urness, Partner
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN  37203

| | |
|---|---|
| Date: | 5/21/19 |
| Page: | 2 |
| Customer ID: | 20330 |
| Invoice #: | 312524 |

PLEASE DETACH AND RETURN THIS PORTION OF STATEMENT WITH REMITTANCE

## Work Detail

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 4/4/19 | Joshua Hedrick | Review and correspondence | 0.75 | 281.25 |
| 4/4/19 | Vic Alexander | Review document and change | 0.33 | 132.00 |
| 4/23/19 | Joshua Hedrick | Call with Kimberly and document review | 0.25 | 93.75 |
| 4/23/19 | Peyton Thomas | Spreadsheet analysis | 0.25 | 30.00 |
| 4/23/19 | Vic Alexander | Review additional documents;  call with attorney;  meeting with Josh | 0.75 | 300.00 |
| 4/24/19 | Peyton Thomas | Spreadsheet analysis | 7.75 | 930.00 |
| 4/24/19 | Vic Alexander | Part number comparison from container sales | 0.25 | 100.00 |
| 4/25/19 | Peyton Thomas | Spreadsheet analysis | 8.00 | 960.00 |
| 4/25/19 | Vic Alexander | With Peyton and Josh | 0.50 | 200.00 |
| 4/26/19 | Joshua Hedrick | Consult with Peyton and review | 0.50 | 187.50 |
| 4/26/19 | Peyton Thomas | Spreadsheet analysis | 3.75 | 450.00 |
| 4/29/19 | Peyton Thomas | Spreadsheet analysis | 5.25 | 630.00 |
| 4/30/19 | Vic Alexander | Review deposition | 0.82 | 328.00 |
| 4/30/19 | Vic Alexander | Review items sold calculations | 0.33 | 132.00 |
| 5/1/19 | Vic Alexander | Review deposition | 1.50 | 600.00 |
| 5/1/19 | Vic Alexander | Call with attorney | 0.50 | 200.00 |
| 5/1/19 | Vic Alexander | Deposition prep | 2.50 | 1,000.00 |
| 5/1/19 | Vic Alexander | Review deposition | 1.00 | 400.00 |
| 5/2/19 | Vic Alexander | Deposition prep and deposition time | 2.75 | 1,100.00 |
| 5/2/19 | Vic Alexander | Deposition prep | 0.50 | 200.00 |
| 5/8/19 | Vic Alexander | Information for attorney | 0.17 | 68.00 |
| | | | 38.40 | 8,322.50 |

KraftCPAs PLLC - Certified Public Accountants and Consultants

555 Great Circle Rd.
Nashville, TN 37228

105 Bay Court
Lebanon, TN 37087

610 North Garden St., Ste. 200
Columbia, TN 38401

# EXHIBIT I

# Invoice

**Legility**

Page 1 of 1

| | |
|---|---|
| **Date** | 6/30/2018 |
| **Invoice** | INV00110825 |
| **Terms** | Net 30 |
| **Due Date** | 7/30/2018 |
| **Client Matter** | 124758 |

Legility Data Solutions

| **Attention: Kyle D. Neal** |
|---|
| **Project: NISS0022 - Nissan AMG Matter** |

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/20/2018 | 0501 | JH | Consulting - Kick off meeting to discuss project. Creation of distribution email. Download and check in data. Processing ticket for Venio ingest. | 1 | HR | 225.00 | | 225.00 |
| 6/20/2018 | 0501 | NM | Project kick off call to memorialize project scope. | 0.25 | HR | 225.00 | | 56.25 |
| 6/21/2018 | 0501 | AK | Consulting regarding exporting search term hits for loading to review platform. | 0.25 | HR | 250.00 | | 62.50 |
| 6/21/2018 | 0501 | JH | Consulting - Review and update project status. | 0.25 | HR | 225.00 | | 56.25 |
| 6/21/2018 | 0501 | NM | Review client provided search terms and format to support Venio searching; Run searches, QC results and provide reports to client for review; Provide client with brief search result summary. Tag search results to facilitate Venio export / Catalyst import | 0.75 | HR | 225.00 | | 168.75 |
| 6/22/2018 | 0170 | JH | Project Consulting - Review processed data prior to approving for posting to review site. | 0.25 | HR | 225.00 | | 56.25 |
| 6/25/2018 | 0501 | NM | Email communication with client to facilitate Catalyst training | 0.25 | HR | 225.00 | | 56.25 |
| 6/25/2018 | 6165 | SB | Tech Time NISS0022e001 NISS0022e00000001 - NISS0022e00002101 Creating Catalyst loadfile | 0.25 | HR | 175.00 | | 43.75 |
| 6/25/2018 | 97133 | SB | Venio Processing M0001 | 68.75 | GB | 95.00 | | 6,531.25 |

| | |
|---|---|
| **Subtotal** | $7,256.25 |
| **Tax 9.25%** | $0.00 |
| **Total** | $7,256.25 |

Please email billing@legility.com for questions concerning your account.

112 Westwood Pl | Suite 350 | Brentwood, TN 37027 | (615) 467-2388

# Invoice

**Legility**

Page 1 of 1

| | |
|---|---|
| Date | 7/31/2018 |
| Invoice | INV00111375 |
| Terms | Net 30 |
| Due Date | 8/30/2018 |
| Client Matter | 124758 |

Legility Data Solutions

| Attention: Kyle D. Neal |
|---|

| Project: NISS0022 - Nissan AMG Matter |
|---|

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/5/2018 | 0501 | NM | Email communication with counsel. Modify review project bucket access. Run search terms across data and provide results to counsel. Create new user login account. Catalyst training for new user. | 1.75 | HR | 225.00 | | 393.75 |
| 7/9/2018 | 0501 | NM | Per counsel's request, run power search across data to facilitate search term responsive rate. Conference call with counsel. | 0.75 | HR | 225.00 | | 168.75 |
| 7/31/2018 | 0170 | JH | Project Consulting - Download data from FTP site and create intake documentation. Preparation and submission of processing specifications. | 0.75 | HR | 225.00 | | 168.75 |
| 7/31/2018 | 6165 | SB | Tech Time niss0022e002 NISS0022e00002102-NISS0022e00006099 Creating Catalyst loadfile | 0.25 | HR | 175.00 | | 43.75 |
| 7/31/2018 | 9510 | RN | Catalyst Monthly Hosting (7/1/18 - 7/31/18) | 1.5 | GB | 19.00 | | 28.50 |
| 7/31/2018 | 9511 | RN | Catalyst Hosting Rate w/User Fee | 2 | GB | 85.00 | | 170.00 |
| 7/31/2018 | 9520 | RN | Catalyst Site Setup Fee | 1 | EACH | 750.00 | | 750.00 |
| 7/31/2018 | 97133 | SB | Venio Processing M0002 | 4.25 | GB | 95.00 | | 403.75 |

| | |
|---|---|
| Subtotal | $2,127.25 |
| Tax 9.25% | $0.00 |
| Total | $2,127.25 |

Please email billing@legility.com for questions concerning your account.

112 Westwood Pl | Suite 350 | Brentwood, TN 37027 | (615) 467-2388

# Invoice

Page 1 of 2

| | |
|---|---|
| **Date** | 8/31/2018 |
| **Invoice** | INV00111825 |
| **Terms** | Net 30 |
| **Due Date** | 9/30/2018 |
| **Client Matter** | 124758 |

Legility Data Solutions

| **Attention: Kyle D. Neal** |
|---|

| **Project: NISS0022 - Nissan AMG Matter** |
|---|

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/1/2018 | 0170 | JH | Project Consulting - Review processed data prior to approving for posting to review site. | 0.25 | HR | 225.00 | | 56.25 |
| 8/2/2018 | 0170 | JH | Project Consulting - Download data from FTP site and create intake documentation. Preparation and submission of processing specifications. Review processed data. | 0.5 | HR | 225.00 | | 112.50 |
| 8/8/2018 | 0501 | NM | Add new user to review site. | 0.25 | HR | 225.00 | | 56.25 |
| 8/13/2018 | 0501 | AN | Consulting - Follow up with D. Evans regarding Privilege coding field; clean up review project and rules. | 0.5 | HR | 250.00 | | 125.00 |
| 8/13/2018 | 6165 | SB | Tech Time niss0022e003 NISS0022e00006100-NISS0022e00006606 Creating Catalyst loadfile | 0.25 | HR | 175.00 | | 43.75 |
| 8/13/2018 | 97133 | SB | Venio Processing M0003 | 2 | GB | 95.00 | | 190.00 |
| 8/14/2018 | 0501 | AN | Consulting - Assist E. Peace with getting access to review project and batching documents. | 0.25 | HR | 250.00 | | 62.50 |
| 8/24/2018 | 0170 | RM | Project Consulting - Telephone conversation with D. Evans re: field highlighting vs. text highlighting and Catalyst troubleshooting; | 0.25 | HR | 225.00 | | 56.25 |
| 8/24/2018 | 0501 | NM | Investigate persistent highlight issue. | 0.25 | HR | 225.00 | | 56.25 |
| 8/24/2018 | 0600 | AN | No Charge Time - assist in troubleshooing catalyst issues. | 0.5 | HR | 0.00 | | 0.00 |
| 8/27/2018 | 0501 | NM | Conference call outside counsel to discuss production preparation: Run searches to identify requisite documents for production and folder results; QC for coding inconsistencies and folder results for counsel's review/ reconciliation; Convert documents to facilitate redacting documents; Run key word searches to confirm specific documents have been uploaded to site | 2.75 | HR | 225.00 | | 618.75 |
| 8/28/2018 | 0501 | NM | Conference call with outside counsel to discuss upcoming production and coding reconciliation. QC converted images | 0.75 | HR | 225.00 | | 168.75 |

Please email billing@legility.com for questions concerning your account.

112 Westwood Pl | Suite 350 | Brentwood, TN 37027 | (615) 467-2388

# Invoice

Page 2 of 2

| | |
|---|---|
| **Date** | 8/31/2018 |
| **Invoice** | INV00111825 |
| **Terms** | Net 30 |
| **Due Date** | 9/30/2018 |
| **Client Matter** | 124758 |

Legility Data Solutions

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/29/2018 | 0501 | NM | Email communications with outside counsel. Run searches in database to identify requisite docs for production and folder results; QC for coding inconsistencies | 1.25 | HR | 225.00 | | 281.25 |
| 8/30/2018 | 0501 | NM | Conference call with outside counsel to facilitate the production and delivery of production documents: Run subsequent searches to identify broken families and confer/consult with outside counsel searches used to identify requisite production docs | 1.5 | HR | 225.00 | | 337.50 |
| 8/31/2018 | 0501 | NM | Email communications with outside counsel regarding document production. QC production deliverable and upload to Sharefile. | 1.75 | HR | 225.00 | | 393.75 |
| 8/31/2018 | 9100 | JM | Near-line Data Hosting | 141.03333 | GB | 3.00 | | 423.10 |
| 8/31/2018 | 9510 | RN | Catalyst Monthly Hosting (8/1/18 - 8/31/18) | 7.75 | GB | 19.00 | | 147.25 |
| 8/31/2018 | 9511 | RN | Catalyst Hosting Rate w/User Fee | 3 | GB | 85.00 | | 255.00 |

| | |
|---|---|
| **Subtotal** | $3,384.10 |
| **Tax 9.25%** | $0.00 |
| **Total** | $3,384.10 |

Please email billing@legility.com for questions concerning your account.

112 Westwood Pl | Suite 350 | Brentwood, TN 37027 | (615) 467-2388

# Invoice

Page 1 of 2

| | |
|---|---|
| **Date** | 9/30/2018 |
| **Invoice** | INV00112313 |
| **Terms** | Net 30 |
| **Due Date** | 10/30/2018 |
| **Client Matter** | 124758 |

Legility Data Solutions

| **Attention: Kyle D. Neal** |
|---|
| **Project: NISS0022 - Nissan AMG Matter** |

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| 9/18/2018 | 0170 | JH | Project Consulting - Download data via FTP. Creation and submission of intake documentation. | 0.25 | HR | 225.00 | | 56.25 |
| 9/19/2018 | 0170 | JH | Project Consulting - Preparation and submission of processing specifications. Review processed data and approve for posting. | 0.5 | HR | 225.00 | | 112.50 |
| 9/19/2018 | 0501 | NM | Create new subcollection to house production documents and copy newly uploaded docs into collection. QC uploaded production. | 0.25 | HR | 225.00 | | 56.25 |
| 9/24/2018 | 6165 | SB | Tech Time niss0022e004 NISS0022e00006607-NISS0022e00006614 | 0.25 | HR | 175.00 | | 43.75 |
| 9/24/2018 | 97133 | SB | Venio Processing M0004 | 0.25 | GB | 95.00 | | 23.75 |
| 9/26/2018 | 0501 | NM | Prepare documents for production: Run specific searches to identify requisite documents and QC for coding inconsistencies; Folder results for counsel's review and final approval. Create customized overlay file to facilitate the import of production Bates numbers. Email communcations with outside counsel to facilitate the production of documents. | 2.75 | HR | 225.00 | | 618.75 |
| 9/27/2018 | 0501 | NM | Call with outside counsel to memorialize production documents. QC redacted docs and folder specific documents for counsel's review/ resolution. QC documents for coding conflicts. | 1.75 | HR | 225.00 | | 393.75 |
| 9/28/2018 | 0501 | NM | QC finalized production deliverables and post to Sharefile for client access. Update production log and provide to client. | 1.25 | HR | 225.00 | | 281.25 |
| 9/30/2018 | 5150 | SB | FTP Transfer of Deliverable NNA002 NNA0000113-NNA0000683 | 1 | EACH | 35.00 | | 35.00 |
| 9/30/2018 | 6165 | SB | Tech Time NNA002 NNA0000113-NNA0000683 Processing/formatting | 1 | HR | 175.00 | | 175.00 |
| 9/30/2018 | 6165 | SB | Tech Time PrivLog001 NNA0000684-NNA0001169 Processing/Cross referencing | 1 | HR | 175.00 | | 175.00 |

Please email billing@legility.com for questions concerning your account.

112 Westwood Pl | Suite 350 | Brentwood, TN 37027 | (615) 467-2388

# Invoice

Page 2 of 2

| | |
|---|---|
| **Date** | 9/30/2018 |
| **Invoice** | INV00112313 |
| **Terms** | Net 30 |
| **Due Date** | 10/30/2018 |
| **Client Matter** | 124758 |

Legility Data Solutions

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| 9/30/2018 | 9100 | JM | Near-line Data Hosting | 141.03333 | GB | 3.00 | | 423.10 |
| 9/30/2018 | 9510 | RN | Catalyst Monthly Hosting (9/1/18 - 9/30/18) | 8.25 | GB | 19.00 | | 156.75 |
| 9/30/2018 | 9511 | RN | Catalyst Hosting Rate w/User Fee | 3 | GB | 85.00 | | 255.00 |
| 9/30/2018 | 9525 | RN | Catalyst OCR | 39 | PGS | 0.03 | | 1.17 |
| 9/30/2018 | 9526 | RN | Catalyst Production | 1874 | PGS | 0.05 | | 93.70 |

| | |
|---|---|
| **Subtotal** | $2,900.97 |
| **Tax 9.25%** | $0.00 |
| **Total** | $2,900.97 |

Please email billing@legility.com for questions concerning your account.

112 Westwood Pl | Suite 350 | Brentwood, TN 37027 | (615) 467-2388

# Invoice

Page 1 of 2

| | |
|---|---|
| Date | 10/31/2018 |
| Invoice | INV00112787 |
| Terms | Net 30 |
| Due Date | 11/30/2018 |
| Client Matter | 124758 |

Legility Data Solutions

| Attention: Kyle D. Neal |
|---|

| Project: NISS0022 - Nissan AMG Matter |
|---|

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/2/2018 | 0170 | JH | Project Consulting - Communication with client regarding scheduling pickup of photos on-site. | 0.25 | HR | 225.00 | | 56.25 |
| 10/2/2018 | 0501 | NM | Run requested searches to facilitate the identification of privileged documents and folder results for outside counsel's review. Email communications with counsel regarding requisite documents. Per counsel's request, export to Excel a list of Bates numbers for privileged documents | 0.75 | HR | 225.00 | | 168.75 |
| 10/3/2018 | 0170 | JH | Project Consulting - Communication with client concerning collection of photos from computer. Meeting with Forensics and client to discuss remote collection of data. | 0.5 | HR | 225.00 | | 112.50 |
| 10/3/2018 | 0501 | NM | Run request document search, convert results to PDFs and upload to Sharefile for counsel's access. Email communications with counsel. Assist counsel with accessing documents on Sharefile. | 1.5 | HR | 225.00 | | 337.50 |
| 10/4/2018 | 0501 | NM | Re-run searches; bulk convert; and share with counsel for review. | 0.5 | HR | 225.00 | | 112.50 |
| 10/5/2018 | 0501 | NM | Assist counsel with accessing Sharefile in order to download documents for review. | 0.5 | HR | 225.00 | | 112.50 |
| 10/8/2018 | 5150 | SB | FTP Transfer of Deliverable Print Request 2018.10.04 NNA0000014-NNA0000396 | 1 | EACH | 35.00 | | 35.00 |
| 10/8/2018 | 6165 | SB | Tech Time Print Request 2018.10.04 NNA0000014-NNA0000396 | 1 | HR | 175.00 | | 175.00 |
| 10/9/2018 | 0170 | JH | Project Consulting - Download data via FTP. Creation and submission of Intake documentation. Communication with client concerning remote collection of photographs. Preparation and submission of processing specifications. | 1 | HR | 225.00 | | 225.00 |
| 10/10/2018 | 0170 | JH | Project Consulting - Review data. prior to posting to platform. | 0.5 | HR | 225.00 | | 112.50 |

Please email billing@legility.com for questions concerning your account.

112 Westwood Pl | Suite 350 | Brentwood, TN 37027 | (615) 467-2388



# Invoice

Page 2 of 2

| | |
|---|---|
| Date | 10/31/2018 |
| Invoice | INV00112787 |
| Terms | Net 30 |
| Due Date | 11/30/2018 |
| Client Matter | 124758 |

Legility Data Solutions

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/10/2018 | 6165 | SB | Tech Time niss0022e005-niss0022e006 NISS0022e00006615-NISS0022e00008899 Creating Catalyst loadfile | 0.5 | HR | 175.00 | | 87.50 |
| 10/10/2018 | 97133 | SB | Venio Processing M0005 | 14 | GB | 95.00 | | 1,330.00 |
| 10/12/2018 | 0501 | NM | Create user login credentials | 0.25 | HR | 225.00 | | 56.25 |
| 10/15/2018 | 0501 | NM | QC data uploads and save documents to folder for attorney review | 0.5 | HR | 225.00 | | 112.50 |
| 10/17/2018 | 0501 | NM | Draft bulk-printing instructions for outside counsel's use | 0.25 | HR | 225.00 | | 56.25 |
| 10/19/2018 | 0501 | NM | Generate priv log and email to counsel. | 0.25 | HR | 225.00 | | 56.25 |
| 10/22/2018 | 0501 | NM | Format production document Bates numbers; run searches for requested documents and save results to a folder for counsel's review. | 1.25 | HR | 225.00 | | 281.25 |
| 10/23/2018 | 0501 | NM | Create Catalyst user credentials. Email communications with counsel regarding production access | 0.5 | HR | 225.00 | | 112.50 |
| 10/24/2018 | 0501 | NM | To facilitate native file redacting, export native Excels and upload to XLetor | 0.75 | HR | 225.00 | | 168.75 |
| 10/31/2018 | 9100 | JM | Near-line Data Hosting | 169.41667 | GB | 3.00 | | 508.25 |
| 10/31/2018 | 9510 | RN | Catalyst Monthly Hosting (10/1/18 - 10/31/18) | 33.25 | GB | 19.00 | | 631.75 |
| 10/31/2018 | 9511 | RN | Catalyst Hosting Rate w/User Fee | 5 | GB | 85.00 | | 425.00 |
| 10/31/2018 | 9525 | RN | Catalyst OCR | 4 | PGS | 0.03 | | 0.12 |

| | |
|---|---|
| Subtotal | $5,273.87 |
| Tax 9.25% | $0.00 |
| Total | $5,273.87 |

Please email billing@legility.com for questions concerning your account.

112 Westwood Pl | Suite 350 | Brentwood, TN 37027 | (615) 467-2388

# Invoice

Page 1 of 2

| | |
|---|---|
| **Date** | 11/30/2018 |
| **Invoice** | INV00113351 |
| **Terms** | Net 30 |
| **Due Date** | 12/30/2018 |
| **Client Matter** | 124758 |

Legility Data Solutions

| **Attention: Kyle D. Neal** |
|---|
| **Project: NISS0022 - Nissan AMG Matter** |

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/5/2018 | 0501 | NM | Email communications with outside counsel to facilitate document production. Run searches in Catalyst to identify requisite documents for production and QC for coding inconsistencies. Modify tagging information to facilitate confidential endorsements | 1.75 | HR | 225.00 | | 393.75 |
| 11/6/2018 | 0501 | NM | QC document production deliverables and upload data to Sharefile for client access. | 0.75 | HR | 225.00 | | 168.75 |
| 11/13/2018 | 0170 | JH | Project Consulting - Inventory tracker creation and maintenance. | 0.5 | HR | 225.00 | | 112.50 |
| 11/13/2018 | 0501 | NM | Email communication with outside counsel to facilitate the document production. Run search to identify requisite documents for production; QC results for coding inconsistencies. | 1.5 | HR | 225.00 | | 337.50 |
| 11/13/2018 | 5150 | SB | FTP Transfer of Deliverable NNA004 NNA0000715-NNA0002184 | 4 | EACH | 35.00 | | 140.00 |
| 11/13/2018 | 6165 | SB | Tech Time NNA004 NNA0000715-NNA0002184 Processing | 1 | HR | 175.00 | | 175.00 |
| 11/14/2018 | 0501 | NM | Email communication with client to facilitate the delivery of production documents. Run search to identify requisite documents and save to folder; QC coding for inconsistencies and return documents to counsel for resolution. QC production deliverable to ensure accurate confidential endorsement and starting Bates number. Upload deliverables to Sharefile for client access | 2.5 | HR | 225.00 | | 562.50 |
| 11/15/2018 | 0501 | NM | Identify new docs added to priv and provide their Bates cross reference. | 0.25 | HR | 225.00 | | 56.25 |
| 11/16/2018 | 0501 | NM | Investigate and review the omission of a responsive document: review previous emails for applicable doc production; check all applicable production folders; run searches to replicate how documents were identified; review document's coding history. Email communication with client outlining my findings. | 1.25 | HR | 225.00 | | 281.25 |

Please email billing@legility.com for questions concerning your account.

112 Westwood Pl | Suite 350 | Brentwood, TN 37027 | (615) 467-2388

# Invoice

Page 2 of 2

| | |
|---|---|
| **Date** | 11/30/2018 |
| **Invoice** | INV00113351 |
| **Terms** | Net 30 |
| **Due Date** | 12/30/2018 |
| **Client Matter** | 124758 |

Legility Data Solutions

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/19/2018 | 5150 | SB | FTP Transfer of Deliverable NNA005 NNA0002185-NNA0002872 | 2 | EACH | 35.00 | | 70.00 |
| 11/19/2018 | 6165 | SB | Tech Time NNA005 NNA0002185-NNA0002872 | 1 | HR | 175.00 | | 175.00 |
| 11/29/2018 | 0170 | JH | Project Consulting - Project status update. Investigation into processed data and search terms at request of client. | 1 | HR | 225.00 | | 225.00 |
| 11/29/2018 | 0501 | NM | Per client request, investigate and run searches across processing platform to locate specific email. Review previous processing tickets and export reports to facilitate investigation. | 1.5 | HR | 225.00 | | 337.50 |
| 11/30/2018 | 9100 | JM | Near-line Data Hosting | 169.41667 | GB | 3.00 | | 508.25 |
| 11/30/2018 | 9510 | RN | Catalyst Monthly Hosting (11/1/18 - 11/30/18) | 41.5 | GB | 19.00 | | 788.50 |
| 11/30/2018 | 9511 | RN | Catalyst Hosting Rate w/User Fee | 6 | GB | 85.00 | | 510.00 |
| | | | | | | **Subtotal** | | $4,841.75 |
| | | | | | | **Tax 9.25%** | | $0.00 |
| | | | | | | **Total** | | $4,841.75 |

Please email billing@legility.com for questions concerning your account.

112 Westwood Pl | Suite 350 | Brentwood, TN 37027 | (615) 467-2388

# Invoice

Page 1 of 1

| | |
|---|---|
| Date | 12/31/2018 |
| Invoice | INV00113863 |
| Terms | Net 30 |
| Due Date | 1/30/2019 |
| Client Matter | 124758 |

Legility Data Solutions

**Attention: Kyle D. Neal**

**Project: NISS0022 - Nissan AMG Matter**

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/18/2018 | 0170 | JH | Project Consulting - Communication with client concerning ShareFile access. Set up ShareFile upload access for client. Download data via FTP. Creation and submission of Intake Documentation. | 0.5 | HR | 225.00 | | 112.50 |
| 12/19/2018 | 0170 | JH | Project Consulting - Preparation and submission of processing specifications. Review processed data prior to approval for posting to platform. | 0.75 | HR | 225.00 | | 168.75 |
| 12/20/2018 | 6165 | SB | Tech Time niss0022e007 NISS0022e00008900-NISS0022e00009076 Creating Catalyst loadfile | 0.25 | HR | 175.00 | | 43.75 |
| 12/20/2018 | 97133 | SB | Venio Processing M0006 | 0.25 | GB | 95.00 | | 23.75 |
| 12/31/2018 | 9100 | JM | Near-line Data Hosting | 169.41667 | GB | 3.00 | | 508.25 |
| 12/31/2018 | 9510 | RN | Catalyst Monthly Hosting (12/1/18 - 12/31/18) | 41.5 | GB | 19.00 | | 788.50 |
| 12/31/2018 | 9511 | RN | Catalyst Hosting Rate w/User Fee | 6 | GB | 85.00 | | 510.00 |

| | |
|---|---|
| Subtotal | $2,155.50 |
| Tax 9.25% | $0.00 |
| Total | $2,155.50 |

Please email billing@legility.com for questions concerning your account.

112 Westwood Pl | Suite 350 | Brentwood, TN 37027 | (615) 467-2388



# Invoice

Page 1 of 1

| | |
|---|---|
| **Date** | 1/31/2019 |
| **Invoice** | INV00114457 |
| **Terms** | Net 30 |
| **Due Date** | 3/2/2019 |
| **Client Matter** | 124758 |

Legility Data Solutions

| **Attention: Kyle D. Neal** |
|---|
| **Project: NISS0022 - Nissan AMG Matter** |

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| 1/31/2019 | 9100 | JM | Near-line Data Hosting | 169.56667 | GB | 3.00 | | 508.70 |
| 1/31/2019 | 9510 | RN | Catalyst Monthly Hosting (1/1/19 - 1/31/19) | 41.5 | GB | 19.00 | | 788.50 |
| 1/31/2019 | 9511 | RN | Catalyst Hosting Rate w/User Fee | 6 | GB | 85.00 | | 510.00 |
| | | | | **Subtotal** | | | | $1,807.20 |
| | | | | **Tax 9.25%** | | | | $0.00 |
| | | | | **Total** | | | | $1,807.20 |

Please email billing@legility.com for questions concerning your account.

112 Westwood Pl | Suite 350 | Brentwood, TN 37027 | (615) 467-2388

# Invoice

Page 1 of 1

| | |
|---|---|
| Date | 2/28/2019 |
| Invoice | INV00114938 |
| Terms | Net 30 |
| Due Date | 3/30/2019 |
| Client Matter | 124758 |

Legility Data Solutions

| Attention: Kyle D. Neal |
|---|
| Project: NISS0022 - Nissan AMG Matter |

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| 2/28/2019 | 9100 | JM | Near-line Data Hosting | 169.56667 | GB | 3.00 | | 508.70 |
| 2/28/2019 | 9510 | RN | Catalyst Monthly Hosting (2/1/19 - 2/28/19) | 41.5 | GB | 19.00 | | 788.50 |
| 2/28/2019 | 9511 | RN | Catalyst Hosting Rate w/User Fee | 6 | GB | 85.00 | | 510.00 |
| | | | | Subtotal | | | | $1,807.20 |
| | | | | Tax 9.25% | | | | $0.00 |
| | | | | Total | | | | $1,807.20 |

Please email billing@legility.com for questions concerning your account.

112 Westwood Pl | Suite 350 | Brentwood, TN 37027 | (615) 467-2388

# Invoice

Page 1 of 1

| | |
|---|---|
| **Date** | 3/31/2019 |
| **Invoice** | INV00115489 |
| **Terms** | Net 30 |
| **Due Date** | 4/30/2019 |
| **Client Matter** | 124758 |

Legility Data Solutions

| **Attention: Kyle D. Neal** |
|---|
| **Project: NISS0022 - Nissan AMG Matter** |

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/31/2019 | 9100 | JM | Near-line Data Hosting | 169.56667 | GB | 3.00 | | 508.70 |
| 3/31/2019 | 9510 | RN | Catalyst Monthly Hosting (3/1/19 - 3/31/19) | 41.5 | GB | 19.00 | | 788.50 |
| 3/31/2019 | 9511 | RN | Catalyst Hosting Rate w/User Fee | 6 | GB | 85.00 | | 510.00 |
| | | | | **Subtotal** | | | | $1,807.20 |
| | | | | **Tax 9.25%** | | | | $0.00 |
| | | | | **Total** | | | | $1,807.20 |

Please email billing@legility.com for questions concerning your account.

112 Westwood Pl | Suite 350 | Brentwood, TN 37027 | (615) 467-2388

# Invoice

Page 1 of 2

| | |
|---|---|
| **Date** | 4/30/2019 |
| **Invoice** | INV00116012 |
| **Terms** | Net 30 |
| **Due Date** | 5/30/2019 |
| **Client Matter** | 124758 |

Legility Data Solutions

| **Attention: Kyle D. Neal** |
|---|
| **Project: NISS0022 - Nissan AMG Matter** |

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/12/2019 | 0170 | JH | Project Consulting - Download data via FTP. Creation and submission of Intake documentation. Data inventory tracker update and management. Preparation and submission of processing specifications. Communication with client regarding project status. Review processed data and provide approval to post. | 1.25 | HR | 225.00 | | 281.25 |
| 4/15/2019 | 6165 | SB | Tech Time niss0022e008 NISS0022e00009077-NISS0022e00009080 Creating Catalyst loadfile | 0.25 | HR | 175.00 | | 43.75 |
| 4/15/2019 | 97133 | SB | Venio Processing M0007 | 0.25 | GB | 95.00 | | 23.75 |
| 4/17/2019 | 0501 | JJ | Consulting - Foldered Opposing Party production data per M. Mondary. | 0.25 | HR | 250.00 | | 62.50 |
| 4/17/2019 | 0501 | NM | Email communication with client to facilitate the delivery and import of unitized documents. | 0.25 | HR | 225.00 | | 56.25 |
| 4/18/2019 | 0501 | NM | Email communication with client to facilitate intake and processing of discovery documents. | 0.25 | HR | 225.00 | | 56.25 |
| 4/19/2019 | 0501 | NM | Download data received from client and submit processing request to facilitate import to Catalyst. QC data import. | 0.5 | HR | 225.00 | | 112.50 |
| 4/22/2019 | 0501 | NM | QC data delivery file and QC data loaded to Catalyst. | 0.5 | HR | 225.00 | | 112.50 |
| 4/23/2019 | 0170 | JH | Project Consulting - Download data via FTP. Creation and submission of Intake documentation. Data inventory tracker management and update. Preparation and submission of processing specifications. | 0.75 | HR | 225.00 | | 168.75 |
| 4/24/2019 | 0170 | JH | Project Consulting - Review processed data and provide approval for posting to review platform. Data inventory tracker management and update. | 0.5 | HR | 225.00 | | 112.50 |
| 4/24/2019 | 0501 | NM | QC Catalyst data import and save documents to requested folder. | 0.25 | HR | 225.00 | | 56.25 |

Please email billing@legility.com for questions concerning your account.

112 Westwood Pl | Suite 350 | Brentwood, TN 37027 | (615) 467-2388



# Invoice

Page 2 of 2

| | |
|---|---|
| **Date** | 4/30/2019 |
| **Invoice** | INV00116012 |
| **Terms** | Net 30 |
| **Due Date** | 5/30/2019 |
| **Client Matter** | 124758 |

Legility Data Solutions

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/25/2019 | 0170 | JH | Project Consulting - Preparation and submission of processing specifications. Data inventory tracker update and management. Project status update. | 0.75 | HR | 225.00 | | 168.75 |
| 4/25/2019 | 0501 | NM | Submit request to Catalyst to delete specific documents. | 0.25 | HR | 225.00 | | 56.25 |
| 4/25/2019 | 6165 | SB | Tech Time niss0022e009 NISS0022e00009081-NISS0022e00009552 Creating Catalyst loadfile | 0.25 | HR | 175.00 | | 43.75 |
| 4/25/2019 | 6165 | SB | Tech Time niss0022e010 NISS0022e00009553-NISS0022e00009556 Creating Catalyst loadfile | 0.25 | HR | 175.00 | | 43.75 |
| 4/25/2019 | 97133 | SB | Venio Processing M0008 | 0.5 | GB | 95.00 | | 47.50 |
| 4/25/2019 | 97133 | SB | Venio Processing M0009 | 0.25 | GB | 95.00 | | 23.75 |
| 4/26/2019 | 0501 | NM | QC opposing production data loaded to Catalyst. | 0.25 | HR | 225.00 | | 56.25 |
| 4/29/2019 | 6165 | SB | Tech Time niss0022e011 NISS0022e00009557-NISS0022e00009557 Creating Catalyst loadfile | 0.25 | HR | 175.00 | | 43.75 |
| 4/29/2019 | 97133 | SB | Venio Processing M0010 | 0.25 | GB | 95.00 | | 23.75 |
| 4/30/2019 | 9100 | JM | Near-line Data Hosting | 169.58333 | GB | 3.00 | | 508.75 |
| 4/30/2019 | 9510 | RN | Catalyst Monthly Hosting (4/1/19 - 4/30/19) | 41.5 | GB | 19.00 | | 788.50 |
| 4/30/2019 | 9511 | RN | Catalyst Hosting Rate w/User Fee | 6 | GB | 85.00 | | 510.00 |

| | |
|---|---|
| **Subtotal** | $3,401.00 |
| **Tax 9.25%** | $0.00 |
| **Total** | $3,401.00 |

Please email billing@legility.com for questions concerning your account.

112 Westwood Pl | Suite 350 | Brentwood, TN 37027 | (615) 467-2388

# EXHIBIT J



**KraftCPAs**
PLLC

Nissan North America
Thor Y. Urness, Partner
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

| | |
|---|---|
| Date: | 12/28/18 |
| Page: | 1 |
| Customer ID: | 20330 |
| Invoice #: | 306180 |

PLEASE DETACH AND RETURN THIS PORTION OF STATEMENT WITH REMITTANCE

For Professional Services Rendered

Please see attached billing detail                                          12,449.50

Balance Due                                                      $      12,449.50

JAN 0 4 2019

BY: .......................

To make a payment with a credit card go to:

www.kraftcpas.com/online-payment/

| NASHVILLE | - | Regina | 615-782-4290 |
| COLUMBIA | - | Debbie | 931-388-3711 |
| LEBANON | - | Kim | 615-449-2334 |

KraftCPAs PLLC - Certified Public Accountants and Consultants

555 Great Circle Rd.
Nashville, TN 37228

105 Bay Court
Lebanon, TN 37087

610 North Garden St., Ste. 200
Columbia, TN 38401



KraftCPAs
PLLC

Nissan North America
Thor Y. Urness, Partner
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

| | |
|---|---|
| Date: | 12/28/18 |
| Page: | 2 |
| Customer ID: | 20330 |
| Invoice #: | 306180 |

PLEASE DETACH AND RETURN THIS PORTION OF STATEMENT WITH REMITTANCE

## Work Detail

| Week Ending | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 11/25/18 | Joshua Hedrick | Report writing | 3.25 | 1,056.25 |
| 11/25/18 | Joshua Hedrick | Report writing | 4.00 | 1,300.00 |
| 11/25/18 | Joshua Hedrick | Report writing | 3.50 | 1,137.50 |
| 11/25/18 | Peyton Thomas | Review data | 1.50 | 180.00 |
| 11/25/18 | Vic Alexander | Review documents and meet with Josh | 1.50 | 600.00 |
| 12/2/18 | Joshua Hedrick | Report writing and meeting with counsel | 10.50 | 3,412.50 |
| 12/2/18 | Joshua Hedrick | Document review and report and exhibit revisions | 4.25 | 1,381.25 |
| 12/2/18 | Joshua Hedrick | Document review, report revisions, and review | 6.00 | 1,950.00 |
| 12/2/18 | Vic Alexander | Report | 0.33 | 132.00 |
| 12/2/18 | Vic Alexander | Meeting with attorney and client | 2.00 | 800.00 |
| 12/2/18 | Vic Alexander | Report | 1.25 | 500.00 |
| | | | 38.08 | 12,449.50 |

KraftCPAs PLLC - Certified Public Accountants and Consultants

555 Great Circle Rd.
Nashville, TN 37228

105 Bay Court
Lebanon, TN 37087

610 North Garden St., Ste. 200
Columbia, TN 38401



**KraftCPAs**
PLLC

Nissan North America
Thor Y. Urness, Partner
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

| | |
|---|---|
| Date: | 3/29/19 |
| Page: | 1 |
| Customer ID: | 20330 |
| Invoice #: | 308714 |

PLEASE DETACH AND RETURN THIS PORTION OF STATEMENT WITH REMITTANCE

For Professional Services Rendered

Please see attached billing detail                                    15,715.10

Balance Due                                              $    15,715.10

APR 0 2 2019

To make a payment with a credit card go to:

www.kraftcpas.com/online-payment/

| NASHVILLE | - | Regina | 615-782-4290 |
|---|---|---|---|
| COLUMBIA | - | Debbie | 931-388-3711 |
| LEBANON | - | Kim | 615-449-2334 |

KraftCPAs PLLC - Certified Public Accountants and Consultants

555 Great Circle Rd.
Nashville, TN 37228

105 Bay Court
Lebanon, TN 37087

610 North Garden St., Ste. 200
Columbia, TN 38401



KraftCPAs
PLLC

Nissan North America
Thor Y. Urness, Partner
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

| | |
|---|---|
| Date: | 3/29/19 |
| Page: | 2 |
| Customer ID: | 20330 |
| Invoice #: | 308714 |

PLEASE DETACH AND RETURN THIS PORTION OF STATEMENT WITH REMITTANCE

## Work Detail

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 2/20/19 | Joshua Hedrick | Production | 0.25 | 93.75 |
| 2/20/19 | Vic Alexander | Review additional documents produced | 1.75 | 700.00 |
| 2/21/19 | Joshua Hedrick | Discussion with Peyton and review | 0.50 | 187.50 |
| 2/21/19 | Peyton Thomas | Spreadsheet analysis | 2.83 | 339.60 |
| 2/22/19 | Joshua Hedrick | Document review | 2.00 | 750.00 |
| 2/22/19 | Peyton Thomas | Spreadsheet analysis | 2.75 | 330.00 |
| 2/22/19 | Vic Alexander | Meet with Josh | 0.33 | 132.00 |
| 2/25/19 | Joshua Hedrick | Review | 0.50 | 187.50 |
| 2/25/19 | Peyton Thomas | Spreadsheet analysis | 4.25 | 510.00 |
| 2/26/19 | Joshua Hedrick | Call with Thor, analysis and document review | 1.50 | 562.50 |
| 2/26/19 | Peyton Thomas | Spreadsheet analysis | 7.00 | 840.00 |
| 2/26/19 | Vic Alexander | Prep and call with attorneys | 1.17 | 468.00 |
| 2/26/19 | Vic Alexander | Review monthly financial statement analysis and compare to expert report | 1.00 | 400.00 |
| 2/27/19 | Vic Alexander | Review calculations and discuss | 0.50 | 200.00 |
| 2/28/19 | Peyton Thomas | Spreadsheet analysis | 0.75 | 90.00 |
| 2/28/19 | Vic Alexander | Review spreadsheet | 0.17 | 68.00 |
| 2/28/19 | Vic Alexander | Review prior report | 0.50 | 200.00 |
| 3/1/19 | Joshua Hedrick | Review answer analysis | 2.00 | 750.00 |
| 3/5/19 | Joshua Hedrick | Document review, analysis and report writing | 4.00 | 1,500.00 |
| 3/6/19 | Joshua Hedrick | Document review, analysis and report writing | 3.75 | 1,406.25 |
| 3/6/19 | Vic Alexander | Meet with Josh | 0.50 | 200.00 |
| 3/7/19 | Joshua Hedrick | Analysis and report writing | 3.50 | 1,312.50 |
| 3/8/19 | Joshua Hedrick | Report writing and review | 2.00 | 750.00 |
| 3/8/19 | Peyton Thomas | Spreadsheet review | 1.25 | 150.00 |
| 3/8/19 | Vic Alexander | Report | 1.25 | 500.00 |
| 3/11/19 | Joshua Hedrick | Report review and meeting with Thor and Kimberly | 3.50 | 1,312.50 |
| 3/11/19 | Vic Alexander | Prep and meeting with attorneys | 3.00 | 1,200.00 |

KraftCPAs PLLC - Certified Public Accountants and Consultants

555 Great Circle Rd.
Nashville, TN 37238

105 Bay Court
Lebanon, TN 37087

610 North Garden St., Ste. 200
Columbia, TN 38401



Nissan North America
Thor Y. Urness, Partner
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

| | |
|---|---|
| Date: | 3/29/19 |
| Page: | 3 |
| Customer ID: | 20330 |
| Invoice #: | 308714 |

PLEASE DETACH AND RETURN THIS PORTION OF STATEMENT WITH REMITTANCE

## Work Detail

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 3/12/19 | Joshua Hedrick | Report revisions | 0.25 | 93.75 |
| 3/12/19 | Vic Alexander | Report | 0.50 | 200.00 |
| 3/15/19 | Joshua Hedrick | Review revisions and report writing | 0.75 | 281.25 |
| | | | 54.00 | 15,715.10 |

KraftCPAs PLLC - Certified Public Accountants and Consultants

555 Great Circle Rd.
Nashville, TN 37228

105 Bay Court
Lebanon, TN 37087

610 North Garden St., Ste. 200
Columbia, TN 38401



**KraftCPAs**
PLLC

Nissan North America
Thor Y. Urness, Partner
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN  37203

| | |
|---|---|
| Date: | 5/21/19 |
| Page: | 1 |
| Customer ID: | 20330 |
| Invoice #: | 312524 |

PLEASE DETACH AND RETURN THIS PORTION OF STATEMENT WITH REMITTANCE

For Professional Services Rendered

Please see attached billing detail                                    8,322.50

    Balance Due                                          $    8,322.50

RECEIVED
MAY — 2019
BY: .....................

To make a payment with a credit card go to:

www.kraftcpas.com/online-payment/

| | | | |
|---|---|---|---|
| NASHVILLE | - | Regina | 615-782-4290 |
| COLUMBIA | - | Debbie | 931-388-3711 |
| LEBANON | - | Kim | 615-449-2334 |

KraftCPAs PLLC - Certified Public Accountants and Consultants

555 Great Circle Rd.
Nashville, TN 37228

105 Bay Court
Lebanon, TN 37087

610 North Garden St., Ste. 200
Columbia, TN 38401



KraftCPAs
P.L.L.C

Nissan North America
Thor Y. Urness, Partner
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

| | |
|---|---|
| Date: | 5/21/19 |
| Page: | 2 |
| Customer ID: | 20330 |
| Invoice #: | 312524 |

PLEASE DETACH AND RETURN THIS PORTION OF STATEMENT WITH REMITTANCE

## Work Detail

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 4/4/19 | Joshua Hedrick | Review and correspondence | 0.75 | 281.25 |
| 4/4/19 | Vic Alexander | Review document and change | 0.33 | 132.00 |
| 4/23/19 | Joshua Hedrick | Call with Kimberly and document review | 0.25 | 93.75 |
| 4/23/19 | Peyton Thomas | Spreadsheet analysis | 0.25 | 30.00 |
| 4/23/19 | Vic Alexander | Review additional documents; call with attorney; meeting with Josh | 0.75 | 300.00 |
| 4/24/19 | Peyton Thomas | Spreadsheet analysis | 7.75 | 930.00 |
| 4/24/19 | Vic Alexander | Part number comparison from container sales | 0.25 | 100.00 |
| 4/25/19 | Peyton Thomas | Spreadsheet analysis | 8.00 | 960.00 |
| 4/25/19 | Vic Alexander | With Peyton and Josh | 0.50 | 200.00 |
| 4/26/19 | Joshua Hedrick | Consult with Peyton and review | 0.50 | 187.50 |
| 4/26/19 | Peyton Thomas | Spreadsheet analysis | 3.75 | 450.00 |
| 4/29/19 | Peyton Thomas | Spreadsheet analysis | 5.25 | 630.00 |
| 4/30/19 | Vic Alexander | Review deposition | 0.82 | 328.00 |
| 4/30/19 | Vic Alexander | Review items sold calculations | 0.33 | 132.00 |
| 5/1/19 | Vic Alexander | Review deposition | 1.50 | 600.00 |
| 5/1/19 | Vic Alexander | Call with attorney | 0.50 | 200.00 |
| 5/1/19 | Vic Alexander | Deposition prep | 2.50 | 1,000.00 |
| 5/1/19 | Vic Alexander | Review deposition | 1.00 | 400.00 |
| 5/2/19 | Vic Alexander | Deposition prep and deposition time | 2.75 | 1,100.00 |
| 5/2/19 | Vic Alexander | Deposition prep | 0.50 | 200.00 |
| 5/8/19 | Vic Alexander | Information for attorney | 0.17 | 68.00 |
| | | | 38.40 | 8,322.50 |

KraftCPAs PLLC - Certified Public Accountants and Consultants

555 Great Circle Rd.
Nashville, TN 37228

105 Bay Court
Lebanon, TN 37087

610 North Garden St., Ste. 200
Columbia, TN 38401

**EXHIBIT 1**

**VIC ALEXANDER**

**Curriculum Vitae**

---

**Employer:**    KraftCPAs PLLC
                 Nashville, Tennessee

**Title:**       Chief Manager

**Education:**   B.S., Accounting - David Lipscomb College, June 1982

**CPA Certificate Information:**    Certified February 8, 1985, Certificate Number 7576

**Other Credentials:**    Accredited in Business Valuation – 1998
                          Certified in Financial Forensics - 2008

**Experience:**   Over 35 years with KraftCPAs PLLC

**Areas of Practice have included, but are not limited to:**

- Business valuations
- Damages computations
- Investigative accounting (fraud, embezzlement, etc.)
- Corporate, individual and partnership taxation
- Advisory services to real estate clientele
- Mergers and acquisition assistance
- Assistance with equity and financing transactions

**Other Notable Mentions**

- Chairman to the Tennessee State Board of Accountancy, 2008 and 2009 and past member of the board
- Speaker for Nashville Bar Association, "Reading and Understanding Financial Statements", 2003 and 2004
- Panel speaker for the Tennessee Bar Association Seminar – "Ask The Experts" in March of 1994
- Panel speaker for the National Business Institute on "Tax Aspects of Divorce in Tennessee"
- Panel speaker for Nashville Bar Association Seminar for Matrimonial Practitioners on "Attorneys and Accountants Evaluation Issues"
- Taught course on Business Valuation Techniques for the Tennessee Society of CPAs in November, 1991

**Listing of Testimony Given at Trial and/or Deposition – 1-1-14 thru present**

- James Yerger vs. Broken Bow Records, et al, – Chancery Court, Davidson County, Tennessee
- Marketing and Sales Management Corporation vs. Julian Lerner – Chancery Court, Rutherford County, Tennessee
- Cardiovascular Support, Inc. vs. SpecialtyCare, Inc.-U.S. District Court, Davidson County, Tennessee
- Garland vs. Ford Motor Company, U.S. District Court, Cookeville, Tennessee
- North Georgia Textile Supply Company, Inc. vs. RSS Insurance, LLC, Daniel C. Fulgham, North Point Underwriters, Inc. and Navigators Insurance Company, Circuit Court, Hamilton County, Tennessee
- Katherine Gentry vs. John Gentry, Sumner County Circuit Court, Tennessee
- Phillip Baddour vs. Steven Geiszler, Circuit Court, Pulaski, Tennessee
- Specialty Care, Inc. vs. Medsurant, Chancery Court, Davidson County, Tennessee
- Odello Industries, LLC vs. The Sherwin –Williams Company, United States District Court for the Eastern District of Tennessee
- First Express, Inc. vs. Navistar, Inc. and Cumberland International Trucks, Inc.; Milan Supply Chain Solutions, Inc. et al vs. Navistar, Inc. and Volunteer International, Inc.
- Snodgrass-King Pediatric Dental Associates, P.C. and David J. Snodgrass, D.D.S. vs. DentaQuest USA Insurance Co., Inc. Tennessee; Tennessee Department of Finance and Administration; Bureau of TennCare; and Larry B. Martin, Commissioner, Department of Finance and Administration, Chancery Court, Davidson County, Tennessee
- Byron S. Middendorf vs. Sharon K. Middendorf, Third Circuit Court, Davidson County, Tennessee
- Ronna Ueber vs. Anthony Ueber, Chancery Court for Williamson County, Tennessee
- Jennifer Gaw vs. Richard Gaw, Fourth Circuit Court Davidson County, Tennessee
- Julie C. Walker vs. F. Mitchell Walker, Jr., Fourth Circuit Court, Davidson County, Tennessee
- NexPay, Inc. vs. Comdata Network, Inc., US District Court for the Middle District of Tennessee, Nashville
- Eastman Chemical Company vs. SGS North America, Inc. and SGS Minerals Services, United States District Court for the Eastern District of Tennessee.
- United States vs. Defendants of Pilot Oil *(names omitted)*, United States District Court for the Eastern District of Tennessee
- Tracey Tuck vs. Chris Tuck - Circuit Court, Wilson County, Tennessee
- Deborah Walker vs. Barry Walker, Chancery Court, Williamson County, Tennessee.
- Betty F. Wentworth vs. Francis M. Wentworth, Jr., Fourth Circuit Court, Davidson County Tennessee

- Cynthia King vs. Joe Strong Waterproofing, Chancery Court for Davidson County, Tennessee
- Piper N. Locke, Benjamin Locke & Kathryn Locke, Probate Court, Davidson County, Tennessee
- Ray Investments, LLC d/b/a NurseOne/TeamOne, Chancery Court, Warren County, Tennessee

### Listing of Publications within the Last Ten Years

- "Continual Ethics Training is Important to Maintain the Integrity of Our Profession", *Tennessee State Board of Accountancy Newsletter* – Winter 2008
- *Tennessee CPA Journal*, "The Tax Benefits of Conserving Nature", March 2007
- Various articles on valuation and succession planning in the KraftCPAs newsletter

# EXHIBIT K



**The Andres Lopez**
L A W   F I R M

November 7, 2016

**VIA U.S. Certified Mail/Regular Mail
and Email**

Mr. Carlos Ghosn
President and Chief Executive Officer
Nissan Motor Co., Ltd.
1-1, Takashima 1-chome
Nishi-ku, Yokohama-shi
Kanagawa 220-8686
Japan

Ms. Micol Cecchi
Senior Counsel
Nissan North America, Inc.
983 Nissan Drive
Smyrna, TN 37167
Mail Bin 35D
Micol.cecchi@nissan-usa.com

Ms. Roxane Carcione Morris
Manager, Trade Operations
Nissan North America, Inc.
983 Nissan Drive
Smyrna, TN 37167
Mail Bin 35D
Roxane.morris@Nissan-USA.com

Ms. Roxane Smith
Nissan North America, Inc.
983 Nissan Drive
Smyrna, TN 37167
Mail Bin 35D
Roxane.Smith@Nissan-USA.com

Ms. Roxane Smith
Nissan North America, Inc.
One Nissan Way
Franklin, TN 37067

Re: **AMG TRADE & DISTRIBUTION, LLC**
   **Case No.  20161803000200 01**
   **Property: 10,903 Auto Parts**
   **Est. Value: $193.375.23**
   **Customs No.  TMK 13-00156/TMK 14-00296**

Dear Ladies and Gentleman,

  Please be advised that this firm has been retained by AMG Trade & Distribution, LLC ("AMG") to assist the company with the above referenced claim.  As will be detailed below, Nissan North America, Inc. ("Nissan") falsely and maliciously informed the United States Customs and Border Protection ("CBP") that AMG was importing "counterfeit" auto parts. Nissan, however, knows that those products are genuine Nissan products.  Unfortunately, Nissan is attempting to use CBP to put my client out of business to prevent AMG from importing genuine parts into the United States.  Given that Nissan cannot legally prevent AMG from doing so, Nissan wrongfully used CBP to accomplish that mission.  In doing so, Nissan wrongfully, maliciously and tortuously interfered with AMG's contractual relationships with its vendor. AMG has incurred and continues to incur substantial damages arising out of Nissan's malicious conduct.

  **BACKGROUND**

  AMG is in the business buying and selling genuine auto parts, including Nissan parts. AMG purchased over 10,000 parts from an authorized distributor of Nissan parts and accessories in the Sultanate of Oman.  The distributor shipped the parts from the Middle East and they arrived in the United States via the port in Jacksonville, Florida on or about February 19, 2016. On or about February 29, 2016, CBP informed AMG that the merchandise had been detained upon "suspicion" that the merchandise "bears a counterfeit mark."  Apparently, CBP contacted

Nissan, who in turn, alleged that the merchandise was counterfeit. Upon receiving such notice, AMG immediately contacted CBP and provided all the documentation related to the purchase of the merchandise. The documentation included the invoices from the distributor to AMG, and other documents confirming that the merchandise was purchased from and shipped by the authorized distributor of Nissan parts in the Sultanate of Oman. AMG, via its attorney, also sent those documents to Nissan.

A review of those documents reveals that the merchandise consists of Nissan parts that originated from Japan, Mexico, *and the United States* (Nissan USA). For example, the invoices show that part numbers 13070JK21B, 65400ZNJ0A, 62257JA01A, 82153JA030, 113209N00A, 01553-00384U, 081B72352A came from Nissan (these part numbers are just a fraction of the parts that came from Nissan USA). In other words, Nissan informed CBP that all the merchandise, including Nissan's own products, were somehow "counterfeit."

AMG was forced to retain an attorney in order to guide AMG through the CBP detention process. Shortly after the detention, on or about March 25, 2016, AMG's attorney, Mr. Peter Quinter, contacted Ms. Roxane Morris from Nissan to determine what, if any, evidence supported Nissan's position that the parts were "counterfeit." Mr. Quinter also contacted Ms. Micol Cecchi, Nissan's Senior Legal Counsel, to discuss the matter. At that time, Mr. Quinter provided the documentation that clearly shows that the parts were genuine Nissan parts, including the invoices showing that the parts came, in part, from Nissan USA. After receiving the documentation, Nissan ceased communications with Mr. Quinter. To date, Nissan has not provided to AMG any proof showing that the products are "counterfeit."

Instead of rectifying the problem once it received the documentation described above, Nissan doubled down and continued to wrongfully allege that the parts were "counterfeit." Based on Nissan's false allegations, on or about May 5, 2016, CBP seized all of AMG's merchandise. Mr. Quinter had the opportunity to physically inspect the shipment himself, and the parts appear to be genuine Nissan merchandise. Everyone involved is baffled by Nissan's refusal to acknowledge the obvious: the parts are genuine. Even the Special Agent (that interviewed AMG representatives) was shocked that CBP and Nissan had not shared the photographs and IPR report with AMG or AMG's attorney, Mr. Quinter.

**DAMAGES**

Due to Nissan's wrongful conduct, AMG has been severely damaged and it continues to suffer damages every day that passes. The estimated value of the merchandise is $193,375.23. AMG does not have any inventory to sell to its clients. Consequently, AMG has lost, and continues to lose, clients. As a result, AMG is barely operating. At the same time that AMG has lost profits and revenue, AMG has incurred unnecessary costs. AMG incurred, and continues to

incur, attorney's fees in its attempt to fight CBP's seizure. Due to the company's financial problems related to the seizure, the owners are under extreme stress and have had health related issues due to that stress and mental anguish (the owners will also pursue any and all claims they may have in their individual capacity against Nissan).

Nissan caused all these damages by falsely alleging that the parts are counterfeit. Puzzlingly, Nissan continues to maliciously claim that the products are "counterfeit," including the merchandise that came from Nissan USA. Nissan's conduct has exposed the company to punitive damages.

Notably, Nissan's conduct violates federal and state criminal laws concerning making false statements to law enforcement officials. Under 18 U.S.C. Sec. 1001:

> a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully - (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact; (2) makes any materially false, fictitious, or fraudulent statement or representation; or (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both.

Similarly, Fla. Stat. Sec. 837.05 provides:

837.05   False reports to law enforcement authorities.—
(1)(a)   Except as provided in paragraph (b) or subsection (2), a person who knowingly gives false information to a law enforcement officer concerning the alleged commission of any crime, commits a misdemeanor of the first degree, punishable as provided in s. 775.082 or s. 775.083.
(b)   A person who commits a violation of paragraph (a) commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084, if the person has previously been convicted of a violation of paragraph (a) and subparagraph 1. or subparagraph 2. applies:
1.   The information the person gave to the law enforcement officer was communicated orally and the officer's account of that information is corroborated by:
a.   An audio recording or audio recording in a video of that information;
b.   A written or recorded statement made by the person who gave that information; or

c.   Another person who was present when that person gave that information to the officer and heard that information.

2.   The information the person gave to the law enforcement officer was communicated in writing.

(2)   A person who knowingly gives false information to a law enforcement officer concerning the alleged commission of a capital felony, commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

My client hereby demands that Nissan immediately inform CBP that the products are genuine. Moreover, my client demands Nissan to pay my client for all the damages it has incurred to date, namely, $500,000.00.  This includes the costs incurred with the seizure, the loss of profits, and other damages.  This amount does not include any possible punitive damages, which my client will pursue if litigation is required. Moreover, AMG demands that Nissan provide whatever documents, photos and/or other evidence it has to support the notion that the products are counterfeit.

If Nissan fails to pay the damages and fails to rectify the issues with CBP, my client will have no choice but to seek all legal claims it may have against Nissan, including but not limited to, fraud, tortious interference with business relationship, intentional infliction of emotional stress, malicious prosecution, abuse of process, and other viable claims. My client will seek punitive damages as well as emotional stress/mental anguish damages.  Please call my office at 954-237-8138 if you have any questions. I look forward to hearing from you soon.

Sincerely,

/s/ Andres H. Lopez
Andres H. Lopez, Esq.

5

Cc:

Catherine Paler-Amaya
Senior Attorney
U.S. Customs and Border Protection
Office of the Assistant Chief Counse
3811 Corporex Park Drive
Tampa, FL 33619
Email: Catherine.M.Paler-Amaya@cbp.dhs.gov

Port Director
Port of Jacksonville
1624 East Seventh Avenue
Suite 300
Tampa, FL 33605

Port Director
Port of Jackonsivlle
10426 Alta Drive
Jacksonville, FL 32226

**Thor Y. Urness**
Partner
turness@bradley.com
615.252.2384 direct



December 2, 2016



**VIA CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED**

Andres H. Lopez
The Andres Lopez Law Firm
7351 Wiles Road, Suite 101
Coral Springs, FL 33067



DEFENDANT'S
EXHIBIT
174
PENGAD 800-631-6989

Re:   Your Letter to Nissan of November 7, 2016
AMG Trade & Distribution, LLC
U.S. Customs and Border Protection Detention No. 464874

Dear Mr. Lopez:

This law firm represents Nissan North America, Inc. ("Nissan"). We are in receipt of your letter dated November 7, 2016, regarding AMG Trade & Distribution, LLC's ("AMG's") seizure dispute with U.S. Customs and Border Protection ("CBP"). Please direct all further communications regarding this matter to me and refrain from any further communications directly with Nissan. Nissan responds to your letter as follows.

First, Nissan was not aware of AMG's shipment prior to the time that CBP asked Nissan to review the parts detained by CBP. After CBP detained the shipment, CBP requested that Nissan review the parts detained. Nissan complied with CBP's request and reviewed multiple, randomly selected parts from each of the detained pallets. Nissan identified various problems with labels, packaging and alterations of supplier markings on multiple evaluated parts. The decision to seize the parts was made entirely by CBP without any alleged "targeting" by Nissan as you incorrectly allege in your letter.

Second, Nissan was never provided documentation establishing that the seized parts were genuine Nissan parts. The documentation provided by Peter Quinter consisted of photocopies of redacted invoices from Nissan Middle East FZE, Nissan Motor Company, Ltd.'s affiliate in Dubai, as well as from Nissan North America, Inc., to Suhail Bahwan Automobiles LLC, an authorized distributor of Nissan parts in Oman. Such documentation does not demonstrate that the seized parts were genuine Nissan parts. Rather, the documentation merely indicates that some Nissan-branded parts were sold by Nissan Middle East FZE to authorized distributors in the region. Nissan was also provided a packing list and an annex to an invoice with the name Sabehath Trading L.L.C. ("Sabehath"). However, that annex merely suggests that AMG purchased some goods from Sabehath, an entity unknown by Nissan. Again, such documentation does not prove anything regarding the origin of the seized parts. Finally, Mr. Quinter sent a "certificate" from an entity called "National Motor Company" certifying that it "is the authorized dealers [sic] for Honda brand

Mr. Andres H. Lopez
December 2, 2016
Page 2

in the kingdom of Bahrain." Such documentation in no way supports AMG's claim that the seized parts are genuine Nissan parts.

In conclusion, Nissan acted in good faith complying with a governmental request, and did not take any action against AMG. Nissan cannot and will not comply with AMG's demand that Nissan "immediately inform CBP that the [detained] products are genuine," because Nissan has no basis to make such a claim. Nissan further rejects AMG's request for monetary payments, because AMG's position is based on unfounded legal theories and mischaracterizations of the underlying facts.

Nissan reserves all its rights and defenses in relation to this matter.

Very truly yours,

BRADLEY ARANT BOULT CUMMINGS LLP

By: _Thor Y. Urness_

Thor Y. Urness

TYU:sc

cc:     Catherine Paler-Amaya, Senior Attorney
        U.S. Customs and Border Protection
        Office of the Assistant Chief Counsel
        3811 Corporex Park Drive
        Tampa, FL 33619
        (Via first class U.S. Mail and email: Catherine.m.paler-amaya@cbp.dhs.gov)

        Port Director
        Port of Jacksonville
        1624 East Seventh Avenue
        Suite 300
        Tampa, FL 33605
        (Via first class U.S. Mail)

        Port Director
        Port of Jacksonville
        10426 Alta Drive
        Jacksonville, FL 32226
        (Via first class U.S. Mail)



# EXHIBIT L

## INSTRUCTIONS FOR FILING

## 2018 U.S. S CORPORATION INCOME TAX RETURN

March 16, 2019

**SIGNATURE:**
An authorized officer of your S corporation should sign and date the return at the bottom of the first page.

**DUE DATE:**
File your 2018 Form 1120S on or before: September 16, 2019

The IRS may treat tax returns that are lost in the mail as not filed on time, unless you send them by registered or certified mail. To avoid the risk of your tax return being lost, mail it via (1) certified U.S. mail, return receipt requested, or (2) one of the private delivery services listed in the IRS instructions under "When to File." Save the receipt, and you will be presumed to have timely filed your return - even if it is not received by the IRS.

**FILING:**
File your 2018 Form 1120S, U.S. Income Tax Return for an S Corporation with:

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE CENTER
Ogden, UT  84201-0013

Prior to filing your return, make sure you have reviewed the return for omissions or misstatements of material information.

**Print Extra Copies For:**

Shareholders: Print an extra copy of the Schedule K-1's and shareholder transmittal letter to give to each of your shareholders.

State Return: Some state taxing agencies require that you attach a copy of your federal Form 1120S to your state corporation return. If your state requires a copy of the federal Form 1120S, make sure an additional filing copy has been printed and attached to the state return.

Your Records: Always print an extra copy of your return for your records.

## TAX DUE OR REFUND, OVERPAYMENTS APPLIED:

No tax is due with your Federal income tax return.



| Form **1120S** | | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0123 |
|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

**2018**

For calendar year 2018 or tax year beginning _____ , 2018, ending _____ , 20 ____

| **A** S election effective date | | **Name** | **D** Employer identification number |
|---|---|---|---|
| 01/01/2016 | TYPE OR PRINT | AMG Trade & Distribution LLC | 47-2333328 |
| **B** Business activity code number (see instructions) | | Number, street, and room or suite no. If a P.O. box, see instructions. | **E** Date incorporated |
| 441300 | | 3181 SW 14th Court | 01/01/2016 |
| **C** Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code  Pompano Beach FL 33069 | **F** Total assets (see instructions)  $ 597,460. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . ▶    2

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | **1a** | Gross receipts or sales . . . . . . . . . . . . . | **1a** | 1,658,014. | |
| | **b** | Returns and allowances . . . . . . . . . . . . | **1b** | | |
| | **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . | | **1c** | 1,658,014. |
| | **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . | | **2** | 1,070,766. |
| | **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . | | **3** | 587,248. |
| | **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . | | **4** | |
| | **5** | Other income (loss) (see instructions—attach statement) . . . . . . | | **5** | |
| | **6** | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . ▶ | | **6** | 587,248. |
| **Deductions** (see instructions for limitations) | **7** | Compensation of officers (see instructions—attach Form 1125-E) . . . . . | | **7** | 72,000. |
| | **8** | Salaries and wages (less employment credits) . . . . . . . . | | **8** | 61,260. |
| | **9** | Repairs and maintenance . . . . . . . . . . . . . | | **9** | |
| | **10** | Bad debts . . . . . . . . . . . . . . . . . | | **10** | |
| | **11** | Rents . . . . . . . . . . . . . . . . . . | | **11** | 36,000. |
| | **12** | Taxes and licenses . . . . . . . . . . . . . . | | **12** | 42,148. |
| | **13** | Interest (see instructions) . . . . . . . . . . . . . | | **13** | 25,017. |
| | **14** | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . | | **14** | 4,714. |
| | **15** | Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . | | **15** | |
| | **16** | Advertising . . . . . . . . . . . . . . . . | | **16** | 11,771. |
| | **17** | Pension, profit-sharing, etc., plans . . . . . . . . . . | | **17** | |
| | **18** | Employee benefit programs . . . . . . . . . . . . | | **18** | |
| | **19** | Other deductions (attach statement)   See Statement | | **19** | 284,800. |
| | **20** | **Total deductions.** Add lines 7 through 19 . . . . . . . . . ▶ | | **20** | 537,710. |
| | **21** | Ordinary business income (loss). Subtract line 20 from line 6 . . . . . | | **21** | 49,538. |
| **Tax and Payments** | **22a** | Excess net passive income or LIFO recapture tax (see instructions) . | **22a** | | |
| | **b** | Tax from Schedule D (Form 1120S) . . . . . . . . . . | **22b** | | |
| | **c** | Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . | | **22c** | |
| | **23a** | 2018 estimated tax payments and 2017 overpayment credited to 2018 | **23a** | | |
| | **b** | Tax deposited with Form 7004 . . . . . . . . . . | **23b** | 0. | |
| | **c** | Credit for federal tax paid on fuels (attach Form 4136) . . . . . | **23c** | | |
| | **d** | Refundable credit from Form 8827, line 8c . . . . . . . | **23d** | | |
| | **e** | Add lines 23a through 23d . . . . . . . . . . . . . . | | **23e** | 0. |
| | **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . ▶ ☐ | | **24** | |
| | **25** | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed . . | | **25** | 0. |
| | **26** | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid . . | | **26** | |
| | **27** | Enter amount from line 26: **Credited to 2019 estimated tax** ▶          **Refunded** ▶ | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer    Date 03/16/2019    Title President

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| John T. Hunt | | 3-16-19 | | P01250926 |
| Firm's name ▶ John T. Hunt CPA | | | Firm's EIN ▶ | |
| Firm's address ▶ 10 Parviz Court Miller Place, NY 11764 | | | Phone no. 954-695-1945 | |

For Paperwork Reduction Act Notice, see separate instructions. BAA    REV 02/22/19 TTBIZ    Form **1120S** (2018)

Form 1120S (2018)                                                                                          Page **2**

| **Schedule B** | **Other Information** (see instructions) | | | | | Yes | No |
|---|---|---|---|---|---|---|---|

**1** Check accounting method:  **a** ☐ Cash   **b** ☒ Accrual
                **c** ☐ Other (specify) ▶ _____

**2** See the instructions and enter the:
  **a** Business activity ▶ <u>Distributor / Wholesaler</u>  **b** Product or service ▶ <u>Auto Parts</u>

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . | ✕

**4** At the end of the tax year, did the corporation:
**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ✕

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage of Stock Owned | **(v)** If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . | ✕

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . | | ✕
  If "Yes," complete lines (i) and (ii) below.
  **(i)**  Total shares of restricted stock . . . . . . . . ▶ _____
  **(ii)**  Total shares of non-restricted stock . . . . . . . ▶ _____
**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . | | ✕
  If "Yes," complete lines (i) and (ii) below.
  **(i)**  Total shares of stock outstanding at the end of the tax year ▶ _____
  **(ii)**  Total shares of stock outstanding if all instruments were executed ▶ _____

**6** Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | ✕

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . ▶ ☐
  If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ▶ $ _____

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . | | ✕

**10** Does the corporation satisfy one of the following conditions and the corporation doesn't own a pass-through entity with current year, or prior year carryover, excess business interest expense? See instructions . . . . . . . . . . | ✕ |
  **a** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year don't exceed $25 million, and the corporation isn't a tax shelter; or
  **b** The corporation only has business interest expense from (1) an electing real property trade or business, (2) an electing farming business, or (3) certain utility businesses under section 163(j)(7).
  If "No," complete and attach Form 8990.

**11** Does the corporation satisfy **both** of the following conditions?
  **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000 . . . . . . . . . .
  **b** The corporation's total assets at the end of the tax year were less than $250,000 . . . . . . . . . . . . | | ✕
  If "Yes," the corporation is not required to complete Schedules L and M-1.

Form **1120S** (2018)

Form 1120S (2018)                                                                                          Page **3**

## Schedule B   Other Information (see instructions) (continued)

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | ✕ |
| | If "Yes," enter the amount of principal reduction ▶ $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | ✕ |
| 14a | Did the corporation make any payments in 2018 that would require it to file Form(s) 1099? . | ✕ | |
| b | If "Yes," did the corporation file or will it file required Forms 1099? | ✕ | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . | | ✕ |
| | If "Yes," enter the amount from Form 8996, line 13 ▶ $ | | |

## Schedule K   Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . | **1** | 49,538. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . | **2** | |
| | 3a | Other gross rental income (loss) . . . . . **3a** | | |
| | b | Expenses from other rental activities (attach statement) . . **3b** | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | 4 | Interest income . | **4** | |
| | 5 | Dividends: a Ordinary dividends . | **5a** | |
| | | b Qualified dividends . . . . **5b** | | |
| | 6 | Royalties . | **6** | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) . | **7** | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) . | **8a** | |
| | b | Collectibles (28%) gain (loss) . . . . . **8b** | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . **8c** | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . | **9** | |
| | 10 | Other income (loss) (see instructions) . . Type ▶ | **10** | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . | **11** | |
| | 12a | Charitable contributions . | **12a** | |
| | b | Investment interest expense . | **12b** | |
| | c | Section 59(e)(2) expenditures   (1) Type ▶_____  (2) Amount ▶ | **12c(2)** | |
| | d | Other deductions (see instructions) . . . Type ▶ | **12d** | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . | **13a** | |
| | b | Low-income housing credit (other) . | **13b** | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . | **13c** | |
| | d | Other rental real estate credits (see instructions) Type ▶ | **13d** | |
| | e | Other rental credits (see instructions) . . . Type ▶ | **13e** | |
| | f | Biofuel producer credit (attach Form 6478) . | **13f** | |
| | g | Other credits (see instructions) . . . . . Type ▶ | **13g** | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources . | **14b** | |
| | c | Gross income sourced at shareholder level . | **14c** | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Section 951A category . | **14d** | |
| | e | Foreign branch category . | **14e** | |
| | f | Passive category . | **14f** | |
| | g | General category . | **14g** | |
| | h | Other (attach statement) . | **14h** | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | i | Interest expense . | **14i** | |
| | j | Other . | **14j** | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | k | Section 951A category . | **14k** | |
| | l | Foreign branch category . | **14l** | |
| | m | Passive category . | **14m** | |
| | n | General category . | **14n** | |
| | o | Other (attach statement) . | **14o** | |
| | | Other information | | |
| | p | Total foreign taxes (check one): ▶ ☐ Paid   ☐ Accrued . | **14p** | |
| | q | Reduction in taxes available for credit (attach statement) . | **14q** | |
| | r | Other foreign tax information (attach statement) | | |

REV 02/22/19 TTBIZ                                                               Form **1120S** (2018)

Form 1120S (2018)  Page **4**

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | | | Total amount |
|---|---|---|---|---|
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment | 15a | 631. |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties—gross income | 15d | |
| | e | Oil, gas, and geothermal properties—deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | 5,891. |
| | d | Distributions (attach statement if required) (see instructions) | 16d | |
| | e | Repayment of loans from shareholders | 16e | |
| Other Information | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) See Sch K, Line 17d(I) Stmt | | |
| Recon- ciliation | 18 | **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | 49,538. |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 112,331. | | 83,525. |
| 2a | Trade notes and accounts receivable | 163,504. | | 128,318. | |
| b | Less allowance for bad debts | ( ) | 163,504. | ( ) | 128,318. |
| 3 | Inventories | | 396,560. | | 375,051. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) Ln 6 St | | 62. | | 62. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 26,563. | | 26,795. | |
| b | Less accumulated depreciation | ( 11,577.) | 14,986. | ( 16,291.) | 10,504. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( 0.) | 0. |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 687,443. | | 597,460. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 15,821. | | 15,821. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) Ln 18 St | | 19,721. | | 18,223. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 1,000. | | 1,000. |
| 23 | Additional paid-in capital | | 657,607. | | 525,475. |
| 24 | Retained earnings | | -6,706. | | 36,941. |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 687,443. | | 597,460. |

REV 02/22/19 TTBIZ                                    Form **1120S** (2018)

Form 1120S (2018)                                                                        Page **5**

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3 (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| **1** | Net income (loss) per books . . . . . | 43,647. | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) _____ | | | **a** Tax-exempt interest $ _____ | |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | **6** | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| **a** | Depreciation $ _____ | | | **a** Depreciation $ _____ | |
| **b** | Travel and entertainment $ _____ 5,891. | | **7** | Add lines 5 and 6 . . . . . . . | |
| **4** | Add lines 1 through 3 . . . . . . . | 5,891.<br>49,538. | **8** | Income (loss) (Schedule K, line 18). Line 4 less line 7 . . . . . . . . . | 49,538. |

## Schedule M-2   Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account
(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year . . . . . . | −6,706. | | | |
| **2** | Ordinary income from page 1, line 21 . . . . | 49,538. | | | |
| **3** | Other additions . . . . . . . . . . | | | | |
| **4** | Loss from page 1, line 21 . . . . . . . . | ( ) | | | |
| **5** | Other reductions Meals and entertainment . | ( 5,891. ) | | | ( ) |
| **6** | Combine lines 1 through 5 . . . . . . . . | 36,941. | | | |
| **7** | Distributions . . . . . . . . . . . | | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . . | 36,941. | | | |

REV 02/22/19 TTBIZ                                                       Form **1120S** (2018)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|------|-------------------------------|
| AMG Trade & Distribution LLC | 47-2333328 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year . . . . . . . . . . . . . . . . . . . . . . | **1** | 396,560 |
| 2 | Purchases . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 1,002,075 |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Additional section 263A costs (attach schedule) . . . . . . . . . . . . . | **4** | |
| 5 | Other costs (attach schedule) . . . . . See Statement . . . . . . . . . | **5** | 47,182 |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . . . . . . | **6** | 1,445,817 |
| 7 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . | **7** | 375,051 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions . . . . . . . . . . . . . . . . . | **8** | 1,070,766 |

**9a** Check all methods used for valuing closing inventory:

    *(i)* ☐ Cost

    *(ii)* ☒ Lower of cost or market

    *(iii)* ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

---

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

• A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of

merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

---

For Paperwork Reduction Act Notice, see instructions. BAA

REV 01/26/19 TTBIZ   Form **1125-A** (Rev. 11-2018)

671117

| Schedule K-1 (Form 1120S) | 2018 | OMB No. 1545-0123 |
| --- | --- | --- |

☐ Final K-1    ☐ Amended K-1

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax year

beginning ___/___/ 2018    ending ___/___/___

## Shareholder's Share of Income, Deductions, Credits, etc. ▶ See back of form and separate instructions.

| Part I | Information About the Corporation |
| --- | --- |

**A** Corporation's employer identification number
47-2333328

**B** Corporation's name, address, city, state, and ZIP code
AMG Trade & Distribution LLC

3181 SW 14th Court
Pompano Beach FL 33069

**C** IRS Center where corporation filed return
Ogden, UT   84201-0013

| Part II | Information About the Shareholder |
| --- | --- |

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
Michael Pockhai

Parkland FL

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . .   50.00000 %

For IRS Use Only

---

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
| --- | --- |

| # | Item | | |
| --- | --- | --- | --- |
| 1 | Ordinary business income (loss)  24,769. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 315. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | C | 2,945. |
| | | 17 | Other information |
| | | V | 24,769. |
| | | W | 66,630. |
| | | X | 13,397. |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.   www.irs.gov/Form1120S      Schedule K-1 (Form 1120S) 2018
BAA    REV 01/26/19 TTBiZ

Schedule K-1 (Form 1120S) 2018                             Page **2**

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | *Report on* |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Shareholder's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

**2. Net rental real estate income (loss)**   See the Shareholder's Instructions

**3. Other net rental income (loss)**
| | |
|---|---|
| Net income | Schedule E, line 28, column (h) |
| Net loss | See the Shareholder's Instructions |

**4. Interest income**   Form 1040, line 2b
**5a. Ordinary dividends**   Form 1040, line 3b
**5b. Qualified dividends**   Form 1040, line 3a
**6. Royalties**   Schedule E, line 4
**7. Net short-term capital gain (loss)**   Schedule D, line 5
**8a. Net long-term capital gain (loss)**   Schedule D, line 12
**8b. Collectibles (28%) gain (loss)**   28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**8c. Unrecaptured section 1250 gain**   See the Shareholder's Instructions
**9. Net section 1231 gain (loss)**   See the Shareholder's Instructions

**10. Other income (loss)**
*Code*
| A | Other portfolio income (loss) | See the Shareholder's Instructions |
|---|---|---|
| B | Involuntary conversions | See the Shareholder's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Section 951A income | |
| F | Section 965(a) inclusion | |
| G | Subpart F income other than sections 951A and 965 inclusion | See the Shareholder's Instructions |
| H | Other income (loss) | |

**11. Section 179 deduction**   See the Shareholder's Instructions

**12. Other deductions**
| A | Cash contributions (60%) | |
|---|---|---|
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | |
| E | Capital gain property to a 50% organization (30%) | See the Shareholder's Instructions |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions—royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K | Section 965(c) deduction | See the Shareholder's Instructions |
| L | Deductions—portfolio (other) | Schedule A, line 16 |
| M | Preproductive period expenses | See the Shareholder's Instructions |
| N | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| O | Reforestation expense deduction | See the Shareholder's Instructions |
| P through R | Reserved for future use | |
| S | Other deductions | See the Shareholder's Instructions |

**13. Credits**
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
|---|---|---|
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Shareholder's Instructions |
| D | Low-income housing credit (other) from post-2007 buildings | |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Schedule 5 (Form 1040), line 74, box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | |
| K | Disabled access credit | |
| L | Empowerment zone employment credit | See the Shareholder's Instructions |
| M | Credit for increasing research activities | |
| N | Credit for employer social security and Medicare taxes | |

*Code*     *Report on*
| O | Backup withholding | See the Shareholder's Instructions |
|---|---|---|
| P | Other credits | See the Shareholder's Instructions |

**14. Foreign transactions**
| A | Name of country or U.S. possession | |
|---|---|---|
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*
| D | Section 951A category | |
|---|---|---|
| E | Foreign branch category | |
| F | Passive category | Form 1116, Part I |
| G | General category | |
| H | Other | |

*Deductions allocated and apportioned at shareholder level*
| I | Interest expense | Form 1116, Part I |
|---|---|---|
| J | Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*
| K | Section 951A category | |
|---|---|---|
| L | Foreign branch category | |
| M | Passive category | Form 1116, Part I |
| N | General category | |
| O | Other | |

*Other information*
| P | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U | Section 965 information | See the Shareholder's Instructions |
| V | Other foreign transactions | See the Shareholder's Instructions |

**15. Alternative minimum tax (AMT) items**
| A | Post-1986 depreciation adjustment | |
|---|---|---|
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Shareholder's Instructions |
| D | Oil, gas, & geothermal—gross income | and the Instructions for Form 6251 |
| E | Oil, gas, & geothermal—deductions | |
| F | Other AMT items | |

**16. Items affecting shareholder basis**
| A | Tax-exempt interest income | Form 1040, line 2a |
|---|---|---|
| B | Other tax-exempt income | |
| C | Nondeductible expenses | |
| D | Distributions | See the Shareholder's Instructions |
| E | Repayment of loans from shareholders | |

**17. Other information**
| A | Investment income | Form 4952, line 4a |
|---|---|---|
| B | Investment expenses | Form 4952, line 5 |
| C | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D | Basis of energy property | See the Shareholder's Instructions |
| E | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G | Recapture of investment credit | See Form 4255 |
| H | Recapture of other credits | See the Shareholder's Instructions |
| I | Look-back interest—completed long-term contracts | See Form 8697 |
| J | Look-back interest—income forecast method | See Form 8866 |
| K | Dispositions of property with section 179 deductions | |
| L | Recapture of section 179 deduction | |
| M through U | | |
| V | Section 199A income | |
| W | Section 199A W-2 wages | |
| X | Section 199A unadjusted basis | See the Shareholder's Instructions |
| Y | Section 199A REIT dividends | |
| Z | Section 199A PTP income | |
| AA | Excess taxable income | |
| AB | Excess business interest income | |
| AC | Other information | |

REV 01/26/19 TTBIZ

671117

□ Final K-1 □ Amended K-1  OMB No. 1545-0123

**Schedule K-1**
**(Form 1120S)**

**2018**

Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax year

beginning ___ / ___ / 2018   ending ___ / ___ /

## Shareholder's Share of Income, Deductions, Credits, etc.

▶ See back of form and separate instructions.

| **Part I** | **Information About the Corporation** |
|---|---|

**A** Corporation's employer identification number
47-2333328

**B** Corporation's name, address, city, state, and ZIP code
AMG Trade & Distribution LLC

3181 SW 14th Court
Pompano Beach FL 33069

**C** IRS Center where corporation filed return
Ogden, UT  84201-0013

| **Part II** | **Information About the Shareholder** |
|---|---|

**D** Shareholder's identifying number
▮▮▮▮▮▮

**E** Shareholder's name, address, city, state, and ZIP code
Anthony Bachan

Coral Springs FL ▮ ▮▮

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . .   50.00000 %

For IRS Use Only

---

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** | |
|---|---|---|
| 1 Ordinary business income (loss) | 13 Credits | |
| 24,769. | | |
| 2 Net rental real estate income (loss) | | |
| 3 Other net rental income (loss) | | |
| 4 Interest income | | |
| 5a Ordinary dividends | | |
| 5b Qualified dividends | 14 Foreign transactions | |
| 6 Royalties | | |
| 7 Net short-term capital gain (loss) | | |
| 8a Net long-term capital gain (loss) | | |
| 8b Collectibles (28%) gain (loss) | | |
| 8c Unrecaptured section 1250 gain | | |
| 9 Net section 1231 gain (loss) | | |
| 10 Other income (loss) | 15 Alternative minimum tax (AMT) items | |
| | A | 316. |
| 11 Section 179 deduction | 16 Items affecting shareholder basis | |
| | C | 2,946. |
| 12 Other deductions | | |
| | 17 Other information | |
| | V | 24,769. |
| | W | 66,630. |
| | X | 13,398. |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.   www.irs.gov/Form1120S   Schedule K-1 (Form 1120S) 2018
BAA   REV 01/26/19 TTBiZ

Schedule K-1 (Form 1120S) 2018          Page **2**

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarizing reporting information for shareholders who file Form 1040.
For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | Report on |
|---|---|---|
| 1. | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows: | |
| | Passive loss | See the Shareholder's Instructions |
| | Passive income | Schedule E, line 28, column (h) |
| | Nonpassive loss | See the Shareholder's Instructions |
| | Nonpassive income | Schedule E, line 28, column (k) |
| 2. | **Net rental real estate income (loss)** | See the Shareholder's Instructions |
| 3. | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (h) |
| | Net loss | See the Shareholder's Instructions |
| 4. | **Interest income** | Form 1040, line 2b |
| 5a. | **Ordinary dividends** | Form 1040, line 3b |
| 5b. | **Qualified dividends** | Form 1040, line 3a |
| 6. | **Royalties** | Schedule E, line 4 |
| 7. | **Net short-term capital gain (loss)** | Schedule D, line 5 |
| 8a. | **Net long-term capital gain (loss)** | Schedule D, line 12 |
| 8b. | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 8c. | **Unrecaptured section 1250 gain** | See the Shareholder's Instructions |
| 9. | **Net section 1231 gain (loss)** | See the Shareholder's Instructions |
| 10. | **Other income (loss)** | |
| | *Code* | |
| | A Other portfolio income (loss) | See the Shareholder's Instructions |
| | B Involuntary conversions | See the Shareholder's Instructions |
| | C Sec. 1256 contracts & straddles | Form 6781, line 1 |
| | D Mining exploration costs recapture | See Pub. 535 |
| | E Section 951A income | |
| | F Section 965(a) inclusion | |
| | G Subpart F income other than sections 951A and 965 inclusion | See the Shareholder's Instructions |
| | H Other income (loss) | |
| 11. | **Section 179 deduction** | See the Shareholder's Instructions |
| 12. | **Other deductions** | |
| | A Cash contributions (60%) | |
| | B Cash contributions (30%) | |
| | C Noncash contributions (50%) | |
| | D Noncash contributions (30%) | |
| | E Capital gain property to a 50% organization (30%) | See the Shareholder's Instructions |
| | F Capital gain property (20%) | |
| | G Contributions (100%) | |
| | H Investment interest expense | Form 4952, line 1 |
| | I Deductions—royalty income | Schedule E, line 19 |
| | J Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| | K Section 965(c) deduction | See the Shareholder's Instructions |
| | L Deductions—portfolio (other) | Schedule A, line 16 |
| | M Preproductive period expenses | See the Shareholder's Instructions |
| | N Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| | O Reforestation expense deduction | See the Shareholder's Instructions |
| | P through R | Reserved for future use |
| | S Other deductions | See the Shareholder's Instructions |
| 13. | **Credits** | |
| | A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | B Low-income housing credit (other) from pre-2008 buildings | |
| | C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Shareholder's Instructions |
| | D Low-income housing credit (other) from post-2007 buildings | |
| | E Qualified rehabilitation expenditures (rental real estate) | |
| | F Other rental real estate credits | |
| | G Other rental credits | |
| | H Undistributed capital gains credit | Schedule 5 (Form 1040), line 74, box a |
| | I Biofuel producer credit | |
| | J Work opportunity credit | |
| | K Disabled access credit | |
| | L Empowerment zone employment credit | See the Shareholder's Instructions |
| | M Credit for increasing research activities | |
| | N Credit for employer social security and Medicare taxes | |

| | | Report on |
|---|---|---|
| | O Backup withholding | See the Shareholder's Instructions |
| | P Other credits | See the Shareholder's Instructions |
| 14. | **Foreign transactions** | |
| | A Name of country or U.S. possession | |
| | B Gross income from all sources | Form 1116, Part I |
| | C Gross income sourced at shareholder level | |
| | *Foreign gross income sourced at corporate level* | |
| | D Section 951A category | |
| | E Foreign branch category | |
| | F Passive category | Form 1116, Part I |
| | G General category | |
| | H Other | |
| | *Deductions allocated and apportioned at shareholder level* | |
| | I Interest expense | Form 1116, Part I |
| | J Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | |
| | K Section 951A category | |
| | L Foreign branch category | |
| | M Passive category | Form 1116, Part I |
| | N General category | |
| | O Other | |
| | *Other information* | |
| | P Total foreign taxes paid | Form 1116, Part II |
| | Q Total foreign taxes accrued | Form 1116, Part II |
| | R Reduction in taxes available for credit | Form 1116, line 12 |
| | S Foreign trading gross receipts | Form 8873 |
| | T Extraterritorial income exclusion | Form 8873 |
| | U Section 965 information | See the Shareholder's Instructions |
| | V Other foreign transactions | See the Shareholder's Instructions |
| 15. | **Alternative minimum tax (AMT) items** | |
| | A Post-1986 depreciation adjustment | |
| | B Adjusted gain or loss | |
| | C Depletion (other than oil & gas) | See the Shareholder's Instructions |
| | D Oil, gas, & geothermal—gross income | and the Instructions for Form 6251 |
| | E Oil, gas, & geothermal—deductions | |
| | F Other AMT items | |
| 16. | **Items affecting shareholder basis** | |
| | A Tax-exempt interest income | Form 1040, line 2a |
| | B Other tax-exempt income | |
| | C Nondeductible expenses | |
| | D Distributions | See the Shareholder's Instructions |
| | E Repayment of loans from shareholders | |
| 17. | **Other information** | |
| | A Investment income | Form 4952, line 4a |
| | B Investment expenses | Form 4952, line 5 |
| | C Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| | D Basis of energy property | See the Shareholder's Instructions |
| | E Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | F Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | G Recapture of investment credit | See Form 4255 |
| | H Recapture of other credits | See the Shareholder's Instructions |
| | I Look-back interest—completed long-term contracts | See Form 8697 |
| | J Look-back interest—income forecast method | See Form 8866 |
| | K Dispositions of property with section 179 deductions | |
| | L Recapture of section 179 deduction | |
| | M through U | |
| | V Section 199A income | |
| | W Section 199A W-2 wages | |
| | X Section 199A unadjusted basis | See the Shareholder's Instructions |
| | Y Section 199A REIT dividends | |
| | Z Section 199A PTP income | |
| | AA Excess taxable income | |
| | AB Excess business interest income | |
| | AC Other information | |

REV 01/26/19 TTBIZ

**Form 1120S**  **Schedule K-1 - 199A Supplement (Line 17)**  **2018**

| Name as Shown on Return | Employer Identification No. |
|---|---|
| AMG Trade & Distribution LLC | 47-2333328 |
| Shareholder Name | ID Number |
| Michael Pockhai | ███████ |

### Shareholders's Share of Section 199A Information

| Activity | QBI Code V | Wages Code W | UBIA Code X | REIT Div Code Y | PTP Inc Code Z | SS TB |
|---|---|---|---|---|---|---|
| 1120S Line 21 | 24,769. | 66,630. | 13,397. | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals . . . . . . . . . . | 24,769. | 66,630. | 13,397. | 0. | 0. | |

Note: Section 179 deductions are included in QBI

spsw9908.SCR  12/05/18

| Form 1120S | Schedule K-1 - 199A Supplement (Line 17) | 2018 |
|---|---|---|

| Name as Shown on Return | Employer Identification No. |
|---|---|
| AMG Trade & Distribution LLC | 47-2333328 |
| Shareholder Name | ID Number |
| Anthony Bachan | ▮▮▮▮▮▮▮ |

### Shareholders's Share of Section 199A Information

| Activity | QBI Code V | Wages Code W | UBIA Code X | REIT Div Code Y | PTP Inc Code Z | SS TB |
|---|---|---|---|---|---|---|
| 1120S Line 21 | 24,769. | 66,630. | 13,398. | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals . . . . . . . . . . . | 24,769. | 66,630. | 13,398. | 0. | 0. | |

Note: Section 179 deductions are included in QBI

spsw9908.SCR  12/05/18

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| AMG Trade & Distribution LLC | 47-2333328 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 Anthony Bachan | ▮▮▮▮▮ | 100% | 50% | 0% | 20,000. |
| Michael Pockhai | ▮▮▮▮▮ | 100% | 50% | 0% | 52,000. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---|
| 2 Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 72,000. |
| 3 Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . | 3 | |
| 4 Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 72,000. |

For Paperwork Reduction Act Notice, see separate instructions. BAA          REV 01/26/19 TTBIZ   Form **1125-E** (Rev. 10-2016)

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

**Depreciation and Amortization**
(Including Information on Listed Property)
▶ Attach to your tax return.
▶ Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

20**18**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| AMG Trade & Distribution LLC | Form 1120S Distributor / Wholesaler | 47-2333328 |

### Part I  Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . | 1 | 1,000,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . | 3 | 2,500,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2017 Form 4562 . . . . . . . . | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions . | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . . | 12 | |
| 13 | Carryover of disallowed deduction to 2019. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II  Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . . . . . . | 14 | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . | 15 | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . | 16 | |

### Part III  MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2018 . . . . . . | 17 | 4,681. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . ▶ ☐ | | |

**Section B—Assets Placed in Service During 2018 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | 232. | 7.00 | HY | 200 DB | 33. |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2018 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

### Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions . | 22 | 4,714. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . | 23 | | |

For Paperwork Reduction Act Notice, see separate instructions. BAA          REV 01/26/19 TTBIZ          Form **4562** (2018)

| Form 1120S | **199A Summary Worksheet** | **2018** |

| Name as Shown on Return | Employer Identification No. |
|---|---|
| AMG Trade & Distribution LLC | 47-2333328 |

**Total Amounts By Activity**

| Activity | QBI Code V | Wages Code W | UBIA Code X | REIT Div Code Y | PTP Inc Code Z | SS TB |
|---|---|---|---|---|---|---|
| 1120S Line 21 | 49,538. | 133,260. | 26,795. | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals . . . . . . . . . . . . | 49,538. | 133,260. | 26,795. | 0. | 0. | |

Check box to opt out of including Sec 179 deduction in QBI . . . . ☐

spsw9907.SCR 02/12/19

| Form 1120S<br>Schedule L | Other Assets | 2018 |

| Name | Employer ID Number |
|---|---|
| AMG Trade & Distribution LLC | 47-2333328 |

| Other Current Assets: | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| Other Current Assets | 62. | 62. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 6** ▶ | 62. | 62. |

| Other Investments: | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 9** ▶ | | |

| Other Assets: | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 14** ▶ | | |

| Form 1120S<br>Schedule L | Other Liabilities<br>and Adjustments to Shareholders' Equity | 2018 |
|---|---|---|

| Name<br>AMG Trade & Distribution LLC | Employer ID Number<br>47-2333328 |
|---|---|

| Other Current Liabilities: | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| Credit Card Payable | 19,721. | 18,223. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 18** · · · · · · · · · · · · · ▶ | 19,721. | 18,223. |

| Other Liabilities: | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 21** · · · · · · · · · · · · · ▶ | | |

| Adjustments to Shareholders' Equity: | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 25** · · · · · · · · · · · · · ▶ | | |

## Special Depreciation Allowance Elections under
## IRC Section 168(k)(5) and IRC Section 168(k)(7),

► Attach to your income tax return

| Name(s) Shown on Return | Identification Number |
|---|---|
| AMG Trade & Distribution LLC | 47-2333328 |

Tax Year:      December 31, 2018

## Special Depreciation Allowance Election under
## IRC Section 168(k)(5)

Taxpayer hereby elects the application of IRS Section 168(k)(5 )to the
following specified plant(s) for tax year ending:

| Description of Property | Special Depr. Allowance |
|---|---|
| | |
| | |
| | |
| | |
| | |

## Election Out of Qualified Economic Stimulus Property

Attach to your return

Taxpayer hereby elects under IRC Section 168(k)(7) out of having Qualified
Economic Stimulus property for the following asset classes placed in service during
the tax year ending:                              December 31, 2018

ALL ELIGIBLE CLASSES OF PROPERTY

## 199A Worksheet by Activity

**2018**

▶ Keep for your records

| Name as Shown on Return | Employer Identification No. |
|---|---|
| AMG Trade & Distribution LLC | 47-2333328 |

Activity . . . . . . . . 1120S _____ Line 21

|  | | | | | | |
|---|---|---|---|---|---|---|
| | Check if activity is **NOT** a qualified trade/business . . ☐ | | | | | |
| 1 | Qualified Business Income | 1 a | 49,538. | | | |
| | Adjustments | b | | | | |
| | Adjusted Qualified Business Income . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 1 c | 49,538. | |
| 2 a | Wages . . . . . . . . . . . . . . . . . . . . . . . . | 2 a | 133,260. | | | |
| b | Adjustments . . . . . . . . . . . . . . . . . . . . . . | b | | | | |
| c | Adjusted Wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 2 c | 133,260. | |
| 3 a | Unadjusted Basis Immediately after Acquisition . . . . . . | 3 a | 26,795. | | | |
| b | Adjustments . . . . . . . . . . . . . . . . . . . . . . | b | | | | |
| c | Adjusted UBIA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 3 c | 26,795. | |
| 4 | Specified Service Trade or Business? . . . . . . . . ☐ Yes   ☒ No | | | | | |

spsw9906.SCR  03/02/19

AMG Trade & Distribution LLC                                                47-2333328                        1

# Additional information from your 2018 US Form 1120S: Income Tax Return for S Corp

**Form 1120S: S-Corporation Tax Return**
**Other Deductions**                                           Continuation Statement

| Description | Amount |
|---|---:|
| Bank charges | 515. |
| Computer services and supplies | 6,232. |
| Delivery and freight | 109,802. |
| Legal and professional | 69,866. |
| Meals (50%) | 5,891. |
| Office expense | 861. |
| Outside services/independent contractors | 60,590. |
| Postage | 123. |
| Supplies | 4,965. |
| Telephone | 2,420. |
| Travel | 8,322. |
| Auto and Truck Expenses | 348. |
| Inventory Adjustments | 497. |
| Miscellaneous Expense | 13,156. |
| Payroll Service | 1,212. |
| **Total** | 284,800. |

**Form 1120S: S-Corporation Tax Return**
**Sch K, Line 17d(l), Other Items and Amounts**                Continuation Statement

| Code | Description | Amount |
|---|---|---:|
| V | Section 199A income | 49,538. |
| W | Section 199A W-2 wages | 133,260. |
| X | Section 199A unadjusted basis | 26,795. |
| | **Total** | 209,593. |

**Form 1125-A: Cost of Goods Sold**
**Other Costs Statement**                                      Continuation Statement

| Other Cost | Other Amount |
|---|---:|
| Freight Costs | 46,530 |
| Merchant Account Fees | 652 |
| **Total** | 47,182 |

**Form 7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to www.irs.gov/Form7004 for instructions and the latest information.

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|---|---|
| AMG Trade & Distribution LLC | 47-2333328 |

Number, street, and room or suite no. (If P.O. box, see instructions.)
3181 SW 14th Court

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
Pompano Beach, FL 33069

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I — Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1  Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . . . . . . . .  **2 5**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II — All Filers Must Complete This Part

2  If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ▶ ☐

5a  The application is for calendar year 20 18 , or tax year beginning _____ , 20 ___ , and ending _____ , 20 ___

b  **Short tax year.** If this tax year is less than 12 months, check the reason:  ☐ Initial return   ☐ Final return
☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions - attach explanation)

| | | | |
|---|---|---|---|
| 6  Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | None |
| 7  **Total** payments and credits. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | None |
| 8  **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . . . . . . . . . . . . . . . | **8** | None |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **7004** (Rev. 12-2018)

# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CIVIL ACTION NO:  1:18-CV-60062-WJZ


AMG TRADE AND DISTRIBUTION, LLC

    Plaintiff,

vs.

NISSAN NORTH AMERICA, INC.,

    Defendant.
_____/




VOLUME 1

VIDEO DEPOSITION OF ANTHONY BACHAN

TAKEN ON BEHALF OF THE DEFENDANT

APRIL 11, 2019
9:38  A.M. TO 5:00 P.M.

UNIVERSAL COURT REPORTING
888 EAST LAS OLAS BOULEVARD, SUITE 508
FORT LAUDERDALE, FLORIDA  33301




REPORTED BY:
VICTORIA AIELLO MILLER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA

```
 1                   APPEARANCES OF COUNSEL

 2   ON BEHALF OF THE PLAINTIFF:

 3        ANDRES H. LOPEZ, ESQUIRE
          THE ANDRES LOPEZ LAW FIRM, P.A.
 4        7351 WILES ROAD, SUITE 101
          CORAL SPRINGS, FLORIDA 33067
 5        954.237.8138
          andres@alopezlawfirm.com
 6
     ON BEHALF OF THE RESPONDENT/HUSBAND:
 7
          THOR Y, URNESS, ESQUIRE
 8        BRADLEY ARANT BOULT CUMMINGS, LLP
          1600 DIVISION STREET, SUITE 700
 9        NASVILLE, TENNESSEE 37203
          615.252.2384
10        turness@bradley.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      Q.   Did you understand that Nissan randomly

2  selected the parts or that CBP did?

3      A.   I don't know.

4      Q.   Where did you gain your understanding that

5  Nissan employees only made an visual evaluation of

6  parts?

7      A.   That was in one of the reports.

8      Q.   After reviewing a few parts.  What did you

9  understand a few to be?

10     A.   A few.

11     Q.   How many?

12     A.   Could be from three to 20.

13     Q.   How many was it?

14     A.   Out of 10,000 pieces, I don't know.

15     Q.   You don't know, do you?

16     A.   Correct.

17     Q.   You still don't know, correct?

18     A.   The exact amount of parts that they looked at?

19     Q.   Right.

20     A.   Correct.

21     Q.   You don't even know the approximate amount, do

22  you?

23          MR. LOPEZ:  Objection.

24          THE WITNESS:  Correct.

25  BY MR. URNESS:

1      Q.   You don't know which parts they looked at, do

2   you?

3      A.   That first inspection?

4      Q.   Right.

5      A.   Correct.

6      Q.   And so you don't know if anybody said if, in

7   fact, somebody said that the shipment was highly

8   suspicious, based on that review, you have no way to

9   know whether that's correct or not?  You don't even know

10   which parts they looked at, correct?

11      A.   Correct.

12      Q.   What is the basis for the statement in

13   paragraph 13 that Nissan completely ignored that

14   information meaning a letter?

15      A.   Paragraph 13?

16      Q.   Yeah.  It refers to a packing list.  It says

17   "Nissan completely ignored that information."  What is

18   the basis for that?

19      A.   Nissan was given the same documents that was

20   provided to CBP to follow-up with the supplier and they

21   never did.

22      Q.   How do you know they didn't?

23      A.   Because the supplier never-- Told me that they

24   never got contacted.

25      Q.   Why do you say that they completely ignored

1   that information?  You understand that the fact that

2   some parts may have shipped from the United States to

3   someone in Oman doesn't mean those are the same parts

4   that were in your container, correct?

5        A.    There's a possibility.

6        Q.    Then you say "Nissan falsely claimed Sabehath

7   was not an affiliate of an authorized distributor of

8   Nissan."  What's the basis for that?

9        A.    Suhail sent the letters stating that Sabehath

10  was one of their sister companies.

11       Q.    Sabehath has no relationship with Nissan, does

12  it?

13       A.    Nissan USA or Nissan--

14       Q.    Suhail.

15       A.    I don't know.

16       Q.    You're not aware of any relationship between

17  Sabehath and Nissan, are you?

18       A.    Sabehath and Suhail.

19       Q.    My question, sir, is you're not aware-- you

20  can't give me information-- you can't testify to the

21  jury as to any relationship between Sabehath and Nissan,

22  can you?

23       A.    Correct.

24       Q.    Paragraph 15 says, "Nissan told CBP the entire

25  shipment was counterfeit."  What's the basis for that?

```
 1        A.   That's the information that was given to me by

 2   Peter Quinter.

 3        Q.   Peter Quinter said that Nissan said to the CBP

 4   that the entire shipment was counterfeit?  Or was it 90

 5   percent?  Or was it highly suspicious?

 6        A.   I think it was high suspicious or counterfeit.

 7   I'm not sure.

 8        Q.   But it was not the entire shipment, correct?

 9        A.   I believe they said the entire shipment.

10        Q.   Well, which is it?  You just testified to

11   three things.  What is your testimony on behalf of AMG

12   as to what you claim that Nissan told CBP?

13        A.   That the shipment was highly suspicious.

14        Q.   Okay.  Which is different, you would agree,

15   than 90 percent is counterfeit, correct?

16        A.   Correct.

17        Q.   Which is different, you would agree, from the

18   entire shipment, correct?

19        A.   Well, from my understanding, they said the

20   entire shipment was highly suspicious.

21        Q.   Well, that's not what you wrote in the

22   lawsuit. You said highly suspicious in paragraph 11.

23             MR. LOPEZ:  Objection to form.

24   BY MR. URNESS:

25        Q.   Do you stand by that?
```

1    other people spent about three days looking at all these

2    parts about a year after the first inspection of

3    randomly selected or however they were selected parts

4    selected by CBP, correct?

5         A.   Am I aware of it?

6         Q.   Yes.  The government said, we want you to come

7    back and look at the entire shipment this time.  You're

8    aware of that, correct?

9         A.   Yes.

10        Q.   And you're aware that Mr. Forsythe and his

11   team made a conclusion that a little over 200 of these

12   parts, 217 I believe, were counterfeit, correct?

13        A.   Based on what Nissan stated, yes.

14        Q.   You have no factual reason or basis to dispute

15   that finding, do you?

16        A.   That's what they found.  No, I don't.

17        Q.   Paragraph 18, "CBP failed to commence any

18   forfeiture proceeding for more than ten months." That's

19   not Nissan's fault, is it?

20        A.   No.

21        Q.   The next paragraph 19 says, "AMG did not have

22   access to its inventory for more than a year."  It had

23   other inventory it could have sold, correct?

24        A.   Limited.

25        Q.   How many parts did it have apart from these

```
 1    inspection was also visual, physical and photographic;

 2    that there were photographs from the first inspection?

 3    They also held and looked at the parts in person?

 4         A.   Yeah.

 5         Q.   So what was different other than the volume of

 6    the two evaluations?

 7         A.   Well, one they decided to check the full

 8    container.  The first one, they only checked a few

 9    parts.

10         Q.   Yeah, what's different besides that?

11         A.   That is the difference.  That's the main

12    difference.

13         Q.   Well, you're right.  So if you have a crate of

14    oranges.  You look at one, it's different from looking

15    at all of them, right?

16         A.   Okay.

17         Q.   So apart from that difference which was the

18    difference between the two inspections, do you have any

19    understanding as to whether Nissan did anything

20    different between those two inspections?

21         A.   I don't know.

22         Q.   You have no clue, do you?

23         A.   No.

24         Q.   Because you weren't there?

25         A.   Correct.
```

 1    statement that Nissan knew or was aware of the business

 2    relationship between AMG and Suhail and Sabehath?

 3    You're not aware of any, are you?

 4         A.   Correct.

 5         Q.   On page 9, paragraph 51(d), AMG contends that

 6    Nissan North America failed to conduct a comprehensive

 7    initial inspection of the shipment.  What is the basis

 8    for that?

 9         A.   Well, they had documents showing where the

10    product came from.  They knew some of this product was

11    part of their own, coming from their own PC.

12         Q.   How did they know that?

13         A.   Because they sell to this customer.

14         Q.   Doesn't mean it's the same product?

15         A.   Don't mean it's not.

16         Q.   So you have no basis for that, do you?

17              MR. LOPEZ:  Objection.  Let him finish the

18         question.

19    BY MR. URNESS:

20         Q.   You have no basis for the statement, do you?

21         A.   Correct.

22         Q.   Even if Nissan had been asked by the

23    government to look at every part as it was later asked

24    to do a year later, you have no reason to believe that

25    Nissan would have concluded a year earlier the same

1    **thing it concluded a year later which was that at least**

2    **217 of those parts were counterfeit, do you?**

3                MR. LOPEZ: Objection.

4                THE WITNESS:  That's correct.

5    BY MR. URNESS:

6        **Q.   Do you think it's unreasonable for the**

7    **government to seize a shipment that has 217 counterfeit**

8    **parts in it?**

9        A.    To seize the entire shipment and release--

10       **Q.    Yeah.**

11       A.    Do I think it's unreasonable?

12       **Q.    Yeah.  You've got people in the jury watching**

13   **this and there's a shipment of 10,000 auto parts that**

14   **they're going to possibly have installed in their cars,**

15   **some of which are safety items.  And it's undisputed**

16   **that 217 of those parts are counterfeit.  Do you think**

17   **it's unreasonable for the government to say, we think**

18   **those parts should not hit the marketplace?**

19       A.    The 217 parts, correct.

20       **Q.    But do you think it's unreasonable for the**

21   **government just to act, to seize the entire shipment in**

22   **the interest of consumer safety?**

23       A.    It's very unreasonable because they released

24   the Miami shipment based on the same grounds--

25       **Q.    You've already testified that you can't tell**

1    **after 15 years in the business a counterfeit part from a**

2    **genuine part?**

3         A.   But that's not the question.  The question

4    was--

5         **Q.   Well isn't that the question for the jury,**

6    **whether it's reasonable for the government to seize a**

7    **shipment that admittedly has counterfeit parts in it?**

8              MR. LOPEZ:  Objection--

9              THE WITNESS:  Apparently not.

10             MR. LOPEZ:  Objection.  The question was

11        whether he thought it was reasonable.

12   BY MR. URNESS:

13        **Q.   You think it's unreasonable for the government**

14   **to do that?**

15        A.   Yes.

16        **Q.   And you realize that Nissan didn't tell the**

17   **government to seize or release the shipment.  They just**

18   **looked at the parts, gave a report to the government.**

19   **The government did what they did.  You understand that's**

20   **what happened, correct?**

21        A.   Correct.

22             (Defendant's Exhibit No. 73, Plaintiff's

23             Initial Rule 26 Disclosures, was previously

24             marked for Identification and shown to the

25             witness.)

```
 1                    CERTIFICATE OF OATH

 2   THE STATE OF FLORIDA

 3   COUNTY OF BROWARD

 4

 5       I, Victoria Aiello Miller, the undersigned

 6   authority, certify that ANTHONY BACHAN personally

 7   appeared before me and was duly sworn.

 8       Witness my hand and official seal this 26th day of

 9   April, 2019.

10

11

12

13

14   VICTORIA AIELLO MILLER, Court Reporter
     NOTARY PUBLIC - STATE OF FLORIDA
15   Commission No:  GG159704
     Commission Exp: March 10, 2022
16

17

18

19

20

21

22

23

24

25
```

```
1                    CERTIFICATE OF REPORTER

2    STATE OF FLORIDA

3    COUNTY OF BROWARD

4

5         I, VICTORIA AIELLO MILLER, Court Reporter and

6    Notary Public for the State of Florida, do hereby

7    certify that I was authorized to and did

8    stenographically report and transcribe the foregoing

9    Deposition, and that the transcript is a true and

10   complete record of my stenographic notes.

11        I further certify that I am not a relative,

12   employee, attorney or counsel of any of the parties, nor

13   am I a relative or employee of any of the parties'

14   attorney or counsel connected with the action, nor am I

15   financially interested in the action.

16

17        Witness my hand and official seal this 26th day of

     April, 2019.
18

19

20

21   VICTORIA AIELLO MILLER, COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA
22   Commission No:  GG159704
     Commission Exp: March 10, 2022
23

24

25
```