UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-cv-60062-WILLIAMS

AMG TRADE & DISTRIBUTION LLC,

    Plaintiff,

vs.

NISSAN NORTH AMERICA, INC.,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Alicia O. Valle's report and recommendation (DE 116) ("Report") on Defendant's motions for attorneys' fees and costs (DE 106) and Defendant's motion for bill of costs (DE 105). The parties did not file objections to the Report and the time to do so has now passed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 116) is **AFFIRMED AND ADOPTED**.

2. Defendant's motion for attorneys' fees and costs (DE 106) is **DENIED**. Defendant's motion for bill of costs (DE 105) is **GRANTED IN PART**.

3. Defendant is awarded **$19,062.86** in taxable costs.

4. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>25th</u> day of March, 2021.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE